```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
IN RE: NINE WEST LBO SECURITIES      :        20-MD-2941 (JSR)
LITIGATION                           :
                                     :
Pertains to Kirschner, et al. v.     :        20-cv-4287 (JSR)
Kimmel, et al., No. 20-cv-4287 and   :        20-cv-4289 (JSR)
Kirschner v. AQR Funds, No. 20-cv-   :
4289                                 :
                                     :        ORDER
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

By an Order dated June 4, 2020, the Court consolidated 13 cases under the MDL docket 20-MD-2941 for all pre-trial purposes and scheduled an initial pre-trial conference for these actions on June 12, 2020 at 2:00 p.m. (EDT). See 20-MD-2941, ECF No. 2 (the "June 4 Order"). Subsequently, two additional related actions -- Kirschner, et al. v. Kimmel, et al., No. 20-cv-4287 (the "Kimmel action") and Kirschner v. AQR Funds, No. 20-cv-4289 (the "AQR action") -- were filed in this district and were assigned to the undersigned.

The Kimmel and AQR actions are hereby consolidated with other actions under the MDL docket 20-MD-2941 for all pre-trial purposes and are subject to the June 4 Order. Accordingly, among others, counsel for the Kimmel and AQR actions must join the June 12 telephonic conference and may, if they wish, file electronically with the Court such Status Reports as they deem relevant, apprising the Court of where each case stands and what

-1-

-2-

counsel would like to have considered at the June 12 conference, provided such Status Reports are filed no later than June 10, 2020 at 5:00 p.m. (EDT).

SO ORDERED.

Dated:   New York, NY

June 9, 2020                JED S. RAKOFF, U.S.D.J.