UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE NINE WEST LBO SECURITIES          :      20-MD-2941 (JSR)
LITIGATION                              :
                                        :
------------------------------------------------------------------------X

## <u>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS</u>

SIRS:

      PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for Defendants *Irene A. Koumendouros, Ira Margulies, John D'Souza, Jack Gross, Patricia Kenny and Vincent Morales* ("Defendants") in the above captioned action.

      PLEASE TAKE FURTHER NOTICE, that the Defendants hereby appear in the above entitled action, and that the undersigned has been retained as Attorney for said Defendants and demands that copies of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

      I certify that I am admitted to practice in this court.

Dated:      New York, New York
          June 10, 2020

                Respectfully submitted,

                LAZARUS & LAZARUS, P.C.


                By:    /s/ Harlan M. Lazarus
                    Harlan M. Lazarus, Esq.
                    240 Madison Avenue, 8th. Flr.
                    New York, New York, 10016
                    212-889-7400 [Telephone]
                    212-684-0314 [Facsimile]
                    hlazarus@lazarusandlazarus.com