UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                  :         20-MD-2941 (JSR)

In re: NINE WEST LBO SECURITIES      :
LITIGATION                        :         NOTICE OF APPEARANCE
                                    :
------------------------------------------------------------X

TO:    The Clerk of the Court
        -and-
        All Parties of Record

PLEASE TAKE NOTICE:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendant Longfellow Investment Management Co., LLC.

Dated: June 10, 2020                    MURPHY & KING, P.C.
       New York, New York

                                      *s/ Paul R. Niehaus*
                                    Paul R. Niehaus (PN-3994)
                                    *Of Counsel to the Firm*
                                    Murphy & King, P.C.
                                    150 E. 58th Street, 22nd Floor
                                    New York, New York  10155
                                    Tel. (212) 631-0223
                                    Fax: (212) 624-0223
                                    E-mail: paul.niehaus@kirschniehaus.com
                                    *Attorneys for Defendant Longfellow*
                                    *Investment Management Co., LLC*