UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES  LITIGATION<br><br>Pertains to *Kirschner v. Dickson, et al.*, 20-cv-01480; *Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-01484; *Kirschner v. Cade, et al.,* 20-cv-60343; *Kirschner v. Georgiadis, et al.*, 20-cv-01129; *Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv-01136 | )<br>)<br>)  Case No.: 1:20-md-02941-JSR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of the defendants as identified in the complaints listed on **Exhibit A** attached herein ("Defendants").  This Entry of Appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated: June 10, 2020
      Boston, Massachusetts

                                        */s/ Andrew G. Devore*
                                        Andrew G. Devore
                                        **ROPES & GRAY LLP**
                                          Prudential Tower, 800 Boylston Street
                                          Boston, MA 02199-3600
                                          (617) 951-7618
                                          andrew.devore@ropesgray.com

                                        *Attorney for Defendants*

## EXHIBIT A

### DEFENDANTS AS IDENTIFIED IN THE COMPLAINTS

BlackRock MSCI USA Small Cap Equity Index Fund

Diversified Alpha Group Trust

Extended Equity Market Fund a/k/a BlackRock Institutional Trust Company, N.A. Extended Equity Market Fund

Extended Equity Market Master Fund B

iShares Europe

iShares Morningstar Small-Cap Value ETF

iShares MSCI USA Small Cap UCITS ETF

iShares Russell 2000 ETF

iShares Russell 2000 Value ETF

iShares Russell 3000 ETF

Master Small Cap Index Series Of Quantitative Master Series LLC a/k/a iShares Russell 2000 Small-Cap Index Fund

MSCI U.S. IMI Index Fund B2 a/k/a BlackRock MSCI U.S. IMI Index Fund B2

Pacific Select Fund - PD Small-Cap Value Index Portfolio

Pacific Select Fund - Small-Cap Equity Portfolio

Pacific Select Fund - Small-Cap Index Portfolio

Russell 2000 Alpha Tilts Fund B

Russell 2000 Index Fund

Russell 2000 Index Non-Lendable Fund a/k/a BlackRock Russell 2000 Index Non-Lendable Fund

Russell 2000 Value Fund B

Russell 2500 Index Fund a/k/a iShares Russell Small/Mid-Cap Index Fund

Russell 3000 Index Fund a/k/a iShares Total U.S. Stock Market Index Fund

Russell 3000 Index Non-Lendable Fund

U.S. Equity Market Fund

U.S. Equity Market Fund B

Pentwater Capital Management LP

JNL/DFA U.S. Small Cap Fund c/o Jackson National Asset Management LLC

Northern Small Cap Core Fund

Northern Small Cap Index Fund

Northern Small Cap Value Fund

FlexShares Morningstar US Market Factor Tilt Index Fund

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Andrew G. Devore*
Andrew G. Devore