UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: NINE WEST LBO SECURITIES  LITIGATION<br><br>Pertains to *Kirschner v. Dickson, et al.*, 20-cv-01480; *Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-01484; *Kirschner v. Cade, et al.,* 20-cv-60343; *Kirschner v. Georgiadis, et al.*, 20-cv-01129; *Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv-01136 | ) ) ) ) ) ) ) ) ) )   Case No.: 1:20-md-02941-JSR |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of the defendants as identified in the complaints listed on **Exhibit A** attached herein ("Defendants").  This Entry of Appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated: June 10, 2020
New York, New York

/s/ Adam M. Harris
Adam M. Harris
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9851
adam.harris@ropesgray.com

*Attorney for Defendants*

**EXHIBIT A**

**DEFENDANTS AS IDENTIFIED IN THE COMPLAINTS**

BlackRock MSCI USA Small Cap Equity Index Fund
Diversified Alpha Group Trust
Extended Equity Market Fund a/k/a BlackRock Institutional Trust Company, N.A. Extended
    Equity Market Fund
Extended Equity Market Master Fund B
iShares Europe
iShares Morningstar Small-Cap Value ETF
iShares MSCI USA Small Cap UCITS ETF
iShares Russell 2000 ETF
iShares Russell 2000 Value ETF
iShares Russell 3000 ETF
Master Small Cap Index Series Of Quantitative Master Series LLC a/k/a iShares Russell 2000
    Small-Cap Index Fund
MSCI U.S. IMI Index Fund B2 a/k/a BlackRock MSCI U.S. IMI Index Fund B2
Pacific Select Fund - PD Small-Cap Value Index Portfolio
Pacific Select Fund - Small-Cap Equity Portfolio
Pacific Select Fund - Small-Cap Index Portfolio
Russell 2000 Alpha Tilts Fund B
Russell 2000 Index Fund
Russell 2000 Index Non-Lendable Fund a/k/a BlackRock Russell 2000 Index Non-Lendable Fund
Russell 2000 Value Fund B
Russell 2500 Index Fund a/k/a iShares Russell Small/Mid-Cap Index Fund
Russell 3000 Index Fund a/k/a iShares Total U.S. Stock Market Index Fund
Russell 3000 Index Non-Lendable Fund
U.S. Equity Market Fund
U.S. Equity Market Fund B
Pentwater Capital Management LP
JNL/DFA U.S. Small Cap Fund c/o Jackson National Asset Management LLC
Northern Small Cap Core Fund
Northern Small Cap Index Fund
Northern Small Cap Value Fund
FlexShares Morningstar US Market Factor Tilt Index Fund

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Adam M. Harris*
Adam M. Harris