UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES LITIGATION )
                                          )
                                          )    Case No.: 1:20-md-02941-JSR
Pertains to *Kirschner v. Dickson, et al.*, 20-cv-01480;    )
*Wilmington Savings Fund Society, FSB v. Dickson, et al.*,    )
20-cv-01484                               )
                                          )
                                          )
                                          )
                                          )
                                          )

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I, John E. Schreiber, hereby respectfully enter my appearance as counsel for Defendant Research Affiliates Equity US Large, L.P. f/k/a Enhanced Rafi US Large LP in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.  This appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

I certify that I am admitted to practice in this Court.

Dated:  June 11, 2020

*s/ John E. Schreiber*
John E. Schreiber
**WINSTON & STRAWN LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1850
jschreiber@winston.com

*Attorney for Defendant Research Affiliates Equity US Large, L.P. f/k/a Enhanced Rafi US Large LP*