**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) |
| | ) No. 1:20-md-02941-JSR |
| | ) |
| Pertains to: | ) |
| (1) *Kirschner, et al. v. Kimmel, et al.*, No. 20-cv-04287 | ) |
| (2) *Kirschner v. AQR Funds (AQR Diversified Arbitrage Fund)*, No. 20-cv-04289 | ) **NOTICE OF** |
| | ) **APPEARANCE** |
| (3) *Kirschner, et al. v. DFA Investment Dimensions Group Inc. US Core Equity 1 Portfolio, et al.*, No. 20-cv-04299 | ) |
| (4) *Wilmington Savings Fund Society, FSB v. Card, et al.*, No. 20-cv-04335 | ) |
| (5) *Kirschner v. Card, et al.*, No. 20-cv-04346 | ) |
| (6) *Kirschner v. Voya Russell Small Cap Index Portfolio*, No. 20-cv-_____ | ) |

## APPEARANCE OF PHILIP D. ANKER

PLEASE TAKE NOTICE that Philip D. Anker, an attorney admitted to practice in this Court, appears in the above-captioned consolidated multidistrict litigation on behalf of the defendants listed on the attached Exhibit A ("Defendants"). This appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated:  June 11, 2020
       New York, NY

Respectfully submitted,

*/s/ Philip D. Anker*
Philip D. Anker
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8890
philip.anker@wilmerhale.com

*Attorney for Defendants Listed in Exhibit A*