# EXHIBIT A

## **EXHIBIT A**

1.    State Street Global Advisors Trust Company
(incorrectly sued as "State Street Global Advisors")

2.    State Street Russell 1000® Value Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell 1000 Value Fund CTF")

3.    State Street Russell 2000® Index Non-Lending Fund
(incorrectly sued as "State Street Global Advisors Russell 2000 Index Fund")

4.    State Street Russell 2000® Value Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell 2000 Value Fund CTF")

5.    State Street Russell 3000® Index Non-Lending Fund
(incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund")

6.    State Street Russell 3000® Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund CTF")

7.    State Street Russell All Cap® Index Securities Lending Series Fund Class I
(incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund SL Ser A")

8.    State Street Russell Small/Mid Cap® Index Securities Lending Series Fund Class I
(incorrectly sued as "State Street Global Advisors Russell Small Cap Fund Complete S/L A")

9.    State Street Russell Small Cap Completeness® Index Non-Lending Fund
(incorrectly sued as "State Street Global Advisors Russell Special Small Company Fund")

10.    State Street Russell Small Cap Completeness® Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell Special Small Company Fund CTF")

11.    State Street U.S. Extended Market Index Securities Lending Fund
(incorrectly sued as "State Street Global Advisors U.S. Extended Market Index Fund a/k/a U.S. Extended Market Fund SL").

12.    HBK Master Fund L.P.

13.    HBK Quantitative Strategies Master Fund L.P.

14.    Susquehanna International Group LLP

15.    AQR Funds – AQR Diversified Arbitrage Fund
(incorrectly sued as "AQR Funds (AQR Diversified Arbitrage Fund)")

1

16.	CNH Master Account, L.P.

17.	AQR Absolute Return Master Account, L.P.

18.	AQR DELTA Master Account, L.P.

19.	AQR DELTA Sapphire Fund, L.P.

20.	AQR DELTA XN Master Account, L.P.

21.	AQR Funds—AQR Multi-Strategy Alternative Fund

22.	CNH Opportunistic Premium Offshore Fund, L.P.