UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to <u>Kirschner, et al. v. Kimmel, et al.</u>, No. 20-cv-4287 | 20-MD-2941 (JSR)<br><br>20-cv-4287 (JSR)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Anthem Health Plans of Virginia, Inc. and Community Insurance Company in the above-captioned action. I certify that I am admitted to practice in this Court. All notices given or required to be given and all papers filed in this action shall be served upon the undersigned.

Dated: New York, New York
June 12, 2020

Respectfully submitted,

**TROUTMAN SANDERS LLP**

By: *s/ Matthew J. Aaronson*
Matthew J. Aaronson
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Matthew.aaronson@troutman.com

41259297v1