UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to <u>Kirschner v. Dickson 1:20-cv-04436-JSR;</u> and <u>Wilmington Savings Fund Society, FSB v. Dickson</u> (S.D.N.Y. Docket to be created) | 20-MD-2941 (JSR)<br><br>1:20-cv-04436-JSR<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for

Blue Cross of California in the above-captioned action.  I certify that I am admitted to practice in

this Court.  All notices given or required to be given and all papers filed in this action shall be

served upon the undersigned.

Dated: New York, New York
      June 12, 2020                 Respectfully submitted,

                         **TROUTMAN SANDERS LLP**

                    By: *s/ Matthew J. Aaronson*
                        Matthew J. Aaronson
                        875 Third Avenue
                        New York, NY 10022
                        Telephone: (212) 704-6000
                        Facsimile:  (212) 704-6288
                        Matthew.aaronson@troutman.com

41259297v1