UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to <u>Kirschner, et al. v. Kimmel, et al.</u>, No. 20-cv-4287 | 20-MD-2941 (JSR)<br><br>20-cv-4287 (JSR)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for

Anthem Health Plans of Virginia, Inc. and Community Insurance Company in the above-captioned

action.  I certify that I am admitted to practice in this Court.  All notices given or required to be

given and all papers filed in this action shall be served upon the undersigned.

Dated: New York, New York
      June 12, 2020              Respectfully submitted,

         **TROUTMAN SANDERS LLP**

      By: <u>*s/ Brett D. Goodman*</u>
         Brett D. Goodman
         875 Third Avenue
         New York, NY 10022
         Telephone: (212) 704-6000
         Facsimile:  (212) 704-6288
         brett.goodman@troutman.com

41259297v1