**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) ) ) Case No.: 20-MD-2941-JSR |
| | ) |
| Pertains to All Associated Actions | ) **NOTICE OF APPEARANCE** |
| | ) |

TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brian Raphel enters an appearance as counsel of record on behalf of Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I – Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap Equity Fund in the above captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
      June 18, 2020

DECHERT LLP

By: /s/ Brian Raphel

Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
brian.raphel@dechert.com

Tel:    (212) 698-3692
Fax:    (212) 698-3599

*Attorney for Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I – Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap Equity Fund.*