**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) ) ) Case No.: 20-MD-2941-JSR ) ) |
| Pertains to All Associated Actions | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael S. Doluisio hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel of record on behalf of Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I – Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap Equity Fund in the above captioned action.

He is a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against him in any state or federal court and he have never been convicted of a felony or crime. He has never been

censured, suspended, disciplined, disbarred or denied admission or readmission by any court.  He

has attached an affidavit pursuant to Local Rule 1.3.


Dated: Philadelphia, Pennsylvania
      June 18, 2020

Respectfully submitted,

DECHERT LLP

By: /s/ Michael S. Doluisio
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2325
Fax: (215) 655-2325
Michael.doluisio@dechert.com

*Attorney for Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I – Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap Equity Fund.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2020 I filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Michael S. Doluisio
Michael S. Doluisio