**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) ) ) |
| | ) Case No.: 20-MD-2941-JSR |
| Pertains to All Associated Actions | ) ) ) |

**DECLARATION OF MICHAEL S. DOLUISIO**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I submit this Declaration to the Court in support of my application for admission to the United States District of the Southern District of New York *pro hac vice* for the purposes of the above pending action before this Court.

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New Jersey.

2. There are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony or crime.

4. I have never been censured, suspended, disciplined, disbarred or denied admission or readmission by any court.

5. I respectfully request this Court enter an Order granting my admission *pro hac vice* to represent Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life

Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I –

Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap

Equity Fund in the above captioned action.

Dated: Philadelphia, Pennsylvania
      June 18, 2020

Respectfully submitted,

DECHERT LLP

By: /s/ Michael S. Doluisio
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2325
Fax: (215) 655-2325
Michael.doluisio@dechert.com

*Attorney for Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I – Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap Equity Fund*

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that*    **MICHAEL SCOTT DOLUISIO**
*(No.*    **032791994**    *) was constituted and appointed an Attorney at Law of New Jersey on*    **January 23, 1995**    *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **9TH** *day of* **June** *, 20* **20**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael Scott Doluisio, Esq.*

**DATE OF ADMISSION**

*December 30, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 20, 2020**

John W. Person Jr., Esq.
Deputy Prothonotary