**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) ) ) |
| | ) Case No.: 20-MD-2941-JSR |
| Pertains to All Associated Actions | ) ) ) |

**[PROPOSED] ORDER ADMITTING MICHAEL S. DOLUISIO *PRO HAC VICE***

The motion of Michael S. Doluisio for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the States of Pennsylvania and New Jersey and that his contact information is as follows:

Michael S. Doluisio
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2325
Fax: (215) 655-2325
Michael.doluisio@dechert.com

Applicant has requested admission *Pro Hac Vice* for all purposes as counsel for Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I –

Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap

Equity Fund in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: June ___, 2020                    _____

Honorable Jed S. Rakoff
United States District Judge