UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION )<br><br>Pertains to *Kirschner, et al. v. Kimmel, et al.*, No. 20-cv-4287 )<br>)<br>)<br>)<br>)<br>) | No. 20-MD-2941 (JSR) |

## PROOF OF SERVICE

I hereby certify that a copy of (1) the Summons; (2) the Complaint; and (3) the

June 12, 2020 order of the Court was served on the parties listed in Table 1 below by first-class

mail, postage prepaid, on June 18, 2020.

Dated: June 18, 2020

Benjamin J. Steele
Prime Clerk
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165
(212) 257-5490
bsteele@primeclerk.com

3523811.4

**Table 1**

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Sidney Kimmel | | 2486 Abbey Ln | Seaford | NY | 11783-3509 |
| The Sidney Kimmel Revocable Indenture of Trust | Sidney Kimmel | 2486 Abbey Ln | Seaford | NY | 11783-3509 |
| John D. Demsey | | 24 W. 55th St., Apt. 4F | New York | NY | 10019-5456 |
| Matthew H. Kamens | | 101 Curwen Circle | Rosemont | PA | 19010 |
| James A. Mitarotonda | | 322 Central Park West, Apt. 14B | New York | NY | 10025-7629 |
| Barington Companies Equity Partners, L.P. | James A. Mitarotonda | c/o Barington Capital Group, L.P., 888 Seventh Ave., 17th Fl. | New York | NY | 10019 |
| Barington Companies Investors, LLC | James A. Mitarotonda | c/o Barington Capital Group, L.P., 888 Seventh Ave., 17th Fl. | New York | NY | 10019 |
| Jeffrey D. Nuechterlein | | 304 S. Saint Asaph St. | Alexandria | VA | 22314 |
| Lowell W. Robinson | | 470 West End Ave., Apt. 2E | New York | NY | 10024 |
| Aida Tejero-DeColli | | 761 Wilkenson Village Court West | Jamison | PA | 18929 |
| Allianz Global Investors of America LP | Tobias C. Pross | 1633 Broadway | New York | NY | 10019 |
| American Family Mutual Insurance Co. | Jack Salzwedel | 6000 American Pkwy. | Madison | WI | 53783 |
| American International Group Inc. | Brian Duperreault | 175 Water St. | New York | NY | 10038 |
| Amy Rapawy | | 34 November Trail | Weston | CT | 06883-1506 |
| Anthem Health Plans of Virginia, Inc. | Gail K. Boudreaux | c/o Anthem Inc., 6260 99th St., Suite 27 | Rego Park | NY | 11374 |
| Barbara Kreger | | 530 East 72nd St., Apt. #14E | New York | NY | 10021 |

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| BlueCrest Capital Management Ltd. | Michael Platt | 767 5th Ave., 9th Fl. | New York | NY | 10153 |
| Calvert Variable Products, Inc. (Calvert VP Russell 2000 Small Cap Index Portfolio) | John Streur | c/o Eaton Vance Management, 1825 Connecticut Ave., NW, Ste. 400 | Washington | DC | 20009-5727 |
| CHI Operating Investment Program, LP | Jennifer Neppel | 198 lnverness Drive W., Suite 800 | Englewood | CO | 80112 |
| Chrysler World IMI Equity Index – ND | Officer or Managing Agent | 8721 E Jefferson Ave | Detroit | MI | 48214-2810 |
| Community Insurance Company | Gail K. Boudreaux | c/o Anthem Inc., 6260 99th St., Suite 27 | Rego Park | NY | 11374 |
| CREF Equity Index Account | Roger Ferguson | 730 Third Ave., 12th Fl. | New York | NY | 10017 |
| Daniel Fishman | | 116 West 14th St., Apt. 75 | New York | NY | 10011 |
| Donna F. Zarcone | | 900 Cottage Grove Rd. | Bloomfield | CT | 06002 |
| Dreman Contrarian Funds (Dreman Contrarian Small Cap Value Fund) | David Dreman | c/o Ultimus Asset Services, LLC, 225 Pictoria Drive, Suite 450 | Cincinnati | OH | 45246 |
| Eileen Dunn | | 1538 Meadowbrook Rd. | Jenkintown | PA | 19046-1011 |
| Emerson Electric Co | David N. Farr | 8000 W. Florissant Ave. | St. Louis | MO | 63136 |
| EQ Advisors Trust (ATM Small Cap Managed Volatility Portfolio) | Steven M. Joenk | 1290 Ave. of the Americas Fl 12 | New York | NY | 10104-1300 |
| EQ Advisors Trust (EQ/2000 Managed Volatility Portfolio) | Steven M. Joenk | 1290 Ave. of the Americas Fl 12 | New York | NY | 10104-1300 |
| Eric Dauwalter | | 18 Turner Rd., 4A | Washington Depot | CT | 06794-1317 |
| Federated Equity Funds (Federated Clover Small Value Fund) | J. Christopher Donahue | 4000 Ericsson Dr. | Warrendale | PA | 15086-7561 |

