UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES LITIGATION )

Pertains to *Kirschner, et al. v. Voya Russell Small Cap Index Portfolio, et al..*, No. 20-cv-4434

No. 20-MD-2941 (JSR)

## PROOF OF SERVICE

I hereby certify that a copy of (1) the Summons; (2) the Complaint; and (3) the June 12, 2020 order of the Court was served on the following party by first-class mail, postage prepaid, on June 18, 2020:

Voya Russell Small Cap Index Portfolio
Attn: Steven Wetter and Kai Yee Wong
230 Park Ave.
New York, NY 10169

Dated: June 18, 2020

Benjamin J. Steele
Prime Clerk
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165
(212) 257-5490
bsteele@primeclerk.com

3524050.1