**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to All Associated Actions | )<br>)<br>)  Case No.: 20-MD-2941-JSR<br>)<br>) |

**[PROPOSED] ORDER ADMITTING MICHAEL S. DOLUISIO *PRO HAC VICE***

The motion of Michael S. Doluisio for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the States of Pennsylvania and New Jersey and that his contact information is as follows:

Michael S. Doluisio
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2325
Fax: (215) 655-2325
Michael.doluisio@dechert.com

Applicant has requested admission *Pro Hac Vice* for all purposes as counsel for

Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund,

Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic

Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II

Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap

Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted

Value Trust, Manulife Investment Management, Manulife Financial, BAM Advisor Services, SA

US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life

Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I –

Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russel US Small Cap Equity Fund in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June ___, 2020

_____
Honorable Jed S. Rakoff
United States District Judge