UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to *Kirschner v. Dickson, et al.*, No. 20-cv-4436, and *Wilmington Savings Fund Society, FSB v. Dickson, et al.*, No. 20-cv-4569 | No. 20-MD-2941 (JSR) |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VERICIMETRY US SMALL CAP VALUE FUND

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions, and limitations of a Settlement Agreement, dated as of May 20, 2020, between the parties, plaintiffs Marc S. Kirschner, as Trustee for the NWHI Litigation Trust, and Wilmington Savings Fund Society, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc., hereby give notice that they are dismissing the above-entitled actions with prejudice solely against defendant **Vericimetry US Small Cap Value Fund**, without costs and without fees to any party.

Dated: New York, New York
      June 22, 2020

<div style="margin-left: 40%;">

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

s/ Robert J. Lack
Robert J. Lack (rlack@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1100

*Attorneys for Plaintiffs*

</div>

3524937.1

SO ORDERED.

Dated:    New York, New York
          June 22, 2020

_____
JED S. RAKOFF, U.S.D.J.

3524937.1