UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE NINE WEST LBO SECURITIES           :        20-MD-2941 (JSR)
LITIGATION                                              :
                                                            :
------------------------------------------------------------------------X

## <u>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS</u>

SIRS:

 PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for Defendants *Stephen C. Troy, Nicoletta Palma, Mitchel Levine, Frances Lukas and Daniel Fishman* ("Defendants") in the above captioned action.

 PLEASE TAKE FURTHER NOTICE, that the Defendants hereby appear in the above entitled action, and that the undersigned has been retained as Attorney for said Defendants and demands that copies of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

 I certify that I am admitted to practice in this court.

Dated: New York, New York
 June 23, 2020

Respectfully submitted,

LAZARUS & LAZARUS, P.C.


By: /s/ Jared H. Louzon
 Jared H. Louzon, Esq.
 240 Madison Avenue, 8th. Flr.
 New York, New York, 10016
 212-889-7400 [Telephone]
 212-684-0314 [Facsimile]
 jhlouzon@lazarusandlazarus.com
