**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to *Kirschner, et al. v. Advisors Series Trust (Kellner Merger Fund), et al.* | No. 20-md-2941 (JSR)<br><br>No. 20-cv-4433 (JSR)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joshua K. Porter enters an appearance as counsel of record for The Arbitrage Fund in the above captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
      June 23, 2020                    Respectfully submitted,

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Joshua K. Porter*
Joshua K. Porter
299 Park Avenue, 20th Floor
New York, New York 10171
Tel. (212) 894-7200
jporter@entwistle-law.com