**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | No. 20-md-2941 (JSR) |
| Pertains to *Kirschner, et al. v. Kimmel, et al.* | No. 20-cv-4287 (JSR)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew J. Entwistle enters an appearance as counsel of record for Gabelli Investor Funds, Inc. (The Gabelli ABC Fund), Gabelli 787 Fund, Inc., and The GDL Fund in the above captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: Austin, Texas
     June 23, 2020

                              Respectfully submitted,

                              **ENTWISTLE & CAPPUCCI LLP**

                              */s/ Andrew J. Entwistle*

                              Andrew J. Entwistle
                              Frost Bank Tower
                              401 Congress Avenue, Suite 1170
                              Austin, Texas 78701
                              Tel. (512) 710-5960
                              aentwistle@entwistle-law.com