AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| In re: Nine West LBO Securities Litigation | ) |
| | ) |
| Pertains to All Associated Actions | )  Case No.  20-MD-2941 (JSR) |
| | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Marc S. Kirschner and Wilmington Savings Fund Society, FSB.                                    .

Date:    06/24/2020

/s/ Andrew W. Goldwater
*Attorney's signature*

Andrew W. Goldwater (AG2014)
*Printed name and bar number*

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY  10036
*Address*

agoldwater@fklaw.com
*E-mail address*

(212) 833-1106
*Telephone number*

(212) 373-7906
*FAX number*