AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

In re: Nine West LBO Securities Litigation )
)
)
Pertains to All Associated Actions ) Case No. 20-MD-2941 (JSR)
)
)

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Marc S. Kirschner and Wilmington Savings Fund Society, FSB. .

Date: 06/24/2020

/s/ Jeffrey C. Fourmaux

*Attorney's signature*

Jeffrey C. Fourmaux (JF4123)

*Printed name and bar number*

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

*Address*

jfourmaux@fklaw.com

*E-mail address*

(212) 833-1190

*Telephone number*

(212) 373-7990

*FAX number*