AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| In re: Nine West LBO Securities Litigation | ) |
| | ) |
| Pertains to All Associated Actions | )   Case No.   20-MD-2941 (JSR) |
| | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Marc S. Kirschner and Wilmington Savings Fund Society, FSB.                     .

Date:    06/24/2020                                  /s/ Stan Chiueh
                                                    *Attorney's signature*

                                          Stan Chiueh (SC3162)
                                          *Printed name and bar number*

                                          Friedman Kaplan Seiler & Adelman LLP
                                          7 Times Square
                                          New York, NY  10036
                                          *Address*

                                          schiueh@fklaw.com
                                          *E-mail address*

                                          (212) 833-1148
                                          *Telephone number*

                                          (212) 373-7948
                                          *FAX number*