AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

In re: Nine West LBO Securities Litigation

Pertains to All Associated Actions

)
)
)
)
)

Case No.    20-MD-2941 (JSR)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Marc S. Kirschner and Wilmington Savings Fund Society, FSB.

.

Date:    06/24/2020

/s/ Priyanka Wityk

*Attorney's signature*

Priyanka Wityk (PW1397)

*Printed name and bar number*

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY  10036

*Address*

pwityk@fklaw.com

*E-mail address*

(212) 833-1193

*Telephone number*

(212) 373-7993

*FAX number*