AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | | |
|---|---|---|
| In re: Nine West LBO Securities Litigation | ) | |
| | ) | |
| Pertains to All Associated Actions | ) | Case No.   20-MD-2941 (JSR) |
| | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Marc S. Kirschner and Wilmington Savings Fund Society, FSB.                                    .

Date:     06/24/2020

/s/ Danielle E. Tepper
*Attorney's signature*

Danielle E. Tepper (DT0503)
*Printed name and bar number*

Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY  10036
*Address*

dtepper@fklaw.com
*E-mail address*

(212) 833-1195
*Telephone number*

(212) 373-7995
*FAX number*