# TAB 1

Detroit_8055879_1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) | Case No. 20-md-2941 |
| | ) | |
| | ) | |
| PERTAINS TO *Kirschner v. Advisor Series Trust, et al.* | ) | Case No. 20-cv-4433 |
| | ) | |

### AFFIDAVIT OF DENNIS J. LEVASSEUR

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )SS. |
| COUNTY OF WAYNE | ) |

Dennis J. Levasseur, being first duly sworn, and having personal knowledge of the information contained herein, deposes and states as follows:

1. I am an attorney licensed by the State Bar of Michigan to practice law in the State of Michigan, County of Wayne, and am a member of the law firm Bodman PLC, a law firm that I have been associated with since 1987.

2. I have never been convicted of a felony at any time in my life.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently pending against me.

5. A Certificate of Good Standing from the State Bar of Michigan is attached to this affidavit.

6. The statements above are true to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT.

Dennis J. Levasseur

Subscribed and sworn to before me
this 2nd day of JULY , 2020

Notary Public, MACOMB County, Michigan
Acting in WAYNE County, Michigan
My Commission Expires: 9/23/2025

DAWN S. BEAN
Notary Public, Macomb County, Michigan
Acting in WAYNE County
My Commission Expires: 09/23/2025

2