# TAB 3

Detroit_8055879_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) | Case No. 20-md-2941 |
| | ) | |
| | ) | |
| PERTAINS TO *Kirschner v. Advisor Series Trust, et al.* | ) | Case No. 20-cv-4433 |
| | ) | |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Dennis J. Levasseur, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state of Michigan; and that his contact information is as follows:

Applicant's Name:   Dennis J. Levasseur

Firm Name:   Bodman PLC

Address:   6th Floor at Ford Field, 1901 Saint Antoine Street

City/State/Zip:   Detroit, Michigan 48226

Telephone/Fax:   (313) 393-7596; Fax (313) 393-7579

Email:   dlevasseur@bodmanlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for "Defendant NY-23" in the matter of *In Re Nine West LBO Securities Litigation,* Case No. 20-md-2941;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

Bodman_16824999_1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
                                United States District/Magistrate Judge

2