UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE:  NINE WEST LBO SECURITIES LITIGATION | : : : | 1:20-md-02941-JSR |
|  | : | **NOTICE OF APPEARANCE** |
| Pertains to *Kirschner, et al. v. DFA Investment Dimensions Group, Inc. U.S. Equity 1 Portfolio, et al.*, 1:20-cv-04299-JSR | : : : : | |
|  | : | |

To:    The Clerk of Court and All Parties of Record

I am admitted to practice in this court and I appear in this case as counsel for the

Defendants identified as:

- DFA Investment Dimensions Group Inc. U.S. Core Equity 1 Portfolio
- DFA Investment Dimensions Group Inc. U.S. Core Equity 2 Portfolio
- DFA Investment Dimensions Group Inc. U.S. Micro Cap Portfolio
- DFA Investment Dimensions Group Inc. U.S. Small Cap Portfolio
- DFA Investment Dimensions Group Inc. U.S. Small Cap Value Portfolio
- DFA Investment Dimensions Group Inc. U.S. Targeted Value Portfolio
- Dimensional Funds plc Global Targeted Value Fund
- Dimensional Funds plc U.S. Small Companies Fund
- DFA Australia Limited Global Core Equity Trust
- DFA Investment Dimensions Group Inc. T.A. U.S. Core Equity 2 Portfolio
- DFA Investment Dimensions Group Inc. Tax-Managed U.S. Small Cap Portfolio
- DFA Investment Dimensions Group Inc. Tax-Managed U.S. Targeted Value Portfolio
- DFA Investment Dimensions Group Inc. U.S. Social Core Equity 2 Portfolio
- DFA Investment Dimensions Group Inc. U.S. Vector Equity Portfolio
- DFA Investment Trust Company Tax-Managed U.S. Marketwide Value Series
- DFA U.S. Core Equity Fund
- DFA U.S. Vector Equity Fund
- Micro Cap Subtrust

- Small Cap Value Subtrust
- Tax-Managed U.S. Equity Series
- U.S. Small Cap Subtrust

Date:  June 25, 2020

 /s/ Marissa Parker
Marissa Parker
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA  19103
Telephone: (215) 564-8091
Fax: (215) 564-8120
Email: mparker@stradley.com

*Counsel for the Dimensional Defendants*