UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE:  NINE WEST LBO SECURITIES LITIGATION | : : : | 1:20-md-02941-JSR |
|  | : | **NOTICE OF APPEARANCE** |
| Pertains to *Kirschner, et al. v. Kimmel, et al.*, 1:20-cv-04287-JSR | : : : : : : | |

To:     The Clerk of Court and All Parties of Record

I am admitted to practice in this court and I appear in this case as counsel for the

Defendants identified as:

- Nationwide Mutual Funds (Nationwide Small Cap Index Fund)
- Nationwide Mutual Funds (Nationwide U.S. Small Cap Value Fund)
- Nationwide Variable Insurance Trust (NVIT Multi-Manager Small Cap Value Fund)
- Nationwide Variable Insurance Trust (NVIT Small Cap Index Fund)

Date:  June 25, 2020

  */s/ Marissa Parker*
Marissa Parker
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA  19103
Telephone: (215) 564-8091
Fax: (215) 564-8120
Email: mparker@stradley.com

*Counsel for the Nationwide Defendants*