**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | )<br>)<br>)    Case No. 1:20-MD-2941-JSR<br>)<br>) |
| Pertains to All Associated Actions | ) |

**[PROPOSED] ORDER ADMITTING ROBERT RADASEVICH *PRO HAC VICE***

The motion of Robert Radasevich for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

Robert Radasevich
NEAL GERBER & EISENBERG
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Tel.: (312) 269-8000
Fax: (312) 578-4947
rradasevich@nge.com

Applicant has requested admission *Pro Hac Vice* for all purposes as counsel for Defendants Towle Capital Partners, L.P., Towle Capital Partners II, L.P., Towle Deep Value Fund, WCFS, Inc., and Hallador Balanced Fund, LLC in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July ___, 2020

_____

Honorable Jed S. Rakoff
United States District Judge

30865714.1