**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI LITIGATION TRUST, and WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc., <br><br> Plaintiffs, <br><br> -against- <br><br> SIDNEY KIMMEL, THE SIDNEY KIMMEL REVOCABLE INDENTURE OF TRUST, JOHN D. DEMSEY, MATTHEW H. KAMENS, JAMES A. MITAROTONDA, BARINGTON COMPANIES EQUITY PARTNERS, L.P., BARINGTON COMPANIES INVESTORS, LLC, JEFFREY D. NUECHTERLEIN, LOWELL W. ROBINSON, JOSEPH T. DONNALLEY, AIDA TEJERO-DECOLLI, ALLIANZ GLOBAL INVESTORS OF AMERICA LP, AMERICAN FAMILY MUTUAL INSURANCE CO., AMERICAN INTERNATIONAL GROUP INC., AMY RAPAWY, ANTHEM HEALTH PLANS OF VIRGINIA, INC., BARBARA KREGER, BLUECREST CAPITAL MANAGEMENT LTD., CALVERT VARIABLE PRODUCTS, INC. (CALVERT VP RUSSELL 2000 SMALL CAP INDEX PORTFOLIO), CHI OPERATING INVESTMENT PROGRAM, LP, CHRYSLER WORLD IMI EQUITY INDEX – ND, COMMUNITY INSURANCE COMPANY, CREF EQUITY INDEX ACCOUNT, DANIEL FISHMAN, DONNA F. ZARCONE, DREMAN CONTRARIAN FUNDS (DREMAN CONTRARIAN SMALL CAP VALUE FUND), EILEEN DUNN, EMERSON ELECTRIC CO., EQ ADVISORS TRUST (ATM SMALL CAP MANAGED VOLATILITY PORTFOLIO), EQ ADVISORS TRUST (EQ/2000 MANAGED VOLATILITY PORTFOLIO), ERIC DAUWALTER, FEDERATED EQUITY FUNDS (FEDERATED CLOVER SMALL VALUE FUND), FRANCES LUKAS, FRANCIS X. CLAPS, GABELLI INVESTOR FUNDS INC. (THE GABELLI ABC FUND), GABELLI 787 FUND, INC. (ENTERPRISE MERGERS AND ACQUISITIONS FUND), GEORGE SHARP, GERALD HOOD, GREGG MARKS, GREGORY CLARK, HEATHER HARLAN, HEATHER ROUSSEL, JAMES CAPIOLA, JAMES CHAN, JAMES T. OSTROWSKI, JAMIE | No. 20-cv-04287(JSR) |

