**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | ) ) ) | Case No. 1:20-MD-2941-JSR |
| Pertains to All Associated Actions | ) ) ) | |

**DECLARATION OF DANA V. ENGEL**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I submit this Declaration to the Court in support of my application for admission to the United States District Court of the Southern District of New York *pro hac vice* for the purposes of the above pending action before this Court.

1.      I am a member in good standing of the bar of the State of Illinois.

2.      There are no pending disciplinary proceedings against me in any state or federal court.

3.      I have never been convicted of a felony or crime.

4.      I have never been censured, suspended, disciplined, disbarred or denied admission or readmission by any court.

5.      A Certificate of Good Standing from the State Bar of Illinois is attached to this declaration.

6.      The statements above are true to the best of my knowledge, information, and belief.

7.      I respectfully request this Court enter an Order granting my admission *pro hac vice* to represent Defendants Towle Capital Partners, L.P., Towle Capital Partners II, L.P., Towle Deep Value Fund, WCFS, Inc., and Hallador Balanced Fund, LLC in the above captioned action.

Dated:  July 6, 2020                    Respectfully submitted,


By: /s/ Dana V. Engel

Dana V. Engel
dengel@nge.com
NEAL GERBER & EISENBERG
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Tel.: (312) 269-8000
Fax: (312) 750-6456

*Attorney for Defendants:*
*Towle Capital Partners, L.P.,*
*Towle Capital Partners II, L.P.,*
*Towle Deep Value Fund, WCFS, Inc., and*
*Hallador Balanced Fund, LLC*


30865325.1