**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | ) ) ) |
| Pertains to All Associated Actions | ) ) ) |

Case No. 1:20-MD-2941-JSR

### [PROPOSED] ORDER ADMITTING DANA V. ENGEL *PRO HAC VICE*

The motion of Dana V. Engel for admission to practice *Pro Hac Vice* in the above-

captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of

Illinois and that her contact information is as follows:

Dana V. Engel
NEAL GERBER & EISENBERG
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Tel.: (312) 269-8000
Fax: (312) 750-6456
dengel@nge.com

Applicant has requested admission *Pro Hac Vice* for all purposes as counsel for

Defendants Towle Capital Partners, L.P., Towle Capital Partners II, L.P., Towle Deep Value

Fund, WCFS, Inc., and Hallador Balanced Fund, LLC in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: July _____, 2020

_____

Honorable Jed S. Rakoff
United States District Judge