UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Pertains to *Kirschner, et al. v. Advisors Series
Trust (Kellner Merger Fund), et. al.*

No.   20-md-2941 (JSR)

No.   20-cv-4433 (JSR)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lara Samet Buchwald of the law firm Davis Polk & Wardwell LLP, an attorney admitted to practice before this Court, hereby respectfully enters her appearance as attorney of record for non-party Merrill Lynch, Pierce, Fenner & Smith Incorporated in the above-captioned proceeding, and requests that all subsequent papers be served upon her at the address indicated below.

PLEASE TAKE FURTHER NOTICE that, while not waiving or forfeiting and while expressly preserving all rights, arguments, defenses, claims, and counterclaims, Lara Samet Buchwald of the law firm of Davis Polk & Wardwell LLP requests that all papers directed to "Merrill Lynch Investment," a defendant named in the action bearing index number 20-cv-4433, be served upon her at the address indicated below.  Upon information and belief, "Merrill Lynch Investment" is an entity that does not exist and which plaintiff may mistakenly believe is affiliated with Merrill Lynch, Pierce, Fenner & Smith Incorporated.

Dated:   New York, New York
         June 26, 2020

Respectfully Submitted,

**DAVIS POLK & WARDWELL LLP**

By:   */s/ Lara Samet Buchwald*
         Lara Samet Buchwald

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
lara.buchwald@davispolk.com

*Attorney for Non-Party Merrill Lynch,*
*Pierce, Fenner & Smith Incorporated*

2