**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to *Kirschner, et al. v. Kimmel, et al*. | No. 20-md-2941 (JSR)<br><br>No. 20-cv-4287 (JSR)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joshua K. Porter enters an appearance as counsel of record for Barington Companies Investors, LLC and Barington Companies Equity Partners, L.P. in the above captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
     June 26, 2020

          Respectfully submitted,

          **ENTWISTLE & CAPPUCCI LLP**

          */s/ Joshua K. Porter*
          Joshua K. Porter
          299 Park Avenue, 20th Floor
          New York, New York 10171
          Tel. (212) 894-7200
          jporter@entwistle-law.com