UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to *Kirschner v. Dickson, et al.*, 20-cv-01480; and *Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-1489 | Case No.: 1:20-md-02941 (JSR) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I am admitted or otherwise authorized to practice in this

Court and appear in the above-captioned action on behalf of Defendant Hawaii DE LLC.

Dated:    June 26, 2020

Respectfully submitted,

*/s/ Reade W. Seligmann*
Reade W. Seligmann
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9453
Facsimile: (212) 210-9444
Email: Reade.Seligmann@alston.com

*Attorneys for Defendant Hawaii DE LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

DATED:  June 26, 2020

*/s/ Reade W. Seligmann*
Reade W. Seligmann
