**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE NINE WEST LBO<br>SECURITIES LITIGATION | )<br>)<br>) | Case No. 1:20-md-02941-JSR |

---

| | | |
|---|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI<br>LITIGATION TRUST, and WILMINGTON<br>SAVINGS FUND SOCIETY, FSB, as successor<br>indenture Trustee for the 6.875% Senior Notes due<br>2019, the 8.25% Senior Notes due 2019, and the<br>6.125% Senior Notes due 2034 of Nine West<br>Holdings, Inc. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2020-cv-04287 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| SIDNEY KIMMEL, et al., | )<br>) | |
| Defendants. | )<br>) | |

## <u>MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*</u>

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Brienne M. Letourneau hereby moves this Court for an order granting admission to practice *pro hac vice* to appear as counsel for Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund) in the above-referenced case.

I am a member in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 as Exhibit A.

Dated: June 26, 2020

Respectfully submitted,

/s/ Brienne M. Letourneau
Brienne M. Letourneau
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654
(312) 728-9018
bletourneau@willkie.com

*Attorney for Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund)*

## <u>CERTIFICATE  OF SERVICE</u>

I hereby certify that on June 26, 2020, I caused the foregoing motion and exhibits to be filed electronically with the Clerk of the Court for the Southern District of New York by using the CM/ECF system.  Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Brienne  M. Letourneau
Brienne  M. Letourneau