**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | ) <br> )   Case No. 20-MD-2941-JSR. <br> ) <br> )   NOTICE OF APPEARANCE <br> ) <br> ) <br> ) <br> ) <br> ) |
| Pertains to All associated Actions | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Landon S. Raiford enters an appearance as counsel of record on behalf of Defendants Two Sigma Investments LP and PG&E Co. Nuclear Facilities Qualified CPUC Decommissioning Master Trust in the above captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in the action be served upon him at:

> Landon S. Raiford
> Jenner & Block LLP
> 353 N. Clark Street.
> Chicago, IL 60654
> Email: Lraiford@jenner.com

Dated: Chicago, Illinois
     June 26, 2020

JENNER & BLOCK LLP

By: /s/ *Landon S. Raiford*

Landon S. Raiford
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois  60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

*Counsel for Two Sigma Investments LP and*
*PG&E Co. Nuclear Facilities Qualified CPUC*
*Decommissioning Master Trust*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2020, I caused the foregoing document to be filed electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

DATED: June 26, 2020                     /s/ *Landon S. Raiford*
                                        Landon S. Raiford