UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION          :
                                                   :
Pertains to: *Kirschner v. Dickson, et al.*, 20-cv-04436 (JSR),          :
*Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-        :
04569 (JSR), *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR),      :  20-MD-2941 (JSR)
*Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv-    :
04286 (JSR), *Kirschner, et al. v. Kimmel, et al.*, 20-cv-04287 (JSR),  :
*Kirschner. McClain, et al.*, 20-cv-04262 (JSR), *Wilmington Savings*   :
*Fund Society, FSB v. Card, et al.*, 20-cv-04335 (JSR) and *Kirschner*  :
*v. Card, et al.*, 20-cv-04346 (JSR)                                    :
                                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott D. Musoff, with the law firm of Skadden,

Arps, Slate, Meagher & Flom LLP, admitted to the Bar of this Court, hereby enters his

appearance in this action as counsel for Defendants Gerald C. Crotty, Robert L. Mettler, Robert

& Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Mary

Margaret Hastings Georgiadis, Telendos, LLC, Ann Marie C. Wilkins, Sidney Kimmel, The

Sidney Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A.

Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson.

Dated: New York, New York
       June 27, 2020

                                        /s/ Scott D. Musoff
                                        Scott D. Musoff
                                        SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
                                        One Manhattan West
                                        New York, NY 10001
                                        Phone: (212) 735-3000
                                        Fax: (212) 735-2000
                                        scott.musoff@skadden.com
                                        *Counsel for Identified Defendants*