UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE NINE WEST LBO SECURITIES LITIGATION         :
                                                  :
Pertains to: *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR)   :
and *Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*,  :
20-cv-04286 (JSR)                                 :      20-MD-2941 (JSR)
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## <u>OF DEFENDANT TELENDOS, LLC</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

Telendos, LLC states, by and through its undersigned counsel, as follows:

Telendos, LLC has no parent corporation and no publicly held corporation owns

10% or more of Telendos, LLC.

Dated:  New York, New York
        June 27, 2020

                                        */s/ Scott D. Musoff*
                                        Scott D. Musoff
                                        SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
                                        One Manhattan West
                                        New York, NY 10001
                                        Phone: (212) 735-3000
                                        Fax: (212) 735-2000
                                        scott.musoff@skadden.com
                                        *Counsel for Defendant Telendos, LLC*