UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION

Pertains to: *Kirschner v. Dickson, et al.*, 20-cv-04436 (JSR) and
*Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-
04569 (JSR)

      :
      :
      :
      :
      :   20-MD-2941 (JSR)
      :
      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT ROBERT & SUSAN METTLER FAMILY TRUST U/A 3/27/06,
## <u>ROBERT L. METTLER, SUSAN T. METTLER, TRUSTEES</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees

states, by and through its undersigned counsel, as follows:

Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T.

Mettler, Trustees has no parent corporation and no publicly held corporation owns 10% or more

of Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler,

Trustees.

Dated: New York, New York
       June 27, 2020

 

*/s/ Scott D. Musoff*
Scott D. Musoff
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
*Counsel for Defendant Robert & Susan*
*Mettler Family Trust U/A 3/27/06, Robert L.*
*Mettler, Susan T. Mettler, Trustees*