UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION     :
                            :

Pertains to: *Kirschner, et al. v. Kimmel, et al.*, 20-cv-04287 (JSR) : 20-MD-2941 (JSR)
                            :
                            :
                            :
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**THE SIDNEY KIMMEL REVOCABLE INDENTURE OF TRUST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

The Sidney Kimmel Revocable Indenture of Trust states, by and through its undersigned

counsel, as follows:

The Sidney Kimmel Revocable Indenture of Trust has no parent corporation and

no publicly held corporation owns 10% or more of The Sidney Kimmel Revocable Indenture of

Trust.

Dated: New York, New York
   June 27, 2020

               */s/ Scott D. Musoff*
               Scott D. Musoff
               SKADDEN, ARPS, SLATE,
                 MEAGHER & FLOM LLP
               One Manhattan West
               New York, NY 10001
               Phone: (212) 735-3000
               Fax: (212) 735-2000
               scott.musoff@skadden.com
               *Counsel for Defendant The Sidney Kimmel*
               *Revocable Indenture of Trust*