UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION                          :

                                                                   :

Pertains to: *Kirschner v. Dickson, et al.*, 20-cv-04436 (JSR),    :

*Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-  :

04569 (JSR), *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR), :    20-MD-2941 (JSR)

*Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv- :

04286 (JSR), *Kirschner, et al. v. Kimmel, et al.*, 20-cv-04287 (JSR), :

*Kirschner. McClain, et al.*, 20-cv-04262 (JSR), *Wilmington Savings* :

*Fund Society, FSB v. Card, et al.*, 20-cv-04335 (JSR) and *Kirschner* :

*v. Card, et al.*, 20-cv-04346 (JSR)                               :

                                                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Robert S. Saunders, hereby move this Court for

an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Gerald C.

Crotty, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler,

Susan T. Mettler, Trustees, Mary Margaret Hastings Georgiadis, Telendos, LLC, Ann Marie C.

Wilkins, Sidney Kimmel, The Sidney Kimmel Revocable Indenture of Trust, John D. Demsey,

Matthew H. Kamens, James A. Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson in

the above-captioned action.

I am a member in good standing of the bar of the State of Delaware and there are

no pending disciplinary proceedings against me in any state or federal court.  I have never been

convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or

readmission by any court.  A certificate of good standing from the Supreme Court of the State of

Delaware issued within thirty (30) days of this filing and a declaration pursuant to Local Rule 1.3

are attached hereto.

Dated:  June 27, 2020
         Wilmington, Delaware

Respectfully submitted,


/s/ Robert S. Saunders
Robert S. Saunders
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com

*Counsel for Defendants Gerald C. Crotty,
Robert L. Mettler, Robert & Susan Mettler
Family Trust U/A 3/27/06, Robert L.
Mettler, Susan T. Mettler, Trustees, Mary
Margaret Hastings Georgiadis, Telendos,
LLC, Ann Marie C. Wilkins, Sidney Kimmel,
The Sidney Kimmel Revocable Indenture of
Trust, John D. Demsey, Matthew H.
Kamens, James A. Mitarotonda, Jeffrey
Nuechterlein, and Lowell W. Robinson.*

2