**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————— x
            :
            :
IN RE NINE WEST LBO SECURITIES  :
LITIGATION         :   Case No.: 1:20-md-02941-JSR
            :
Pertains to All Associated Actions   :
            :
————————————————————— x

### NOTICE OF APPEARANCE ON BEHALF OF
### EMERSON ELECTRIC CO.

  **PLEASE TAKE NOTICE,** that the undersigned appears herein as counsel for Defendant *Emerson Electric Co.* in the above captioned action.

  **PLEASE TAKE FURTHER NOTICE**, that the Defendant hereby appear in the above entitled action, and that the undersigned have been retained as Attorneys for said Defendant and demands that copies of any and all papers in this action be served upon the undersigned  John J. Cruciani of Husch Blackwell LLP at his address listed below.

  I certify that I am admitted to practice in this court.

Dated: June 29, 2020
    St. Louis, Missouri

             Respectfully submitted,

             Husch Blackwell LLP

             By: */s/ Marshall C. Turner*
             Marshall C. Turner
             190 Carondelet Plaza, Suite 600
             St. Louis, MO 63105
             Phone: (314) 480-1768
             Facsimile: (314) 480-1505
             marshall.turner@huschblackwell.com

             and

             John J. Cruciani, pro hac vice pending
             Husch Blackwell LLP
             4801 Main Street, Suite 1000
             Kansas City, MO 64112
             Phone:  816.983.8197
             John.Cruciani@huschblackwell.com