UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to *Kirschner, et al. v. Kimmel, et al.*, Case No. 1:20-cv-04287 | )<br>)<br>)  Case No.: 1:20-md-02941-JSR<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of the defendants as identified in the complaint listed on **Exhibit A** attached herein ("Defendants").  This Entry of Appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated: June 29, 2020
     New York, New York

                                  */s/ Gregg L. Weiner*
                                    Gregg L. Weiner
                                    **ROPES & GRAY LLP**
                                    1211 Avenue of the Americas
                                    New York, NY 10036-8704
                                    (212) 596-9396
                                    gregg.weiner@ropesgray.com

                                    *Attorney for Defendants*

## EXHIBIT A

### DEFENDANTS AS IDENTIFIED IN THE COMPLAINT

Allianz Global Investors of America LP
Oppenheimer Global Multi Strategies Fund
Principal Funds, Inc. (Global Multi-Strategy Fund)
Principal Funds, Inc. (SmallCap Value Fund II)
Principal Variable Contracts Funds, Inc. (SmallCap Value Account I)
ProShares Trust (ProShares Merger ETF)
Vanguard Index Funds (Vanguard Extended Market Index Fund)
Vanguard Index Funds (Vanguard Small-Cap Index Fund)
Vanguard Index Funds (Vanguard Small-Cap Value Index Fund)
Vanguard Index Funds (Vanguard Total Stock Market Index Fund)
Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund)
Vanguard Institutional Total Stock Market Index Trust
Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund)
Vanguard Russell 2000 Value Index Trust
Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund)
Vanguard Scottsdale Funds (Vanguard Russell 2000 Value Index Fund)
Vanguard Valley Forge Funds (Vanguard Balanced Index Fund)
Vanguard World Fund (Vanguard Consumer Discretionary Index Fund)

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Gregg L. Weiner*
Gregg L. Weiner