UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION              :
                                                        :
Pertains to: *Kirschner v. Dickson, et al.*, 20-cv-04436 (JSR),     :
*Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-    :
04569 (JSR), *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR),   :    20-MD-2941 (JSR)
*Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv-  :
04286 (JSR), *Kirschner, et al. v. Kimmel, et al.*, 20-cv-04287 (JSR),  :
*Kirschner. McClain, et al.*, 20-cv-04262 (JSR), *Wilmington Savings*   :
*Fund Society, FSB v. Card, et al.*, 20-cv-04335 (JSR) and *Kirschner*  :
*v. Card, et al.*, 20-cv-04346 (JSR)                    :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Cliff C. Gardner, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Gerald C. Crotty, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Mary Margaret Hastings Georgiadis, Telendos, LLC, Ann Marie C. Wilkins, Sidney Kimmel, The Sidney Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A. Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson in the above-captioned action.

I am a member in good standing of the bar of the State of Delaware and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. A certificate of good standing from the Supreme Court of the State of

Delaware issued within thirty (30) days of this filing and a declaration pursuant to Local Rule 1.3

are attached hereto.

Dated:  June 29, 2020
        Wilmington, Delaware

Respectfully submitted,


/s/ Cliff C. Gardner
Cliff C. Gardner
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Fax:  (302) 651-3001
cliff.gardner@skadden.com

*Counsel for Defendants Gerald C. Crotty, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Mary Margaret Hastings Georgiadis, Telendos, LLC, Ann Marie C. Wilkins, Sidney Kimmel, The Sidney Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A. Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson.*

2