**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NINE WEST LBO ) SECURITIES LITIGATION ) ) | Case No. 1:20-md-02941-JSR |

---

MARC S. KIRSCHNER, as Trustee for the NWHI
LITIGATION TRUST, and WILMINGTON                    )
SAVINGS FUND SOCIETY, FSB, as successor              )
indenture Trustee for the 6.875% Senior Notes due    )    Case No. 2020-cv-04287
2019, the 8.25% Senior Notes due 2019, and the       )
6.125% Senior Notes due 2034 of Nine West            )
Holdings, Inc.                                        )
                                                     )
                          Plaintiffs,                )
                                                     )
v.                                                   )
                                                     )
SIDNEY KIMMEL, et al.,                               )
                                                     )
                          Defendants.                )

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Brienne M. Letourneau to practice *Pro Hac Vice* in the above-captioned

action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of

Illinois and that her contact information is as follows:

Name:      Brienne M. Letourneau

Firm:      Willkie Farr & Gallagher LLP

Address:   300 North LaSalle Chicago, IL 60654

Telephone: (312) 728-9018

Email:     bletourneau@willkie.com

Applicant having requested admission to appear for all purposes as counsel for Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund) in the above-captioned action,

**IT IS HEREBY ORDERED** that Brienne M. Letourneau is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/29/20

HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE