**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: NINE WEST LBO SECURITIES
LITIGATION

No.  20-md-2941 (JSR)

Pertains to *Kirschner, et al. v. Advisors Series*
*Trust (Kellner Merger Fund), et. al.*

No.  20-cv-4433  (JSR)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Merrill Lynch, Pierce, Fenner & Smith

Incorporated makes the following disclosure through its undersigned counsel:

Merrill Lynch, Pierce, Fenner & Smith Incorporated is a direct, wholly owned

subsidiary of BAC North America Holding Company.  BAC North America Holding Company

is a direct, wholly owned subsidiary of NB Holdings Corporation.  NB Holdings Corporation is

a direct, wholly owned subsidiary of Bank of America Corporation.  Bank of America

Corporation is a publicly held company whose shares are traded on the New York Stock

Exchange and has no parent corporation.  Based on the U.S. Securities and Exchange

Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam

Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America

Corporation's outstanding common stock.

Dated:   New York, New York
        June 29, 2020

Respectfully Submitted,

**DAVIS POLK & WARDWELL LLP**

By:   */s/ Lara Samet Buchwald*
      Lara Samet Buchwald
      Tina Hwa Joe

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
lara.buchwald@davispolk.com
tina.joe@davispolk.com

*Counsel for Merrill Lynch, Pierce,*
*Fenner & Smith Incorporated*

2