UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Pertains to *Kirschner, et al. v. Advisors Series Trust (Kellner Merger Fund), et. al.*

No. 20-md-2941 (JSR)

No. 20-cv-4433 (JSR)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Casey E. Donnelly of the law firm Willkie Farr & Gallagher LLP, an attorney admitted to practice before this Court, hereby respectfully enters her appearance as attorney of record for defendants Dynamic Capital Management, LLC and Dynamic Offshore Fund, Ltd in the above-captioned proceeding, and requests that all subsequent papers be served upon her at the address indicated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is being entered without waiving any defenses, including, but not limited to, any jurisdictional or improper service of process defenses.

Dated: New York, New York
       June 29, 2020

Respectfully submitted,

/s/ Casey E. Donnelly
Casey E. Donnelly
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8775
cdonnelly@willkie.com

*Attorney for Shareholder Defendants Dynamic Capital Management, LLC and Dynamic Offshore Fund, Ltd.*