**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | No. 1:20-md-02941-JSR |
| Pertains to: | |
| (1) *Kirschner v. AQR Funds (AQR Diversified Arbitrage Fund)*, No. 20-cv-04289 | **CORPORATE DISCLOSURE STATEMENT** |
| (2) *Kirschner v. Voya Russell Small Cap Index Portfolio*, No. 20-cv-04434 | |

## CORPORATE DISCLOSURE STATEMENT OF AQR DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1, the defendants listed in the attached Exhibit A (the "AQR Defendants"), by their undersigned counsel, state as follows:

**AQR Funds – AQR Diversified Arbitrage Fund** (incorrectly sued as "AQR Funds (AQR Diversified Arbitrage Fund)") is a series of AQR Funds, a Delaware statutory trust that is an open-end management investment company registered under the Investment Company Act of 1940, as amended. AQR Funds does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of AQR Diversified Arbitrage Fund.

**AQR Funds—AQR Multi-Strategy Alternative Fund** (incorrectly sued as "AQR Funds (AQR Multi-Strategy Alternative Fund)") is a series of AQR Funds, a Delaware statutory trust that is an open-end management investment company registered under the Investment Company Act of 1940, as amended. AQR Funds does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of AQR Multi-Strategy Alternative Fund.

**AQR Absolute Return Master Account, L.P.** is a limited partnership that does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of AQR Absolute Return Master Account, L.P.

**AQR DELTA Master Account, L.P.** is a limited partnership that does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of AQR DELTA Master Account, L.P.

**AQR DELTA Sapphire Fund, L.P.** is a limited partnership that does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of AQR DELTA Sapphire Fund, L.P.

**AQR DELTA XN Master Account, L.P.** is a limited partnership that does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of AQR DELTA XN Master Account, L.P.

**CNH Master Account, L.P.** is a limited partnership that does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of CNH Master Account, L.P.

**CNH Opportunistic Premium Offshore Fund, L.P.** is a limited partnership that does not have any parent corporation, and no publicly held corporation beneficially owns 10% or more of the shares of beneficial interest of CNH Opportunistic Premium Offshore Fund, L.P.

Dated: June 29, 2020
      New York, NY

Respectfully submitted,

*/s/ Philip D. Anker*
Philip D. Anker
Ross E. Firsenbaum
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com

*Attorney for AQR Defendants*

## <u>EXHIBIT A</u>

1.	AQR Absolute Return Master Account, L.P.

2.	AQR DELTA Master Account, L.P.

3.	AQR DELTA Sapphire Fund, L.P.

4.	AQR DELTA XN Master Account, L.P.

5.	AQR Funds – AQR Diversified Arbitrage Fund
	(incorrectly sued as "AQR Funds (AQR Diversified Arbitrage Fund)")

6.	AQR Funds—AQR Multi-Strategy Alternative Fund
	(incorrectly sued as "AQR Funds (AQR Multi-Strategy Alternative Fund)")

7.	CNH Master Account, L.P.

8.	CNH Opportunistic Premium Offshore Fund, L.P.