**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: NINE WEST LBO SECURITIES LITIGATION ) No. 1:20-md-02941-JSR
)
)
Pertains to: ) **CORPORATE**
) **DISCLOSURE**
*Kirschner, et al. v. Advisors Series Trust (Kellner Merger* ) **STATEMENT**
*Fund), et al.*, No. 20-cv-04433 )
)

**CORPORATE DISCLOSURE STATEMENT OF GARDNER LEWIS DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants (1) Gardner Lewis Event

Driven Fund, L.P., (2) Gardner Lewis Merger Arbitrage Fund, L.P., and (3) Gardner Lewis

Merger Arbitrage Fund II, L.P. (collectively, the "Gardner Lewis Defendants"), by their

undersigned counsel, state as follows:

No parent corporation or publicly held corporation owns 10% or more of any Gardner

Lewis Defendant's stock.

Dated: June 29, 2020          Respectfully submitted,
New York, NY

*/s/ Philip D. Anker*
Philip D. Anker
Ross E. Firsenbaum
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com

*Attorneys for Gardner Lewis Defendants*

83764938_4