**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) ) ) No. 1:20-md-02941-JSR |

IN RE: NINE WEST LBO SECURITIES LITIGATION ⟩ No. 1:20-md-02941-JSR
⟩
Pertains to: ⟩ **CORPORATE**
⟩ **DISCLOSURE**
*Kirschner, et al. v. DFA Investment Dimensions Group* ⟩ **STATEMENT**
*Inc. US Core Equity 1 Portfolio, et al.*, No. 20-cv-04299 ⟩
⟩

### CORPORATE DISCLOSURE STATEMENT OF HBK DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1, defendants HBK Master Fund L.P. and

HBK Quantitative Strategies Master Fund L.P. (the "HBK Defendants"), by their undersigned

counsel, state as follows:

Each of the HBK Defendants has no parent corporation, and no publicly held corporation

owns 10% or more of either HBK Defendant's stock.

Dated:  June 29, 2020          Respectfully submitted,
         New York, NY

                              */s/ Philip D. Anker*
                              Philip D. Anker
                              Ross E. Firsenbaum
                              WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                              7 World Trade Center
                              250 Greenwich Street
                              New York, New York 10007
                              (t) (212) 230-8800
                              (f) (212) 230-8888
                              philip.anker@wilmerhale.com
                              ross.firsenbaum@wilmerhale.com

                              *Attorneys for HBK Defendants*

83764938_4