## Exhibit A

**Affidavit of Craig C. Martin**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE NINE WEST LBO<br>SECURITIES LITIGATION | )<br>)<br>) | Case No. 1:20-md-02941-JSR |

| | | |
|---|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI<br>LITIGATION TRUST, and WILMINGTON<br>SAVINGS FUND SOCIETY, FSB, as successor<br>indenture Trustee for the 6.875% Senior Notes due<br>2019, the 8.25% Senior Notes due 2019, and the<br>6.125% Senior Notes due 2034 of Nine West<br>Holdings, Inc.<br><br>                    Plaintiffs,<br><br>v.<br><br>SIDNEY KIMMEL, et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2020-cv-04287 |

### AFFIDAVIT OF CRAIG C. MARTIN IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Craig C. Martin, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner with the law firm of Willkie Farr & Gallagher LLP, resident in its Chicago office.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned action to appear on behalf of Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund).

3. As shown in the certificates of good standing attached hereto as Exhibits B and C, I am a member in good standing of the bars of the states of Illinois and Colorado.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, disbarred, or denied admission or readmission by any court.

7. For the foregoing reasons, I respectfully request that I be permitted to appear as counsel in this case for CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund).

Dated: June 26, 2020

_____
Craig C. Martin

State of Illinois
County of Cook

Subscribed and sworn to before me this 26th day of June, 2020.

_____
Joseph G. Fondern
Notary Public

OFFICIAL SEAL
JOSEPH G. FONDERN
Notary Public - State of Illinois
My Commission Expires 7/13/2021