## Exhibit C

### Colorado Certificate of Good Standing



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, ___Cheryl Stevens___ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

### CRAIG CHRISTOPHER MARTIN

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___27th___

day of ___October___ A. D. ___1988___ and that at the date hereof

the said ___CRAIG CHRISTOPHER MARTIN___

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___1st___ day of ___July___ A. D. ___2020___

### Cheryl Stevens

Clerk

By _____

Deputy Clerk