**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION )<br><br>) )<br>Pertains to: )<br>) )<br>  (1) *Wilmington Savings Fund Society, FSB v. Card, et al.*, )<br>  No. 20-cv-04335 )<br>) )<br>  (2) *Kirschner v. Card, et al.*, No. 20-cv-04346 )<br>) | No. 1:20-md-02941-JSR<br><br>**CORPORATE**<br>**DISCLOSURE**<br>**STATEMENT** |

### CORPORATE DISCLOSURE STATEMENT OF STATE STREET DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1, the defendants listed in the attached Exhibit A (the "State Street Defendants"), by their undersigned counsel, state as follows:

The parent corporation of State Street Global Advisors Trust Company is State Street Bank and Trust Company, a wholly owned subsidiary of State Street Corporation ("SSC"). SSC has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

The remaining State Street Defendants have no parent corporation and, to the best of each State Street Defendant's knowledge, no publicly held corporation owns more than 10% of any State Street Defendant's stock.

Dated: June 29, 2020
      New York, NY

Respectfully submitted,

*/s/ Philip D. Anker*
Philip D. Anker
Ross E. Firsenbaum
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com

*Attorneys for State Street Defendants*

83764938_4

## EXHIBIT A

1.    State Street Global Advisors Trust Company
(incorrectly sued as "State Street Global Advisors")

2.    State Street Russell 1000® Value Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell 1000 Value Fund CTF")

3.    State Street Russell 2000® Index Non-Lending Fund
(incorrectly sued as "State Street Global Advisors Russell 2000 Index Fund")

4.    State Street Russell 2000® Value Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell 2000 Value Fund CTF")

5.    State Street Russell 3000® Index Non-Lending Fund
(incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund")

6.    State Street Russell 3000® Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund CTF")

7.    State Street Russell All Cap® Index Securities Lending Series Fund Class I
(incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund SL Ser A")

8.    State Street Russell Small/Mid Cap® Index Securities Lending Series Fund Class I
(incorrectly sued as "State Street Global Advisors Russell Small Cap Fund Complete S/L A")

9.    State Street Russell Small Cap Completeness® Index Non-Lending Fund
(incorrectly sued as "State Street Global Advisors Russell Special Small Company Fund")

10.    State Street Russell Small Cap Completeness® Index Non-Lending Common Trust Fund
(incorrectly sued as "State Street Global Advisors Russell Special Small Company Fund CTF")

11.    State Street U.S. Extended Market Index Securities Lending Fund
(incorrectly sued as "State Street Global Advisors U.S. Extended Market Index Fund a/k/a U.S. Extended Market Fund SL")