**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) ) ) | No. 1:20-md-02941-JSR |
| Pertains to: | ) ) ) | **CORPORATE DISCLOSURE STATEMENT** |
| *Kirschner, et al. v. Kimmel, et al.*, No. 20-cv-04287 | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**SUSQUEHANNA INTERNATIONAL GROUP, LLP**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Susquehanna International

Group, LLP ("Susquehanna"), by its undersigned counsel, states as follows:

No parent corporation or publicly held corporation owns 10% or more of Susquehanna's

stock.


Dated: June 29, 2020          Respectfully submitted,
      New York, NY

                                        */s/ Philip D. Anker*
                                        Philip D. Anker
                                        Ross E. Firsenbaum
                                        WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, New York 10007
                                        (t) (212) 230-8800
                                        (f) (212) 230-8888
                                        philip.anker@wilmerhale.com
                                        ross.firsenbaum@wilmerhale.com

                                        *Attorneys for Susquehanna*