**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION ) ) ) | No. 1:20-md-02941-JSR |
| ) ) | |
| Pertains to: ) | **NOTICE OF** |
| ) | **APPEARANCE** |
| *Kirschner, et al. v. Advisors Series Trust (Kellner Merger* ) *Fund), et al.*, No. 20-cv-04433 ) | |
| ) | |

## APPEARANCE OF PHILIP D. ANKER

PLEASE TAKE NOTICE that Philip D. Anker, an attorney admitted to practice in this

Court, appears in the above-captioned consolidated multidistrict litigation on behalf of

defendants (1) Gardner Lewis Event Driven Fund, L.P.; (2) Gardner Lewis Merger Arbitrage

Fund, L.P.; and (3) Gardner Lewis Merger Arbitrage Fund II, L.P.

Dated:  June 29, 2020
        New York, NY

Respectfully submitted,

*/s/ Philip D. Anker*
Philip D. Anker
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8890
(f) (212) 230-8888
philip.anker@wilmerhale.com

*Attorney for Defendants*

ActiveUS 180442166v.6