**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION )<br><br>Pertains to:<br><br>*Kirschner, et al. v. Advisors Series Trust (Kellner Merger Fund), et al.*, No. 20-cv-04433 | )<br>)     No. 1:20-md-02941-JSR<br>)<br>)<br>)     **NOTICE OF**<br>)     **APPEARANCE**<br>)<br>) |

**APPEARANCE OF ROSS E. FIRSENBAUM**

PLEASE TAKE NOTICE that Ross E. Firsenbaum, an attorney admitted to practice in

this Court, appears in the above-captioned consolidated multidistrict litigation on behalf of

defendants (1) Gardner Lewis Event Driven Fund, L.P.; (2) Gardner Lewis Merger Arbitrage

Fund, L.P.; and (3) Gardner Lewis Merger Arbitrage Fund II, L.P.

Dated:  June 29, 2020                    Respectfully submitted,
        New York, NY

                                         */s/ Ross E. Firsenbaum*
                                         Ross E. Firsenbaum
                                         WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                         7 World Trade Center
                                         250 Greenwich Street
                                         New York, NY 10007
                                         (t) (212) 295-6323
                                         (f) (212) 230-8888
                                         ross.firsenbaum@wilmerhale.com

                                         *Attorney for Defendants*

ActiveUS 180442158v.6