UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE NINE WEST LBO SECURITIES
LITIGATION

Case No.: 1:20-md-02941-JSR

Pertains to All Associated Actions

---

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JOHN J. CRUCIANI hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for EMERSON ELECTRIC CO. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of MISSOURI and KANSAS and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 26, 2020

Respectfully Submitted,

Applicant Signature: _____

John J. Cruciani
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: 816.983.8197
Facsimile: 816.983.8080
John.Cruciani@huschblackwell.com