**UNITED STATES DISTRICT COURT**

**<u>SOUTHERN DISTRICT OF NEW YORK</u>**

IN RE NINE WEST LBO SECURITIES          Case No.: 1:20-md-02941-JSR
LITIGATION

Pertains to All Associated Actions

**Affidavit of John J. Cruciani**

Comes now, JOHN J. CRUCIANI, Affiant herein, and respectfully represents the following:

1.      Affiant resides in Overland Park, Kansas.  Affiant is not a resident of the State of New York.

2.      Affiant is an attorney and a member of the law firm of HUSCH BLACKWELL LLP, with offices at 4801 Main Street, Suite 1000, Kansas City, MO 64112-2551, Tel: (816) 983-8197; Fax:  (816) 983-8080.

3.      Affiant has been retained personally or as a member of the above named law firm by Defendant Emerson Electric Co. to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of New York.

4.    Affiant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s)(include attorney or bar number(s)):

| COURT | LOCATION | ADMISSION DATE | REGISTRATION NO. |
|---|---|---|---|
| Missouri | 227 W. High Street Jefferson City, MO 65101 | 1994 | 43073 |
| Kansas | 301 SW 10th Avenue Topeka, KS 66612 | 1995 | 16883 |
| USDC WD MO | 400 E. 9th Street Kansas City, MO 64106 | 1994 | 43073 |
| USDC KS | 490 U.S. Courthouse 444 S.E. Quincy Topeka, KS 66683 | 1995 | 16883 |
| USCA 8th Circuit | 111 South 10th Street St. Louis, MO 63102 | 2006 | 06-0450 |
| USCA 10th Circuit | 1823 Stout Street Denver, CO 80257 | 1996 | There is no separate registration number. |

5.    There are no disciplinary proceedings pending against Affiant.

6.    Within the past five (5) years, Affiant has not been subject to any disciplinary proceedings.

7.    Affiant has never been subject to any suspension proceedings.

8.    Affiant has never been subject to any disbarment proceedings.

9.    Affiant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Affiant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

10.    Affiant is not an inactive member of The New York Bar.

11.    Affiant is not now a member of The New York Bar.

2

12. Affiant is not a suspended member of The New York Bar.

13. Affiant is not a disbarred member of The New York Bar nor has Affiant received a disciplinary resignation from The New York Bar.

14. Counsel associated with Affiant in this matter is Marshall C. Turner who is an active member in good standing of The New York Bar and has offices at Husch Blackwell LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105. His office phone number is (314) 480-1768.

17. Affiant agrees to comply with the provisions of the New York Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of New York.

WHEREFORE, Affiant respectfully requests permission to appear in this Court for this cause only.

Dated this ___ day of June, 2020.

John J. Cruciani
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Tel:   (816) 983-8197 / Fax:   (816) 983-8080
John.Cruciani@huschblackwell.com

STATE OF MISSOURI

COUNTY OF JACKSON

I, JOHN J. CRUCIANI, do hereby swear or affirm under penalty of perjury that I am the Affiant in the above-styled matter; that I have read the foregoing Affidavit and know the contents thereof, and the contents are true of my own knowledge and belief.

_____
John J. Cruciani

| STATE OF MISSOURI | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF JACKSON | ) | |

On this 29th day of June, 2020, before me personally appeared John J. Cruciani to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My Commission Expires:

SUSAN A. WILLIAMS
Notary Public - Notary Seal
STATE OF MISSOURI
Platte County
My Commission Expires: Feb. 20, 2024
Commission # 12539234

4