AO 136 (REV. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF KANSAS

## CERTIFICATE OF GOOD STANDING

I, _____ Timothy M. O'Brien _____ , Clerk of this Court,

certify that _____ John J. Cruciani _____ , Bar # _____ 16883 _____ ,

was duly admitted to practice in this court on _____ April 28, 1995 _____ , and is in good

standing as a member of the Bar of this Court.

Dated at _____ Kansas City, Kansas _____ on _____ 06/29/2020 _____ .
          (Location)                                                    (Date)

| Timothy M. O'Brien | Ingrid Campbell |
|---|---|
| CLERK | DEPUTY CLERK |