# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )

)  ss.

WESTERN DISTRICT OF MISSOURI )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that John J. Cruciani was duly admitted to practice in said Court on September 30, 1994.

John J. Cruciani is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri

on June 29, 2020

*Paige Wymore-Wynn*

Paige Wymore-Wynn, Acting Clerk

By   *Crystal Berner*

Crystal Berner, Deputy Clerk