UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | Case No.: 1:20-md-02941-JSR |
| Pertains to All Associated Actions | **PROPOSED ORDER FOR MOTION PRO HAC VICE** |

The Motion of John J. Cruciani for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Missouri and Kansas; and that his contact information is as follows:

> John J. Cruciani
> Husch Blackwell LLP
> 4801 Main Street, Suite 1000
> Kansas City, MO 64112
> Phone:  816.983.8197
> Facsimile:  816.983.8080
> John.Cruciani@huschblackwell.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Emerson Electric Co. in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____                    _____

                                                                  United States District/Magistrate Judge