**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to All Associated Actions | Case No. 20-MD-2941 (JSR) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of the defendants as identified in the complaints listed on **Exhibit A** attached herein ("Defendants"). This Entry of Appearance is made without prejudice to any motion, objection, argument or defense, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated:      June 29, 2020
            New York, New York

                        Respectfully submitted,

                        /s/ Crystal Johnson Geise
                        Crystal Johnson Geise
                        Paul, Weis, Rifkind, Wharton & Garrison LLP
                        2001 K Street NW
                        Washington, D.C. 20006-1047
                        (212) 373-3543
                        cgeise@paulweiss.com

                        *Counsel for Defendants*

## EXHIBIT A

**DEFENDANTS AS IDENTIFIED IN THE COMPLAINTS**

Wesley R. Card
Dianne Card
Christopher R. Cade
Ira M. Dansky
Ira Martin Dansky Revocable Trust
Joseph T. Donnalley
Richard L. Dickson
Cynthia DiPietrantonio
Tami Fersko
John T. McClain
Aida Tejero-DeColli

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

Respectfully submitted,

<u>/s/ *Crystal Johnson Geise*</u>
Crystal Johnson Geise