**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Case No. 20-md-2941 (JSR)

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that James P. Chou a member of the law firm Moritt Hock &

Hamroff LLP, an attorney admitted to practice before this Court, hereby respectfully enters his

appearance as attorney of record for defendant Janet Carr in the above-captioned proceeding, and

requests that all subsequent papers be served upon him at the address indicated below.

Dated:  Garden City, New York
        June 29, 2020

MORITT HOCK & HAMROFF LLP

By:    /s/ James P. Chou
       James P. Chou
       1407 Broadway - 39th Floor
       New York, New York, 10018
       Telephone: (212) 239-2000
       Facsimile: (212) 239-7277

       *Attorneys for Janet Carr*

2259691v1