**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Case No. 20-md-2941 (JSR)

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Alex D. Corey of the law firm Moritt Hock & Hamroff

LLP, an attorney admitted to practice before this Court, hereby respectfully enters his

appearance as attorney of record for defendant Janet Carr in the above-captioned proceeding, and

requests that all subsequent papers be served upon him at the address indicated below.

Dated:  Garden City, New York
        June 29, 2020

                        MORITT HOCK & HAMROFF LLP


                By:     /s/ Alex D. Corey
                        Alex D. Corey
                        1407 Broadway - 39th Floor
                        New York, New York, 10018
                        Telephone: (212) 239-2000
                        Facsimile: (212) 239-7277

                        *Attorneys for Janet Carr*

2259691v1