UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to <u>Kirschner, et al. v. Kimmel, et al.</u>, No. 20-cv-4287 | 20-MD-2941 (JSR)<br><br>20-cv-4287 (JSR)<br><br>**<u>CORPORATE DISCLOSURE</u>** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure Defendant Anthem Health Plans of Virginia, Inc. States:

- Defendant Anthem Health Plans of Virginia, Inc. is a wholly-owned subsidiary of Anthem Southeast, Inc.

- Anthem Southeast, Inc. is a wholly-owned subsidiary of Anthem, Inc.

- No publicly held corporation owns more than 10% of Anthem Inc.'s stock

Dated: New York, New York
        June 29, 2020

**TROUTMAN SANDERS LLP**

By: *s/ Brett D. Goodman*
        Brett D. Goodman
        875 Third Avenue
        New York, NY 10022
        Telephone: (212) 704-6000
        Facsimile:  (212) 704-6288
        brett.goodman@troutman.com

41259297v1