UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to <u>Kirschner, et al. v. Kimmel, et al.</u>, No. 20-cv-4287 | 20-MD-2941 (JSR)<br><br>20-cv-4287 (JSR)<br><br>**CORPORATE DISCLOSURE** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure Defendant Community Insurance Company States:

- Defendant Community Insurance Company is a wholly-owned subsidiary of ATH Holding Company, LLC.

- ATH Holding Company, LLC is a wholly-owned subsidiary of Anthem, Inc., a publicly held corporation listed on the NYSE as ANTM; and

- No publicly held corporation owns more than 10% of Anthem Inc.'s stock.

Dated: New York, New York
      June 29, 2020

**TROUTMAN SANDERS LLP**

By: *s/ Brett D. Goodman*
    Brett D. Goodman
    875 Third Avenue
    New York, NY 10022
    Telephone: (212) 704-6000
    Facsimile:  (212) 704-6288
    brett.goodman@troutman.com

41259297v1