UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to <u>Kirschner v. Dickson 1:20-cv-04436-JSR;</u> and <u>Wilmington Savings Fund Society, FSB v. Dickson</u> (S.D.N.Y. Docket to be created) | 20-MD-2941 (JSR)<br><br>1:20-cv-04436-JSR<br><br>**<u>CORPORATE DISCLOSURE</u>** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Blue Cross of California states:

- Defendant Blue Cross of California is a wholly-owned subsidiary of Wellpoint California Services, Inc.;

- Wellpoint California Services, Inc. is a wholly-owned subsidiary of Anthem Holding Corp.;

- Anthem Holding Corp. is a wholly-owned subsidiary of Anthem, Inc., a publicly held corporation listed on the NYSE as ANTM; and

- No publicly held corporation owns more than 10% of Anthem Inc.'s stock.

Dated: New York, New York
   June 29, 2020

**TROUTMAN SANDERS LLP**

By: *s/ Brett D. Goodman*
  Brett D. Goodman
  875 Third Avenue
  New York, NY 10022
  Telephone: (212) 704-6000
  Facsimile:  (212) 704-6288
  brett.goodman@troutman.com