UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
IN RE NINE WEST LBO SECURITIES          :  Case No.: 1:20-md-02941-JSR
LITIGATION                              :
                                        :  **NOTICE OF MOTION**
Pertains to All Associated Actions      :
                                        :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated June 29, 2020, and the Declaration of Andrew G. Devore dated June 29, 2020 and the exhibits thereto, the defendants as identified in the signature pages to this Notice of Motion will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on August 13, 2020 at 10:00 a.m., or at such date and time as the Court determines, for an order dismissing with prejudice the complaints filed against them in the above-captioned actions by Plaintiffs Marc S. Kirschner, as Trustee for the NWHI Litigation Trust, and Wilmington Savings Fund, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6) and the safe harbor set forth in 11 U.S.C. § 546(e), and granting such other and further relief as the Court deems appropriate.

<em>[remainder of page intentionally blank]</em>

Dated:  June 29, 2020

Respectfully submitted,

*/s/ Gregg L. Weiner*
Gregg L. Weiner
Andrew G. Devore
Adam M. Harris
Christian Reigstad
Ani-Rae Lovell
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000
gregg.weiner@ropesgray.com
andrew.devore@ropesgray.com
adam.harris@ropesgray.com

*Liaison Counsel for Public Shareholder Defendants*

*Counsel for Defendants identified as Allianz Global Investors of America LP; Blackrock MSCI USA Small Cap Equity Index Fund; Brighthouse Funds Trust II f/k/a Brighthouse Funds Trust Met-Series;  Columbia Management Investment Advisers LLC; Columbia Multimanager Alternative Strategies Fund; Diversified Alpha Group Trust; DWS Investment Management Americas, Inc. f/k/a Deutsche Asset Management; DWS Small Cap Index VIP; Extended Equity Market Fund a/k/a Blackrock Institutional Trust Company, N.A. Extended Equity Market Fund; Extended Equity Market Master Fund B; FIAM LLC a/k/a Fidelity Institutional Asset Management f/k/a Pyramis Global Advisors; Fidelity Asset Allocation Currency Neutral Private Pool; Fidelity Asset Allocation Private Pool; Fidelity Balanced Currency Neutral Private Pool; Fidelity Balanced Income Currency Neutral Private Pool; Fidelity Balanced Income Private Pool; Fidelity Balanced Private Pool; Fidelity Concord Street Trust - Fidelity Extended Market Index Fund; Fidelity Concord Street Trust - Fidelity Total Market Index Fund; Fidelity Income Allocation Fund f/k/a Fidelity Monthly High Income Fund; Fidelity Investments; Fidelity Investments Charitable Gift Fund; Fidelity Monthly Income Fund; Fidelity Northstar Fund; Fidelity Small Cap Index Fund;*

*Fidelity Total Market Index Fund; FlexShares Morningstar US Market Factor Tilt Index Fund; Geode Diversified Fund, a Segregated Account of Geode Capital Master Fund Ltd. f/k/a GDF1, a Segregated Account of Geode Capital Master Fund Ltd.; iShares Europe; iShares Morningstar Small-Cap Value ETF; iShares MSCI USA Small Cap UCITS ETF; iShares Russell 2000 ETF; iShares Russell 2000 Value ETF; iShares Russell 3000 ETF; JNL/DFA U.S. Small Cap Fund c/o Jackson National Asset Management LLC; Master Small Cap Index Series of Quantitative Master Series LLC a/k/a iShares Russell 2000; MSCI U.S. IMI Index Fund B2 a/k/a Blackrock MSCI U.S. IMI Index Fund B2; Northern Small Cap Core Fund; Northern Small Cap Value Fund; Northern Small Cap Index Fund; Oppenheimer Global Multi Strategies Fund; Pacific Select Fund – PD Small-Cap Value Index Portfolio; Pacific Select Fund – Small-Cap Equity Portfolio; Pacific Select Fund – Small-Cap Index Portfolio; Pentwater Capital Management LP; Principal Funds, Inc. (Global Multi-Strategy Fund); Principal Funds, Inc. (SmallCap Value Fund II); Principal Variable Contracts Funds, Inc. (SmallCap Value Account I); ProShares Trust (ProShares Merger ETF); Russell 2000 Alpha Tilts Fund B; Russell 2000 Index Fund; Russell 2000 Index Non-Lendable Fund a/k/a Blackrock Russell 2000 Index Non-Lendable Fund; Russell 2000 Value Fund B; Russell 2500 Index Fund a/k/a iShares Russell Small/Mid-Cap Index Fund; Russell 3000 Index Fund a/k/a iShares Total U.S. Stock Market Index Fund; Russell 3000 Index Non-Lendable Fund; U.S. Equity Market Fund; U.S. Equity Market Fund B; Vanguard Index Funds (Vanguard Extended Market Index Fund); Vanguard Index Funds (Vanguard Small-Cap Index Fund); Vanguard Index Funds (Vanguard Small-Cap Value Index Fund); Vanguard Index Funds (Vanguard Total Stock Market Index Fund); Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund); Vanguard Institutional Total Stock Market Index Trust; Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund); Vanguard Russell 2000 Value Index Trust; Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund); Vanguard Scottsdale*

