**Appendix A**

| |
|---|
| Advanced Series Trust Academic Strategies Asset Allocation Portfolio |
| Advanced Series Trust Small-Cap Value Portfolio |
| American Beacon Small Cap Value Fund |
| AQR Funds – AQR Diversified Arbitrage Fund (incorrectly sued as "AQR Funds (AQR Diversified Arbitrage Fund)") |
| AQR Funds – AQR Multi-Strategy Alternative Fund (incorrectly sued as "AQR Funds (AQR Multi-Strategy Alternative Fund)") |
| Brighthouse Funds Trust II f/k/a Brighthouse Funds Trust Met-Series |
| Columbia Multi-Manager Alternative Strategies Fund |
| DFA Investment Dimensions Group Inc. T.A. U.S. Core Equity 2 Portfolio |
| DFA Investment Dimensions Group Inc. Tax- Managed U.S. Small Cap Portfolio |
| DFA Investment Dimensions Group Inc. Tax- Managed U.S. Targeted Value Portfolio |
| DFA Investment Dimensions Group Inc. Tax-Managed U.S. Equity Portfolio (incorrectly identified as "Tax-Managed U.S. Equity Series") |
| DFA Investment Dimensions Group Inc. U.S. Core Equity 1 Portfolio |
| DFA Investment Dimensions Group Inc. U.S. Core Equity 2 Portfolio |
| DFA Investment Dimensions Group Inc. U.S. Micro Cap Portfolio |
| DFA Investment Dimensions Group Inc. U.S. Small Cap Portfolio |
| DFA Investment Dimensions Group Inc. U.S. Small Cap Value Portfolio |
| DFA Investment Dimensions Group Inc. U.S. Social Core Equity 2 Portfolio |
| DFA Investment Dimensions Group Inc. U.S. Targeted Value Portfolio a/k/a Nationwide U.S. Targeted Value Strategy |
| DFA Investment Dimensions Group Inc. U.S. Vector Equity Portfolio |
| DFA Investment Trust Company Tax-Managed U.S. Marketwide Value Series |
| DWS Small Cap Index VIP |
| Fidelity Concord Street Trust - Fidelity Extended Market Index Fund |
| Fidelity Concord Street Trust - Fidelity Total Market Index Fund |
| Fidelity Small Cap Index Fund |
| Fidelity Total Market Index Fund |
| FlexShares Morningstar US Market Factor Tilt Index Fund |

| |
|---|
| Gabelli 787 Fund, Inc. |
| Gabelli Investor Funds, Inc. |
| Investment Managers Series Trust (Towle Deep Value Fund) |
| iShares Europe |
| iShares Morningstar Small-Cap Value ETF |
| iShares Russell 2000 ETF |
| iShares Russell 2000 Value ETF |
| iShares Russell 3000 ETF |
| JHF II Strategic Equity Allocation Fund |
| JHVIT Small Cap Index Trust |
| JHVIT Small Cap Opportunities Trust |
| JHVIT Strategic Equity Allocation Trust |
| JNL/DFA U.S. Small Cap Fund c/o Jackson National Asset Management LLC |
| JPMorgan Systematic Alpha Fund |
| Litman Gregory Masters Alternative Strategies Fund |
| Master Small Cap Index Series Of Quantitative Master Series LLC A/K/A iShares Russell 2000 Small-Cap Index Fund |
| Nationwide Mutual Funds (Nationwide Small Cap Index Fund) |
| Nationwide Mutual Funds (Nationwide U.S. Small Cap Value Fund) |
| Nationwide Variable Insurance Trust (NVIT Multi-Manager Small Cap Value Fund) |
| Nationwide Variable Insurance Trust (NVIT Small Cap Index Fund) |
| Northern Small Cap Core Fund |
| Northern Small Cap Index Fund |
| Northern Small Cap Value Fund |
| Oppenheimer Global Multi Strategies Fund |
| Pacific Select Fund - PD Small-Cap Value Index Portfolio |
| Pacific Select Fund - Small-Cap Equity Portfolio |
| Pacific Select Fund - Small-Cap Index Portfolio |
| PGIM QMA Small-Cap Value Fund |
| Principal Funds, Inc. (Global Multi-Strategy Fund) |
| Principal Funds, Inc. (SmallCap Value Fund II) |
| Principal Variable Contracts Funds, Inc. (SmallCap Value Account I) |

| |
|---|
| ProShares Trust (ProShares Merger ETF) |
| Russell US Small Cap Equity Fund |
| SA US Small Company Fund |
| Schwab Fundamental US Small Company Index Fund |
| Schwab Small-Cap Index Fund |
| Schwab Total Stock Market Index Fund |
| State Farm Small Cap Index Fund |
| State Farm Variable Products Trust – Small Cap Equity Index Fund |
| The Arbitrage Event-Driven Fund |
| The Arbitrage Fund |
| The GDL Fund |
| USAA Extended Market Index Fund |
| Vanguard Index Funds (Vanguard Extended Market Index Fund) |
| Vanguard Index Funds (Vanguard Small-Cap Index Fund) |
| Vanguard Index Funds (Vanguard Small-Cap Value Index Fund) |
| Vanguard Index Funds (Vanguard Total Stock Market Index Fund) |
| Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund) |
| Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund) |
| Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund) |
| Vanguard Scottsdale Funds (Vanguard Russell 2000 Value Index Fund) |
| Vanguard Valley Forge Funds (Vanguard Balanced Index Fund) |
| Vanguard World Fund (Vanguard Consumer Discretionary Index Fund) |
| Variable Annuity Life Insurance Company I - Small Cap Index Fund |
| Variable Annuity Life Insurance Company I - Small Cap Special Values Fund |
| Wells Fargo Disciplined Small Cap Fund |