UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
IN RE NINE WEST LBO SECURITIES                                   :
LITIGATION                                                       :    Case No.: 1:20-md-02941-JSR
                                                                 :
Pertains to All Associated Actions                               :
                                                                 :
---------------------------------------------------------------- x

### DECLARATION OF ANDREW G. DEVORE IN SUPPORT OF PUBLIC SHAREHOLDER DEFENDANTS' MOTION TO DISMISS UNDER THE SAFE HARBOR OF 11 U.S.C. § 546(e)

I, Andrew G. Devore, the undersigned, declare as follows:

1.      I am a partner at the law firm of Ropes & Gray LLP, and am counsel for certain of the Public Shareholder Defendants in the above-captioned proceeding.  I am a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York.

2.      I respectfully submit this declaration in support of the Public Shareholder Defendants' Motion To Dismiss Under The Safe Harbor Of 11 U.S.C. § 546(e).[1]  Specifically, I submit this declaration to place before the Court certain documents that are integral to, or incorporated by reference in, the Complaint or are subject to judicial notice.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Paying Agent Agreement for The Jones Group Inc., by and between The Jones Group Inc., Jasper Parent LLC, and Wells Fargo Bank, National Association, dated April 4, 2014.

4.      Attached hereto as **Exhibit B** is a true and correct copy of The Jones Group Inc.'s Schedule 14A Definitive Joint Proxy Statement (the "Proxy") filed with the U.S. Securities &

---

[1]      Terms used but not otherwise defined in this declaration have the same meaning as in the Public Shareholder Defendants' Memorandum of Law.

Exchange Committee ("SEC") on March 6, 2014.  Annex A to the Proxy is a true and correct

copy of the Agreement and Plan of Merger among The Jones Group Inc., Jasper Parent LLC, and

Jasper Merger Sub, Inc. (the "Merger Agreement"), dated December 19, 2013.  The Proxy and

the Merger Agreement are available publicly on the SEC's Edgar website at

https://www.sec.gov/Archives/edgar/data/874016/000119312514086266/d659731ddefm14a.htm.

5.      Attached hereto as Exhibits C through WW are true and correct excerpts of Form

N-CSRs or Form-N-CSRSs that were filed with the SEC and are publicly available on the SEC's

Edgar website.  The chart set forth below identifies the relevant defendant, the defendant's

alleged exposure in the actions, the exhibit citation to the relevant portion of the defendant's

Form N-CSR(S), a link to that Form N-CSR(S) on the SEC's Edgar website, the reporting period

for that Form N-CSR(S), and, as reflected on the Form N-CSR(S), the defendant's status as a

registered investment company under the Investment Company Act of 1940 as of April 2014.

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Advanced Series Trust Academic Strategies Asset Allocation Portfolio | 951,885.00 | Ex. C at p. 1647[2] | https://www.sec.gov/Archives/edgar/data/814679/000119312514327004/d595812dncsrs.htm | Six-month period ending June 30, 2014 | Portfolio of Advanced Series Trust, an investment company registered under the Investment Company Act of 1940. |

---

[2]      The page number refers to the number generated by the SEC's website located at the upper or lower right side of each Exhibit.

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Advanced Series Trust Small-Cap Value Portfolio | 984,000.00 | *See* Ex. C at p. 290 –91 | https://www.sec.gov/Archives/edgar/data/814679/000119312514327004/d595812dncsrs.htm | Six-month period ending June 30, 2014 | Portfolio of Advanced Series Trust, an investment company registered under the Investment Company Act of 1940. |
| American Beacon Small Cap Value Fund | 8,178,510.00 | Ex. D at p. 77 | https://www.sec.gov/Archives/edgar/data/809593/000119312514263291/d749521dncsrs.htm | Six-month period ending April 30, 2014 | Series of American Beacon Funds, an investment company registered under the Investment Company Act of 1940. |
| AQR Funds – AQR Diversified Arbitrage Fund (incorrectly sued as "AQR Funds (AQR Diversified Arbitrage Fund)") | 13,496,385.00 | Ex. E at p. 210 | https://www.sec.gov/Archives/edgar/data/1444822/000119312514328934/d750469dncsrs.htm | Six-month period ending June 30, 2014 | Series of AQR Funds, an investment company registered under the Investment Company Act of 1940. |
| AQR Funds – AQR Multi-Strategy Alternative Fund (incorrectly sued as "AQR Funds (AQR Multi-Strategy Alternative Fund)") | 10,908,330.00 | *See* Ex. E at p. 210 | https://www.sec.gov/Archives/edgar/data/1444822/000119312514328934/d750469dncsrs.htm | Six-month period ending June 30, 2014 | Series of AQR Funds, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Brighthouse Funds Trust II f/k/a Brighthouse Funds Trust Met-Series[3] | 619,185.00 | Ex. F at p. 19 | https://www.sec.gov/Archives/edgar/data/710826/000119312514332179/d742247dncsrs.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Columbia Multi-Manager Alternative Strategies Fund | 175,560.00 | Ex. G at p. 489 | https://www.sec.gov/Archives/edgar/data/773757/000110465914077731/a14-21069_28ncsr.htm | Twelve-month period ending August 31, 2014 | Series of Columbia Funds Series Trust I, an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. T.A. U.S. Core Equity 2 Portfolio | 813,795.00 | Ex. H at p. 716-720 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |

