# EXHIBIT C

N-CSRS 1 d595812dncsrs.htm ADVANCED SERIES TRUST

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM N-CSR

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED
### MANAGEMENT INVESTMENT COMPANIES

| | |
|---|---|
| Investment Company Act file number: | 811-05186 |
| Exact name of registrant as specified in charter: | Advanced Series Trust |
| Address of principal executive offices: | Gateway Center 3, 100 Mulberry Street, Newark, New Jersey 07102 |
| Name and address of agent for service: | Deborah A. Docs Gateway Center 3, 100 Mulberry Street, Newark, New Jersey 07102 |
| Registrant's telephone number, including area code: | 973-367-7521 |
| Date of fiscal year end: | 12/31/2014 |
| Date of reporting period: | 6/30/2014 |

## NOTES TO THE FINANCIAL STATEMENTS OF
## ADVANCED SERIES TRUST
### (Unaudited)

### 1. General

Advanced Series Trust (the "Trust") is an open-end management investment company, registered under the Investment Company Act of 1940, as amended, ("1940 Act"). The Trust was organized on October 31, 1988 as a Massachusetts business trust. The Trust operates as a series company and, at June 30, 2014 consisted of 89 separate Portfolios ("Portfolio" or "Portfolios"). The information presented in these financial statements pertains to the 31 Portfolios listed below together with their investment objectives.

Shares of each Portfolio may only be purchased by separate accounts of Participating Insurance Companies for investing assets which are attributable to variable annuity contracts and variable life insurance policies ("Contractholders"). These separate accounts place orders to purchase and redeem shares of the Trust primarily based upon the amount of premium payments to be invested, and the amount of surrender and transfer requests to be effected on a specific day under the variable annuity contracts and variable life insurance policies.

The Portfolios of the Trust have the following investment objectives:

*AST AQR Emerging Markets Equity Portfolio ("AQR Emerging Markets Equity"):*    Long-term capital appreciation.

*AST BlackRock iShares ETF Portfolio ("BlackRock iShares ETF"):*    Maximize total return with a moderate level of risk.

*AST Cohen & Steers Realty Portfolio ("Cohen & Steers Realty"):*    Maximize total return through investment in real estate securities.

*AST Federated Aggressive Growth Portfolio ("Federated Aggressive Growth"):*    Capital growth.

*AST Goldman Sachs Large-Cap Value Portfolio ("Goldman Sachs Large-Cap Value"):*    Long-term growth of capital.

*AST Goldman Sachs Mid-Cap Growth Portfolio ("Goldman Sachs Mid-Cap Growth"):*    Long-term growth of capital.

*AST Goldman Sachs Small-Cap Value Portfolio ("Goldman Sachs Small-Cap Value"):*    Long-term capital appreciation.

*AST Herndon Large-Cap Value Portfolio ("Herndon Large-Cap Value"):*    Maximum growth of capital.

*AST International Growth Portfolio ("International Growth"):*    Long-term growth of capital.

*AST International Value Portfolio ("International Value"):*    Capital growth.

*AST J.P. Morgan International Equity Portfolio ("J.P. Morgan International Equity"):*    Capital growth.

*AST Jennison Large-Cap Growth Portfolio ("Jennison Large-Cap Growth"):*    Long-term growth of capital.

*AST Jennison Large-Cap Value Portfolio ("Jennison Large-Cap Value"):*    Capital appreciation.

*AST Large-Cap Value Portfolio ("Large-Cap Value"):*    Current income and long-term growth of income, as well as capital appreciation.

*AST Loomis Sayles Large-Cap Growth Portfolio ("Loomis Sayles Large-Cap Growth"):*    Long-term capital growth.

*AST MFS Global Equity Portfolio ("MFS Global Equity"):*    Capital growth.

*AST MFS Growth Portfolio ("MFS Growth"):*    Long-term growth of capital and future, rather than current, income.

*AST MFS Large-Cap Value Portfolio ("MFS Large-Cap Value"):*    Capital appreciation.

*AST Mid-Cap Value Portfolio ("Mid-Cap Value"):*    Capital growth by investing primarily in mid-capitalization stocks that appear to be undervalued.

*AST Neuberger Berman Mid-Cap Growth Portfolio ("Neuberger Berman Mid-Cap Growth"):*    Capital growth.

