# EXHIBIT D

N-CSRS 1 d749521dncsrs.htm 4-30-14 SEMI ANNUAL REPORT

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM N-CSRS

---

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED
MANAGEMENT INVESTMENT COMPANIES**

**Investment Company Act file number: 811-4984**

---

# AMERICAN BEACON FUNDS
**(Exact name of registrant as specified in charter)**

---

**4151 Amon Carter Boulevard, MD 2450**
**Fort Worth, Texas 76155**
**(Address of principal executive offices)-(Zip code)**

---

**GENE L. NEEDLES, JR., PRESIDENT**
**4151 Amon Carter Boulevard, MD 2450**
**Fort Worth, Texas 76155**
**(Name and address of agent for service)**

---

**Registrant's telephone number, including area code: (817) 391-6100**

**Date of fiscal year end: October 31, 2014**

**Date of reporting period: April 30, 2014**

**American Beacon Small Cap Value Fund[SM]**
**Notes to Financial Statements**
**April 30, 2014 (Unaudited)**

### 1. Organization and Significant Accounting Policies

American Beacon Funds (the "Trust"), which is comprised of twenty-eight Funds, is organized as a Massachusetts business trust and is registered under the Investment Company Act of 1940, as amended (the "Act"), as a diversified, open-end management investment company. These financial statements and notes to the financial statements relate to the American Beacon Small Cap Value Fund (the "Fund"), a series of the Trust.

American Beacon Advisors, Inc. (the "Manager") is a wholly-owned subsidiary of Lighthouse Holdings, Inc. and was organized in 1986 to provide business management, advisory, administrative and asset management consulting services to the Trust and other investors.

*Class Disclosure*

The Fund has multiple classes of shares designed to meet the needs of different groups of investors. The following table sets forth the differences among the classes:

| Class: | Offered to: |
|---|---|
| **Institutional Class** | Investors making an initial investment of $250,000 |
| **Y Class** | Investors making an initial investment of $100,000 |
| **Investor Class** | General public and investors investing directly or through an intermediary |
| **Advisor Class** | Investors investing through an intermediary |
| **Retirement Class** | Investors investing through an intermediary |
| **A Class** | General public and investors investing through an intermediary with applicable sales charges, which may include a front-end sales charge and a contingent deferred sales charge ("CDSC") |
| **C Class** | General public and investors investing through an intermediary with applicable sales charges, which may include a CDSC |
| **AMR Class** | Investors in the tax-exempt retirement and benefit plans of the Manager, AMR Corporation, and its affiliates |

Each class offered by the Trust has equal rights as to assets and voting privileges. Income and non-class specific expenses are allocated daily to each class on the basis of the relative net assets. Realized and unrealized capital gains and losses of each class are allocated daily based on the relative net assets of each class of the Fund. Class specific expenses, where applicable, currently include administrative service fees, service fees, and distribution fees and vary among the classes as described more fully in Note 2.

*Recently Adopted Accounting Pronouncements*

In December 2011, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update (ASU) No. 2011-11, Balance Sheet (Topic 210): Disclosures about Offsetting Assets and Liabilities. The amendments in the ASU enhance disclosures about offsetting of financial assets and liabilities to enable investors to understand the effect of these arrangements on a fund's financial position. In January 2013, FASB issued ASU No. 2013-01, Balance Sheet (Topic 210): Clarifying the Scope of Disclosures about Offsetting Assets and Liabilities. The amendments in ASU No. 2013-01 clarify the scope of disclosures required by ASU No. 2011-11. These ASUs are effective for annual periods beginning on or after January 1, 2013, and interim periods within those annual periods. The Funds adopted ASU 2011-11 and 2013-01 effective January 1, 2013. The adoption did not have any impact on the Funds' financial statements as the accounting standard affects only the disclosure requirements for offsetting financial instruments.

17

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

(Registrant): American Beacon Funds

By /s/ Gene L. Needles, Jr.
    Gene L. Needles, Jr.
    President
    American Beacon Funds
    Date: July 9, 2014

By /s/ Melinda G. Heika
    Melinda G. Heika
    Treasurer
    American Beacon Funds
    Date: July 9, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By /s/ Gene L. Needles, Jr.
    Gene L. Needles, Jr.
    President
    American Beacon Funds
    Date: July 9, 2014

By /s/ Melinda G. Heika
    Melinda G. Heika
    Treasurer
    American Beacon Funds
    Date: July 9, 2014