# EXHIBIT E

N-CSRS 1 d750469dncsrs.htm AQR FUNDS

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

## FORM N-CSR

---

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED
### MANAGEMENT INVESTMENT COMPANIES

**Investment Company Act file number: 811-22235**

---

# AQR Funds
**(Exact name of registrant as specified in charter)**

---

**Two Greenwich Plaza, 4th Floor**
**Greenwich, CT 06830**
**(Address of principal executive offices) (Zip code)**

---

**Bradley D. Asness, Esq.**
**Principal and Chief Legal Officer**
**AQR Capital Management, LLC**
**Two Greenwich Plaza**
**4th Floor**
**Greenwich, CT 06830**
**(Name and Address of Agent for Service)**

---

**Registrant's telephone number, including area code: 203-742-3600**

**Date of fiscal year end: December 31**

**Date of reporting period: January 1, 2014 to June 30, 2014**

## Notes to Financial Statements (Unaudited)

June 30, 2014

### 1. Organization

AQR Funds (the "Trust"), organized as a Delaware statutory trust on September 4, 2008, is an open-end management investment company, under the Investment Company Act of 1940, as amended (the "1940 Act"). As of June 30, 2014, the Trust consists of twenty-seven active series, eleven of which are presented in this book (collectively, the "Funds" and each individually a "Fund"): AQR Diversified Arbitrage Fund, AQR Long-Short Equity Fund, AQR Global Macro Fund, AQR Managed Futures Strategy Fund, AQR Managed Futures Strategy HV Fund, AQR Risk-Balanced Commodities Strategy Fund, AQR Risk Parity Fund, AQR Risk Parity II MV Fund, AQR Risk Parity II HV Fund, AQR Multi-Strategy Alternative Fund and AQR Style Premia Alternative Fund. The remaining sixteen active series are reported in a separate book. AQR Capital Management, LLC (the "Advisor") serves as the investment Advisor of each Fund. The Advisor has retained CNH Partners, LLC (the "Sub-Advisor"), an affiliate of the Advisor, to serve as an investment sub-advisor to the AQR Diversified Arbitrage Fund and certain strategies of the AQR Multi-Strategy Alternative Fund.

The AQR Global Macro Fund commenced operations on April 8, 2014.

The investment objective of the AQR Diversified Arbitrage Fund, the AQR Global Macro Fund, the AQR Managed Futures Strategy Fund, the AQR Managed Futures Strategy HV Fund, the AQR Multi-Strategy Alternative Fund and the AQR Style Premia Alternative Fund is to seek positive absolute returns. The investment objective of the AQR Risk-Balanced Commodities Strategy Fund, the AQR Risk Parity Fund, the AQR Risk Parity II MV Fund and the AQR Risk Parity II HV Fund is to seek total return. The investment objective of the AQR Long-Short Equity Fund is to seek capital appreciation. Each of these funds offer Class I and Class N shares.

### 2. Consolidation of Subsidiaries

The consolidated Schedules of Investments, Statements of Assets and Liabilities, of Operations, of Changes in Net Assets, of Cash Flows and the Financial Highlights of the AQR Global Macro Fund, AQR Managed Futures Strategy Fund, AQR Managed Futures Strategy HV Fund, AQR Risk-Balanced Commodities Strategy Fund, AQR Risk Parity Fund, AQR Risk Parity II MV Fund, AQR Risk Parity II HV Fund, AQR Multi-Strategy Alternative Fund and AQR Style Premia Alternative Fund ("CFC Funds") include the accounts of AQR Global Macro Offshore Fund Ltd., AQR Managed Futures Strategy Offshore Fund Ltd., AQR Managed Futures Strategy HV Offshore Fund Ltd., AQR Risk-Balanced Commodities Strategy Offshore Fund Ltd., AQR Risk Parity Offshore Fund Ltd., AQR Risk Parity II MV Offshore Fund Ltd., AQR Risk Parity II HV Offshore Fund Ltd., AQR Multi-Strategy Alternative Offshore Fund Ltd., and AQR Style Premia Alternative Offshore Fund Ltd., respectively, wholly-owned and controlled subsidiaries (the "Subsidiaries"). All inter-company accounts and transactions have been eliminated in consolidation for the CFC Funds.

For Federal tax purposes, taxable income for each CFC Fund and its Subsidiary are calculated separately. The Subsidiaries are classified as controlled foreign corporations under the Internal Revenue Code of 1986 ("the Code") and each Subsidiary's taxable income is included in the calculation of the relevant CFC Fund's taxable income. Net losses of the Subsidiaries are not deductible by the CFC Funds either in the current period or future periods. Each of the Subsidiaries has a fiscal year end of December 31st for financial statement consolidation purposes and a nonconforming tax year end of November 30th.

The CFC Funds may each invest up to 25% of their total assets in its respective Subsidiary, each of which acts as an investment vehicle in order to effect certain investments consistent with the CFC Funds' investment objectives and policies. The CFC Funds expect that they will achieve a significant portion of their exposure to commodities and commodities-related investments through investment in the Subsidiaries. Unlike the CFC Funds, the Subsidiaries may invest without limitation in commodities and commodities-related investments.

6/25/2020　　Case 1:20-md-02941-JSR　　Document 92-5　　Filed 06/29/20　　Page 4 of 4

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AQR Funds

By: /s/ Marco Hanig

　　Marco Hanig,
　　Principal Executive Officer
　　August 29, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

By:　/s/ Marco Hanig

　　Marco Hanig,
　　Principal Executive Officer
Date: August 29, 2014

By:　/s/ Heather Bonner

　　Heather Bonner,
　　Principal Financial Officer
Date: August 29, 2014

https://www.sec.gov/Archives/edgar/data/1444822/000119312514328934/d750469dncsrs.htm　　270/270