# EXHIBIT F(a)

485BPOS 1 d267643d485bpos.htm BRIGHTHOUSE TRUST II STATUTORY PROSPECTUS

**Table of Contents**

**As filed with the Securities and Exchange Commission on April 27, 2017**

**Securities Act File No. 002-80751**
**Investment Company Act File No. 811-03618**

# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM N-1A
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933* ☒
**Pre-Effective Amendment No.**
**Post-Effective Amendment No. 84** ☒
# REGISTRATION STATEMENT
*UNDER*
*THE INVESTMENT COMPANY ACT OF 1940* ☒
**Amendment No. 86**

---

# Brighthouse Funds Trust II

**(formerly, Metropolitan Series Fund)**
**(Exact Name of Registrant as Specified in Charter)**

---

**One Financial Center**
**Boston, Massachusetts 02111**
**(Address of Principal Executive Offices) (Zip Code)**

**Registrant's Telephone Number, Including Area Code: (617) 578-4036**

---

**MICHAEL LAWLOR, ESQ.**
**Brighthouse Investment Advisers, LLC**
**One Financial Center, Boston, Massachusetts 02111**
**(Name and Address of Agent for Service)**

---

*Copies to:*

| | |
|---|---|
| **BRIAN D. MCCABE, ESQ.** | **JEREMY C. SMITH, ESQ.** |
| Ropes & Gray LLP | Ropes & Gray LLP |
| Prudential Tower | 1211 Avenue of the Americas, New York, New York 11036 |
| 800 Boylston Street, Boston, Massachusetts 02199 | |

---

**Approximate Date of Proposed Public Offering:** As soon as practicable after the effective date of this Registration Statement.

It is proposed that this filing will become effective (check appropriate box):

☐    immediately upon filing pursuant to paragraph (b)

☒    on May 1, 2017 pursuant to paragraph (b)

☐    60 days after filing pursuant to paragraph (a)(1)

☐    on             pursuant to paragraph (a)(1)

☐    75 days after filing pursuant to paragraph (a)(2)

☐    on             pursuant to paragraph (a)(2) of Rule 485.

If appropriate, check the following box:

☐    This post-effective amendment designates a new effective date for a previously filed post-effective amendment.

**Title of Securities Being Registered:** Pursuant to the provisions of Section 24(f) and Rule 24f-2 of the Investment Company Act of 1940, as amended, Registrant declares that an indefinite number of its shares of beneficial interest, par value $.00001 per share, are being registered under the Securities Act of 1933, as amended, by this Registration Statement.

**Table of Contents**

# BRIGHTHOUSE FUNDS TRUST II

**(formerly, Metropolitan Series Fund)**

**Brighthouse Asset Allocation 20 Portfolio**
**(formerly, MetLife Asset Allocation 20 Portfolio)**
**Class A and Class B Shares**

**PROSPECTUS**

**May 1, 2017**

These securities have not been approved or disapproved by the Securities and
Exchange Commission, nor has the Securities and Exchange Commission
passed upon the accuracy or adequacy of this Prospectus.
Any representation to the contrary is a criminal offense.

**Table of Contents**

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, and the Investment Company Act of 1940, the Registrant, BRIGHTHOUSE FUNDS TRUST II, certifies that it meets all of the requirements for effectiveness of this Registration Statement under Rule 485(b) under the Securities Act of 1933, and has duly caused this Post-Effective Amendment No. 84 to the Registration Statement to be signed on its behalf by the undersigned, duly authorized, in this City of Boston and Commonwealth of Massachusetts, on the 27th day of April, 2017.

**BRIGHTHOUSE FUNDS TRUST II**
**(Registrant)**

By:      /s/   KRISTI SLAVIN
Kristi Slavin
**President**

Pursuant to the requirements of the Securities Act of 1933, this Post-Effective Amendment No. 84 to the Registration Statement has been signed below by the following persons in the capacities and on the date(s) indicated.

| Signature | Title | Date |
|---|---|---|
| /s/   KRISTI SLAVIN<br>Kristi Slavin | President and Chief Executive Officer<br>(Principal Executive Officer) | April 27, 2017 |
| /s/   PETER H. DUFFY<br>Peter H. Duffy | Chief Financial Officer and Treasurer<br>(Principal Financial and Accounting Officer) | April 27, 2017 |
| /s/   STEPHEN M. ALDERMAN*<br>Stephen M. Alderman | Trustee | April 27, 2017 |
| /s/   ROBERT J. BOULWARE*<br>Robert J. Boulware | Trustee | April 27, 2017 |
| /s/   SUSAN C. GAUSE*<br>Susan C. Gause | Trustee | April 27, 2017 |
| /s/   NANCY HAWTHORNE*<br>Nancy Hawthorne | Trustee | April 27, 2017 |
| /s/   BARBARA A. NUGENT*<br>Barbara A. Nugent | Trustee | April 27, 2017 |
| /s/   JOHN ROSENTHAL*<br>John Rosenthal | Trustee | April 27, 2017 |
| /s/   LINDA B. STRUMPF*<br>Linda B. Strumpf | Trustee | April 27, 2017 |
| /s/   DAWN M. VROEGOP*<br>Dawn M. Vroegop | Trustee | April 27, 2017 |

*BY:      /s/   BRIAN D. MCCABE
Brian D. McCabe
**Attorney-in-Fact**