# EXHIBIT G

N-CSR 1 a14-21069_28ncsr.htm N-CSR

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM N-CSR**

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED
MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number    811-04367

Columbia Funds Series Trust I
(Exact name of registrant as specified in charter)

225 Franklin Street, Boston, Massachusetts          02110
(Address of principal executive offices)          (Zip code)

Christopher O. Petersen, Esq.
c/o Columbia Management Investment Advisers, LLC
225 Franklin Street
Boston, MA 02110
(Name and address of agent for service)

Registrant's telephone number, including area code:          (800) 345-6611

Date of fiscal year end:    August 31

Date of reporting period:    August 31, 2014

Form N-CSR is to be used by management investment companies to file reports with the Commission not later than 10 days after the transmission to stockholders of any report that is required to be transmitted to stockholders under Rule 30e-1 under the Investment Company Act of 1940 (17 CFR 270.30e-1). The Commission may use the information provided on Form N-CSR in its regulatory, disclosure review, inspection, and policymaking roles.

A registrant is required to disclose the information specified by Form N-CSR, and the Commission will make this information public. A registrant is not required to respond to the collection of information contained in Form N-CSR unless the Form displays a currently valid Office of Management and Budget ("OMB") control number. Please direct comments concerning the accuracy of the information collection burden estimate and any suggestions for reducing the burden to Secretary, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC 20549-0609. The OMB has reviewed this collection of information under the clearance requirements of 44 U.S.C. § 3507.

**Item 1. Reports to Stockholders.**

# Annual Report
August 31, 2014

**Columbia**Management

# Columbia Contrarian Core Fund

**Not FDIC insured • No bank guarantee • May lose value**

# Consolidated Statement of Changes in Net Assets (continued)

| | Year Ended August 31, 2014 | | Year Ended August 31, 2013 | |
|---|---|---|---|---|
| | Shares | Dollars ($) | Shares | Dollars ($) |
| **Capital stock activity** | | | | |
| Class A shares | | | | |
| Subscriptions | 22,677,044 | 242,230,834 | 25,683,649 | 268,016,845 |
| Distributions reinvested | 1,590,350 | 17,000,842 | 460,342 | 4,667,867 |
| Redemptions | (16,300,039) | (174,471,486) | (10,167,078) | (105,814,682) |
| **Total net increase** | **7,967,355** | **84,760,190** | **15,976,913** | **166,870,030** |

The accompanying Notes to Consolidated Financial Statements are an integral part of this statement.

**36**    Annual Report 2014

*Active Portfolios®* Multi-Manager Alternative Strategies Fund

# Consolidated Financial Highlights

The following table is intended to help you understand the Fund's financial performance. Certain information reflects financial results for a single share of a class held for the periods shown. Per share net investment income (loss) amounts are calculated based on average shares outstanding during the period. Total return assumes reinvestment of all dividends and distributions, if any. Total return does not reflect payment of sales charges, if any. Total return and portfolio turnover are not annualized for periods of less than one year. The portfolio turnover rate is calculated without regard to purchase and sales transactions of short-term instruments and certain derivatives, if any. If such transactions were included, the Fund's portfolio turnover rate may be higher.

| Class A | Year Ended August 31, | | |
|---|---|---|---|
| | 2014 | 2013 | 2012[a] |
| **Per share data** | | | |
| Net asset value, beginning of period | $10.49 | $10.03 | $10.00 |
| **Income from investment operations:** | | | |
| Net investment income (loss) | (0.03) | 0.02 | 0.01 |
| Net realized and unrealized gain | 0.67 | 0.53 | 0.02 |
| Total from investment operations | 0.64 | 0.55 | 0.03 |
| **Less distributions to shareholders:** | | | |
| Net investment income | (0.13) | (0.08) | — |
| Net realized gains | (0.12) | (0.01) | — |
| Total distributions to shareholders | (0.25) | (0.09) | — |
| Net asset value, end of period | $10.88 | $10.49 | $10.03 |
| **Total return** | 6.15% | 5.53% | 0.30% |
| **Ratios to average net assets[b]** | | | |
| Total gross expenses | 1.79%[c] | 1.70%[c] | 1.73%[c][d] |
| Total net expenses[e] | 1.79%[c] | 1.67%[c] | 1.63%[c][d] |
| Net investment income (loss) | (0.27%) | 0.17% | 0.31%[d] |
| **Supplemental data** | | | |
| Net assets, end of period (in thousands) | $777,811 | $666,228 | $476,520 |
| Portfolio turnover | 246% | 239% | 141% |

**Notes to Consolidated Financial Highlights**

(a) Based on operations from April 23, 2012 (commencement of operations) through the stated period end.

