# EXHIBIT I

N-CSRS 1 sr63014vipsci.htm DEUTSCHE SMALL CAP INDEX VIP

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D. C. 20549

FORM N-CSRS

Investment Company Act file number: 811-07507

<u>Deutsche Investments VIT Funds</u>
(Exact Name of Registrant as Specified in Charter)

345 Park Avenue
<u>New York, NY 10154-0004</u>
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code: <u>(212) 250-3220</u>

Paul Schubert
60 Wall Street
<u>New York, NY 10005</u>
(Name and Address of Agent for Service)

Date of fiscal year end:      12/31

Date of reporting period:      6/30/2014

**ITEM 1.**      **REPORT TO STOCKHOLDERS**

Deutsche Asset
& Wealth Management

June 30, 2014

# Semiannual Report

Deutsche Investments VIT Funds
(formerly DWS Investments VIT Funds)

**Deutsche Small Cap Index VIP**
(formerly DWS Small Cap Index VIP)



## Contents

**3** Letter to Shareholders
**4** Performance Summary
**4** Portfolio Summary
**5** Portfolio Manager
**6** Investment Portfolio
**26** Statement of Assets and Liabilities
**26** Statement of Operations
**27** Statement of Changes in Net Assets
**28** Financial Highlights

\* Annualized \*\* Not annualized \*\*\* Amount is less than $.005.

## Notes to Financial Statements (Unaudited)

### A. Organization and Significant Accounting Policies

Deutsche Investments VIT Funds (formerly DWS Investments VIT Funds) (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "1940 Act"), as an open-end management investment company. The Trust is organized as a Massachusetts business trust. The Trust is comprised of two series. Deutsche Small Cap Index VIP (formerly DWS Small Cap Index VIP) (the "Fund") is a diversified series of the Trust offered to investors. The Fund is an underlying investment vehicle for variable annuity contracts and variable life insurance policies to be offered by the separate accounts of certain life insurance companies ("Participating Insurance Companies").

**Multiple Classes of Shares of Beneficial Interest.** The Fund offers two classes of shares to investors: Class A shares and Class B shares. Class B shares are subject to Rule 12b-1 distribution fees under the 1940 Act and record keeping fees equal to an annual rate of 0.25% and up to 0.15%, respectively, of the Class B shares average daily net assets. Class A shares are not subject to such fees.

Investment income, realized and unrealized gains and losses, and certain fund-level expenses and expense reductions, if any, are borne pro rata on the basis of relative net assets by the holders of all classes of shares, except that each class bears certain expenses unique to that class (including the applicable Rule 12b-1 distribution fees). Differences in class-level expenses may result in payment of different per share dividends by class. All shares have equal rights with respect to voting subject to class-specific arrangements.

The Fund's financial statements are prepared in accordance with accounting principles generally accepted in the United States of America which require the use of management estimates. Actual results could differ from those estimates. The policies described below are followed consistently by the Fund in the preparation of its financial statements.

**Security Valuation.** Investments are stated at value determined as of the close of regular trading on the New York Stock Exchange on each day the exchange is open for trading.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in three broad levels. Level 1 includes quoted prices in active markets for identical securities. Level 2 includes other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds and credit risk). Level 3 includes significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments). The level assigned to the securities valuations may not be an indication of the risk or liquidity associated with investing in those securities.

Equity securities are valued at the most recent sale price or official closing price reported on the exchange (U.S. or foreign) or over-the-counter market on which they trade. Securities for which no sales are reported are valued at the calculated mean between the most recent bid and asked quotations on the relevant market or, if a mean cannot be determined, at the most recent bid quotation. Equity securities are generally categorized as Level 1.

Debt securities are valued at prices supplied by independent pricing services approved by the Fund's Board. If the pricing services are unable to provide valuations, securities are valued at the most recent bid quotation or evaluated price, as applicable, obtained from one or more broker-dealers. Such services may use various pricing techniques which take into account appropriate factors such as yield, quality, coupon rate, maturity, type of issue, trading characteristics and other data, as well as broker quotes. These securities are generally categorized as Level 2.

Money market instruments purchased with an original or remaining maturity of sixty days or less, maturing at par, are valued at amortized cost, which approximates value, and are categorized as Level 2. Investments in open-end investment companies are valued at their net asset value each business day and are categorized as Level 1.

Futures contracts are generally valued at the settlement prices established each day on the exchange on which they are traded and are categorized as Level 1.

(a)(2)        Certification pursuant to Rule 30a-2(a) under the Investment Company Act of 1940 (17 CFR 270.30a-2(a)) is filed and attached hereto as Exhibit 99.CERT.

(b)        Certification pursuant to Rule 30a-2(b) under the Investment Company Act of 1940 (17 CFR 270.30a-2(b)) is furnished and attached hereto as Exhibit 99.906CERT.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Registrant:        Deutsche Small Cap Index VIP, a series of Deutsche Investments VIT Funds

By:        /s/Brian E. Binder
          Brian E. Binder
          President

Date:        August 20, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:        /s/Brian E. Binder
          Brian E. Binder
          President

Date:        August 20, 2014

By:        /s/Paul Schubert
          Paul Schubert
          Chief Financial Officer and Treasurer

Date:        August 20, 2014