# EXHIBIT J(a)

Case 1:20-md-02941-JSR Document 92-12 Filed 06/29/20 Page 2 of 4

N-CSRS 1 filing788.htm PRIMARY DOCUMENT

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM N-CSR**
**CERTIFIED SHAREHOLDER REPORT OF REGISTERED**
**MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number   811-5251

Fidelity Concord Street Trust
(Exact name of registrant as specified in charter)

245 Summer St., Boston, MA 02210
(Address of principal executive offices)      (Zip code)

Marc Bryant, Secretary
245 Summer St.
Boston, Massachusetts  02210
(Name and address of agent for service)

Registrant's telephone number, including area code: 617-563-7000

| | |
|---|---|
| Date of fiscal year end: | February 28 |
| Date of reporting period: | August 31, 2016 |

Item 1.      Reports to Stockholders

# Fidelity® Total Market Index Fund (formerly Spartan® Total Market Index Fund)

# Fidelity® Extended Market Index Fund (formerly Spartan® Extended Market Index Fund)

# Fidelity® International Index Fund (formerly Spartan® International Index Fund)
# Investor Class and Premium Class (formerly Fidelity Advantage® Class)

# Semi-Annual Report

# Notes to Financial Statements (Unaudited)
For the period ended August 31, 2016

## 1. Organization.

Fidelity Total Market Index Fund (formerly Spartan Total Market Index Fund), Fidelity Extended Market Index Fund (formerly Spartan Extended Market Index Fund) and Fidelity International Index Fund (formerly Spartan International Index Fund) (the Funds) are funds of Fidelity Concord Street Trust (the Trust). Each Fund is authorized to issue an unlimited number of shares. The Trust is registered under the Investment Company Act of 1940, as amended (the 1940 Act), as an open-end management investment company organized as a Massachusetts business trust. Fidelity Total Market Index Fund offers Investor Class, Premium Class (formerly Fidelity Advantage Class), Institutional Class, Institutional Premium Class (formerly Fidelity Advantage Institutional Class) and Class F shares. Fidelity Extended Market Index Fund offers Investor Class, Premium Class (formerly Fidelity Advantage Class), and Institutional Premium Class (formerly Fidelity Advantage Institutional Class) shares. Fidelity International Index Fund offers Investor Class, Premium Class (formerly Fidelity Advantage Class), Institutional Class and Institutional Premium Class (formerly Fidelity Advantage Institutional Class) shares, each of which has equal rights as to assets and voting privileges. Each class has exclusive voting rights with respect to matters that affect that class. Each Fund offers conversion privileges between share classes within each Fund to eligible shareholders. Class F shares of the Fund are only available for purchase by mutual funds for which Fidelity Management & Research Company (FMR) or an affiliate serves as investment manager.

## 2. Investments in Fidelity Central Funds.

The Funds invests in Fidelity Central Funds, which are open-end investment companies generally available only to other investment companies and accounts managed by the investment adviser and its affiliates. The Funds' Schedules of Investments list each of the Fidelity Central Funds held as of period end, if any, as an investment of each Fund, but do not include the underlying holdings of each Fidelity Central Fund. As an Investing Fund, each Fund indirectly bears its proportionate share of the expenses of the underlying Fidelity Central Funds.

The Money Market Central Funds seek preservation of capital and current income and are managed by Fidelity Investments Money Management, Inc. (FIMM), an affiliate of the investment adviser. Annualized expenses of the Money Market Central Funds as of their most recent shareholder report date are less than .005%.

A complete unaudited list of holdings for each Fidelity Central Fund is available upon request or at the Securities and Exchange Commission (the SEC) website at www.sec.gov. In addition, the financial statements of the Fidelity Central Funds are available on the SEC website or upon request.

## 3. Significant Accounting Policies.

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (GAAP), which require management to make certain estimates and assumptions at the date of the financial statements. Actual results could differ from those estimates. Subsequent events, if any, through the date that the financial statements were issued have been evaluated in the preparation of the financial statements. The following summarizes the significant accounting policies of the Funds:

**Investment Valuation.** Investments are valued as of 4:00 p.m. Eastern time on the last calendar day of the period. The Board of Trustees (the Board) has delegated the day to day responsibility for the valuation of each Fund's investments to the FMR Fair Value Committee (the Committee). In accordance with valuation policies and procedures approved by the Board, each Fund attempts to obtain prices from one or more third party pricing vendors or brokers to value its investments. When current market prices, quotations or currency exchange rates are not readily available or reliable, investments will be fair valued in good faith by the Committee, in accordance with procedures adopted by the Board. Factors used in determining fair value vary by investment type and may include market or investment specific events, changes in interest rates and credit quality. The frequency with which these procedures are used cannot be predicted and they may be utilized to a significant extent. The Committee oversees each Fund's valuation policies and procedures and reports to the Board on the Committee's activities and fair value determinations. The Board monitors the appropriateness of the procedures used in valuing each Fund's investments and ratifies the fair value determinations of the Committee.

Each Fund categorizes the inputs to valuation techniques used to value its investments into a disclosure hierarchy consisting of three levels as shown below:

Level 1 – quoted prices in active markets for identical investments

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Fidelity Concord Street Trust

By: /s/Stacie M. Smith
Stacie M. Smith
President and Treasurer

Date: October 25, 2016

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By: /s/Stacie M. Smith
Stacie M. Smith
President and Treasurer

Date: October 25, 2016

By: /s/Howard J. Galligan III
Howard J. Galligan III
Chief Financial Officer

Date: October 25, 2016