# EXHIBIT K

Case 1:20-md-02941-JSR Document 92-13 Filed 06/29/20 Page 2 of 4

N-CSRS 1 Main.htm

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM N-CSR

CERTIFIED SHAREHOLDER REPORT OF REGISTERED

MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number <u>811-2105</u>

<u>Fidelity Salem Street Trust</u>
(Exact name of registrant as specified in charter)

<u>245 Summer St., Boston, Massachusetts 02210</u>
(Address of principal executive offices)      (Zip code)

Scott C. Goebel, Secretary

245 Summer St.

<u>Boston, Massachusetts 02210</u>
(Name and address of agent for service)

Registrant's telephone number, including area code: <u>617-563-7000</u>

| Date of fiscal year end: | | April 30 |
|---|---|---|
| | | |
| Date of reporting period: | | October 31, 2014 |

Item 1. <u>Reports to Stockholders</u>

# Spartan® Mid Cap Index Fund

# Spartan Small Cap Index Fund

# Institutional Class

# Fidelity Advantage® Institutional Class

**Semiannual Report**

**October 31, 2014**

**(Fidelity Cover Art)**

---

# Contents

| | | |
|---|---|---|
| **Shareholder Expense Example** | **(Click Here)** | An example of shareholder expenses. |
| **Spartan® Mid Cap Index Fund** | | |
| **Investment Changes** | **(Click Here)** | A summary of major shifts in the fund's investments over the past six months. |
| **Investments** | **(Click Here)** | A complete list of the fund's investments with their market values. |
| **Financial Statements** | **(Click Here)** | Statements of assets and liabilities, operations, and changes in net assets, as well as financial highlights. |
| **Spartan Small Cap Index Fund** | | |
| **Investment Changes** | **(Click Here)** | A summary of major shifts in the fund's investments over the past six months. |
| **Investments** | **(Click Here)** | A complete list of the fund's investments with their market values. |
| **Financial Statements** | **(Click Here)** | Statements of assets and liabilities, operations, and changes in net assets, as well as financial highlights. |
| **Notes** | **(Click Here)** | Notes to the financial statements. |
| **Board Approval of Investment Advisory Contracts and Management Fees** | **(Click Here)** | |

Case 1:20-md-02941-JSR   Document 92-13   Filed 06/29/20   Page 3 of 4

| Ratios to Average Net Assets [E, H] | | | | |
|---|---|---|---|---|
| Expenses before reductions | .15% [A] | .15% | .15% | .15% [A] |
| Expenses net of fee waivers, if any | .05% [A] | .05% | .06% | .11% [A] |
| Expenses net of all reductions | .05% [A] | .05% | .06% | .11% [A] |
| Net investment income (loss) | 1.44% [A] | 1.36% | 1.77% | 1.40% [A] |
| **Supplemental Data** | | | | |
| Net assets, end of period (000 omitted) | $ 4,070 | $ 3,654 | $ 2,082 | $ 574 |
| Portfolio turnover rate [F] | 23% [A] | 9% | 11% | 7% [A] |

[A] *Annualized*

[B] *Total returns for periods of less than one year are not annualized.*

[C] *Total returns would have been lower if certain expenses had not been reduced during the applicable periods shown.*

[D] *Calculated based on average shares outstanding during the period.*

[E] *Fees and expenses of any underlying Fidelity Central Funds are not included in the Fund's expense ratio. The Fund indirectly bears its proportionate share of the expenses of any underlying Fidelity Central Funds.*

[F] *Amount does not include the portfolio activity of any underlying Fidelity Central Funds.*

[G] *For the period September 8, 2011 (commencement of operations) to April 30, 2012.*

[H] *Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.*

[I] *Amount represents less than $.01 per share.*

*See accompanying notes which are an integral part of the financial statements.*

*Semiannual Report*

# Notes to Financial Statements

For the period ended October 31, 2014 (Unaudited)

## 1. Organization.

Spartan® Mid Cap Index Fund and Spartan Small Cap Index Fund (the Funds) are funds of Fidelity Salem Street Trust (the Trust) and are authorized to issue an unlimited number of shares. The Trust is registered under the Investment Company Act of 1940, as amended (the 1940 Act), as an open-end management investment company organized as a Massachusetts business trust. Each Fund offers Investor Class, Fidelity Advantage Class, Institutional Class and Fidelity Advantage Institutional Class shares, each of which has equal rights as to assets and voting privileges. Each class has exclusive voting rights with respect to matters that affect that class. Each Fund offers conversion privileges between share classes within each Fund to eligible shareholders.

