# EXHIBIT L

N-CSRS 1 d743511dncsrs.htm FLEXSHARES TRUST

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM N-CSR

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED
### MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number: 811-22555

# FlexShares Trust
**(Exact name of registrant as specified in charter)**

**50 South LaSalle Street**
**Chicago, Illinois 60603**
**(Address of principal executive offices) (Zip code)**

**Diana E. McCarthy, Esq.**
**Drinker Biddle & Reath LLP**
**One Logan Square, Ste. 2000**
**Philadelphia, Pennsylvania 19103-6996**
**(Name and Address of Agent for Service)**

*with a copy to:*
**Peter K. Ewing**
**Craig R. Carberry, Esq.**
**Northern Trust Investments, Inc.**
**50 South LaSalle Street**
**Chicago, Illinois 60603**
**(Name and Address of Agent for Service)**

**Registrant's telephone number, including area code: (800) 595-9111**

**Date of fiscal year end: October 31**

**Date of reporting period: April 30, 2014**

**Table of Contents**

# Notes to the Financial Statements April 30, 2014 (Unaudited)

## 1. Organization

FlexShares® Trust (the "Trust"), a Maryland statutory trust, was formed on May 13, 2010, originally named NT ETF Trust and renamed FlexShares® Trust as of April 12, 2011. The Trust is registered as an open-end management investment company under the Investment Company Act of 1940 (the "1940 Act"), as amended. The Trust consists of fifteen operational exchange-traded funds as of April 30, 2014 (each a "Fund" and collectively the "Funds"). The FlexShares® Morningstar Global Upstream Natural Resources Index Fund, FlexShares® STOXX® Global Broad Infrastructure Index Fund, FlexShares® Global Quality Real Estate Index Fund, FlexShares® iBoxx 3-Year Target Duration TIPS Index Fund, FlexShares® iBoxx 5-Year Target Duration TIPS Index Fund, and the FlexShares® Ready Access Variable Income Fund are non-diversified series of the Trust, pursuant to the 1940 Act. The FlexShares® Morningstar US Market Factor Tilt Index Fund, FlexShares® Morningstar Developed Markets ex-US Factor Tilt Index Fund, FlexShares® Morningstar Emerging Markets Factor Tilt Index Fund, FlexShares® Quality Dividend Index Fund, FlexShares® Quality Dividend Defensive Index Fund, FlexShares® Quality Dividend Dynamic Index Fund, FlexShares® International Quality Dividend Index Fund, FlexShares® International Quality Dividend Defensive Index Fund and the FlexShares® International Quality Dividend Dynamic Index Fund are diversified series of the Trust, pursuant to the 1940 Act.

The FlexShares Global Quality Real Estate Index Fund commenced operations on November 6, 2013.

Each Fund, except the FlexShares Ready Access Variable Income Fund, seeks to provide investment results that correspond generally to the price and yield performance, before fees and expenses, of a specified benchmark index (each an "Underlying Index"). The FlexShares Quality Dividend Index Fund, FlexShares Quality Dividend Defensive Index Fund, FlexShares Quality Dividend Dynamic Index Fund, FlexShares International Quality Dividend Index Fund, FlexShares International Quality Dividend Defensive Index Fund, FlexShares International Quality Dividend Dynamic Index Fund and the FlexShares Global Quality Real Estate Index Fund seek to track Underlying Indexes developed by Northern Trust Investments, Inc. ("NTI" or

the "Investment Adviser"), an indirect subsidiary of Northern Trust Corporation.

The FlexShares Ready Access Variable Income Fund is actively managed and does not seek to replicate the performance of a specified index. The Fund seeks maximum current income consistent with the preservation of capital and liquidity. Each Fund, except the FlexShares Ready Access Variable Income Fund, is referred to herein as an "Index Fund." Each Fund is managed by the Investment Adviser.

## 2. Significant Accounting Policies

The following is a summary of significant accounting policies followed by the Funds in the preparation of their financial statements. These policies are in conformity with accounting principles generally accepted in the United States of America ("GAAP"). The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts and disclosures in the financial statements. Actual results could differ from those estimates.

### Investment Valuation

Each Fund's Net Asset Value ("NAV") is determined daily as of the close of regular trading on the New York Stock Exchange ("NYSE"), normally 4:00 p.m. Eastern time, on each day the NYSE is open for trading, based on prices at the time of closing; provided that any U.S. fixed-income assets may be valued as of the announced closing time for trading in fixed-income instruments on any day that the Securities Industry and Financial Markets Association announces an early closing time. The NAV is calculated by dividing the value of all assets of the Fund (including accrued interest and dividends), less all liabilities (including accrued expenses and dividends declared but unpaid), by the total number of shares outstanding.

The investments of the Funds are valued at fair value pursuant to the pricing policy and procedures approved by the Board of Trustees of the Trust (the "Board"). The Funds' investments are valued using readily available market quotations when available. When market quotations are not readily available, are deemed unreliable, or do not reflect material events occurring between the close of local markets

**Table of Contents**

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

FlexShares Trust

By:  /s/ Shundrawn A. Thomas
     Shundrawn A. Thomas
     President
     July 3, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:  /s/ Shundrawn A. Thomas
     Shundrawn A. Thomas
     President
     July 3, 2014

By:  /s/ Randal Rein
     Randal Rein
     Treasurer and Principal Financial Officer
     July 3, 2014