# EXHIBIT Q

N-CSR 1 d732193dncsr.htm FORM N-CSR FOR ISHARES TRUST

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM N-CSR

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED
### MANAGEMENT INVESTMENT COMPANIES

**Investment Company Act file number 811-09729**

# iShares Trust

**(Exact name of Registrant as specified in charter)**

**c/o: State Street Bank and Trust Company**
**200 Clarendon Street, Boston, MA 02116**
**(Address of principal executive offices) (Zip code)**

**The Corporation Trust Company**
**1209 Orange Street, Wilmington, DE 19801**
**(Name and address of agent for service)**

Registrant's telephone number, including area code: 415-670-2000

Date of fiscal year end: April 30, 2014

Date of reporting period: April 30, 2014

**Table of Contents**

# Notes to Financial Statements

## iSHARES® TRUST

iShares Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "1940 Act"), as an open-end management investment company. The Trust was established as a Delaware statutory trust pursuant to an Agreement and Declaration of Trust dated December 16, 1999.

These financial statements relate only to the following funds (each, a "Fund," and collectively, the "Funds"):

| iShares ETF | Former Name [a] | Diversification Classification |
| --- | --- | --- |
| Morningstar Large-Cap | iShares Morningstar Large Core Index Fund | Diversified |
| Morningstar Large-Cap Growth | iShares Morningstar Large Growth Index Fund | Non-diversified |
| Morningstar Large-Cap Value | iShares Morningstar Large Value Index Fund | Non-diversified |
| Morningstar Mid-Cap | iShares Morningstar Mid Core Index Fund | Diversified |
| Morningstar Mid-Cap Growth | iShares Morningstar Mid Growth Index Fund | Diversified |
| Morningstar Mid-Cap Value | iShares Morningstar Mid Value Index Fund | Diversified |
| Morningstar Small-Cap | iShares Morningstar Small Core Index Fund | Diversified |
| Morningstar Small-Cap Growth | iShares Morningstar Small Growth Index Fund | Diversified |
| Morningstar Small-Cap Value | iShares Morningstar Small Value Index Fund | Diversified |

[a] The Funds changed their names effective July 1, 2013.

The investment objective of each Fund is to seek investment results that correspond generally to the price and yield performance, before fees and expenses, of its underlying index. The investment adviser uses a "passive" or index approach to try to achieve each Fund's investment objective.

Non-diversified funds generally hold securities of fewer issuers than diversified funds and may be more susceptible to the risks associated with these particular issuers, or to a single economic, political or regulatory occurrence affecting these issuers.

The Funds may invest in securities of non-U.S. issuers that trade in non-U.S. markets. This involves certain considerations and risks not typically associated with securities of U.S. issuers. Such risks include, but are not limited to: generally less liquid and less efficient securities markets; generally greater price volatility; exchange rate fluctuations and exchange controls; imposition of restrictions on the expatriation of funds or other assets of the Funds; less publicly available information about issuers; the imposition of withholding or other taxes; higher transaction and custody costs; settlement delays and risk of loss attendant in settlement procedures; difficulties in enforcing contractual obligations; less regulation of securities markets; different accounting, disclosure and reporting requirements; more substantial governmental involvement in the economy; higher inflation rates; greater social, economic and political uncertainties; the risk of nationalization or expropriation of assets; and the risk of war.

Pursuant to the Trust's organizational documents, the Funds' officers and trustees are indemnified against certain liabilities that may arise out of the performance of their duties to the Funds. Additionally, in the normal course of business, the Funds enter into contracts with service providers that contain general indemnification clauses. The Funds' maximum exposure under these arrangements is unknown as this would involve future claims that may be made against the Funds that have not yet occurred.

### 1. SIGNIFICANT ACCOUNTING POLICIES

The following significant accounting policies are consistently followed by the Funds in the preparation of their financial statements in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The preparation of financial statements in conformity with U.S. GAAP requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

NOTES TO FINANCIAL STATEMENTS     81

**Table of Contents**

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

iShares Trust

By:    /s/ Manish Mehta
     Manish Mehta, President (Principal Executive Officer)
Date: June 23, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

By:    /s/ Manish Mehta
     Manish Mehta, President (Principal Executive Officer)
Date: June 23, 2014

By:    /s/ Jack Gee
     Jack Gee, Treasurer and Chief Financial Officer (Principal Financial Officer)
Date: June 23, 2014