# EXHIBIT R

N-CSR 1 a_jhfundsii.htm JOHN HANCOCK FUNDS II

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM N-CSR

CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT

COMPANIES

Investment Company Act file number 811-21779

JOHN HANCOCK FUNDS II

--------------------------------------------------------

(Exact name of registrant as specified in charter)

601 CONGRESS STREET, BOSTON, MA 02210-2805

-----------------------------------------------------------

(Address of principal executive offices) (Zip code)

SALVATORE SCHIAVONE, 601 CONGRESS STREET, BOSTON, MA 02210-2805

---------------------------------------------------------------------------------------

(Name and address of agent for service)

Registrant's telephone number, including area code: (617) 663-4497

--------------

Date of fiscal year end: 8/31

------

Date of reporting period: 8/31/14

------

ITEM 1. REPORTS TO STOCKHOLDERS.

The Registrant prepared fourteen annual reports to shareholders for the year ended August 31, 2014 for series of John Hancock Funds II with August 31 fiscal year end. The first report applies to the Floating Rate Income Fund, the second report applies to the Strategic Income Opportunities Fund, the third report applies to the Natural Resources Fund, the fourth report applies to the Alternative Asset Allocation Fund, the fifth report applies to the Emerging Markets Fund, the sixth applies to the Emerging Markets Debt Fund, the seventh report applies to the U.S. Equity Fund, the eighth report applies to the International Small Company Fund, the ninth report applies to the Small Cap Value Fund, the tenth report applies to the Redwood Fund, the eleventh report applies to 10 Retirement Living Portfolios, the twelfth report applies to 10 Retirement Choices Portfolios, the thirteenth report applies to the 10 Retirement Living Through II Portfolios and the fourteenth report applies to 41 of the Registrant's Funds.



JOHN HANCOCK

Funds II

**8.31.2014**    **Annual Report**

# John Hancock Funds II

**Annual report — Table of contents**

| | |
|---|---|
| **Manager's commentary and fund performance** (See below for each fund's page #) | **3** |
| **Shareholder expense example** | **45** |
| **Portfolio of investments** (See below for each fund's page #) | **50** |
| **Statements of assets and liabilities** | **246** |
| **Statements of operations** | **257** |
| **Statements of changes in net assets** | **268** |
| **Financial highlights** | **275** |
| **Notes to financial statements** | **284** |
| **Report of independent registered public accounting firm** | **348** |
| **Federal tax information** | **349** |
| **Evaluation of advisory and subadvisory agreements by the board of trustees** | **350** |
| **Appendix A** | **354** |
| **Trustees and officers information** | **365** |
| **For more information** | **369** |

| Fund | Manager's commentary & fund performance | Portfolio of investments | Fund | Manager's commentary & fund performance | Portfolio of investments |
|---|---|---|---|---|---|
| Active Bond Fund | 4 | 50 | Lifestyle II Balanced Portfolio | 25 | 130 |
| All Cap Core Fund | 5 | 69 | Lifestyle II Conservative Portfolio | 26 | 130 |
| Alpha Opportunities Fund | 6 | 72 | Lifestyle II Growth Portfolio | 27 | 131 |
| Asia Pacific Total Return Bond Fund | 7 | 76 | Lifestyle II Moderate Portfolio | 28 | 131 |
| Blue Chip Growth Fund | 8 | 79 | Mid Cap Stock Fund | 29 | 132 |
| Capital Appreciation Fund | 9 | 81 | Mid Value Fund | 30 | 134 |
| Capital Appreciation Value Fund | 10 | 83 | Real Estate Equity Fund | 31 | 136 |
| Core Bond Fund | 11 | 87 | Real Estate Securities Fund | 32 | 137 |
| Equity-Income Fund | 12 | 94 | Real Return Bond Fund | 33 | 138 |
| Fundamental Global Franchise Fund | 13 | 96 | Science & Technology Fund | 34 | 140 |
| Global Bond Fund | 14 | 97 | Short Term Government Income Fund | 35 | 142 |
| Global Equity Fund | 15 | 103 | Small Cap Growth Fund | 36 | 143 |
| Global Real Estate Fund | 16 | 104 | Small Cap Opportunities Fund | 37 | 145 |
| Health Sciences Fund | 17 | 105 | Small Company Growth Fund | 38 | 156 |
| High Yield Fund | 18 | 107 | Small Company Value Fund | 39 | 158 |
| International Growth Opportunities Fund | 19 | 114 | Spectrum Income Fund | 40 | 161 |
| International Growth Stock Fund | 20 | 116 | Strategic Equity Allocation Fund | 41 | 193 |
| International Small Cap Fund | 21 | 117 | Total Return Fund | 42 | 230 |
| International Value Fund | 22 | 118 | U.S. High Yield Bond Fund | 43 | 236 |
| Investment Quality Bond Fund | 23 | 120 | Value Fund | 44 | 241 |
| Lifestyle II Aggressive Portfolio | 24 | 130 | | | |

