# EXHIBIT S

Case 1:20-md-02941-JSR    Document 92-21    Filed 06/29/20    Page 2 of 13

N-CSRS 1 d31621.htm N-CSRS

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM N-CSR

CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES
Investment Company Act file number 811-04146

JOHN HANCOCK VARIABLE INSURANCE TRUST
--------------------------------------------------------
(Exact name of registrant as specified in charter)

601 CONGRESS STREET, BOSTON, MA 02210-2805
--------------------------------------------------------------
(Address of principal executive offices) (Zip code)

SALVATORE SCHIAVONE, 601 CONGRESS STREET, BOSTON, MA 02210-2805
--------------------------------------------------------------------------------------
(Name and address of agent for service)

Registrant's telephone number, including area code: (617) 663-4497
--------------

Date of fiscal year end: 12/31

Date of reporting period: 6/30/14

ITEM 1. REPORTS TO STOCKHOLDERS.

The Registrant prepared four semiannual reports to shareholders for the period ended June 30, 2014. The first report applies to 58 of the Registrant's portfolios, the second report applies to 16 of the Registrant's portfolios, the third report applies to 14 of the Registrant's portfolios and the fourth report applies to 5 of the Registrant's portfolios.



# John Hancock Variable Insurance Trust

**Semiannual report—table of contents**

**Sector weightings** — 3

**Shareholder expense example** — 7

Case 1:20-md-02941-JSR     Document 92-21     Filed 06/29/20     Page 3 of 13

| | |
|---|---|
| **Summary portfolio of investments** (See below for each Portfolio's page #) | 14 |
| **Statements of assets and liabilities** | 58 |
| **Statements of operations** | 71 |
| **Statements of changes in net assets** | 84 |
| **Financial highlights** | 93 |
| **Notes to financial statements** | 117 |
| **Special shareholder meeting** | 169 |
| **Evaluation of advisory and subadvisory agreements by the board of trustees** | 170 |
| **For more information** | 189 |

| Portfolio | Summary portfolio of investments |
|---|---|
| 500 Index Trust B | 14 |
| All Cap Core Trust | 15 |
| Alpha Opportunities Trust | 15 |
| American Asset Allocation Trust | 17 |
| American Global Growth Trust | 17 |
| American Growth Trust | 17 |
| American Growth-Income Trust | 17 |
| American International Trust | 17 |
| American New World Trust | 17 |
| Blue Chip Growth Trust | 17 |
| Capital Appreciation Trust | 18 |
| Capital Appreciation Value Trust | 19 |
| Core Strategy Trust | 21 |
| Emerging Markets Value Trust | 21 |
| Equity-Income Trust | 22 |
| Financial Services Trust | 23 |
| Franklin Templeton Founding Allocation Trust | 24 |
| Fundamental All Cap Core Trust | 24 |
| Fundamental Large Cap Value Trust | 25 |
| Fundamental Value Trust | 26 |
| Global Trust | 27 |
| Health Sciences Trust | 28 |
| International Core Trust | 29 |
| International Equity Index Trust B | 30 |
| International Growth Stock Trust | 32 |
| International Small Company Trust | 33 |
| International Value Trust | 34 |
| Lifestyle Aggressive PS Series | 35 |
| Lifestyle Balanced PS Series | 36 |
| Lifestyle Conservative PS Series | 36 |
| Lifestyle Growth PS Series | 36 |
| Lifestyle Moderate PS Series | 36 |
| Mid Cap Index Trust | 36 |
| Mid Cap Stock Trust | 37 |
| Mid Value Trust | 38 |
| Mutual Shares Trust | 39 |
| Natural Resources Trust | 41 |
| Real Estate Securities Trust | 42 |
| Science & Technology Trust | 43 |
| Small Cap Growth Trust | 43 |
| Small Cap Index Trust | 44 |
| Small Cap Opportunities Trust | 45 |
| Small Cap Value Trust | 46 |
| Small Company Growth Trust | 47 |
| Small Company Value Trust | 48 |
| Strategic Equity Allocation Trust | 49 |
| Total Stock Market Index Trust | 50 |
| U.S. Equity Trust | 51 |
| Utilities Trust | 52 |
| Value Trust | 53 |

https://www.sec.gov/Archives/edgar/data/756913/000114544314001139/d31621.htm     6/25/2020

6

# John Hancock Variable Insurance Trust

**Shareholder expense example**

As a shareholder of John Hancock Variable Insurance Trust, you incur ongoing costs, such as management fees, distribution (Rule 12b-1) fees and other expenses. In the case of the American Portfolios, Core Strategy Trust, the Lifestyle Portfolio Stabilization (PS) Portfolios and Franklin Templeton Founding Allocation Trust, in addition to the operating expenses which the portfolios bear directly, the portfolios indirectly bear a pro rata share of the operating expenses of the underlying funds in which they invest. Because the underlying funds have varied operating expenses and transaction costs and the portfolios may own different proportions of the underlying funds at different times, the amount of expenses incurred indirectly by a portfolio will vary. Had these indirect expenses been reflected in the following analysis, total expenses would be higher than amounts shown.

This example is intended to help you understand your ongoing costs (in dollars) of investing in the portfolios so you can compare these costs with the ongoing costs of investing in other mutual funds. The example is based on an investment of $1,000 at the beginning of the period and held for the entire period (January 1, 2014 through June 30, 2014).

**Actual expenses:**

The first line of each share class in the table below and on the following pages provides information about actual account values and actual expenses. You may use the information in this line, together with the amount you invested, to estimate the expenses that you paid over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first line under the heading entitled "Expenses paid during period" to estimate the expenses you paid on your account during this period.

**Hypothetical example for comparison purposes:**

The second line of each share class in the table below and on the following pages provides information about hypothetical account values and hypothetical expenses based on the actual expense ratio for the share class and an assumed annualized rate of return of 5% per year before expenses, which is not the actual return of the share class. The hypothetical account values and expenses may not be used to estimate the actual ending account balance or expenses you paid for the period. You may use this information to compare the ongoing costs of investing in a portfolio and other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds. Please remember that these hypothetical account values and expenses may not be used to estimate the actual ending account balance or expenses you paid for the period.

Please note that the expenses shown in the table are meant to highlight your ongoing costs only and do not reflect any transactional costs and insurance-related charges. Therefore, the second line of each share class in the table is useful in comparing ongoing costs only, and will not help you determine the relative total costs of owning different funds. In addition, if these transactional costs were included, your costs would have been higher.