2

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Frances Lukas | | 304 East 65th St., Apt. #27A | New York | NY | 10065 |
| Francis X. Claps | | 70 East 73rd St. | New York | NY | 10021 |
| Gabelli Investor Funds Inc. (The Gabelli ABC Fund) | Mario J. Gabelli | One Corporate Center | Rye | NY | 10580-1434 |
| Gabelli 787 Fund, Inc. (Enterprise Mergers and Acquisitions Fund) | Mario J. Gabelli | One Corporate Center | Rye | NY | 10580 |
| George Sharp | | 426 Broome St., Apt. #1R | New York | NY | 10013 |
| Gerald Hood | | 130 Cherokee Dr. | Starksville | MS | 39759 |
| Gregg Marks | | 2 Shadow Tree Lane | Briarcliff Manor | NY | 10510 |
| Gregory Clark | | 314 8th Ave. North | Lewistown | MT | 59457 |
| Heather Harlan | | 115 Bellevue Ave. | Montclair | NJ | 07043-2216 |
| Heather Roussel | | 22 North 6th St., Apt. #16-K | Brooklyn | NY | 11249 |
| James Capiola | | 1600 Old Orchard St. | West Harrison | NY | 10604-1049 |
| James Chan | | 45 Park Ln. S. | Jersey City | NJ | 07310-3118 |
| James T. Ostrowski | | 1153 Hickory Lane | Langhorne | PA | 19047 |
| Jamie Cygielman | | 401 East 74th St., Apt. 17D | New York | NY | 10021 |
| Janet Carr | | 416 Crestwood Dr. | Fort Worth | TX | 76107-1079 |
| Janice Brown | | 425 East 58 St., Apt. 6D | New York | NY | 10022 |
| Jodi G. Wright | | 240 Bronxville Rd., Apt. A3 | Bronxville | NY | 10708-2800 |
| Joseph A. Rosato | | 52 Hillandale Rd. | Westport | CT | 06880-5210 |
| Joseph Stafiniak | | 188 Collins St. | Hillsdale | NY | 12529-5907 |
| JPMorgan Systematic Alpha Fund | Jamie Dimon | 270 Park Ave. | New York | NY | 10017 |
| Katherine Butler | | 2 Silk Rd. | Greenwich | CT | 06830 |