CYGIELMAN, JANET CARR, JANICE BROWN, JODI G.
WRIGHT, JOSEPH A. ROSATO, JOSEPH STAFINIAK,
JPMORGAN SYSTEMATIC ALPHA FUND, KATHERINE
BUTLER, KATHLEEN NEDOROSTEK KASWELL, KBC
EQUITY FUND – FALLEN ANGELS, KBC EQUITY FUND
– LEISURE AND TOURISM, KBC EQUITY FUND –
STRATEGIC SATELLITES, KIMBERLY THOMAS,
LARISSA SYGIDA, LINCOLN VARIABLE INSURANCE
PRODUCTS TRUST (LVIP SSGA SMALL-CAP INDEX
FUND), LYNNE BERNSTOCK, MARY E. BELLE,
METROPOLITAN LIFE INSURANCE CO, MITCHEL
LEVINE, MULTIMANAGER SMALL CAP VALUE
PORTFOLIO, NATIONWIDE MUTUAL FUNDS
(NATIONWIDE SMALL CAP INDEX FUND),
NATIONWIDE MUTUAL FUNDS (NATIONWIDE U.S.
SMALL CAP VALUE FUND), NATIONWIDE VARIABLE
INSURANCE TRUST (NVIT MULTI- MANAGER SMALL
CAP VALUE FUND), NATIONWIDE VARIABLE
INSURANCE TRUST (NVIT SMALL CAP INDEX FUND),
NATIXIS SA, NICOLETTA PALMA, NORMAN R. VEIT,
JR., ODIN ) HOLDINGS LP, OPPENHEIMER GLOBAL
MULTI STRATEGIES FUND, PINEBRIDGE
INVESTMENTS LP, PRINCIPAL FUNDS INC. (GLOBAL
MULTI- STRATEGY FUND), PRINCIPAL FUNDS INC.
(SMALLCAP VALUE FUND II), PRINCIPAL VARIABLE
CONTRACTS FUNDS INC. (SMALLCAP VALUE
ACCOUNT I), PROSHARES TRUST (PROSHARES
MERGER ETF), QUANTITATIVE MASTER SERIES LLC
(MASTER EXTENDED MARKET INDEX SERIES), RBB
FUND, INC. (WPG PARTNERS SMALL/MICRO CAP
VALUE FUND), ROBYN WHITNEY MILLS, ROSA
GENOVESI, ROY CHAN, ROYCE INSTITUTIONAL, LLC
(OPPORTUNITY PORTFOLIO), RUSSELL US SMALL
CAP EQUITY FUND, SCOTT BOWMAN, SECURIAN LIFE
INSURANCE CO. f/k/a MINNESOTA LIFE INSURANCE
CO., SEI INSTITUTIONAL INVESTMENTS TRUST (SIIT
SMALL CAP FUND), SEI INSTITUTIONAL MANAGED
TRUST (SIMT SMALL CAP VALUE FUND), SHARON
HARGER, STEFANI GREENFIELD, STEPHEN C. TROY,
STUART WEITZMAN, SUSAN DUFFY, SUSQUEHANNA
INTERNATIONAL GROUP LLP, SUZANNE KARKUS,
TALCOTT RESOLUTION LIFE INSURANCE CO., TFS
CAPITAL LLC, THE ARBITRAGE EVENT-DRIVEN
FUND, THE GDL FUND, TIAA-CREF FUNDS, TIAA-CREF
FUNDS (TIAA-CREF EQUITY INDEX FUND), TIAA-CREF
FUNDS (TIAA-CREF SMALL-CAP BLEND INDEX FUND),

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TOUCHSTONE FUNDS GROUP TRUST (TOUCHSTONE ARBITRAGE FUND), TOUCHSTONE ) FUNDS GROUP TRUST (TOUCHSTONE MERGER ARBITRAGE FUND), TWO SIGMA INVESTMENTS ) LP, UNIFIED SERIES TRUST (SYMONS SMALL CAP ) INSTITUTIONAL FUND), VALUED ADVISERS TRUST (FOUNDRY PARTNERS FUNDAMENTAL SMALL CAP VALUE FUND), VANGUARD INDEX FUNDS (VANGUARD EXTENDED MARKET INDEX FUND), VANGUARD INDEX FUNDS (VANGUARD SMALL-CAP INDEX FUND), VANGUARD INDEX FUNDS (VANGUARD SMALL-CAP VALUE INDEX ) FUND), VANGUARD INDEX FUNDS (VANGUARD TOTAL STOCK MARKET INDEX FUND), VANGUARD INSTITUTIONAL INDEX FUNDS (VANGUARD INSTITUTIONAL TOTAL STOCK MARKET INDEX FUND), VANGUARD INSTITUTIONAL TOTAL STOCK MARKET INDEX TRUST, VANGUARD INTERNATIONAL EQUITY INDEX FUNDS (VANGUARD TOTAL WORLD STOCK INDEX FUND), VANGUARD RUSSELL 2000 VALUE INDEX TRUST, VANGUARD SCOTTSDALE FUNDS (VANGUARD RUSSELL 2000 INDEX FUND), VANGUARD SCOTTSDALE FUNDS (VANGUARD RUSSELL 2000 VALUE INDEX FUND), VANGUARD VALLEY FORGE FUNDS (VANGUARD BALANCED INDEX FUND), VANGUARD WORLD FUND (VANGUARD CONSUMER DISCRETIONARY INDEX ) FUND), WAYNE KULKIN, and ZINE MAZOUZI,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Landon S. Raiford to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

Name:      Landon S. Raiford

Firm:          Jenner & Block LLP

Address:       353 N. Clark St. Chicago IL 60654

Telephone:     (312) 222-9350

Email:         lraiford@jenner.com

Applicant having requested admission to appear for all purposes as counsel for Defendant Two Sigma Investments LP in the above-captioned action,

**IT IS HEREBY ORDERED** that Landon S. Raiford is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:    ___6/25/20___                    _____
                                           United States District Judge