*Funds (Vanguard Russell 2000 Value Index Fund); Vanguard Valley Forge Funds (Vanguard Balanced Index Fund); and Vanguard World Fund (Vanguard Consumer Discretionary Index Fund)*

*I certify that each of the other signatories to this motion has agreed to the form and substance and that I have their consent to submit this motion electronically.*

| | |
|---|---|
| /s/ Philip D. Anker | /s/ Marissa Parker |
| Philip D. Anker | Marissa Parker |
| Ross E. Firsenbaum | Keith R. Dutill, *pro hac vice* forthcoming |
| **WILMER CUTLER PICKERING** | Joseph T. Kelleher, *pro hac vice* forthcoming |
|    **HALE AND DORR LLP** | Chelsea A. Biemiller, *pro hac vice* forthcoming |
| 7 World Trade Center | **STRADLEY RONON STEVENS & YOUNG, LLP** |
| 250 Greenwich Street | 2005 Market Street, Suite 2600 |
| New York, New York 10007 | Philadelphia, PA  19103 |
| (t) (212) 230-8800 | (215) 564-8000 |
| (f) (212) 230-8888 | mparker@stradley.com |
| philip.anker@wilmerhale.com | kdutill@stradley.com |
| ross.firsenbaum@wilmerhale.com | jkelleher@stradley.com |
| | cbiemiller@stradley.com |

*Attorneys for Defendants AQR Absolute Return Master Account, L.P.; AQR DELTA Master Account, L.P.; AQR DELTA Sapphire Fund, L.P.; AQR DELTA XN Master Account, L.P.; AQR Funds – AQR Diversified Arbitrage Fund (incorrectly sued as "AQR Funds (AQR Diversified Arbitrage Fund)"); AQR Funds—AQR Multi-Strategy Alternative Fund (incorrectly sued as "AQR Funds (AQR Multi-Strategy Alternative Fund)"); CNH Master Account, L.P.; CNH Opportunistic Premium Offshore Fund, L.P.; Gardner Lewis Event Driven Fund, L.P.; Gardner Lewis Merger Arbitrage Fund, L.P.; Gardner Lewis Merger Arbitrage Fund II, L.P.; HBK Master Fund L.P.; HBK Quantitative Strategies Master Fund L.P.; State Street Global Advisors Trust Company (incorrectly sued as "State Street Global Advisors"); State Street Russell 1000® Value Index Non-Lending Common Trust Fund (incorrectly sued as "State Street Global Advisors Russell 1000 Value Fund CTF"); State Street Russell 2000® Index Non-Lending Fund (incorrectly sued as "State Street Global Advisors Russell 2000 Index Fund"); State Street Russell 2000® Value Index Non-Lending Common Trust Fund (incorrectly sued as "State*