---

[3]     As of the time of the Merger, Brighthouse Funds Trust II was known as Metropolitan Series Fund.  Metropolitan Series Fund changed its name to Brighthouse Funds Trust II between 2016 and 2017.  *See* Ex. F(a) at 1.

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| DFA Investment Dimensions Group Inc. Tax-Managed U.S. Small Cap Portfolio | 2,078,415.00 | *See* Ex. H at p. 716-720 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. Tax-Managed U.S. Targeted Value Portfolio | 5,692,995.00 | *See* Ex. H at p. 716-720 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. Tax-Managed U.S. Equity Portfolio (incorrectly identified as "Tax-Managed U.S. Equity Series") | 132,120.00 | *See* Ex. H at p. 716-720 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| DFA Investment Dimensions Group Inc. U.S. Core Equity 1 Portfolio | 1,095,225.00 | *See* Ex. H at p. 184-190 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. U.S. Core Equity 2 Portfolio | 2,033,790.00 | *See* Ex. H at p. 184-190 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. U.S. Micro Cap Portfolio | 8,335,305.00 | *See* Ex. H at p. 184-191 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. U.S. Small Cap Portfolio | 6,848,535.00 | *See* Ex. H at p. 184-191 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| DFA Investment Dimensions Group Inc. U.S. Small Cap Value Portfolio | 35,576,565.00 | *See* Ex. H at p. 184-190 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. U.S. Social Core Equity 2 Portfolio | 106,800.00 | *See* Ex. H at p. 646 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. U.S. Targeted Value Portfolio a/k/a Nationwide U.S. Targeted Value Strategy | 7,308,435.00 | *See* Ex. H at p. 184-191 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |
| DFA Investment Dimensions Group Inc. U.S. Vector Equity Portfolio | 1,392,000.00 | *See* Ex. H at p. 184-191 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Dimensions Group Inc., an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| DFA Investment Trust Company Tax-Managed U.S. Marketwide Value Series | 1,547,145.00 | *See* Ex. H at p. 739 | https://www.sec.gov/Archives/edgar/data/355437/000119312514264139/d664447dncsrs.txt | Six-month period ending April 30, 2014 | Series of DFA Investment Trust Company, an investment company registered under the Investment Company Act of 1940. |
| DWS Small Cap Index VIP | 244,005.00 | Ex. I at p. 52 | https://www.sec.gov/Archives/edgar/data/1006373/000008805314001101/sr63014vipsci.htm | Six-month period ending June 30, 2014 | Series of Deutsche Investments VIT Funds, an investment company registered under the Investment Company Act of 1940. |
| Fidelity Concord Street Trust - Fidelity Extended Market Index Fund[4] | 3,715,245.00 | Ex. J at p. 168 | https://www.sec.gov/Archives/edgar/data/819118/000027651614000056/main.htm | Six-month period ending August 31, 2014 | Fund of Fidelity Concord Street Trust, an investment company registered under the Investment Company Act of 1940. |

---

[4] As of the time of the Merger, Fidelity Extended Market Index Fund was known as Spartan Extended Market Index Fund. Spartan Extended Market Index Fund changed its name to Fidelity Extended Market Index Fund between 2015 and 2016. *See* Ex. J(a) at 223.