*AST Neuberger Berman/LSV Mid-Cap Value Portfolio ("Neuberger Berman/LSV Mid-Cap Value"):*    Capital growth.

B1

*AST Parametric Emerging Markets Equity Portfolio ("Parametric Emerging Markets Equity"):*    Long-term capital appreciation.

*AST QMA Emerging Markets Equity Portfolio ("QMA Emerging Markets Equity"):*    Long-term capital appreciation.

*AST QMA Large-Cap Portfolio ("QMA Large-Cap"):*    Long-term capital appreciation.

*AST Small-Cap Growth Portfolio ("Small-Cap Growth"):*    Long-term capital growth.

*AST Small-Cap Value Portfolio ("Small-Cap Value"):*    Long-term capital growth by investing primarily in small capitalization stocks that appear to be undervalued.

*AST T. Rowe Price Equity Income Portfolio ("T. Rowe Price Equity Income"):*    Provide substantial dividend income as well as long-term growth of capital through investments in the common stocks of established companies.

*AST T. Rowe Price Large-Cap Growth Portfolio ("T. Rowe Price Large-Cap Growth"):*    Long-term capital growth by investing predominantly in the equity securities of a limited number of large, carefully selected, high-quality U.S. companies that are judged likely to achieve superior earnings growth.

*AST T. Rowe Price Natural Resources Portfolio ("T. Rowe Price Natural Resources"):*    Long-term capital growth by investing primarily in common stocks of companies that own or develop natural resources (such as energy products, precious metals and forest products) and other basic commodities.

*AST Templeton Global Bond Portfolio ("Templeton Global Bond"):*    Current income with capital appreciation and growth of income.

*AST Wellington Management Hedged Equity Portfolio ("Wellington Management Hedged Equity"):*    To outperform a mix of 50% Russell 3000 Index, 20% MSCI EAFE Index, and 30% Treasury Bill Index over a full market cycle by preserving capital in adverse markets utilizing an options strategy while maintaining equity exposure to benefit from up markets through investments in Wellington Management's equity investment strategies.

## 2. Accounting Policies

The following accounting policies conform to U.S. generally accepted accounting principles. The Trust and the Portfolios consistently follow such policies in the preparation of their financial statements.

*Security Valuation:*    Each Portfolio holds securities and other assets that are fair valued at the close of each day the New York Stock Exchange ("NYSE") is open for trading. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. The Board of Trustees (the "Board") has adopted Valuation Procedures for security valuation under which fair valuation responsibilities have been delegated to AST Investment Services, Inc., with the exception of AQR Emerging Markets Equity and Prudential Investments LLC ("PI"), the co-managers of the Trust (together the "Investment Manager"). PI is the sole Investment Manager of AQR Emerging Markets Equity. Under the current Valuation Procedures, the established Valuation Committee is responsible for supervising the valuation of portfolio securities and other assets. The Valuation Procedures permit a Portfolio to utilize independent pricing vendor services, quotations from market makers, and alternative valuation methods when market quotations are either not readily available or not deemed representative of fair value. A record of the Valuation Committee's actions is subject to the Board's review, approval, and ratification at its next regularly-scheduled quarterly meeting.

Various inputs determine how each Portfolio's investments are valued, all of which are categorized according to the three broad levels (Level 1, 2, or 3) detailed in the table following the Schedule of Investments.

Common stocks, exchange-traded funds, and derivative instruments that are traded on a national securities exchange are valued at the last sale price as of the close of trading on the applicable exchange. Securities traded via NASDAQ are valued at the NASDAQ official closing price. To the extent these securities are valued at the last sale price or NASDAQ official closing price, they are classified as Level 1 in the fair value hierarchy except for exchange-traded and cleared swaps which are classified as Level 2 in the fair value hierarchy, as the prices marked at the official settle are not public.

In the event that no sale or official closing price on valuation date exists, these securities are generally valued at the mean between the last reported bid and asked prices, or at the last bid price in the absence of an asked price. These securities are classified as Level 2 in the fair value hierarchy, as the inputs are observable and considered to be significant to the valuation.