(b) In addition to the fees and expenses that the Fund bears directly, the Fund indirectly bears a pro rata share of the fees and expenses of any other funds in which it invests. Such indirect expenses are not included in the Fund's reported expense ratios.

(c) Ratios include dividends and interest on securities sold short. If dividends and interest on securities sold short had been excluded, expenses would have been lower by 0.31%, 0.17% and 0.13% for the years ended August 31, 2014, 2013 and 2012, respectively.

(d) Annualized.

(e) Total net expenses include the impact of certain fee waivers/expense reimbursements made by the Investment Manager and certain of its affiliates, if applicable.

The accompanying Notes to Consolidated Financial Statements are an integral part of this statement.

Annual Report 2014    **37**

*Active Portfolios®* Multi-Manager Alternative Strategies Fund

# Notes to Consolidated Financial Statements

August 31, 2014

## Note 1. Organization

*Active Portfolios®* Multi-Manager Alternative Strategies Fund (the Fund), a series of Columbia Funds Series Trust I (the Trust), is a non-diversified fund. The Trust is registered under the Investment Company Act of 1940, as amended (the 1940 Act), as an open-end management investment company organized as a Massachusetts business trust.

## Basis for Consolidation

ASGM Offshore Fund, Ltd. and ASMF Offshore Fund, Ltd. (each, a Subsidiary) are each a Cayman Islands exempted company and wholly-

Board (FASB) Accounting Standards Codification Topic 946, *Financial Services – Investment Companies* (ASC 946). The financial statements are prepared in accordance with U.S. generally accepted accounting principles (GAAP), which requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of income and expenses during the reporting period. Actual results could differ from those estimates.

Case 1:20-md-02941-JSR Document 92-8 Filed 06/29/20 Page 4 of 5

**Item 9. Purchases of Equity Securities by Closed-End Management Investment Company and Affiliated Purchasers.**

Not applicable.

**Item 10. Submission of Matters to a Vote of Security Holders.**

There were no material changes to the procedures by which shareholders may recommend nominees to the registrant's board of directors.

**Item 11. Controls and Procedures.**

(a)  The registrant's principal executive officer and principal financial officers, based on their evaluation of the registrant's disclosure controls and procedures as of a date within 90 days of the filing of this report, have concluded that such controls and procedures are adequately designed to ensure that material information required to be disclosed by the registrant in Form N-CSR is accumulated and communicated to the registrant's management, including the principal executive

officer and principal financial officer, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

(b)  There was no change in the registrant's internal control over financial reporting that occurred during the registrant's second fiscal quarter of the period covered by this report that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

**Item 12. Exhibits.**

(a)(1) Code of ethics required to be disclosed under Item 2 of Form N-CSR attached hereto as Exhibit 99.CODE ETH.

(a)(2) Certifications pursuant to Rule 30a-2(a) under the Investment Company Act of 1940 (17 CFR 270.30a-2(a)) attached hereto as Exhibit 99.CERT.

(a)(3) Not applicable.

(b) Certification pursuant to Rule 30a-2(b) under the Investment Company Act of 1940 (17 CFR 270.30a-2(b)) attached hereto as Exhibit 99.906CERT.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

(registrant)        Columbia Funds Series Trust I

By (Signature and Title)      /s/J. Kevin Connaughton
                        J. Kevin Connaughton, President and Principal Executive Officer

Date             October 24, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By (Signature and Title)      /s/J. Kevin Connaughton
                        J. Kevin Connaughton, President and Principal Executive Officer

Date             October 24, 2014

By (Signature and Title)      /s/ Michael G. Clarke
                        Michael G. Clarke, Treasurer and Chief Financial Officer

Date                      October 24, 2014