## 2. Investments in Fidelity Central Funds.

The Funds invest in Fidelity Central Funds, which are open-end investment companies generally available only to other investment companies and accounts managed by the investment adviser and its affiliates. The Funds' Schedules of Investments list each of the Fidelity Central Funds held as of period end, if any, as an investment of each Fund, but do not include the underlying holdings of each Fidelity Central Fund. As an Investing Fund, each Fund indirectly bears its proportionate share of the expenses of the underlying Fidelity Central Funds.

The Money Market Central Funds seek preservation of capital and current income and are managed by Fidelity Investments Money Management, Inc. (FIMM), an affiliate of the investment adviser. Annualized expenses of the Money Market Central Funds as of their most recent shareholder report date are less than .01%.

A complete unaudited list of holdings for each Fidelity Central Fund is available upon request or at the Securities and Exchange Commission (the SEC) website at www.sec.gov. In addition, the financial statements of the Fidelity Central Funds are available on the SEC website or upon request.

## 3. Significant Accounting Policies.

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (GAAP), which require management to make certain estimates and assumptions at the date of the financial statements. Actual results could differ from those estimates. Subsequent events, if any, through the date that the financial statements were issued have been evaluated in the preparation of the financial statements. The following summarizes the significant accounting policies of the Funds:

**Investment Valuation.** Investments are valued as of 4:00 p.m. Eastern time on the last calendar day of the period. In accordance with valuation policies and procedures

*Semiannual Report*

**Notes to Financial Statements (Unaudited) - continued**

**3. Significant Accounting Policies - continued**

**Investment Valuation - continued**

approved by the Board of Trustees (the Board), each Fund attempts to obtain prices from one or more third party pricing vendors or brokers to value its investments. When current market prices, quotations or currency exchange rates are not readily available or reliable, investments will be fair valued in good faith by the Fidelity Management & Research Company (FMR) Fair Value Committee (the Committee), in accordance with procedures adopted by the Board. Factors used in determining fair value vary by investment type and may include market or investment specific events, changes in interest rates and credit quality. The frequency with which these procedures are used cannot be predicted and they may be utilized to a significant extent. The Committee oversees each Fund's valuation policies and procedures and is responsible for approving and reporting to the Board all fair value determinations.

Each Fund categorizes the inputs to valuation techniques used to value its investments into a disclosure hierarchy consisting of three levels as shown below:

Level 1 - quoted prices in active markets for identical investments

Level 2 - other significant observable inputs (including quoted prices for similar investments, interest rates, prepayment speeds, etc.)

(a)(i) The President and Treasurer and the Chief Financial Officer have concluded that the Fidelity Salem Street Trust's (the "Trust") disclosure controls and procedures (as defined in Rule 30a-3(c) under the Investment Company Act) provide reasonable assurances that material information relating to the Trust is made known to them by the appropriate persons, based on their evaluation of these controls and procedures as of a date within 90 days of the filing date of this report.

(a)(ii) There was no change in the Trust's internal control over financial reporting (as defined in Rule 30a-3(d) under the Investment Company Act) that occurred during the second fiscal quarter of the period covered by this report that has materially affected, or is reasonably likely to materially affect, the Trust's internal control over financial reporting.

Item 12. Exhibits

| (a) | (1) | Not applicable. |
|-----|-----|-----------------|
| (a) | (2) | Certification pursuant to Rule 30a-2(a) under the Investment Company Act of 1940 (17 CFR 270.30a-2(a)) is filed and attached hereto as Exhibit 99.CERT. |
| (a) | (3) | Not applicable. |
| (b) | | Certification pursuant to Rule 30a-2(b) under the Investment Company Act of 1940 (17 CFR 270.30a-2(b)) is furnished and attached hereto as Exhibit 99.906CERT. |

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Fidelity Salem Street Trust

| By: | /s/Stephanie J. Dorsey |
|-----|------------------------|
| | Stephanie J. Dorsey |
| | President and Treasurer |
| | |
| Date: | December 29, 2014 |

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| By: | /s/Stephanie J. Dorsey |
|-----|------------------------|
| | Stephanie J. Dorsey |
| | President and Treasurer |
| | |
| Date: | December 29, 2014 |
| By: | /s/Howard J. Galligan III |
| | Howard J. Galligan III |
| | Chief Financial Officer |
| | |
| Date: | December 29, 2014 |