2

# John Hancock Funds II

**Manager's commentary and fund performance**

### Fund performance

In the following pages we have set forth information regarding the performance of each fund of John Hancock Funds II (the Trust). There are several ways to evaluate a fund's historical performance. One can look at the total percentage change in value, the average annual percentage change, or the growth of a hypothetical $10,000 investment. With respect to all performance information presented, it is important to understand that past performance does not guarantee future results. Return and principal fluctuate, and shares, when redeemed, may be worth more or less than their original cost.

### Performance tables

The performance tables show two types of total return information: cumulative and average annual total returns. A cumulative total return is an expression of a fund's total change in share value in percentage terms over a set period of time—one, five, and ten years (or since the fund's inception if less than the applicable period). An average annual total return takes the fund's cumulative total return for a time period greater than one year and shows what would have happened if the fund had performed at a constant rate each year. The tables show all cumulative and average annual total returns, net of fees and expenses of the Trust, but do not reflect the expenses of any insurance company separate accounts (including a possible contingent deferred sales charge) that may invest in the funds as applicable. If these were included, performance would be lower.

### Graph—Change in value of $10,000 investment and comparative indices

The performance graph for each fund shows the change in value of a $10,000 investment over the life or ten-year period of each fund, whichever is shorter. Each fund's performance is compared with the performance of one or more broad-based securities indices as a "benchmark." All performance information includes the reinvestment of dividends and capital gain distributions, as well as the deduction of ongoing management fees and fund operating expenses. The benchmarks used for comparison are unmanaged and include reinvestment of dividends and capital gains distributions, if any, but do not reflect any fees or expenses. Funds that invest in multiple asset classes are compared with a customized benchmark. This benchmark is comprised of a set percentage allocation from each of the asset classes in which the fund invests.

### Portfolio manager's commentary

Finally, we have provided a commentary by each portfolio manager regarding each fund's performance during the period ended August 31, 2014. The views expressed are those of the portfolio manager as of August 31, 2014, and are subject to change based on market and other conditions. Information about a fund's holdings, asset allocation,

# Strategic Equity Allocation Fund

Subadvisor: John Hancock Asset Management
Portfolio Managers: Robert Boyda, Steve Medina, Marcelle Daher, CFA, and Nathan Thooft, CFA

**INVESTMENT OBJECTIVE & POLICIES** ▶ To seek capital appreciation. The fund seeks to achieve its objective by investing under normal market conditions at least 80% of its net assets (plus any borrowings for investment purposes) in U.S. and foreign equity securities of any market capitalization, including futures on indexes of equity securities. The fund's allocation to various markets and types of securities will be actively managed.

### CHANGE IN VALUE OF $10,000 INVESTMENT AND COMPARATIVE INDICES



| Sector Weighting* | % of Total |
|---|---|
| Financials | 19.0 |
| Information Technology | 15.1 |
| Consumer Discretionary | 11.3 |
| Health Care | 11.3 |
| Industrials | 10.5 |
| Energy | 8.7 |
| Consumer Staples | 8.4 |
| Materials | 4.9 |
| Utilities | 3.1 |
| Telecommunication Services | 2.9 |
| Short-Term & Investments & Other | 4.8 |

* As a percentage of net assets.

**PORTFOLIO MANAGERS' COMMENTARY**

**Performance** ▶ For the year ended August 31, 2014, the Strategic Equity Allocation Fund Class NAV shares returned 21.80% and the benchmark, S&P 500 Index, returned 25.25%.

**Environment** ▶ Market returns were strong across most regions and asset classes. While there were moments when stocks seemed to wrestle with uncertainty about the strength of the global economic recovery, investors ultimately took comfort in accommodative measures from key central banks.

U.S. stocks were among the best performing equity markets, with several widely followed benchmarks reaching all-time highs. Emerging markets were able to shrug off concerns about growth and country specific catalysts helped and deliver positive absolute returns that surpassed those of the developed markets towards the latter part of the period.