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| **500 Index Trust B** | | | | |
| Series I — Actual | $1,000.00 | $1,069.40 | $ 1.54 | 0.30% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.30 | 1.51 | 0.30% |
| Series II — Actual | 1,000.00 | 1,068.50 | 2.56 | 0.50% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,022.30 | 2.51 | 0.50% |
| Series NAV — Actual | 1,000.00 | 1,069.90 | 1.28 | 0.25% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.60 | 1.25 | 0.25% |
| **All Cap Core Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,061.60 | $ 4.40 | 0.86% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.50 | 4.31 | 0.86% |
| Series II — Actual | 1,000.00 | 1,061.00 | 5.42 | 1.06% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.50 | 5.31 | 1.06% |
| Series NAV — Actual | 1,000.00 | 1,061.60 | 4.14 | 0.81% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.80 | 4.06 | 0.81% |
| **Alpha Opportunities Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,066.60 | $ 5.28 | 1.03% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.70 | 5.16 | 1.03% |
| Series NAV — Actual | 1,000.00 | 1,066.60 | 5.02 | 0.98% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.90 | 4.91 | 0.98% |

7

# John Hancock Variable Insurance Trust

**Shareholder expense example**

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| **American Asset Allocation Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,038.80 | $ 3.13 | 0.62%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.70 | 3.11 | 0.62%[2] |
| Series II — Actual | 1,000.00 | 1,037.50 | 3.89 | 0.77%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.00 | 3.86 | 0.77%[2] |
| Series III — Actual | 1,000.00 | 1,040.10 | 1.37 | 0.27%[2] |
| Series III — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.50 | 1.35 | 0.27%[2] |
| **American Global Growth Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,023.60 | $ 3.11 | 0.62%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.70 | 3.11 | 0.62%[2] |
| Series II — Actual | 1,000.00 | 1,023.00 | 3.86 | 0.77%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.00 | 3.86 | 0.77%[2] |
| Series III — Actual | 1,000.00 | 1,025.60 | 1.36 | 0.27%[2] |
| Series III — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.50 | 1.35 | 0.27%[2] |
| **American Growth Trust** | | | | |

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| Series I — Actual | $1,000.00 | $1,053.50 | $ 3.16 | 0.62%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.70 | 3.11 | 0.62%[2] |
| Series II — Actual | 1,000.00 | 1,052.30 | 3.92 | 0.77%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.00 | 3.86 | 0.77%[2] |
| Series III — Actual | 1,000.00 | 1,055.00 | 1.38 | 0.27%[2] |
| Series III — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.50 | 1.35 | 0.27%[2] |
| **American Growth-Income Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,067.40 | $ 3.18 | 0.62%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.70 | 3.11 | 0.62%[2] |
| Series II — Actual | 1,000.00 | 1,067.10 | 3.95 | 0.77%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.00 | 3.86 | 0.77%[2] |
| Series III — Actual | 1,000.00 | 1,069.30 | 1.39 | 0.27%[2] |
| Series III — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.50 | 1.35 | 0.27%[2] |
| **American International Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,035.90 | $ 3.13 | 0.62%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.70 | 3.11 | 0.62%[2] |
| Series II — Actual | 1,000.00 | 1,035.40 | 3.89 | 0.77%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.00 | 3.86 | 0.77%[2] |
| Series III — Actual | 1,000.00 | 1,037.60 | 1.36 | 0.27%[2] |
| Series III — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.50 | 1.35 | 0.27%[2] |
| **American New World Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,047.00 | $ 3.35 | 0.66%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.50 | 3.31 | 0.66%[2] |
| Series II — Actual | 1,000.00 | 1,046.40 | 4.11 | 0.81%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.80 | 4.06 | 0.81%[2] |
| Series III — Actual | 1,000.00 | 1,048.50 | 1.57 | 0.31%[2] |
| Series III — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.30 | 1.56 | 0.31%[2] |
| **Blue Chip Growth Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,029.20 | $ 4.18 | 0.83% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.70 | 4.16 | 0.83% |
| Series II — Actual | 1,000.00 | 1,028.30 | 5.18 | 1.03% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.70 | 5.16 | 1.03% |
| Series NAV — Actual | 1,000.00 | 1,029.20 | 3.92 | 0.78% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.90 | 3.91 | 0.78% |
| **Capital Appreciation Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,043.10 | $ 3.95 | 0.78% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.90 | 3.91 | 0.78% |
| Series II — Actual | 1,000.00 | 1,041.70 | 4.96 | 0.98% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.90 | 4.91 | 0.98% |
| Series NAV — Actual | 1,000.00 | 1,043.10 | 3.70 | 0.73% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.20 | 3.66 | 0.73% |

8

# John Hancock Variable Insurance Trust

**Shareholder expense example**

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| **Capital Appreciation Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,069.10 | $ 4.46 | 0.87% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.50 | 4.36 | 0.87% |
| Series II — Actual | 1,000.00 | 1,069.30 | 5.49 | 1.07% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.50 | 5.36 | 1.07% |
| Series NAV — Actual | 1,000.00 | 1,070.00 | 4.21 | 0.82% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.70 | 4.11 | 0.82% |
| **Core Strategy Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,053.90 | $ 0.56 | 0.11%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.20 | 0.55 | 0.11%[2] |
| Series II — Actual | 1,000.00 | 1,053.00 | 1.58 | 0.31%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.30 | 1.56 | 0.31%[2] |
| Series NAV — Actual | 1,000.00 | 1,054.50 | 0.31 | 0.06%[2] |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.50 | 0.30 | 0.06%[2] |
| **Emerging Markets Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,063.50 | $ 5.73 | 1.12% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.20 | 5.61 | 1.12% |
| Series NAV — Actual | 1,000.00 | 1,064.60 | 5.48 | 1.07% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.50 | 5.36 | 1.07% |
| **Equity-Income Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,060.50 | $ 4.24 | 0.83% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.70 | 4.16 | 0.83% |
| Series II — Actual | 1,000.00 | 1,059.70 | 5.26 | 1.03% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.70 | 5.16 | 1.03% |
| Series NAV — Actual | 1,000.00 | 1,061.20 | 3.99 | 0.78% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.90 | 3.91 | 0.78% |
| **Financial Services Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,049.20 | $ 4.73 | 0.93% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.20 | 4.66 | 0.93% |
| Series II — Actual | 1,000.00 | 1,048.80 | 5.74 | 1.13% |

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.20 | 5.66 | 1.13% |
| Series NAV — Actual | 1,000.00 | 1,049.30 | 4.47 | 0.88% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.40 | 4.41 | 0.88% |
| **Franklin Templeton Founding Allocation Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,075.10 | $ 0.62 | 0.12%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.20 | 0.60 | 0.12%[2] |
| Series II — Actual | 1,000.00 | 1,074.20 | 1.65 | 0.32%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.20 | 1.61 | 0.32%[2] |
| Series NAV — Actual | 1,000.00 | 1,075.90 | 0.36 | 0.07%[2] |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.40 | 0.35 | 0.07%[2] |
| **Fundamental All Cap Core Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,046.60 | $ 3.81 | 0.75% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.10 | 3.76 | 0.75% |
| Series II — Actual | 1,000.00 | 1,046.20 | 4.82 | 0.95% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.10 | 4.76 | 0.95% |
| Series NAV — Actual | 1,000.00 | 1,047.40 | 3.55 | 0.70% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.30 | 3.51 | 0.70% |
| **Fundamental Large Cap Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,073.40 | $ 3.70 | 0.72% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.20 | 3.61 | 0.72% |
| Series II — Actual | 1,000.00 | 1,072.90 | 4.73 | 0.92% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.20 | 4.61 | 0.92% |
| Series NAV — Actual | 1,000.00 | 1,074.00 | 3.45 | 0.67% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.50 | 3.36 | 0.67% |