3

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Kathleen Nedorostek Kaswell | | 200 East 66th St., Apt. #1202 | New York | NY | 10065 |
| KBC Equity Fund – Fallen Angels | Johan Thijs | 1177 Ave. of the Americas | New York | NY | 10036 |
| KBC Equity Fund – Leisure and Tourism | Johan Thijs | 1177 Ave. of the Americas | New York | NY | 10036 |
| KBC Equity Fund – Strategic Satellites | Johan Thijs | 1177 Ave. of the Americas | New York | NY | 10036 |
| Kimberly Thomas | | 2279 McArthur Dr. | Hatfield | PA | 19440-3561 |
| Larissa Sygida | | 58 Winding Brook Lane | Stamford | CT | 06902 |
| Lincoln Variable Insurance Products Trust (LVIP SSgA Small-Cap Index Fund) | Dennis R. Glass | c/o Lincoln National Corp., 150 N. Radnor Chester Rd. | Radnor | PA | 19087 |
| Lynne Bernstock | | 440 East 57th St., Apt. 5A | New York | NY | 10022-3048 |
| Mary E. Belle | | 2000 Broadway, Apt. 5D | New York | NY | 10023-5040 |
| Metropolitan Life Insurance Co | Michel A. Khalaf | 1095 Ave. of the Americas | New York | NY | 10036-3690 |
| Mitchel Levine | | 314 West 94th St., Apt. 4C | New York | NY | 10025 |
| Multimanager Small Cap Value Portfolio | Officer or Managing Agent | 1290 Ave. of the Americas Fl 12 | New York | NY | 10104-1300 |
| Nationwide Mutual Funds (Nationwide Small Cap Index Fund) | Kirt Walker | 10 W Nationwide Blvd | Columbus | OH | 43215-2751 |
| Nationwide Mutual Funds (Nationwide U.S. Small Cap Value Fund) | Kirt Walker | 10 W. Nationwide Blvd. | Columbus | OH | 43215 |

4

3523811.4

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Nationwide Variable Insurance Trust (NVIT Multi-Manager Small Cap Value Fund) | Kirt Walker | 10 W. Nationwide Blvd. | Columbus | OH | 43215 |
| Nationwide Variable Insurance Trust (NVIT Small Cap Index Fund) | Kirt Walker | 10 W. Nationwide Blvd. | Columbus | OH | 43215-2751 |
| Natixis SA | Francois Riahi | 1251 6th Ave., # 34 | New York | NY | 10020 |
| Nicoletta Palma | | 250 Mill Spring Rd. | Manhasset | NY | 11030-3623 |
| Norman R. Veit, Jr. | | 310 Mystic View Cir. | Doylestown | PA | 18901-2032 |
| Odin Holdings LP | Eric M. Johnston | 140 Birch Road | Kings Park | NY | 11754 |
| Oppenheimer Global Multi Strategies Fund | Albert Lowenthal | 6803 S. Tucson Way | Centennial | CO | 80112-3924 |
| PineBridge Investments LP | Gregory A. Ehret | 399 Park Ave. | New York | NY | 10022 |
| Principal Funds Inc. (Global Multi-Strategy Fund) | Dan Houston | Principal Global Investors, LLC 801 Grand Ave. | Des Moines | IA | 50392 |
| Principal Funds Inc. (SmallCap Value Fund II) | Dan Houston | Principal Global Investors, LLC 801 Grand Ave. | Des Moines | IA | 50392 |
| Principal Variable Contracts Funds Inc. (SmallCap Value Account I) | Dan Houston | Principal Global Investors, LLC 801 Grand Ave. | Des Moines | IA | 50392 |
| ProShares Trust (ProShares Merger ETF) | Michael Sapir | 7501 Wisconsin Ave., Suite 1000 | Bethesda | MD | 20814 |
| Quantitative Master Series LLC (Master Extended Market Index Series) | Ann Frechette | 100 Bellevue Parkway | Wilmington | DE | 19809 |
| RBB Fund, Inc. (WPG Partners Small/Micro Cap Value Fund) | Salvatore Faia | 909 Third Ave., 31st Fl. | New York | NY | 10022 |
| Robyn Whitney Mills | | 20 Whitehall Rd. | Rockville Centre | NY | 11570 |
| Rosa Genovesi | | 349 Benham Hill Rd. | West Haven | CT | 06516-6235 |