*Counsel for Defendants identified as: DFA Investment Dimensions Group Inc. U.S. Core Equity 1 Portfolio; DFA Investment Dimensions Group Inc. U.S. Core Equity 2 Portfolio; DFA Investment Dimensions Group Inc. U.S. Micro Cap Portfolio; DFA Investment Dimensions Group Inc. U.S. Small Cap Portfolio; DFA Investment Dimensions Group Inc. U.S. Small Cap Value Portfolio; DFA Investment Dimensions Group Inc. U.S. Targeted Value Portfolio, a/k/a Nationwide U.S. Targeted Value Strategy; Dimensional Funds plc Global Targeted Value Fund; Dimensional Funds plc U.S. Small Companies Fund, a/k/a Irish U.S. Small Cap Fund; DFA Australia Limited Global Core Equity Trust; DFA Investment Dimensions Group Inc. T.A. U.S. Core Equity 2 Portfolio 2; DFA Investment Dimensions Group Inc. Tax-Managed U.S. Small Cap Portfolio; DFA Investment Dimensions Group Inc. Tax-Managed U.S.*

4

*Street Global Advisors Russell 2000 Value Fund CTF"); State Street Russell 3000® Index Non-Lending Fund (incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund"); State Street Russell 3000® Index Non-Lending Common Trust Fund (incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund CTF"); State Street Russell All Cap® Index Securities Lending Series Fund Class I (incorrectly sued as "State Street Global Advisors Russell 3000 Index Fund SL Ser A"); State Street Russell Small/Mid Cap® Index Securities Lending Series Fund Class I (incorrectly sued as "State Street Global Advisors Russell Small Cap Fund Complete S/L A"); State Street Russell Small Cap Completeness® Index Non-Lending Fund (incorrectly sued as "State Street Global Advisors Russell Special Small Company Fund"); State Street Russell Small Cap Completeness® Index Non-Lending Common Trust Fund (incorrectly sued as "State Street Global Advisors Russell Special Small Company Fund CTF"); State Street U.S. Extended Market Index Securities Lending Fund (incorrectly sued as "State Street Global Advisors U.S. Extended Market Index Fund a/k/a U.S. Extended Market Fund SL"); Susquehanna International Group LLP; the purported defendant sued as "JPMorgan Systematic Alpha Fund"; the purported defendant sued as "State Street Bank MAYA Account Holder"; and the purported defendant sued as "State Street Global Advisors Total ETF"*[1]

*Targeted Value Portfolio; DFA Investment Dimensions Group Inc. U.S. Social Core Equity 2 Portfolio; DFA Investment Dimensions Group Inc. U.S. Vector Equity Portfolio; DFA Investment Trust Company Tax-Managed U.S. Marketwide Value Series; DFA U.S. Core Equity Fund; DFA U.S. Vector Equity Fund; Micro Cap Subtrust; Small Cap Value Subtrust; Tax-Managed U.S. Equity Series; U.S. Small Cap Subtrust; Nationwide Mutual Funds (Nationwide Small Cap Index Fund); Nationwide Mutual Funds (Nationwide U.S. Small Cap Value Fund); Nationwide Variable Insurance Trust (NVIT Multi-Manager Small Cap Value Fund); and Nationwide Variable Insurance Trust (NVIT Small Cap Index Fund)*

/s/ Eric B. Fisher
Eric B. Fisher
Gregory C. Pruden
**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, NY 10017
Tel: (212) 510-7008
Fax: (212) 510-7299
efisher@binderschwartz.com
gpruden@binderschwartz.com

*Counsel for Defendants Advanced Series Trust Academic Strategies Asset Allocation Portfolio, Advanced Series Trust Small Cap Value Portfolio, Defendant NJ-3, Prudential Financial, Inc. (The Prudential Insurance Company of America), Prudential Retirement Insurance & Annuity Co., Quantitative Management Associates LLC, and PGIM QMA Small-Cap Value Fund*

---

[1] "JPMorgan Systematic Alpha Fund," "State Street Bank MAYA Account Holder," and "State Street Global Advisors Total ETF," each of which Plaintiffs allege is a defendant in this consolidated multidistrict litigation, are not existing legal entities and therefore cannot be served with process, and reserve all service-related and other defenses.