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Fidelity Concord Street Trust - Fidelity Total Market Index Fund[5] | 1,244,670.00 | *See* Ex. J at p. 99 | https://www.sec.gov/Archives/edgar/data/819118/000027651614000056/main.htm | Six-month period ending August 31, 2014 | Fund of Fidelity Concord Street Trust, an investment company registered under the Investment Company Act of 1940. |
| Fidelity Small Cap Index Fund[6] | 569,205.00 | Ex. K at p. 54 | https://www.sec.gov/Archives/edgar/data/35315/000158646214000028/Main.htm | Six-month period ending October 31, 2014 | Fund of Fidelity Salem Street Trust, an investment company registered under the Investment Company Act of 1940. |
| Fidelity Total Market Index Fund[7] | 1,122,570.00 | *See* Ex. J at p. 99 | https://www.sec.gov/Archives/edgar/data/819118/000027651614000056/main.htm | Six-month period ending August 31, 2014 | Fund of Fidelity Concord Street Trust, an investment company registered under the Investment Company Act of 1940. |

---

[5] As of the time of the Merger, Fidelity Total Market Index Fund was known as Spartan Total Market Index Fund.  Spartan Total Market Index Fund changed its name to Fidelity Total Market Index Fund between 2015 and 2016.  *See* Ex. J(a) at 223.

[6] As of the time of the Merger, Fidelity Small Cap Index Fund was known as Spartan Small Cap Index Fund.  Spartan Small Cap Index Fund changed its name to Fidelity Small Cap Index Fund in 2016.  *See* Ex. K(a) at 135.

[7] As of the time of the Merger, Fidelity Total Market Index Fund was known as Spartan Total Market Index Fund. Spartan Total Market Index Fund changed its name to Fidelity Total Market Index Fund between 2015 and 2016.  *See* Ex. J(a) at 223.

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| FlexShares Morningstar US Market Factor Tilt Index Fund | 224,910.00 | Ex. L at p. 202 | https://www.sec.gov/Archives/edgar/data/1491978/000119312514260078/d743511dncsrs.htm | Six-month period ending April 30, 2014 | Fund of FlexShares Trust, an investment company registered under the Investment Company Act of 1940. |
| Gabelli 787 Fund, Inc. | 300,000.00 | Ex. M at p. 1, 19 | https://www.sec.gov/Archives/edgar/data/1394166/000119312514258668/d730392dncsrs.htm | Six-month period ending April 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Gabelli Investor Funds, Inc. | 4,951,245.00 | Ex. N at p. 1, 14 | https://www.sec.gov/Archives/edgar/data/893783/000119312514328781/d730464dncsrs.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Investment Managers Series Trust (Towle Deep Value Fund) | 893,850.00 | Ex. O at p. 15 | https://www.sec.gov/Archives/edgar/data/1318342/000139834414006318/fp0012376_ncsr.htm | Twelve-month period ending September 30, 2014 | Series of Investment Managers Series Trust, an investment company registered under the Investment Company Act of 1940. |
| iShares Europe | 139,935.00 | Ex. P at 497 | https://www.sec.gov/Archives/edgar/data/1100663/000119312514434445/d804519dncsrs.htm#toc | Six-month period ending September 30, 2014 | Fund of iShares Trust, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| iShares Morningstar Small-Cap Value ETF | 866,453.28 | Ex. Q at 401 | https://www.sec.gov/Archives/edgar/data/1100663/000119312514261748/d732193dncsr.htm | Twelve-month period ending April 30, 2014 | Fund of iShares Trust, an investment company registered under the Investment Company Act of 1940. |
| iShares Russell 2000 ETF | 20,167,155.38 | *See* Ex. P at 621 | https://www.sec.gov/Archives/edgar/data/1100663/000119312513466531/d609194dncsrs.htm | Six month period ending September 30, 2014 | Fund of iShares Trust, an investment company registered under the Investment Company Act of 1940. |
| iShares Russell 2000 Value ETF | 8,786,700.00 | *See* Ex. P at 621 | https://www.sec.gov/Archives/edgar/data/1100663/000119312514434445/d804519dncsrs.htm | Six month period ending September 30, 2014 | Fund of iShares Trust, an investment company registered under the Investment Company Act of 1940. |
| iShares Russell 3000 ETF | 321,630.00 | *See* Ex. P at 703 | https://www.sec.gov/Archives/edgar/data/1100663/000119312514434445/d804519dncsrs.htm | Six month period ending September 30, 2014 | Fund of iShares Trust, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| JHF II Strategic Equity Allocation Fund | 178,320.00 | Ex. R at p. 359, 398-99, 889-90 | https://www.sec.gov/Archives/edgar/data/1331971/000092881614001693/a_jhfundsii.htm | Twelve-month period ending August 31, 2014 | Series of John Hancock Funds II, an investment company registered under the Investment Company Act of 1940. |
| JHVIT Small Cap Index Trust | 320,400.00 | Ex. S at p. 2, 16, 55-56, 114 | https://www.sec.gov/Archives/edgar/data/756913/000114544314001139/d31621.htm | Six-month period ending June 30, 2014 | Series of John Hancock Variable Insurance Trust, an investment company registered under the Investment Company Act of 1940. |
| JHVIT Small Cap Opportunities Trust | 190,500.00 | *See* Ex. S at p. 2, 56-57, 114 | https://www.sec.gov/Archives/edgar/data/756913/000114544314001139/d31621.htm | Six-month period ending June 30, 2014 | Series of John Hancock Variable Insurance Trust, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| JHVIT Strategic Equity Allocation Trust | 375,480.00 | *See* Ex. S at p. 2, 114 | https://www.sec.gov/Archives/edgar/data/756913/000114544314001139/d31621.htm | Six-month period ending June 30, 2014 | Series of John Hancock Variable Insurance Trust, an investment company registered under the Investment Company Act of 1940. |
| JNL/DFA U.S. Small Cap Fund c/o Jackson National Asset Management LLC[8] | 311,895.00 | Ex. T at p. 161-62 | https://www.sec.gov/Archives/edgar/data/1532747/000110465914064958/a14-16585_3ncsrs.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| JPMorgan Systematic Alpha Fund | 17,538,030.00 | Ex. U at p. 895 | https://www.sec.gov/Archives/edgar/data/1217286/000119312514455199/d758469dncsr.htm | Twelve-month period ending October 31, 2014 | Fund of JPMorgan Trust I, an investment company registered under the Investment Company Act of 1940. |