Common stocks traded on foreign securities exchanges are valued using pricing vendor services that provide model prices derived using adjustment factors based on information such as local closing price, relevant general

B2

## NOTES TO THE FINANCIAL STATEMENTS OF
## ADVANCED SERIES TRUST
### (Unaudited)

1.     **General**

Advanced Series Trust (the "Trust") is an open-end management investment company, registered under the Investment Company Act of 1940, as amended, ("1940 Act"). The Trust was organized on October 31, 1988 as a Massachusetts business trust. The Trust operates as a series company and, at June 30, 2014 consisted of 89 separate Portfolios ("Portfolio" or "Portfolios"). The information presented in these financial statements pertains to the 11 Portfolios listed below together with their investment objectives.

Shares of each Portfolio may only be purchased by separate accounts of Participating Insurance Companies for investing assets which are attributable to variable annuity contracts and variable life insurance policies ("Contractholders"). These separate accounts place orders to purchase and redeem shares of the Trust primarily based upon the amount of premium payments to be invested, and the amount of surrender and transfer requests to be effected on a specific day under the variable annuity contracts and variable life insurance policies.

The Portfolios of the Trust have the following investment objectives:

*AST Academic Strategies Asset Allocation Portfolio ("Academic Strategies"):*    Long-term capital appreciation.

*AST AQR Large-Cap Portfolio ("AQR Large-Cap"):*    Long-term capital appreciation.

*AST Capital Growth Asset Allocation Portfolio ("Capital Growth Asset Allocation"):*    Highest potential total return consistent with its specified level of risk tolerance.

*AST ClearBridge Dividend Growth Portfolio ("ClearBridge Dividend Growth"):*    Income, capital preservation, and capital appreciation.

*AST FI Pyramis® Asset Allocation Portfolio ("FI Pyramis® Asset Allocation"):*    Maximize total return.

*AST Franklin Templeton Founding Funds Allocation Portfolio ("Franklin Templeton Founding Funds Allocation"):*    Capital appreciation with a secondary investment objective to seek income.

*AST Goldman Sachs Multi-Asset Portfolio ("Goldman Sachs Multi-Asset"):*    High level of total return consistent with its level of risk tolerance.

*AST Investment Grade Bond Portfolio ("Investment Grade Bond"):*    Maximize total return, consistent with the preservation of capital and liquidity needs. Total return is comprised of current income and capital appreciation.

*AST J.P. Morgan Global Thematic Portfolio ("J.P. Morgan Global Thematic"):*    Capital appreciation consistent with its level of risk tolerance.

*AST J.P. Morgan Strategic Opportunities Portfolio ("J.P. Morgan Strategic Opportunities"):*    Maximize return compared to the benchmark through security selection and tactical asset allocation.

*AST New Discovery Asset Allocation Portfolio ("New Discovery Asset Allocation"):*    Total return.

2.     **Accounting Policies**

The following accounting policies conform to U.S. generally accepted accounting principles. The Trust and the Portfolios consistently follow such policies in the preparation of their financial statements.

*Security Valuation:*    Each Portfolio holds securities and other assets that are fair valued at the close of each day the New York Stock Exchange ("NYSE") is open for trading. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. The Board of Trustees (the "Board") has adopted Valuation Procedures for security valuation under which fair valuation responsibilities have been delegated to AST Investment Services, Inc. and Prudential Investments LLC ("PI"), the co-managers of the Trust (together the "Investment Manager"). Under the current Valuation Procedures, the established Valuation Committee is responsible for supervising the valuation of portfolio securities and other assets. The Valuation Procedures permit a Portfolio to utilize independent pricing vendor services, quotations from market makers, and alternative valuation methods when market quotations are either not readily available or not deemed representative of fair value. A record of the Valuation Committee's actions is subject to the Board's review, approval, and ratification at its next regularly-scheduled quarterly meeting.

B1

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Registrant: <u>Advanced Series Trust</u>

By:    /s/ Deborah A. Docs
     Deborah A. Docs
     Secretary

Date:  August 13, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:    /s/ Timothy S. Cronin
     Timothy S. Cronin
     Acting Principal Executive Officer

Date:  August 13, 2014

By:    /s/ M. Sadiq Peshimam
     M. Sadiq Peshimam
     Treasurer and Principal Financial and Accounting
     Officer

Date:  August 13, 2014