The return of the fund was close to that of the high performing S&P 500, and exceeded the returns of the international and small-cap indexes, which are a part of the design construction of the fund. The fund posted strong absolute gains and was in the top quartile of its World Stock peer group over the period.

Performance over the fiscal year was driven by asset class positioning. On a geographic basis, U.S. equities contributed significantly to performance as economic data in the U.S. improved steadily over the period, particularly benefiting large- and mid-capitalization equities. Small cap equities, while posting positive absolute returns, lagged the performance of the S&P 500. Likewise, allocations to developed-market international equities also contributed to absolute performance, but detracted from relative performance. Within the international equities sleeve however, an out of benchmark allocation to emerging markets relative to developed markets contributed positively to performance.

On the whole the fund remains fundamentally positive on equities. While the potential for a sentiment-driven pullback in equities exists; we believe it is unlikely to represent a breakdown in the overall trajectory of the equity market and should present buying opportunities for long-term investors. We expect the global economic expansion to continue, reinforced by ample liquidity and added stability in emerging economies. Despite the fact that it began in 2009, the U.S. economic recovery appears ready to shift into higher gear. Loose monetary policy led by the European Central Bank, People's Bank of China, and Bank of Japan are likely to continue to help build the momentum of global growth. While our outlook for capital markets remains upbeat, factors tempering our optimism include unintended consequences of the U.S. Federal Reserve's tapering process, the potential for a sudden slump in China, and escalating geopolitical instability in many parts of the world. Given this challenging environment, we firmly believe that a balanced strategy employing a range of diversified asset classes is an important key to long-term investment success.

| PERFORMANCE TABLE[1,2] | Average Annual Total Return | | | | Cumulative Total Return | | | |
|---|---|---|---|---|---|---|---|---|
| Periods Ending August 31, 2014 | 1-year | 5-year | 10-year | Since Inception | 5-year | 10-year | Since Inception |
| Strategic Equity Allocation Fund Class NAV (began 4/13/12) | 21.80% | — | — | 17.13% | — | — | 45.84% |
| S&P 500 Index[3,4] | 25.25% | — | — | 19.18% | — | — | 52.02% |

1 Performance does not reflect the deduction of taxes on fund distributions or redemptions of fund shares. Past performance does not guarantee future results.
2 Since inception, a portion of the Strategic Equity Allocation Fund expenses was reimbursed. If such expenses had not been reimbursed, returns would be lower.
3 S&P 500 Index is an unmanaged index that includes 500 widely traded common stocks.
4 It is not possible to invest directly in an index.

The expense ratios of the fund, both net (including any fee waivers or expense limitations) and gross (excluding any fee waivers or expense limitations), are set forth according to the most recent publicly available prospectus for the fund and may differ from the expense ratios disclosed in the financial highlights tables in this report. For Class NAV shares, the net expenses equal the gross expenses and are 0.67%.

# Total Return Fund

Subadvisor: Pacific Investment Management Company, LLC
Portfolio Managers: Scott A. Mather, Mark R. Kiesel, and Mihir P. Worah

**INVESTMENT OBJECTIVE & POLICIES** ▶ To seek maximum total return, consistent with preservation of capital and prudent investment management. Under normal market conditions, the fund invests at least 65% of its net assets in a diversified portfolio of fixed-income instruments of varying maturities, which may be represented by forwards or derivatives, such as options, futures contracts or swap agreements.

**CHANGE IN VALUE OF $10,000 INVESTMENT AND COMPARATIVE INDICES**



| Portfolio Composition* | % of Total |
|---|---|
| U.S. Government Agency | 20.1 |
| Financials | 18.6 |
| Foreign Government Obligations | 15.3 |
| Collateralized Mortgage Obligations | 8.9 |
| U.S. Government | 8.9 |
| Municipal Bonds | 5.8 |
| Consumer Discretionary | 3.6 |
| Asset Backed Securities | 3.1 |
| Telecommunication Services | 2.0 |
| Health Care | 1.6 |
| Energy | 1.5 |
| Industrials | 1.4 |
| Materials | 0.7 |
| Utilities | 0.1 |
| Short-Term Investments | 8.4 |

\* As a percentage of total investments.

\*\* A $10,000 investment at net asset value in Class 1 on 10/15/05 (commencement of operations) would have been valued at $16,710.