9

# John Hancock Variable Insurance Trust

**Shareholder expense example**

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| **Fundamental Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,043.00 | $ 4.36 | 0.86% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.50 | 4.31 | 0.86% |
| Series II — Actual | 1,000.00 | 1,042.10 | 5.37 | 1.06% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.50 | 5.31 | 1.06% |
| Series NAV — Actual | 1,000.00 | 1,043.20 | 4.10 | 0.81% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.80 | 4.06 | 0.81% |
| **Global Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,051.20 | $ 4.78 | 0.94% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.10 | 4.71 | 0.94% |
| Series II — Actual | 1,000.00 | 1,050.40 | 5.80 | 1.14% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.10 | 5.71 | 1.14% |
| Series NAV — Actual | 1,000.00 | 1,051.80 | 4.53 | 0.89% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.40 | 4.46 | 0.89% |
| **Health Sciences Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,105.50 | $ 5.43 | 1.04% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.60 | 5.21 | 1.04% |
| Series II — Actual | 1,000.00 | 1,104.20 | 6.47 | 1.24% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.60 | 6.21 | 1.24% |
| Series NAV — Actual | 1,000.00 | 1,105.60 | 5.17 | 0.99% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.90 | 4.96 | 0.99% |
| **International Core Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,074.40 | $ 5.45 | 1.06% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.50 | 5.31 | 1.06% |
| Series II — Actual | 1,000.00 | 1,073.70 | 6.48 | 1.26% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.50 | 6.31 | 1.26% |
| Series NAV — Actual | 1,000.00 | 1,074.60 | 5.20 | 1.01% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.80 | 5.06 | 1.01% |
| **International Equity Index Trust B** | | | | |
| Series I — Actual | $1,000.00 | $1,054.80 | $ 1.99 | 0.39% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,022.90 | 1.96 | 0.39% |
| Series II — Actual | 1,000.00 | 1,053.60 | 3.00 | 0.59% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.90 | 2.96 | 0.59% |
| Series NAV — Actual | 1,000.00 | 1,055.50 | 1.73 | 0.34% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.10 | 1.71 | 0.34% |
| **International Growth Stock Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,062.30 | $ 4.96 | 0.97% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.00 | 4.86 | 0.97% |
| Series II — Actual | 1,000.00 | 1,061.10 | 5.98 | 1.17% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.00 | 5.86 | 1.17% |
| Series NAV — Actual | 1,000.00 | 1,061.70 | 4.70 | 0.92% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.20 | 4.61 | 0.92% |
| **International Small Company Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,061.90 | $ 5.98 | 1.17% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.00 | 5.86 | 1.17% |
| Series II — Actual | 1,000.00 | 1,060.30 | 7.00 | 1.37% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.00 | 6.85 | 1.37% |

|  | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014–6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| Series NAV — Actual | 1,000.00 | 1,061.90 | 5.73 | 1.12% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.20 | 5.61 | 1.12% |
| **International Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,035.20 | $ 4.89 | 0.97% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.00 | 4.86 | 0.97% |
| Series II — Actual | 1,000.00 | 1,033.90 | 5.90 | 1.17% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.00 | 5.86 | 1.17% |
| Series NAV — Actual | 1,000.00 | 1,035.40 | 4.64 | 0.92% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.20 | 4.61 | 0.92% |

# John Hancock Variable Insurance Trust

**Shareholder expense example**

|  | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014–6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| **Lifestyle Aggressive PS Series** | | | | |
| Series I — Actual | $1,000.00 | $1,054.90 | $ 0.87 | 0.17%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.00 | 0.85 | 0.17%[2] |
| Series II — Actual | 1,000.00 | 1,054.20 | 1.88 | 0.37%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.00 | 1.86 | 0.37%[2] |
| Series NAV — Actual | 1,000.00 | 1,054.90 | 0.61 | 0.12%[2] |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.20 | 0.60 | 0.12%[2] |
| **Lifestyle Balanced PS Series** | | | | |
| Series I — Actual | $1,000.00 | $1,050.20 | $ 0.56 | 0.11%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.20 | 0.55 | 0.11%[2] |
| Series II — Actual | 1,000.00 | 1,048.60 | 1.57 | 0.31%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.30 | 1.56 | 0.31%[2] |
| Series NAV — Actual | 1,000.00 | 1,049.50 | 0.30 | 0.06%[2] |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.50 | 0.30 | 0.06%[2] |
| **Lifestyle Conservative PS Series** | | | | |
| Series I — Actual | $1,000.00 | $1,042.50 | $ 0.66 | 0.13%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.10 | 0.65 | 0.13%[2] |
| Series II — Actual | 1,000.00 | 1,042.50 | 1.67 | 0.33%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.20 | 1.66 | 0.33%[2] |
| Series NAV — Actual | 1,000.00 | 1,043.30 | 0.41 | 0.08%[2] |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.40 | 0.40 | 0.08%[2] |
| **Lifestyle Growth PS Series** | | | | |
| Series I — Actual | $1,000.00 | $1,053.80 | $ 0.51 | 0.10%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.30 | 0.50 | 0.10%[2] |
| Series II — Actual | 1,000.00 | 1,052.30 | 1.53 | 0.30%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.30 | 1.51 | 0.30%[2] |
| Series NAV — Actual | 1,000.00 | 1,054.50 | 0.25 | 0.05%[2] |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.50 | 0.25 | 0.05%[2] |
| **Lifestyle Moderate PS Series** | | | | |
| Series I — Actual | $1,000.00 | $1,047.80 | $ 0.66 | 0.13%[2] |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.10 | 0.65 | 0.13%[2] |
| Series II — Actual | 1,000.00 | 1,046.20 | 1.67 | 0.33%[2] |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,023.20 | 1.66 | 0.33%[2] |
| Series NAV — Actual | 1,000.00 | 1,047.80 | 0.41 | 0.08%[2] |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,024.40 | 0.40 | 0.08%[2] |
| **Mid Cap Index Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,072.90 | $ 2.36 | 0.46% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,022.50 | 2.31 | 0.46% |
| Series II — Actual | 1,000.00 | 1,071.70 | 3.39 | 0.66% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.50 | 3.31 | 0.66% |
| Series NAV — Actual | 1,000.00 | 1,073.30 | 2.11 | 0.41% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,022.80 | 2.06 | 0.41% |
| **Mid Cap Stock Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,056.50 | $ 4.64 | 0.91% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.30 | 4.56 | 0.91% |
| Series II — Actual | 1,000.00 | 1,055.60 | 5.66 | 1.11% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.30 | 5.56 | 1.11% |
| Series NAV — Actual | 1,000.00 | 1,057.10 | 4.39 | 0.86% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.50 | 4.31 | 0.86% |
| **Mid Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,096.50 | $ 5.15 | 0.99% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.90 | 4.96 | 0.99% |
| Series II — Actual | 1,000.00 | 1,095.00 | 6.18 | 1.19% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.90 | 5.96 | 1.19% |
| Series NAV — Actual | 1,000.00 | 1,096.80 | 4.89 | 0.94% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.10 | 4.71 | 0.94% |