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Roy Chan | | 1 John St., Apt. 6B | Brooklyn | NY | 11201-1130 |
| Royce Institutional, LLC (Opportunity Portfolio) | Chris Clark | 745 Fifth Ave., Suite 2400 | New York | NY | 10151 |
| Russell US Small Cap Equity Fund | Michelle Seitz | 1301 2nd Ave., 18th Fl. | Seattle | WA | 98101 |
| Scott Bowman | | 201 East 83rd St., Apt. 14B | New York | NY | 10028 |
| Securian Life Insurance Co. f/k/a Minnesota Life Insurance Co. | Christopher M. Hilger | 400 Robert St. N. | St. Paul | MN | 55101 |
| SEI Institutional Investments Trust (SIIT Small Cap Fund) | Alfred P. West, Jr. | 100 Cider Mill Rd. | Oaks | PA | 19456 |
| SEI Institutional Managed Trust (SIMT Small Cap Value Fund) | Alfred P. West, Jr. | 100 Cider Mill Rd. | Oaks | PA | 19456 |
| Sharon Harger | | 8 Water St. | Hulmeville | PA | 19047 |
| Stefani Greenfield | | 60 Riverside Blvd., 821 | New York | NY | 10069-0211 |
| Stephen C. Troy | | 9 Red Cedar Dr. | Levittown | PA | 19055-1422 |
| Stuart Weitzman | | 169 Taconic Rd. | Greenwich | CT | 06831 |
| Susan Duffy | | 10 Colonel Thomas Lane | Bedford | NY | 10506 |
| Suzanne Karkus | | 200 W 60th St., Apt. 22F | New York | NY | 10023-8508 |
| Talcott Resolution Life Insurance Co. | Peter F. Sannizzaro | 1 Griffin Rd. N. | Windsor | CT | 06095 |
| TFS Capital LLC | Gregory Sekelsky | 5901 Ketterley Row | Glen Allen | VA | 23059 |
| TFS Capital LLC | | 10 N. High St., Suite 500 | West Chester | PA | 19380 |
| The Arbitrage Event-Driven Fund | John Orrico | c/o Water Island Capital, 41 Madison Ave., 42nd Fl. | New York | NY | 10010 |
| The GDL Fund | Mario J. Gabelli | One Corporate Center | Rye | NY | 10580-1422 |
| TIAA-CREF Funds | Roger Ferguson | 730 Third Ave., 12th Fl. | New York | NY | 10017 |

3523811.4

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| TIAA-CREF Funds (TIAA-CREF Equity Index Fund) | Roger Ferguson | 730 Third Ave., 12th Fl. | New York | NY | 10017 |
| TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund) | Roger Ferguson | 730 Third Ave., 12th Fl. | New York | NY | 10017 |
| Touchstone Funds Group Trust (Touchstone Arbitrage Fund) | E. Blake Moore, Jr. | 303 Broadway, Suite 1100 | Cincinnati | OH | 45202 |
| Touchstone Funds Group Trust (Touchstone Merger Arbitrage Fund) | E. Blake Moore, Jr. | 303 Broadway, Suite 1100 | Cincinnati | OH | 45202 |
| Two Sigma Investments LP | John Overdeck and David Siegel | 100 Ave. of the Americas, 16th Fl. | New York | NY | 10013 |
| Unified Series Trust (Symons Small Cap Institutional Fund) | Zachary P. Richmond | 225 Pictoria Dr., Suite 450 | Cincinnati | OH | 45246 |
| Valued Advisers Trust (Foundry Partners Fundamental Small Cap Value Fund) | Gregory Knoth | 225 Pictoria Dr., Suite 450 | Cincinnati | OH | 45246 |
| Vanguard Index Funds (Vanguard Extended Market Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Index Funds (Vanguard Small-Cap Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Index Funds (Vanguard Small-Cap Value Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Index Funds (Vanguard Total Stock Market Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |

3523811.4

| Defendant Name | Attn: | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Institutional Total Stock Market Index Trust | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Russell 2000 Value Index Trust | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Scottsdale Funds (Vanguard Russell 2000 Value Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard Valley Forge Funds (Vanguard Balanced Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Vanguard World Fund (Vanguard Consumer Discretionary Index Fund) | Mortimer J. Buckley | 100 Vanguard Blvd. | Malvern | PA | 19355 |
| Wayne Kulkin | | 100 Sandreed Rd. East | Jackson | WY | 83001 |
| Zine Mazouzi | | 28 Eastview Dr. | New Fairfield | CT | 06812 |

8

3523811.4