*/s/ Michael S. Doluisio*
Michael S. Doluisio
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2325

Joshua D. N. Hess
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
(202) 261-3438

Brian C. Raphel
**Dechert LLP**
1095 Avenue of the Americas
New York, NY 10036
(212) 641-5692

*Counsel for Defendants Schwab Capital Trust, Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, JHVIT Strategic Equity Allocation Trust, John Hancock II Strategic Equity Allocation Small Cap Fund, JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Manulife Investment Management (North America) Ltd., Manulife Financial, BAM Advisor Services, SA US Small Company Fund, Transamerica Asset Management, Inc., Variable Annuity Life Insurance Company I – Small Cap Index Fund, Variable Annuity Life Insurance Company I – Small Cap Special Values Fund, USAA Extended Market Index Fund, and Russell US Small Cap Equity Fund.*

*/s/ John E. Schreiber*
John E. Schreiber
Rolf S. Woolner
John S. Tschirgi
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700

*Counsel for Defendant Research Affiliates Equity US Large, L.P. f/k/a Enhanced Rafi US Large LP*

*/s/ Robert E. McLaughlin, Sr.*
Robert E. McLaughlin, Sr.
David L. Klebanoff
**GILMAN, MCLAUGHLIN & HANRAHAN LLP**
101 Merrimac Street, Suite 9601
Boston, MA 02114
(617) 227-9999
remsr@gilmac.com
dklebanoff@gilmac.com

*Counsel for Defendant Arbor Place Limited Partnership*

*/s/ Steven D. Jerome*
Steven D. Jerome
Emily Gildar Wagner
**SNELL & WILMER LLP**
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000
sjerome@swlaw.com
ewagner@swlaw.com

*Counsel for Defendant The Lincoln Foundation dba The Lincoln Institute of Land Policy*

/s/ Andrew J. Entwistle
Andrew J. Entwistle
Joshua K. Porter
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Tel. (212) 894-7200
aentwistle@entwistle-law.com
jporter@entwistle-law.com

*Counsel for The Arbitrage Fund, The Arbitrage Event-Driven Fund, Gabelli Investor Funds, Inc., Gabelli 787 Fund, Inc., The GDL Fund, Barington Companies Investors, LLC, Barington Companies Equity Partners, L.P. and Defendant NY-18*

/s/ Steven P. Mandell
Steven P. Mandell
Keith E. Allen
**MANDELL MENKES LLC**
1 N. Franklin St., Suite 3600
Chicago, IL 60606
Tel.: (312) 251-1000
Fax: (312) 251-1010
smandell@mandellmenkes.com
kallen@mandellmenkes.com

*Counsel for Defendants State Farm Variable Products Trust – Small Cap Equity Index Fund and State Farm Small Cap Index Fund*

/s/ Bryan J. Wick
Bryan J. Wick
Noah H. Nadler
**WICK PHILLIPS**
3131 McKinney Ave., Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
bryan.wick@wickphillips.com
noah.nadler@wickphillips.com

*Counsel for Defendant Kenny Allen Troutt Separate Trust Estate*

/s/ Michael B. Reynolds
Michael B. Reynolds
Andrew B. Still
**SNELL & WILMER LLP**
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
(t) (714) 427- 7000
(f) (714) 427-7799
mreynolds@swlaw.com
astill@swlaw.com

*Counsel for Defendant California Physicians' Service dba Blue Shield of California*

/s/ John A. Mangones
John A. Mangones
**GODBOUT LAW PLLC**
33 Broad St., 11th Floor
Boston, MA 02109
Tel. (617) 523-6677
Fax (617) 227-3709
john@bjgalaw.com

*Counsel for Defendant Rhumbline Advisers LP*

/s/ William W. Thorsness
William W. Thorsness
Allison B. Hudson
**VEDDER PRICE P.C.**
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Tel. (312) 609-7595
Fax (312) 609-5005
wthorsness@vedderprice.com
ahudson@vedderprice.com

*Counsel for Defendant HFR Asset Management, LLC*

*/s/ Robert Radasevich*
Robert Radasevich
Dana Engel
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60521
(312) 269-8000
rradasevich@nge.com
dengel@nge.com

*Counsel for Towle Capital Partners, L.P., Towle Capital Partners, II, L.P., Towle Deep Value Fund, WCFS, Inc., and Hallador Balanced Fund, LLC*