---

[8]    As of the time of the Merger, JNL/DFA U.S. Small Cap Fund c/o Jackson National Asset Management LLC was known as Curian/DFA U.S. Micro Cap Fund.  Curian/DFA U.S. Micro Cap Fund changed its name to JNL/DFA U.S. Micro Cap Fund in 2015 when Jackson National Asset Management LLC replaced Curian Capital, LLC as investment adviser and administrator to the Fund.  *See* Ex. T(a) at 129. JNL/DFA U.S. Micro Cap Fund changed its name to JNL/DFA U.S. Small Cap Fund between in 2017.  *See* Ex. T(b) at 62.

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Litman Gregory Masters Alternative Strategies Fund | 953,250.00 | Ex. V at p. 153 | https://www.sec.gov/Archives/edgar/data/1020425/000114420414054131/v388155_ncsrs.htm | Six-month period ending June 30, 2014 | Series of Litman Gregory Funds Trust, an investment company registered under the Investment Company Act of 1940. |
| Master Small Cap Index Series of Quantitative Master Series LLC a/k/a iShares Russell 2000 Small-Cap Index Fund | 621,825.00 | Ex. W at p. 22 | https://www.sec.gov/Archives/edgar/data/1025836/000119312514320867/d742555dncsrs.htm | Six-month period ending June 30, 2014 | Fund of Quantitative Master Series LLC, an affiliate of BlackRock International Index Fund and BlackRock Small Cap Index Fund, which are each a series of BlackRock Index Funds, Inc., an investment company registered under the Investment Company Act of 1940. |
| Nationwide Mutual Funds (Nationwide Small Cap Index Fund) | 554,400.00 | Ex. X at p. 467 | https://www.sec.gov/Archives/edgar/data/1048702/000119312514255948/d748585dncsrs.htm | Six-month period ending April 30, 2014 | Series of Nationwide Mutual Funds, an investment company registered under the Investment Company Act of 1940. |