**PORTFOLIO MANAGER'S COMMENTARY**

**Performance** ▶ For the year ended August 31, 2014, the Total Return Fund Class NAV shares returned 5.52% and the benchmark, the Barclays U.S. Aggregate Bond Index, returned 5.66%.

**Environment** ▶ At the beginning of the fiscal period, the U.S. Federal Reserve's (Fed) choice to delay tapering surprised investors. The Fed also noted it would not begin hiking rates until after quantitative easing (Q.E.) had been wound down. In January, the Fed began tapering its five-year Q.E. program by $10 billion a month. As expected, the Fed provided even greater assurances that the policy fed funds rate would remain near zero until signs of sustainable growth were more broadly evident. Uncertainty and volatility increased at the start of 2014 amid geopolitical tensions and weak economic data. An uncharacteristically cold winter took a toll on economic data in the U.S., resulting in a weak first quarter (GDP declined 2.9%). Rising tensions between Russia and Ukraine led to volatile swings in financial markets, particularly in equities. During the second half of the period, the Fed continued tapering its asset purchases and remains on track to eliminate these purchases during the fourth quarter of 2014. The European Central Bank announced new easing measures, including a historic negative rate on deposits, policy rate cuts, and targeted long-term refinancing operations to spur business lending. U.S. equities ended the fiscal year at all-time highs on the heels of central bank actions and improved second quarter economic data. The 10-year U.S. Treasury yield fell during the period to end August at 2.34%. During this period, the U.S. Treasury yield curve flattened as the 2-year U.S. Treasury yield rose while the 30-year U.S. Treasury yield fell sharply.

The fund's duration as of August 31, 2013 was 5.02 years, and 5.55 years as of August 31, 2014. An underweight to U.S. duration was negative for returns over the period as U.S. yields rallied. Continued tactical duration exposure to Italy and Spain added to returns, as these countries benefited from ongoing central bank support. Holdings of emerging-market local debt, specifically in Mexico, added to returns as yields on such debt fell during the reporting period.

An allocation to non-agency mortgage-backed securities contributed to performance over the period, benefiting from the ongoing housing recovery. Within credit, an underweight to investment grade corporates detracted from returns as they outperformed Treasuries of similar duration. However, an allocation to high yield corporates largely offset this negative exposure as investors reached for higher yields. Lastly, short currency positioning in the yen and euro were positive for performance as these currencies depreciated against the U.S. dollar.

**PERFORMANCE TABLE**[1,2]

| Periods Ending August 31, 2014 | Average Annual Total Return | | | | Cumulative Total Return | | |
|---|---|---|---|---|---|---|---|
| | 1-year | 5-year | 10-year | Since Inception | 5-year | 10-year | Since Inception |
| Total Return Fund Class 1 (began 10/15/05) | 5.45% | 5.06% | — | 5.95% | 27.99% | — | 67.10% |
| Total Return Fund Class NAV (began 10/15/05) | 5.52% | 5.11% | — | 6.01% | 28.27% | — | 67.92% |
| Barclays U.S. Aggregate Bond Index[3,4] | 5.66% | 4.48% | — | 5.04% | 24.50% | — | 54.79% |

1 Performance does not reflect the deduction of taxes on fund distributions or redemptions of fund shares. Past performance does not guarantee future results.
2 Since inception, a portion of the Total Return Fund expenses was reimbursed. If such expenses had not been reimbursed, returns would be lower.
3 Barclays U.S. Aggregate Bond Index is an unmanaged index of dollar-denominated and nonconvertible investment-grade debt issues.
4 It is not possible to invest directly in an index.

| Period ended | Net asset value, beginning of period ($) | Net investment income (loss) ($)[1] | Net unrealized gain (loss) on investments ($) | Total from investment operations ($) | From net investment income ($) | From net realized gain ($) | From tax return of capital ($) | Total distributions ($) | Net asset value, end of period ($) | Total return (%)[2] | Expenses before reductions (%) | Expenses including reductions (%) | Net investment income (loss) (%) | Net assets, end of period (in millions) | Portfolio turnover (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Total Return Fund**