# John Hancock Variable Insurance Trust

**Shareholder expense example**

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| **Mutual Shares Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,077.10 | $ 5.25 | 1.02% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.70 | 5.11 | 1.02% |
| Series NAV — Actual | 1,000.00 | 1,077.90 | 5.00 | 0.97% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.00 | 4.86 | 0.97% |
| **Natural Resources Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,123.90 | $ 6.00 | 1.14% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.55 | 5.71 | 1.14% |
| Series II — Actual | 1,000.00 | 1,122.30 | 7.05 | 1.34% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.10 | 6.71 | 1.34% |
| Series NAV — Actual | 1,000.00 | 1,124.00 | 5.74 | 1.09% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.40 | 5.46 | 1.09% |
| **Real Estate Securities Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,182.10 | $ 4.27 | 0.79% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.90 | 3.96 | 0.79% |
| Series II — Actual | 1,000.00 | 1,181.80 | 5.36 | 0.99% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.90 | 4.96 | 0.99% |
| Series NAV — Actual | 1,000.00 | 1,182.40 | 4.00 | 0.74% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.10 | 3.71 | 0.74% |
| **Science & Technology Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,072.80 | $ 5.55 | 1.08% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.40 | 5.41 | 1.08% |
| Series II — Actual | 1,000.00 | 1,071.80 | 6.58 | 1.28% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.40 | 6.41 | 1.28% |
| Series NAV — Actual | 1,000.00 | 1,072.80 | 5.29 | 1.03% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.70 | 5.16 | 1.03% |
| **Small Cap Growth Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,047.60 | $ 5.79 | 1.14% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.10 | 5.71 | 1.14% |
| Series II — Actual | 1,000.00 | 1,046.30 | 6.80 | 1.34% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.10 | 6.71 | 1.34% |
| Series NAV — Actual | 1,000.00 | 1,048.10 | 5.54 | 1.09% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.40 | 5.46 | 1.09% |
| **Small Cap Index Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,030.30 | $ 2.62 | 0.52% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,022.20 | 2.61 | 0.52% |
| Series II — Actual | 1,000.00 | 1,029.20 | 3.62 | 0.72% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,021.20 | 3.61 | 0.72% |
| Series NAV — Actual | 1,000.00 | 1,030.30 | 2.37 | 0.47% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,022.50 | 2.36 | 0.47% |
| **Small Cap Opportunities Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,027.60 | $ 5.03 | 1.00% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.80 | 5.01 | 1.00% |
| Series II — Actual | 1,000.00 | 1,026.50 | 6.03 | 1.20% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.80 | 6.01 | 1.20% |
| Series NAV — Actual | 1,000.00 | 1,028.00 | 4.78 | 0.95% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,020.10 | 4.76 | 0.95% |
| **Small Cap Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,019.20 | $ 5.61 | 1.12% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.20 | 5.61 | 1.12% |
| Series II — Actual | 1,000.00 | 1,018.10 | 6.60 | 1.32% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.20 | 6.61 | 1.32% |
| Series NAV — Actual | 1,000.00 | 1,019.20 | 5.36 | 1.07% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.50 | 5.36 | 1.07% |

12

# John Hancock Variable Insurance Trust

**Shareholder expense example**

| | Beginning account value 1/1/2014 | Ending account value 6/30/2014 | Expenses paid during period[1] 1/1/2014– 6/30/2014 | Annualized expense ratio |
|---|---|---|---|---|
| **Small Company Growth Trust** | | | | |
| Series NAV — Actual | $1,000.00 | $1,047.20 | $ 5.33 | 1.05% |
| Series NAV — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.60 | 5.26 | 1.05% |
| **Small Company Value Trust** | | | | |
| Series I — Actual | $1,000.00 | $1,029.70 | $ 5.33 | 1.06% |
| Series I — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,019.50 | 5.31 | 1.06% |
| Series II — Actual | 1,000.00 | 1,028.40 | 6.34 | 1.26% |
| Series II — Hypothetical (5% annualized return before expenses) | 1,000.00 | 1,018.50 | 6.31 | 1.26% |
| Series NAV — Actual | 1,000.00 | 1,029.70 | 5.08 | 1.01% |

**Small Cap Growth Trust (continued)**

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **COMMON STOCKS (continued)** | | | |
| **Information Technology (continued)** | | | |
| OTHER SECURITIES | | $ 71,647,109 | 13.1% |
| | | 146,968,896 | |
| **Materials - 2.8%** | | | |
| Platform Specialty Products Corp. (I) | 266,863 | 7,480,170 | 1.4% |
| OTHER SECURITIES | | 7,614,414 | 1.4% |
| | | 15,094,584 | |
| TOTAL COMMON STOCKS (Cost $442,080,394) | | $ 532,890,086 | |
| **PREFERRED SECURITIES - 2.0%** | | | |
| **Consumer Discretionary - 0.5%** | | 2,840,127 | 0.5% |
| **Information Technology - 1.5%** | | 8,013,307 | 1.5% |
| TOTAL PREFERRED SECURITIES (Cost $8,921,443) | | $ 10,853,434 | |
| **SECURITIES LENDING COLLATERAL - 12.9%** | | | |
| John Hancock Collateral Investment Trust, 0.0995% (W)(Y) | 7,051,405 | 70,566,231 | 12.9% |
| TOTAL SECURITIES LENDING COLLATERAL (Cost $70,565,539) | | $ 70,566,231 | |
| **Total Investments (Small Cap Growth Trust) (Cost $521,567,376) - 112.6%** | | $ 614,309,751 | 112.6% |
| Other Assets And Liabilities, Net - (12.6%) | | (68,886,895) | (12.6)% |
| **TOTAL NET ASSETS - 100.0%** | | $ 545,422,856 | 100.0% |