*/s/ Stephen G. Topetzes*
Stephen G. Topetzes
Chelsie D. Rimel
**K&L GATES LLP**
1601 K Street, NW
Washington, DC 20006
(202) 778-9000

*Counsel for Defendant American Beacon Small Cap Value Fund*


*/s/ Reade W. Seligmann*
Reade W. Seligmann
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
reade.seligmann@alston.com

*Counsel for Defendant Hawaii DE LLC*

*/s/ William R. Moorman, Jr., Esq.*
William R. Moorman, Jr., Esq.
**MURPHY & KING, P.C.**
One Beacon Street, 21st Floor
Boston, MA  02108
Telephone: (617) 423-0400
Facsimile: (617) 423-0498
wmoorman@murphyking.com

Paul R. Niehaus (PN-3994)
 *Of Counsel to the Firm*
**MURPHY & KING, P.C.**
150 E. 58th Street, 22nd Floor
New York, New York 10155
Tel. (212) 631-0223
Fax: (212) 624-0223
paul.niehaus@kirschniehaus.com

*Counsel for Defendant Longfellow Investment Management Co., LLC*


*/s/ Marshall C. Turner*
Marshall C. Turner
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1768
Facsimile: (314) 480-1505
marshall.turner@huschblackwell.com


John J. Cruciani, *pro hac vice* pending
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone:  (816) 983-8197
John.Cruciani@huschblackwell.com

*Counsel for Defendant Emerson Electric Co.*

/s/ *Mark N. Parry*
Mark N. Parry
Jessica K. Bonteque
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7876
mparry@mosessinger.com
jbonteque@mosessinger.com

*Counsel for Defendant Robeco Capital Growth Funds SICAV - Robeco BP US Premium Equities*


/s/ *Matthew J. Aaronson*
Matthew J. Aaronson
Brett D. Goodman
**TROUTMAN SANDERS LLP**
875 Third Avenue
New York, NY 10022
(212) 704-6000
matthew.aaronson@troutman.com
brett.goodman@troutman.com

*Counsel for Defendants identified as Anthem Health Plans of Virginia, Inc., Blue Cross of California, and Community Insurance Company*


 /s/ *Casey E. Donnelly*
Casey E. Donnelly
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
(212) 728-8775

*Attorneys for Shareholder Defendants Dynamic Capital Management, LLC and Dynamic Offshore Fund, Ltd.*

/s/ *Lara Samet Buchwald*
Lara Samet Buchwald
Tina Hwa Joe
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
lara.buchwald@davispolk.com
tina.joe@davispolk.com

*Counsel for Merrill Lynch, Pierce, Fenner & Smith Incorporated*[2]


/s/ *Stephen C. Johnson, Esq.*
Stephen C. Johnson, Esq.
**S.C. JOHNSON & ASSOCIATES P.C.**
703 Pier Avenue, #703
Hermosa Beach, CA 90254
(310) 379-1408

*Counsel for Defendant George M. Klabin*


/s/ *Edward Han*
Edward Han
Kevin J. White
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, California 94304
(650) 320-1800
edwardhan@paulhastings.com
kevinwhite@paulhastings.com

*Counsel for Defendant Litman Gregory Masters Alternative Strategies Fund*

---

[2]   Plaintiffs named as a defendant Merrill Lynch Investment, which is not an existing legal entity, and Merrill Lynch, Pierce, Fenner & Smith Incorporated reserves all rights and defenses.

| | |
|---|---|
| */s/ Landon S. Raiford* | */s/ Gregory A. Markel* |
| Landon S. Raiford | Gregory A. Markel |
| **JENNER & BLOCK LLP** | **SEYFARTH SHAW LLP** |
| 353 N. Clark Street | 620 Eighth Avenue |
| Chicago, IL 60654 | New York, New York 10018-1405 |
| lraiford@jenner.com | (212) 218-5000 |
| 312-222-9350 (telephone) | |
| 312-239-5199 (facsimile) | *Counsel for Defendant Wells Fargo Disciplined Small Cap Fund* |
| *Counsel for Defendants Peak6 Investments LLC, Two Sigma Investments LP, and PG&E Co. Nuclear Facilities Qualified CPUC Decommissioning Master Trust* | |