14

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Nationwide Mutual Funds (Nationwide U.S. Small Cap Value Fund) | 237,615.00 | *See* Ex. X at p. 265 | https://www.sec.gov/Archives/edgar/data/1048702/000119312514255948/d748585dncsrs.htm | Six-month period ending April 30, 2014 | Series of Nationwide Mutual Funds, an investment company registered under the Investment Company Act of 1940. |
| Nationwide Variable Insurance Trust (NVIT Multi-Manager Small Cap Value Fund) | 664,500.00 | Ex. Y at p. 2342 | https://www.sec.gov/Archives/edgar/data/353905/000119312514325244/d749366dncsrs.htm | Six-month period ending June 30, 2014 | Series of Nationwide Variable Insurance Trust, an investment company registered under the Investment Company Act of 1940. |
| Nationwide Variable Insurance Trust (NVIT Small Cap Index Fund) | 368,910.00 | *See* Ex. Y at p. 906 | https://www.sec.gov/Archives/edgar/data/353905/000119312514325244/d749366dncsrs.htm | Six-month period ending June 30, 2014 | Series of Nationwide Variable Insurance Trust, an investment company registered under the Investment Company Act of 1940. |
| Northern Small Cap Core Fund | 134,265.00 | Ex. Z at p. 110 | https://www.sec.gov/Archives/edgar/data/916620/000119312514432263/d793886dncsrs.htm | Six-month period ending September 30, 2014 | Fund of Northern Funds, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Northern Small Cap Index Fund | 683,610.00 | *See* Ex. Z at p. 318 | https://www.sec.gov/Archives/edgar/data/916620/000119312514432263/d793886dncsrs.htm | Six-month period ending September 30, 2014 | Fund of Northern Funds, an investment company registered under the Investment Company Act of 1940. |
| Northern Small Cap Value Fund | 4,010,685.00 | *See* Ex. Z at p. 110 | https://www.sec.gov/Archives/edgar/data/916620/000119312514432263/d793886dncsrs.htm | Six-month period ending September 30, 2014 | Fund of Northern Funds, an investment company registered under the Investment Company Act of 1940. |
| Oppenheimer Global Multi Strategies Fund | 210,060.00 | Ex. AA at p. 40 | https://www.sec.gov/Archives/edgar/data/819118/000027651614000056/main.htm | Twelve-month period ending May 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Pacific Select Fund - PD Small-Cap Value Index Portfolio | 152,085.00 | Ex. BB at p. 366 | https://www.sec.gov/Archives/edgar/data/813900/000119312514333461/d740440dncsrs.htm | Six-month period ending June 30, 2014 | Fund of Pacific Select Fund, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Pacific Select Fund - Small-Cap Equity Portfolio | 662,925.00 | *See* Ex. BB at p. 220 | https://www.sec.gov/Archives/edgar/data/813900/000119312514333461/d740440dncsrs.htm | Six-month period ending June 30, 2014 | Fund of Pacific Select Fund, an investment company registered under the Investment Company Act of 1940. |
| Pacific Select Fund - Small-Cap Index Portfolio | 1,860,991.28 | *See* Ex. BB at p. 220 | https://www.sec.gov/Archives/edgar/data/813900/000119312514333461/d740440dncsrs.htm | Six-month period ending June 30, 2014 | Fund of Pacific Select Fund, an investment company registered under the Investment Company Act of 1940. |
| PGIM QMA Small-Cap Value Fund[9] | 333,000.00 | Ex. CC at p. 149 | https://www.sec.gov/Archives/edgar/data/890339/000119312514250835/d727484dncsrs.htm | Six-month period ending April 30, 2014 | Portfolio of the Target Portfolio Trust, an investment company registered under the Investment Company Act of 1940. |

---

[9]     As of the time of the Merger, PGIM QMA Small-Cap Value Fund was known as Target Small Capitalization Portfolio.  Target Small Capitalization Portfolio changed its name to Prudential QMA Small-Cap Value Fund between 2016 and 2017.  *See* Ex. CC(a) at 28.  In 2018, Prudential QMA Small-Cap Value Fund's name was changed by replacing "Prudential" with "PGIM."  *See* Ex. CC(b) at 107.