**CLASS 1**

| Period ended | Net asset value, beginning of period ($) | Net investment income (loss) ($)[1] | Net unrealized gain (loss) on investments ($) | Total from investment operations ($) | From net investment income ($) | From net realized gain ($) | From tax return of capital ($) | Total distributions ($) | Net asset value, end of period ($) | Total return (%)[2] | Expenses before reductions (%) | Expenses including reductions (%) | Net investment income (loss) (%) | Net assets, end of period (in millions) | Portfolio turnover (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2014 | 13.72 | 0.21 | 0.52 | 0.73 | (0.26) | (0.19) | — | (0.45) | 14.00 | 5.45 | 0.77 | 0.74 | 1.50 | 318 | 130 |
| 08-31-2013 | 14.70 | 0.22 | (0.45) | (0.23) | (0.42) | (0.33) | — | (0.75) | 13.72 | (1.67) | 0.79 | 0.78 | 1.56 | 355 | 205 |
| 08-31-2012[3] | 14.11 | 0.33 | 0.68 | 1.01 | (0.36) | (0.06) | — | (0.42) | 14.70 | 7.38 | 0.78 | 0.78 | 2.32 | 410 | 193 |
| 08-31-2011 | 15.04 | 0.30 | 0.03 | 0.33 | (0.56) | (0.70) | — | (1.26) | 14.11 | 2.43 | 0.78 | 0.78 | 2.12 | 363 | 417 |
| 08-31-2010 | 14.02 | 0.28 | 1.38 | 1.66 | (0.47) | (0.17) | — | (0.64) | 15.04 | 12.22 | 0.77 | 0.77 | 1.99 | 349 | 379 |

**CLASS NAV**

| Period ended | Net asset value, beginning of period ($) | Net investment income (loss) ($)[1] | Net unrealized gain (loss) on investments ($) | Total from investment operations ($) | From net investment income ($) | From net realized gain ($) | From tax return of capital ($) | Total distributions ($) | Net asset value, end of period ($) | Total return (%)[2] | Expenses before reductions (%) | Expenses including reductions (%) | Net investment income (loss) (%) | Net assets, end of period (in millions) | Portfolio turnover (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2014 | 13.68 | 0.22 | 0.52 | 0.74 | (0.27) | (0.19) | — | (0.46) | 13.96 | 5.52 | 0.72 | 0.69 | 1.56 | 2,178 | 130 |
| 08-31-2013 | 14.65 | 0.23 | (0.44) | (0.21) | (0.43) | (0.33) | — | (0.76) | 13.68 | (1.56) | 0.74 | 0.73 | 1.61 | 2,226 | 205 |
| 08-31-2012[3] | 14.07 | 0.33 | 0.68 | 1.01 | (0.37) | (0.06) | — | (0.43) | 14.65 | 7.37 | 0.73 | 0.73 | 2.37 | 2,034 | 193 |
| 08-31-2011 | 15.00 | 0.31 | 0.03 | 0.34 | (0.57) | (0.70) | — | (1.27) | 14.07 | 2.49 | 0.73 | 0.73 | 2.16 | 1,920 | 417 |
| 08-31-2010 | 13.99 | 0.29 | 1.36 | 1.65 | (0.47) | (0.17) | — | (0.64) | 15.00 | 12.22 | 0.72 | 0.72 | 2.02 | 1,832 | 379 |

1. Based on average daily shares outstanding. 2. Total returns would have been lower had certain expenses not been reduced during the applicable periods. 3. In accordance with Accounting Standards Update 2011-03, Reconsideration of Effective Control for Repurchase Agreements, the fund now recognizes sale-buybacks as secured borrowings and not as purchases and sales of securities. Accordingly, the fund has excluded these transactions from its portfolio turnover calculation. Had these transactions been included, the portfolio turnover rate would have been 274%. The fund also recorded additional income and expenses which were offset by corresponding adjustments to realized and unrealized gain/loss. These adjustments had no overall impact to the per share net asset value but did increase the net investment income per share by $0.005, the ratio of net investment income to average net assets by 0.01% and the ratio of expenses to average net assets by 0.005%