**Small Cap Index Trust**

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **COMMON STOCKS - 98.2%** | | | |
| **Consumer Discretionary - 12.9%** | | | |
| Brunswick Corp. | 22,797 | $ 960,438 | 0.2% |
| Dana Holding Corp. | 38,499 | 940,146 | 0.2% |
| Restoration Hardware Holdings, Inc. (I) | 8,636 | 803,580 | 0.2% |
| Tenneco, Inc. (I) | 14,907 | 979,390 | 0.2% |
| OTHER SECURITIES | | 53,106,574 | 12.1% |
| | | 56,790,128 | |
| **Consumer Staples - 3.1%** | | | |
| Darling International, Inc. (I) | 40,391 | 844,172 | 0.2% |
| United Natural Foods, Inc. (I) | 12,148 | 790,835 | 0.2% |
| OTHER SECURITIES | | 11,880,601 | 2.7% |
| | | 13,515,608 | |
| **Energy - 6.2%** | | | |
| Carrizo Oil & Gas, Inc. (I) | 11,172 | 773,773 | 0.2% |
| Diamondback Energy, Inc. (I) | 9,376 | 832,589 | 0.2% |
| Kodiak Oil & Gas Corp. (I) | 65,444 | 952,210 | 0.2% |
| Rosetta Resources, Inc. (I) | 15,107 | 828,619 | 0.2% |
| SemGroup Corp., Class A | 10,458 | 824,613 | 0.2% |
| OTHER SECURITIES | | 23,213,741 | 5.2% |
| | | 27,425,545 | |
| **Financials - 22.5%** | | | |
| CNO Financial Group, Inc. | 53,469 | 951,748 | 0.2% |
| FirstMerit Corp. | 40,084 | 791,659 | 0.2% |
| Highwoods Properties, Inc. | 21,609 | 906,498 | 0.2% |
| Investors Bancorp, Inc. | 86,525 | 956,101 | 0.2% |
| LaSalle Hotel Properties | 25,524 | 900,742 | 0.2% |

The accompanying notes are an integral part of the financial statements.                    44

# John Hancock Variable Insurance Trust

**SUMMARY PORTFOLIO OF INVESTMENTS — June 30, 2014 (Unaudited)** (showing percentage of total net assets)

**Small Cap Index Trust (continued)**

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **COMMON STOCKS (continued)** | | | |
| **Financials (continued)** | | | |
| MGIC Investment Corp. (I) | 83,567 | $ 772,159 | 0.2% |
| Prosperity Bancshares, Inc. | 16,728 | 1,047,173 | 0.3% |
| RLJ Lodging Trust | 31,830 | 919,569 | 0.2% |
| OTHER SECURITIES | | 91,719,532 | 20.8% |
| | | 98,965,181 | |
| **Health Care - 13.0%** | | | |
| Cepheid, Inc. (I) | 17,169 | 823,082 | 0.2% |
| HealthSouth Corp. | 21,489 | 770,810 | 0.2% |
| InterMune, Inc. (I) | 24,362 | 1,075,582 | 0.3% |
| Isis Pharmaceuticals, Inc. (I)(L) | 28,973 | 998,120 | 0.2% |
| NPS Pharmaceuticals, Inc. (I) | 26,224 | 866,703 | 0.2% |
| Pacira Pharmaceuticals, Inc. (I)(L) | 8,779 | 806,439 | 0.2% |
| STERIS Corp. | 14,424 | 771,396 | 0.2% |
| Team Health Holdings, Inc. (I) | 17,209 | 859,417 | 0.2% |
| WellCare Health Plans, Inc. (I) | 10,739 | 801,774 | 0.2% |
| OTHER SECURITIES | | 49,536,952 | 11.1% |
| | | 57,310,275 | |
| **Industrials - 13.9%** | | | |
| Curtiss-Wright Corp. | 11,828 | 775,444 | 0.2% |
| EnerSys, Inc. | 11,385 | 783,174 | 0.2% |
| Esterline Technologies Corp. (I) | 7,806 | 898,627 | 0.2% |
| Generac Holdings, Inc. (I) | 16,858 | 821,659 | 0.2% |
| HEICO Corp. | 16,426 | 853,166 | 0.2% |
| Middleby Corp. (I) | 9,510 | 786,667 | 0.2% |
| Moog, Inc., Class A (I) | 10,901 | 794,574 | 0.2% |
| Teledyne Technologies, Inc. (I) | 9,179 | 891,923 | 0.2% |
| Woodward, Inc. | 16,253 | 815,750 | 0.2% |
| OTHER SECURITIES | | 53,838,581 | 12.1% |
| | | 61,259,391 | |
| **Information Technology - 17.5%** | | | |
| Aspen Technology, Inc. (I) | 22,591 | 1,048,222 | 0.2% |

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| Belden, Inc. | 10,669 | 833,889 | 0.2% |
| Cognex Corp. | 21,313 | 818,419 | 0.2% |
| FEI Company | 10,346 | 938,693 | 0.2% |
| Synaptics, Inc. (I)(L) | 8,811 | 798,629 | 0.2% |
| The Ultimate Software Group, Inc. (I) | 6,964 | 962,216 | 0.2% |
| WEX, Inc. (I) | 9,488 | 995,955 | 0.2% |
| OTHER SECURITIES | | 70,952,648 | 16.1% |
| | | 77,348,671 | |
| | | | |
| **Materials - 5.0%** | | | |
| Axiall Corp. | 17,190 | 812,571 | 0.2% |
| Graphic Packaging Holding Company (I) | 79,758 | 933,169 | 0.2% |
| PolyOne Corp. | 23,180 | 976,805 | 0.2% |
| OTHER SECURITIES | | 19,256,281 | 4.4% |
| | | 21,978,826 | |
| | | | |
| **Telecommunication Services - 0.8%** | | 3,487,825 | 0.8% |
| **Utilities - 3.3%** | | | |
| Cleco Corp. | 14,584 | 859,727 | 0.2% |
| Dynegy, Inc. (I) | 24,693 | 859,316 | 0.2% |
| OTHER SECURITIES | | 12,824,768 | 2.9% |
| | | 14,543,811 | |
| TOTAL COMMON STOCKS (Cost $283,969,126) | | $ 432,625,261 | |
| **Rights 0.0%** | | 1,485 | 0.0% |
| TOTAL RIGHTS (Cost $28,479) | | $ 1,485 | |

### Small Cap Index Trust (continued)

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **COMMON STOCKS (continued)** | | | |
| **Warrants 0.0%** | | $ 9,343 | 0.0% |
| TOTAL WARRANTS (Cost $0) | | $ 9,343 | |
| **SECURITIES LENDING COLLATERAL - 12.3%** | | | |
| John Hancock Collateral Investment Trust, 0.0995% (W)(Y) | 5,396,718 | 54,007,115 | 12.3% |
| TOTAL SECURITIES LENDING COLLATERAL (Cost $54,005,203) | | $ 54,007,115 | |
| **SHORT-TERM INVESTMENTS - 1.4%** | | | |
| **Repurchase Agreement - 1.4%** | | | |
| Repurchase Agreement with State Street Corp. dated 06/30/2014 at 0.000% to be repurchased at $6,298,000 on 07/01/2014, collateralized by $6,370,000 U.S. Treasury Bonds, 3.375% due 05/15/2044 (valued at $6,425,738, including interest) | $ 6,298,000 | $ 6,298,000 | 1.4% |
| TOTAL SHORT-TERM INVESTMENTS (Cost $6,298,000) | | $ 6,298,000 | |
| **Total Investments (Small Cap Index Trust) (Cost $344,300,808) - 111.9%** | | $ 492,941,204 | 111.9% |
| **Other Assets And Liabilities, Net - (11.9%)** | | (52,364,298) | (11.9)% |
| **TOTAL NET ASSETS - 100.0%** | | $ 440,576,906 | 100.0% |