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Principal Funds, Inc. (Global Multi-Strategy Fund) | 751,695.00 | Ex. DD at p. 47 | https://www.sec.gov/Archives/edgar/data/898745/000001260114000218/n-csrpfi08312014.htm | Twelve-month period ending August 31, 2014 | Fund of Principal Funds, Inc., an investment company registered under the Investment Company Act of 1940. |
| Principal Funds, Inc. (SmallCap Value Fund II) | 3,220,725.00 | Ex. EE at p. 177 | https://www.sec.gov/Archives/edgar/data/898745/000089874514000694/finalncsrs043014part2.htm | Six-month period ending April 30, 2014 | Fund of Principal Funds, Inc., an investment company registered under the Investment Company Act of 1940. |
| Principal Variable Contracts Funds, Inc. (SmallCap Value Account I) | 190,815.00 | Ex. FF at p. 120 | https://www.sec.gov/Archives/edgar/data/12601/000001260115000051/finalncsrtwelvefourteen.htm | Twelve-month period ending December 31, 2014 | Fund of Principal Variable Contracts Funds, Inc., an investment company registered under the Investment Company Act of 1940. |
| ProShares Trust (ProShares Merger ETF) | 100,125.00 | Ex. GG at p. 622, 624 | https://www.sec.gov/Archives/edgar/data/1174610/000110465914058652/a14-16071_1ncsr.htm | Twelve-month period ending May 31, 2014 | Fund of ProShares Trust, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Russell US Small Cap Equity Fund | 3,436,050.00 | Ex. HH at p. 125-26, 852 | https://www.sec.gov/Archives/edgar/data/351601/000035160114000021/bookswrapsmerged.htm | Six-month period ending April 30, 2014 | Series of Russell Investment Company, an investment company registered under the Investment Company Act of 1940. |
| SA US Small Company Fund | 186,195.00 | Ex. II at p. 185 | https://www.sec.gov/Archives/edgar/data/1075065/000120677414002793/safunds_ncsr.htm | Twelve-month period ending June 30, 2014 | Fund of SA Funds — Investment Trust, an investment company registered under the Investment Company Act of 1940. |
| Schwab Fundamental US Small Company Index Fund | 2,130,000.00 | Ex. JJ at p. 68 | https://www.sec.gov/Archives/edgar/data/904333/000095012314006989/f30225ctnvcsrs.htm | Six-month period ending April 30, 2014 | Fund of Schwab Capital Trust, an investment company registered under the Investment Company Act of 1940. |
| Schwab Small-Cap Index Fund | 1,804,500.00 | *See* Ex. JJ at p. 68 | https://www.sec.gov/Archives/edgar/data/904333/000095012314006989/f30225ctnvcsrs.htm | Six-month period ending April 30, 2014 | Fund of Schwab Capital Trust, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Schwab Total Stock Market Index Fund | 182,340.00 | *See* Ex. JJ at p. 68 | https://www.sec.gov/Archives/edgar/data/904333/000095012314006989/f30225ctnvcsrs.htm | Six-month period ending April 30, 2014 | Fund of Schwab Capital Trust, an investment company registered under the Investment Company Act of 1940. |
| State Farm Small Cap Index Fund | 308,355.00 | Ex. KK at p. 176 | https://www.sec.gov/Archives/edgar/data/1119720/000119312514328721/d761131dncsrs.htm | Six-month period ending June 30, 2014 | Fund of State Farm Mutual Fund Trust, an investment company registered under the Investment Company Act of 1940. |
| State Farm Variable Products Trust – Small Cap Equity Index Fund | 215,715.00 | Ex. LL at p. 119 | https://www.sec.gov/Archives/edgar/data/1034633/000119312514321538/d761538dncsrs.htm | Six-month period ending June 30, 2014 | Fund of State Farm Variable Product Trust, an investment company registered under the Investment Company Act of 1940. |
| The Arbitrage Event-Driven Fund | 350,355.00 | Ex. MM at p. 111 | https://www.sec.gov/Archives/edgar/data/1105076/000119312514303222/d772163dncsr.htm#tx772163_39 | Twelve-month period ending May 31, 2014 | Series of The Arbitrage Funds, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| The Arbitrage Fund | 77,233,290.00 | *See* Ex. MM at p. 111 | https://www.sec.gov/Archives/edgar/data/1105076/000119312514303222/d772163dncsr.htm#tx772163_39 | Twelve-month period ending May 31, 2014 | Series of The Arbitrage Funds, an investment company registered under the Investment Company Act of 1940. |
| The GDL Fund | 1,350,000.00 | Ex. NN at p. 20 | https://www.sec.gov/Archives/edgar/data/1378701/000119312514332035/d730411dncsrs.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| USAA Extended Market Index Fund | 169,785.00 | Ex. OO at p. 16 | https://www.sec.gov/Archives/edgar/data/908695/000090869514000281/ncsrext063014.txt | Six-month period ending June 30, 2014 | Fund of USAA Mutual Funds Trust, an investment company registered under the Investment Company Act of 1940. |