**U.S. High Yield Bond Fund**

**CLASS 1**

| Period ended | Net asset value, beginning of period ($) | Net investment income (loss) ($)[1] | Net unrealized gain (loss) on investments ($) | Total from investment operations ($) | From net investment income ($) | From net realized gain ($) | From tax return of capital ($) | Total distributions ($) | Net asset value, end of period ($) | Total return (%)[2] | Expenses before reductions (%) | Expenses including reductions (%) | Net investment income (loss) (%) | Net assets, end of period (in millions) | Portfolio turnover (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2014 | 12.49 | 0.70 | 0.44 | 1.14 | (0.80) | (0.24) | — | (1.04) | 12.59 | 9.60 | 0.82 | 0.81 | 5.59 | 95 | 54 |
| 08-31-2013 | 12.83 | 0.76 | (0.16) | 0.60 | (0.79) | (0.15) | — | (0.94) | 12.49 | 4.78 | 0.81 | 0.81 | 5.95 | 92 | 61 |
| 08-31-2012 | 12.49 | 0.85 | 0.57 | 1.42 | (0.90) | (0.18) | — | (1.08) | 12.83 | 12.11 | 0.82 | 0.82 | 6.86 | 95 | 38 |
| 08-31-2011 | 12.62 | 0.91 | (0.07) | 0.84 | (0.97) | — | — | (0.97) | 12.49 | 6.77 | 0.82 | 0.82 | 7.11 | 67 | 53 |
| 08-31-2010 | 11.74 | 0.97 | 0.91 | 1.88 | (1.00) | — | — | (1.00) | 12.62 | 16.57 | 0.81 | 0.81 | 7.84 | 52 | 34 |

**CLASS NAV**

| Period ended | Net asset value, beginning of period ($) | Net investment income (loss) ($)[1] | Net unrealized gain (loss) on investments ($) | Total from investment operations ($) | From net investment income ($) | From net realized gain ($) | From tax return of capital ($) | Total distributions ($) | Net asset value, end of period ($) | Total return (%)[2] | Expenses before reductions (%) | Expenses including reductions (%) | Net investment income (loss) (%) | Net assets, end of period (in millions) | Portfolio turnover (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2014 | 12.48 | 0.71 | 0.44 | 1.15 | (0.81) | (0.24) | — | (1.05) | 12.58 | 9.66 | 0.77 | 0.76 | 5.64 | 391 | 54 |
| 08-31-2013 | 12.82 | 0.77 | (0.16) | 0.61 | (0.80) | (0.15) | — | (0.95) | 12.48 | 4.84 | 0.76 | 0.76 | 6.00 | 605 | 61 |
| 08-31-2012 | 12.48 | 0.86 | 0.57 | 1.43 | (0.91) | (0.18) | — | (1.09) | 12.82 | 12.18 | 0.77 | 0.77 | 6.91 | 564 | 38 |
| 08-31-2011 | 12.62 | 0.92 | (0.08) | 0.84 | (0.98) | — | — | (0.98) | 12.48 | 6.74 | 0.77 | 0.77 | 7.17 | 458 | 53 |
| 08-31-2010 | 11.74 | 0.97 | 0.92 | 1.89 | (1.01) | — | — | (1.01) | 12.62 | 16.63 | 0.76 | 0.76 | 7.89 | 697 | 34 |

1. Based on average daily shares outstanding. 2. Total returns would have been lower had certain expenses not been reduced during the applicable periods.

**Value Fund**

**CLASS NAV**

| Period ended | Net asset value, beginning of period ($) | Net investment income (loss) ($)[1] | Net unrealized gain (loss) on investments ($) | Total from investment operations ($) | From net investment income ($) | From net realized gain ($) | From tax return of capital ($) | Total distributions ($) | Net asset value, end of period ($) | Total return (%)[2] | Expenses before reductions (%) | Expenses including reductions (%) | Net investment income (loss) (%) | Net assets, end of period (in millions) | Portfolio turnover (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2014 | 11.04 | 0.07 | 2.51 | 2.58 | (0.06) | (0.65) | — | (0.71) | 12.91 | 24.03 | 0.74 | 0.73 | 0.54 | 422 | 45 |
| 08-31-2013 | 10.01 | 0.09 | 2.30 | 2.39 | (0.13) | (1.23) | — | (1.36) | 11.04 | 26.46 | 0.78 | 0.77 | 0.88 | 308 | 42 |
| 08-31-2012 | 9.37 | 0.10 | 1.50 | 1.60 | (0.10) | (0.86) | — | (0.96) | 10.01 | 18.28 | 0.79 | 0.79 | 1.05 | 145 | 22 |
| 08-31-2011 | 8.59 | 0.09 | 1.35 | 1.44 | (0.07) | (0.59) | — | (0.66) | 9.37 | 16.42 | 0.80 | 0.79 | 0.88 | 160 | 41 |
| 08-31-2010 | 7.77 | 0.09 | 0.80 | 0.89 | (0.07) | — | — | (0.07) | 8.59 | 11.40 | 0.80 | 0.80 | 1.02 | 145 | 60 |

1. Based on average daily shares outstanding. 2. Total returns would have been lower had certain expenses not been reduced during the applicable periods.