### Small Cap Opportunities Trust

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **COMMON STOCKS - 98.8%** | | | |
| **Consumer Discretionary - 11.6%** | | | |
| Columbia Sportswear Company | 23,541 | $ 1,945,664 | 0.7% |
| Papa John's International, Inc. | 37,179 | 1,576,018 | 0.5% |
| Penske Automotive Group, Inc. | 37,901 | 1,876,100 | 0.6% |
| Red Robin Gourmet Burgers, Inc. (I) | 22,947 | 1,633,826 | 0.6% |
| TRW Automotive Holdings Corp. (I) | 19,131 | 1,712,607 | 0.6% |
| OTHER SECURITIES | | 26,270,479 | 8.6% |
| | | 35,014,694 | |
| **Consumer Staples - 2.0%** | | 5,868,776 | 2.0% |
| **Energy - 10.2%** | | | |
| Helix Energy Solutions Group, Inc. (I) | 68,745 | 1,808,681 | 0.6% |
| Precision Drilling Corp. | 132,573 | 1,877,234 | 0.6% |
| Scorpio Tankers, Inc. | 174,922 | 1,778,957 | 0.6% |
| Ultra Petroleum Corp. (I) | 62,845 | 1,865,868 | 0.6% |
| OTHER SECURITIES | | 23,488,713 | 7.8% |
| | | 30,819,453 | |
| **Financials - 22.2%** | | | |
| American Financial Group, Inc. | 39,235 | 2,336,837 | 0.8% |
| BancorpSouth, Inc. | 67,556 | 1,659,851 | 0.6% |
| E*TRADE Financial Corp. (I) | 125,260 | 2,663,028 | 0.9% |
| East West Bancorp, Inc. | 45,534 | 1,593,235 | 0.5% |
| Evercore Partners, Inc., Class A | 27,442 | 1,581,757 | 0.5% |
| Glacier Bancorp, Inc. | 59,072 | 1,676,463 | 0.6% |
| Iberiabank Corp. | 24,701 | 1,709,062 | 0.6% |

**The accompanying notes are an integral part of the financial statements.**                    45

## John Hancock Variable Insurance Trust

**SUMMARY PORTFOLIO OF INVESTMENTS — June 30, 2014 (Unaudited)** (showing percentage of total net assets)

### Small Cap Opportunities Trust (continued)

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **COMMON STOCKS (continued)** | | | |
| **Financials (continued)** | | | |
| Janus Capital Group, Inc. | 127,736 | $ 1,594,145 | 0.5% |
| Jones Lang LaSalle, Inc. | 13,631 | 1,722,822 | 0.6% |
| LaSalle Hotel Properties | 47,411 | 1,673,134 | 0.6% |

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| PacWest Bancorp | 39,597 | 1,709,402 | 0.6% |
| StanCorp Financial Group, Inc. | 26,407 | 1,690,048 | 0.6% |
| OTHER SECURITIES | | 45,137,410 | 14.8% |
| | | 66,747,194 | |
| **Health Care - 9.5%** | | | |
| Alere, Inc. (I) | 55,289 | 2,068,914 | 0.7% |
| Community Health Systems, Inc. (I) | 44,768 | 2,031,124 | 0.7% |
| ICON PLC (I) | 36,172 | 1,704,063 | 0.6% |
| Impax Laboratories, Inc. (I) | 62,580 | 1,876,774 | 0.6% |
| Kindred Healthcare, Inc. | 70,940 | 1,638,714 | 0.6% |
| LifePoint Hospitals, Inc. (I) | 32,495 | 2,017,940 | 0.7% |
| OTHER SECURITIES | | 17,107,916 | 5.6% |
| | | 28,445,445 | |
| **Industrials - 17.3%** | | | |
| Apogee Enterprises, Inc. | 48,616 | 1,694,754 | 0.6% |
| Dycom Industries, Inc. (I) | 54,001 | 1,690,771 | 0.6% |
| EnerSys, Inc. | 28,682 | 1,973,035 | 0.7% |
| Landstar System, Inc. | 25,061 | 1,603,904 | 0.5% |
| Old Dominion Freight Line, Inc. (I) | 34,227 | 2,179,575 | 0.7% |
| Primoris Services Corp. | 54,872 | 1,582,508 | 0.5% |
| TriMas Corp. (I) | 41,156 | 1,569,278 | 0.5% |
| Waste Connections, Inc. | 35,137 | 1,705,901 | 0.6% |
| Watts Water Technologies, Inc., Class A | 29,965 | 1,849,739 | 0.6% |
| OTHER SECURITIES | | 36,272,116 | 12.0% |
| | | 52,121,581 | |
| **Information Technology - 17.3%** | | | |
| ARRIS Group, Inc. (I) | 61,693 | 2,006,873 | 0.7% |
| CACI International, Inc., Class A (I) | 24,970 | 1,753,144 | 0.6% |
| Cadence Design Systems, Inc. (I) | 91,157 | 1,594,336 | 0.5% |
| Cray, Inc. (I) | 70,578 | 1,877,375 | 0.6% |
| Integrated Device Technology, Inc. (I) | 102,118 | 1,578,744 | 0.5% |
| Jack Henry & Associates, Inc. | 27,699 | 1,646,152 | 0.6% |
| MicroStrategy, Inc., Class A (I) | 11,211 | 1,576,491 | 0.5% |
| Sanmina Corp. (I) | 88,277 | 2,010,950 | 0.7% |
| Tech Data Corp. (I) | 30,977 | 1,936,682 | 0.7% |
| OTHER SECURITIES | | 36,131,477 | 11.9% |
| | | 52,112,224 | |
| **Materials - 6.8%** | | | |
| Eagle Materials, Inc. | 18,814 | 1,773,784 | 0.6% |
| Graphic Packaging Holding Company (I) | 208,117 | 2,434,969 | 0.8% |
| Haynes International, Inc. | 31,497 | 1,782,415 | 0.6% |
| Minerals Technologies, Inc. | 30,127 | 1,975,729 | 0.7% |
| OTHER SECURITIES | | 12,597,049 | 4.1% |
| | | 20,563,946 | |
| **Telecommunication Services - 0.8%** | | 2,411,043 | 0.8% |
| **Utilities - 1.1%** | | | |
| UGI Corp. | 52,275 | 2,639,888 | 0.9% |
| OTHER SECURITIES | | 653,589 | 0.2% |
| | | 3,293,477 | |
| TOTAL COMMON STOCKS (Cost $233,757,929) | $ | 297,397,833 | |
| **Warrants 0.0%** | | 1,669 | 0.0% |
| TOTAL WARRANTS (Cost $855) | $ | 1,669 | |

## Small Cap Opportunities Trust (continued)

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **SHORT-TERM INVESTMENTS - 0.4%** | | | |
| **Money Market Funds - 0.4%** | | 1,344,624 | 0.4% |
| TOTAL SHORT-TERM INVESTMENTS (Cost $1,344,624) | $ | 1,344,624 | |
| **Total Investments (Small Cap Opportunities Trust) (Cost $235,103,408) - 99.2%** | $ | 298,744,126 | 99.2% |
| **Other Assets And Liabilities, Net - 0.8%** | | 2,420,280 | 0.8% |
| **TOTAL NET ASSETS - 100.0%** | $ | 301,164,406 | 100.0% |