| Vanguard Index Funds (Vanguard Extended Market Index Fund) | 10,452,885.00 | Ex. PP at p. 172 | https://www.sec.gov/Archives/edgar/data/36405/000093247114006700/indexfunds_final.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Vanguard Index Funds (Vanguard Small-Cap Index Fund) | 19,422,225.00 | *See* Ex. PP at p. 87 | https://www.sec.gov/Archives/edgar/data/36405/000093247114006700/indexfunds_final.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Vanguard Index Funds (Vanguard Small-Cap Value Index Fund) | 9,837,135.00 | *See* Ex. PP at p. 128 | https://www.sec.gov/Archives/edgar/data/36405/000093247114006700/indexfunds_final.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Vanguard Index Funds (Vanguard Total Stock Market Index Fund) | 17,519,745.00 | *See* Ex. PP at p. 421 | https://www.sec.gov/Archives/edgar/data/36405/000093247114006700/indexfunds_final.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund) | 2,087,115.00 | Ex. QQ at p. 177 | https://www.sec.gov/Archives/edgar/data/862084/000093247114006498/institutionalindex_final.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund) | 118,500.00 | Ex. RR at p. 125 | https://www.sec.gov/Archives/edgar/data/857489/000093247114005891/intlequityindexfinal.htm | Six-month period ending April 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund) | 502,485.00 | Ex. SS at p. 150 | https://www.sec.gov/Archives/edgar/data/1021882/000093247114006803/scottsdale_final.htm | Twelve-month period ending August 31, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Vanguard Scottsdale Funds (Vanguard Russell 2000 Value Index Fund) | 206,985.00 | *See* Ex. SS at p. 166 | https://www.sec.gov/Archives/edgar/data/1021882/000093247114006803/scottsdale_final.htm | Twelve-month period ending August 31, 2014 | Investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Vanguard Valley Forge Funds (Vanguard Balanced Index Fund) | 645,750.00 | Ex. TT at p. 29 | https://www.sec.gov/Archives/edgar/data/889519/000093247114006496/valleyforgefunds_final.htm | Six-month period ending June 30, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Vanguard World Fund (Vanguard Consumer Discretionary Index Fund) | 579,735.00 | Ex. UU at p. 165 | https://www.sec.gov/Archives/edgar/data/52848/000093247114006799/world_final.htm | Twelve-month period ending August 31, 2014 | Investment company registered under the Investment Company Act of 1940. |
| Variable Annuity Life Insurance Company I - Small Cap Index Fund | Amount redacted in complaint | Ex. VV at p. 485 | https://www.sec.gov/Archives/edgar/data/719423/000119312514302281/d732447dncsr.htm | Twelve-month period ending May 31, 2014 | Fund of VALIC Company I, an investment company registered under the Investment Company Act of 1940. |
| Variable Annuity Life Insurance Company I - Small Cap Special Values Fund | 943,380.00 | *See* Ex. VV at p. 485 | https://www.sec.gov/Archives/edgar/data/719423/000119312514302281/d732447dncsr.htm | Twelve-month period ending May 31, 2014 | Fund of VALIC Company I, an investment company registered under the Investment Company Act of 1940. |

| Defendant | Alleged Exposure ($) | Exhibit | Link | Reporting Period | 1940 Act Status as of April 2014 |
|---|---|---|---|---|---|
| Wells Fargo Disciplined Small Cap Fund[10] | 2,311,500.00 | Ex. WW at p. 1, 65 | https://www.sec.gov/Archives/edgar/data/1081400/000119312514425357/d810286dncsrs.htm | Six-month period ending September 30, 2014 | Series of Wells Fargo Funds Trust, an investment company registered under the Investment Company Act of 1940. |
| *Total alleged exposure*: | 338,442,684.94 | | | | |

6.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  June 29, 2020               */s/ Andrew G. Devore*
Boston, Massachusetts                      Andrew G. Devore

---

[10]    As of the time of the Merger, Wells Fargo Disciplined Small Cap Fund was known as Wells Fargo Advantage Small Cap Opportunities Fund.  Wells Fargo Advantage Small Cap Opportunities Fund changed its name to Wells Fargo Small Cap Opportunities Fund between 2015 and 2016.  *See* Ex. WW(a) at 70.  Wells Fargo Small Cap Opportunities Fund changed its name to Wells Fargo Disciplined Small Cap Fund between 2018 and 2019.  *See* Ex. WW(b) at 42.

24