**The accompanying notes are an integral part of the financial statements.** 283

# John Hancock Funds II

**Notes to financial statements**

**1. ORGANIZATION** John Hancock Funds II (the Trust) is an open-end management investment company organized as a Massachusetts business trust and registered under the Investment Company Act of 1940, as amended (the 1940 Act). It is a series company with multiple investment series (the funds), forty-one of which are presented in this report.

The funds may offer multiple classes of shares. The shares currently offered by the Trust are detailed in the Statements of Assets and Liabilities. Class A shares are open to all investors. Class I shares are offered to institutions and certain investors. Class R6 shares are only available to certain retirement plans, institutions and other investors. Class 1 shares are offered only to certain affiliates of Manulife Financial Corporation (MFC). Class NAV shares are offered to affiliated John Hancock funds including the John Hancock Lifestyle, Retirement Choices and Retirement Living Portfolios, other affiliated John Hancock funds and the John Hancock Freedom 529 plan. The Lifestyle, Retirement Choices, Lifestyle II, Retirement Living and Retirement Living II Portfolios are series of the Trust and operate as "funds of funds" that invest in other series of the Trust, other John Hancock funds and certain other investments. Shareholders of each class have exclusive voting rights to matters that affect that class. The distribution and service fees if any, transfer agent fees, state registration fees and printing and postage for each class may differ.

The accounting policies of the John Hancock underlying funds in which the funds invest are outlined in the underlying funds' shareholder reports, which include the underlying funds' financial statements, available without charge by calling 800-344-1029 or visiting jhinvestments.com, on the Securities and Exchange Commission (SEC) website at sec.gov or at the SEC's public reference room in Washington, D.C.

Effective January 1, 2014, Asia Total Return Bond Fund changed its name to Asia Pacific Total Return Bond Fund.

Effective December 30, 2013, Lifestyle Aggressive II Portfolio, Lifestyle Balanced II Portfolio, Lifestyle Conservative II Portfolio, Lifestyle Growth II Portfolio and Lifestyle Moderate II Portfolio commenced operations.

**2. SIGNIFICANT ACCOUNTING POLICIES** The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (US GAAP), which require management to make certain estimates and assumptions as of the date of the financial statements. Actual results could differ from those estimates and those differences could be significant. The funds intend to qualify as investment companies under Topic 946 of Accounting Standards Codifica-tion of US GAAP.

Events or transactions occurring after the end of the fiscal period through the date that the financial statements were issued have been evaluated in the preparation of the financial statements. The following summarizes the significant accounting policies of the funds:

**Security valuation.** Investments are stated at value as of the close of regular trading on the New York Stock Exchange (NYSE), normally at 4:00 P.M., Eastern Time. In order to value the securities, the funds use the following valuation techniques: Equity securities, including exchange-traded and closed-end funds, held by the funds are valued at the last sale price or official closing price on the exchange where the security was acquired or most likely will be sold. In the event there were no sales during the day or closing prices are not available, the securities are valued using the last available bid price. Investments by the funds in open-end mutual funds, including John Hancock Collateral Investment Trust (JHCIT), are valued at their respective net asset values each business day. Debt obligations are valued based on the evaluated prices provided by an independent pricing vendor or from broker-dealers. Independent pricing vendors utilize matrix pricing which takes into account factors such as institutional-size trading in similar groups of securities, yield, quality, coupon rate, maturity, type of issue, trading characteristics and other market data, as well as broker supplied prices. Options listed on an exchange are valued at the mean of the most recent bid and ask prices from the exchange where the option was acquired or most likely will be sold. Swaps and unlisted options are valued using evaluated prices obtained from an independent pricing vendor. Futures contracts are valued at settlement prices, which are the official closing prices published by the exchange on which they trade. Foreign index futures that trade in the electronic trading market subsequent to the close of regular trading and have sufficient liquidity will be valued at the last traded price in the electronic trading market as of 4:00 P.M ET. Foreign securities and currencies, including forward foreign currency contracts, are valued in U.S. dollars, based on foreign currency exchange rates supplied by an independent pricing vendor. Securities that trade only in the over-the-counter (OTC) market are valued using bid prices. Certain short-term securities with maturities of 60 days or less at the time of purchase are valued at amortized cost.