## Small Cap Value Trust

| | Shares or Principal Amount | Value | % of Net Assets |
|---|---|---|---|
| **COMMON STOCKS - 96.3%** | | | |
| **Consumer Discretionary - 11.2%** | | | |
| Ascena Retail Group, Inc. (I) | 781,300 $ | 13,360,230 | 1.8% |
| Fred's, Inc., Class A | 670,742 | 10,255,645 | 1.3% |
| Helen of Troy, Ltd. (I) | 307,480 | 18,642,512 | 2.5% |
| Matthews International Corp., Class A (L) | 285,210 | 11,856,180 | 1.6% |
| Stage Stores, Inc. | 514,529 | 9,616,547 | 1.3% |
| The Cato Corp., Class A | 516,196 | 15,950,456 | 2.1% |
| OTHER SECURITIES | | 5,382,216 | 0.6% |
| | | 85,063,786 | |
| **Consumer Staples - 3.3%** | | | |
| Casey's General Stores, Inc. | 146,550 | 10,301,000 | 1.3% |
| OTHER SECURITIES | | 15,019,581 | 2.0% |
| | | 25,320,581 | |
| **Energy - 6.7%** | | | |
| Diamondback Energy, Inc. (I) | 153,941 | 13,669,961 | 1.8% |
| Era Group, Inc. (I) | 278,997 | 8,001,634 | 1.1% |
| Scorpio Tankers, Inc. | 1,525,880 | 15,518,200 | 2.0% |
| SEACOR Holdings, Inc. (I) | 109,698 | 9,022,661 | 1.2% |
| OTHER SECURITIES | | 4,455,184 | 0.6% |
| | | 50,667,640 | |
| **Financials - 20.7%** | | | |
| Education Realty Trust, Inc. | 711,960 | 7,646,450 | 1.0% |
| First Midwest Bancorp, Inc. | 691,341 | 11,773,537 | 1.6% |
| Hancock Holding Company | 235,210 | 8,307,617 | 1.1% |
| International Bancshares Corp. | 525,574 | 14,190,498 | 1.9% |
| MB Financial, Inc. | 308,918 | 8,356,232 | 1.1% |
| Northwest Bancshares, Inc. | 785,180 | 10,654,893 | 1.4% |
| Platinum Underwriters Holdings, Ltd. | 116,479 | 7,553,663 | 1.0% |
| Primerica, Inc. | 279,600 | 13,378,860 | 1.8% |
| Webster Financial Corp. | 461,760 | 14,563,910 | 1.9% |
| OTHER SECURITIES | | 60,332,339 | 7.9% |
| | | 156,757,999 | |
| **Health Care - 12.1%** | | | |
| Allscripts | | | |

| | Per share operating performance for a share outstanding throughout the period | | | | | | | | | Ratios and supplemental data | | | | | |
| Period ended | Net asset value, beginning of period ($) | Net investment income (loss) ($)[1] | Net real-ized and unrealized gain (loss) on invest-ments ($) | Total from investment oper-ations ($) | From net investment income ($) | From net realized gain ($) | From tax return of capital ($) | Total distri-butions ($) | Net asset value, end of period ($) | Total return (%)[2] | Expenses before reductions (%) | Expenses including reductions (%) | Net investment income (loss) (%) | Net assets, end of period (in millions) | Portfolio turnover (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Value Trust** | | | | | | | | | | | | | | | |
| **SERIES I** | | | | | | | | | | | | | | | |
| 06-30-2014[3] | 25.95 | 0.08 | 1.98 | 2.06 | — | — | — | — | 28.01 | 7.94[4] | 0.78[5] | 0.77[5] | 0.61[5] | 629 | 27 |
| 12-31-2013 | 19.31 | 0.15 | 6.68 | 6.83 | (0.19) | — | — | (0.19) | 25.95 | 35.40 | 0.79 | 0.79 | 0.64 | 523 | 42 |
| 12-31-2012 | 16.58 | 0.20 | 2.68 | 2.88 | (0.15) | — | — | (0.15) | 19.31 | 17.42 | 0.82 | 0.81 | 1.11 | 409 | 24 |
| 12-31-2011 | 16.61 | 0.16 | —[6] | 0.16 | (0.19) | — | — | (0.19) | 16.58 | 0.98 | 0.83 | 0.83 | 0.93 | 197 | 28 |
| 12-31-2010 | 13.72 | 0.14 | 2.90 | 3.04 | (0.15) | — | — | (0.15) | 16.61 | 22.22 | 0.83 | 0.83 | 0.94 | 218 | 43 |
| 12-31-2009 | 9.84 | 0.14 | 3.89 | 4.03 | (0.15) | — | — | (0.15) | 13.72 | 41.18 | 0.84 | 0.84 | 1.29 | 191 | 70 |
| **SERIES II** | | | | | | | | | | | | | | | |
| 06-30-2014[3] | 25.87 | 0.05 | 1.97 | 2.02 | — | — | — | — | 27.89 | 7.81[4] | 0.98[5] | 0.97[5] | 0.40[5] | 35 | 27 |
| 12-31-2013 | 19.26 | 0.10 | 6.66 | 6.76 | (0.15) | — | — | (0.15) | 25.87 | 35.10 | 0.99 | 0.99 | 0.44 | 36 | 42 |
| 12-31-2012 | 16.54 | 0.16 | 2.68 | 2.84 | (0.12) | — | — | (0.12) | 19.26 | 17.18 | 1.02 | 1.01 | 0.87 | 30 | 24 |
| 12-31-2011 | 16.56 | 0.12 | 0.01 | 0.13 | (0.15) | — | — | (0.15) | 16.54 | 0.84 | 1.03 | 1.03 | 0.73 | 30 | 28 |
| 12-31-2010 | 13.68 | 0.11 | 2.89 | 3.00 | (0.12) | — | — | (0.12) | 16.56 | 21.96 | 1.03 | 1.03 | 0.73 | 35 | 43 |
| 12-31-2009 | 9.82 | 0.12 | 3.87 | 3.99 | (0.13) | — | — | (0.13) | 13.68 | 40.79 | 1.04 | 1.04 | 1.10 | 32 | 70 |
| **SERIES NAV** | | | | | | | | | | | | | | | |
| 06-30-2014[3] | 25.92 | 0.08 | 1.98 | 2.06 | — | — | — | — | 27.98 | 7.95[4] | 0.73[5] | 0.72[5] | 0.64[5] | 30 | 27 |
| 12-31-2013 | 19.29 | 0.16 | 6.67 | 6.83 | (0.20) | — | — | (0.20) | 25.92 | 35.44 | 0.74 | 0.74 | 0.68 | 33 | 42 |
| 12-31-2012 | 16.56 | 0.21 | 2.68 | 2.89 | (0.16) | — | — | (0.16) | 19.29 | 17.50 | 0.77 | 0.76 | 1.14 | 24 | 24 |
| 12-31-2011 | 16.59 | 0.16 | 0.01 | 0.17 | (0.20) | — | — | (0.20) | 16.56 | 1.03 | 0.78 | 0.78 | 0.98 | 18 | 28 |
| 12-31-2010 | 13.70 | 0.14 | 2.91 | 3.05 | (0.16) | — | — | (0.16) | 16.59 | 22.31 | 0.78 | 0.78 | 0.98 | 22 | 43 |
| 12-31-2009 | 9.83 | 0.15 | 3.88 | 4.03 | (0.16) | — | — | (0.16) | 13.70 | 41.19 | 0.79 | 0.79 | 1.33 | 17 | 70 |