Other funds' securities and assets, for which reliable market quotations are not readily available, are valued at fair value as determined in good faith by the funds' Pricing Committee following procedures established by the Board of Trustees. The frequency with which these fair valuation procedures are used cannot be predicted and fair value of securities may differ significantly from the value that would have been used had a ready market for such securities existed. Trading in foreign securities may be completed before the daily close of trading on the NYSE. Significant events at the issuer or market level may affect the values of securities between the time when the valuation of the securities is generally determined and the close of the NYSE. If a significant event occurs, these securities may be fair valued, as determined in good faith by the funds' Pricing Committee, following procedures established by the Board of Trustees. The funds use fair value adjustment factors provided by an independent pricing vendor to value certain foreign securities in order to adjust for events that may occur between the close of foreign exchanges or markets and the close of the NYSE.

The funds use a three-tier hierarchy to prioritize the pricing assumptions, referred to as inputs, used in valuation techniques to measure fair value. Level 1 includes securities valued using quoted prices in active markets for identical securities, including registered investment companies. Level 2 includes securities valued using other significant observable inputs. Observable inputs may include quoted prices for similar securities, interest rates, prepayment speeds and credit risk. Prices for securities valued using these inputs are received from independent pricing vendors and brokers and are based on an evaluation of the inputs described. Level 3 includes securities valued using significant unobservable inputs when market prices are not readily available or reliable, including the funds' own assumptions in determining the fair value of investments. Factors used in determining value may include market or issuer specific events or trends, changes in interest rates and credit quality. The inputs or methodology used for valuing securities are not necessarily an indication of the risks associated with investing in those securities. Changes in valuation techniques may result in transfers into or out of an assigned level within the disclosure hierarchy.

For Science & Technology Fund securities with market value of approximately $15,098,805 at the beginning of the year were transferred from Level 1 to Level 3 during the period since quoted prices in active markets for identical securities were no longer available and the securities were valued using significant unobservable inputs, as described above.

As of August 31, 2014, all investments for All Cap Core Fund, Lifestyle II Aggressive Portfolio, Lifestyle II Balanced Portfolio, Lifestyle II Conservative Portfolio, Lifestyle II Growth Portfolio, Lifestyle II Moderate Portfolio, Small Company Growth Fund and Small Company Value Fund are categorized as Level 1 under the hierarchy described above.

284

---

**SIGNIFICANT ACCOUNTING POLICIES, CONTINUED**

All investments for Real Estate Securities Fund are categorized as Level 1 under the hierarchy described above, except for repurchase agreements and/or short-term discount notes which are categorized as Level 2.

All investments for Real Estate Equity Fund are categorized as Level 1 under the hierarchy described above, except for convertible bonds which are categorized as Level 2.

All investments for Asia Pacific Total Return Bond Fund and Short Term Government Income Fund are categorized as Level 2 under the hierarchy described above, except for futures which are categorized as Level 1.

All investments for Core Bond Fund are categorized as Level 2 under the hierarchy described above, except for securities lending collateral and money market funds which are categorized as Level 1.

The following is a summary of the values by input classification of the funds' investments as of August 31, 2014, by major security category or type:

| | Total Market Value at 8-31-14 | Level 1 Quoted Price | Level 2 Significant Observable Inputs | Level 3 Significant Unobservable Inputs |
|---|---|---|---|---|
| **Active Bond Fund** | | | | |
| U.S. Government & Agency Obligations | $412,713,555 | — | $412,713,555 | — |
| Foreign Government Obligations | 3,245,795 | — | 3,245,795 | — |
| Corporate Bonds | 750,569,729 | — | 750,549,590 | $20,139 |
| Capital Preferred Securities | 19,470,998 | — | 19,470,998 | — |
| Term Loans | 6,736,875 | — | 6,736,875 | — |
| Municipal Bonds | 1,489,956 | — | 1,489,956 | — |
| Collateralized Mortgage Obligations | 355,093,882 | — | 354,918,878 | 175,004 |
| Asset Backed Securities | 117,303,290 | — | 116,499,953 | 803,337 |
| Common Stocks | 10 | — | 10 | — |
| Preferred Securities | 12,098,736 | $8,352,101 | 3,746,635 | — |
| Escrow Certificates | 221,200 | — | 221,200 | — |
| Securities Lending Collateral | 4,394,828 | 4,394,828 | — | — |

/s/ Andrew Arnott
Andrew Arnott
President
Date: October 10, 2014


Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

/s/ Andrew Arnott
Andrew Arnott
President
Date: October 10, 2014




/s/ Charles A. Rizzo
Charles A. Rizzo
Chief Financial Officer
Date: October 10, 2014