1. Based on average daily shares outstanding. 2. Total returns would have been lower had certain expenses not been reduced during the applicable periods. 3. Six months ended 6-30-14. Unaudited. 4. Not annualized. 5. Annualized. 6. Less than $0.005 per share.

116

**The accompanying notes are an integral part of the financial statements.**

# John Hancock Variable Insurance Trust

**Notes to financial statements (unaudited)**

**1. ORGANIZATION** John Hancock Variable Insurance Trust (the Trust) is a no-load, open-end management investment company organized as a Massachusetts business trust. It is a series company with multiple investment series (the portfolios), fifty of which are presented in this report. The Trust is registered under the Investment Company Act of 1940, as amended (the 1940 Act).

American Asset Allocation Trust, American Global Growth Trust, American Growth Trust, American Growth-Income Trust, American International Trust and American New World Trust (collectively, the JHVIT Feeder Funds), Lifestyle Aggressive PS Series, Lifestyle Balanced PS Series, Lifestyle Conservative PS Series, Lifestyle Growth PS Series, Lifestyle Moderate PS Series (collectively, the Lifestyle PS Series), Franklin Templeton Founding Allocation Trust and Core Strategy Trust operate as "funds of funds," investing in shares of mutual funds (underlying funds). The American Funds Insurance Series' accounting policies are outlined in their financial statements, available at the Securities and Exchange Commission's (SEC) website at www.sec.gov, or at the SEC's public reference room in Washington, D.C. These funds are not covered by this report.

The portfolios may offer up to four classes of shares: Series I, Series II, Series III and Series NAV. The shares currently offered by a specific portfolio are shown on the Statements of assets and liabilities. Shares of the portfolios are presently offered only to certain affiliates of John Hancock Investment Management Services, LLC (the Advisor) and Manulife Financial Corporation (MFC). Shareholders of each class have exclusive voting rights to matters that affect that class. The distribution and service fees, if any, for each class may differ.

**2. SIGNIFICANT ACCOUNTING POLICIES** The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America (US GAAP), which require management to make certain estimates and assumptions as of the date of the financial statements. Actual results could differ from those estimates and those differences could be significant. The portfolios qualify as investment companies under Topic 946 of Accounting Standards Codification of US GAAP, and there have been no changes to this qualification during the periods presented in the financial statements.

Events or transactions occurring after the end of the fiscal period through the date that the financial statements were issued have been evaluated in the preparation of the financial statements. The following summarizes the significant accounting policies of the portfolios:

**Security valuation.** Investments are stated at value as of the close of regular trading on the New York Stock Exchange (NYSE), normally at 4:00 p.m., Eastern Time (E.T.). In order to value the securities, the portfolios use the following valuation techniques: Equity securities, including exchange-traded funds, held by the portfolios are valued at the last sale price or official closing price on the exchange where the security was acquired or most likely will be sold. In the event there were no sales during the day or closing prices are not available, the securities are valued using the last available bid price. Investments by the portfolios in open-end mutual funds, including John Hancock Collateral Investment Trust (JHCIT), are valued at their respective net asset values each business day. Debt obligations are valued based on the evaluated prices provided by an independent pricing vendor or from broker-dealers. Independent pricing vendors utilize matrix pricing which takes into account factors such as institutional-size trading in similar groups of securities, yield, quality, coupon rate, maturity, type of issue, trading characteristics and other market data, as well as broker supplied prices. Options listed on an exchange are valued at the mean of the most recent bid and ask prices from the exchange where the option was acquired or most likely will be sold. Futures contracts are valued at settlement prices, which are the official closing prices published by the exchange on which they trade. Foreign index futures that trade in the electronic trading market subsequent to the close of regular trading and have sufficient liquidity will be valued at the last traded price in the electronic trading market as of 4:00 p.m ET. Foreign securities and currencies, including forward foreign currency contracts, are valued in U.S. dollars, based on foreign currency exchange rates supplied by an independent pricing vendor. Securities that trade only in the over-the-counter (OTC) market are valued using bid prices. Certain short-term securities with maturities of 60 days or less at the time of purchase are valued at amortized cost.

Other portfolio securities and assets, for which reliable market quotations are not readily available, are valued at fair value as determined in good faith by the portfolios' Pricing Committee following procedures established by the Board of Trustees. The frequency with which these fair valuation procedures are used cannot be predicted and fair value of securities may differ significantly from the value that would have been used had a ready market for such securities existed. Trading in foreign securities may be completed before the daily close of trading on the NYSE. Significant events at the issuer or market level may affect the values of securities between the time when the valuation of the securities is generally determined and the close of the NYSE. If a significant event occurs, these securities may be fair valued, as determined in good faith by the portfolios' Pricing Committee, following procedures established by the Board of Trustees. The portfolios may use fair value adjustment factors provided by an independent pricing vendor to value certain foreign securities in order to adjust for events that may occur between the close of foreign exchanges or markets and the close of the NYSE.

The portfolios use a three-tier hierarchy to prioritize the pricing assumptions, referred to as inputs, used in valuation techniques to measure fair value. Level 1 includes securities valued using quoted prices in active markets for identical securities, including registered investment companies. Level 2 includes securities valued using other significant observable inputs. Observable inputs may include quoted prices for similar securities, interest rates, prepayment speeds and credit risk. Prices for securities valued using these inputs are received from independent pricing vendors and brokers and are based on an evaluation of the inputs described. Level 3 includes securities valued using significant unobservable inputs when market prices are not readily available or reliable, including the portfolio's own assumptions in determining the fair value of investments. Factors used in determining value may include market or issuer specific events or trends, changes in interest rates and credit quality. The inputs or methodology used for valuing securities are not necessarily an indication of the risks associated with investing in those securities. Changes in valuation techniques may result in transfers into or out of an assigned level within the disclosure hierarchy.

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

JOHN HANCOCK VARIABLE INSURANCE TRUST

/s/ Andrew Arnott
_____
Andrew Arnott
President
Date: August 6, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

/s/ Andrew Arnott
_____
Andrew Arnott
President
Date: August 6, 2014

/s/ Charles A. Rizzo
_____
Charles A. Rizzo
Chief Financial Officer
Date: August 6, 2014