# EXHIBIT T

N-CSRS 1 a14-16585_3ncsrs.htm CURIAN VARIABLE SERIES TRUST FORM N-CSR

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM N-CSR

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED
### MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number       811-22613

Curian Variable Series Trust
(Exact name of registrant as specified in charter)

7601 Technology Way, Denver, Colorado                    80237
(Address of principal executive offices)                 (Zip code)

Mark D. Nerud
Jackson National Asset Management, LLC
225 West Wacker Drive, Suite 1200
Chicago, Illinois 60606
(Name and address of agent for service)

Registrant's telephone number, including area code:       (312) 338-5800

Date of fiscal year end:       December 31

Date of reporting period:       January 1, 2014 – June 30, 2014

Form N-CSR is to be used by management investment companies to file reports with the Commission not later than 10 days after the transmission to stockholders of any report that is required to be transmitted to stockholders under Rule 30e-1 under the Investment Company Act of 1940 (17 CFR 270.30e-1). The Commission may use the information provided on Form N-CSR in its regulatory, disclosure review, inspection, and policymaking roles.

A registrant is required to disclose the information specified by Form N-CSR, and the Commission will make this information public. A registrant is not required to respond to the collection of information contained in Form N-CSR unless the Form displays a currently valid Office of Management and Budget ("OMB") control number. Please direct comments concerning the accuracy of the information collection burden estimate and any suggestions for reducing the burden to Secretary, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC 20549-0609. The OMB has reviewed this collection of information under the clearance requirements of 44 U.S.C. §3507.

**Item 1.  Report to Shareholders.**

**ACCESS. STORAGE. SECURITY.**

CHOOSE THE INBOX.
NOT THE MAILBOX.
Less waste. More convenience. Your choice.

**Three easy ways to go paperless:**

1. Mail this postage-paid card       2. Call 1-866-349-4564       3. Visit jackson.com

**I consent to receive by electronic delivery:**

☐ **ALL DOCUMENTS**       ☐ Periodic and immediate confirmations       ☐ Prospectuses and prospectus supplements
                          ☐ Annual and semi-annual reports          ☐ Other contract-related correspondence

This consent will continue unless and until revoked and will cover delivery to you in the form of an e-mail or by notice to you of a document's availability on Jackson National Life Insurance Company®'s (also referred to as Jackson®) Web site. You may revoke your consent to electronic delivery at any time with respect to any or all of the documents. Paper delivery of such documents will commence after receipt of your revocation of consent to electronic delivery. Please contact the appropriate Jackson Service Center or go to www.jackson.com to update your e-mail address, revoke your consent to electronic delivery, or request paper copies. Certain types of correspondence may continue to be delivered by the United States Postal Service for compliance reasons. Registration on Jackson's Web site (www.jackson.com) is required for electronic delivery of contract-related correspondence.

**Curian/Neuberger Berman Risk Balanced Commodity Strategy Fund** *(i)*

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014♦ | 10.00 | (0.01) | 0.12 | 0.11 | — | — | 10.11 | 1.10 | 179,297 | 6 | 1.07 | 1.07 | (0.85) |

**Curian/Nicholas Convertible Arbitrage Fund**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | 10.55 | (0.20) | 0.44 | 0.24 | — | — | 10.79 | 2.27 | 413,404 | 65 | 1.87*(f)* | 1.87*(f)* | (3.68) |
| 12/31/2013 | 10.26 | (0.25) | 0.59 | 0.34 | (0.00)*(g)* | (0.05) | 10.55 | 3.35 | 238,456 | 150 | 1.88*(f)* | 1.88*(f)* | (2.39) |
| 12/31/2012* | 10.00 | (0.36) | 0.62 | 0.26 | — | — | 10.26 | 2.60 | 204,528 | 139 | 2.50*(f)* | 2.50*(f)* | (3.99) |

**Curian/PIMCO Credit Income Fund**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | 10.17 | 0.12 | 0.49 | 0.61 | — | — | 10.78 | 6.00 | 72,105 | 61 *(k)* | 0.87 | 0.87 | 2.26 |
| 12/31/2013 | 10.54 | 0.17 | (0.35) | (0.18) | (0.19) | (0.00)*(g)* | 10.17 | (1.70) | 52,473 | 103 *(k)* | 0.97 | 0.97 | 1.67 |
| 12/31/2012* | 10.00 | 0.16 | 0.51 | 0.67 | (0.11) | (0.02) | 10.54 | 6.68 | 33,519 | 79 | 1.01 | 1.01 | 1.71 |

**Curian/PineBridge Merger Arbitrage Fund**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | 10.07 | (0.06) | (0.02) | (0.08) | — | — | 9.99 | (0.79) | 238,645 | 93 | 1.65 *(f)* | 1.65 *(f)* | (1.19) |
| 12/31/2013 | 10.08 | (0.06) | 0.08 | 0.02 | — | (0.03) | 10.07 | 0.21 | 260,399 | 283 | 1.53 *(f)* | 1.53 *(f)* | (0.59) |
| 12/31/2012* | 10.00 | (0.10) | 0.18 | 0.08 | — | — | 10.08 | 0.80 | 220,917 | 341 | 1.51 *(f)* | 1.51 *(f)* | (1.12) |

**Curian/Schroder Emerging Europe Fund**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | 10.30 | 0.03 | (0.22) | (0.19) | — | — | 10.11 | (1.84) | 17,288 | 47 | 1.64 | 1.64 | 0.58 |
| 12/31/2013† | 10.00 | 0.10 | 0.30 | 0.40 | (0.10) | — | 10.30 | 4.04 | 21,680 | 53 | 1.58 | 1.58 | 1.47 |

**Curian/T. Rowe Price Capital Appreciation Fund**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014^ | 10.51 | 0.04 | 0.66 | 0.70 | — | — | 11.21 | 6.66 | 62,082 | 39 | 1.04 | 1.18 | 0.82 |
| 12/31/2013^ | 10.00 | 0.02 | 0.52 | 0.54 | (0.03) | (0.00)*(g)* | 10.51 | 5.45 | 39,085 | 11 | 1.03 | 1.16 | 0.79 |

**Curian/The Boston Company Equity Income Fund**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | 13.38 | 0.08 | 0.69 | 0.77 | — | — | 14.15 | 5.75 | 50,155 | 25 | 1.02 | 1.02 | 1.20 |
| 12/31/2013 | 10.70 | 0.18 | 3.76 | 3.94 | (0.14) | (1.12) | 13.38 | 36.82 | 37,852 | 102 | 1.02 | 1.02 | 1.43 |
| 12/31/2012* | 10.00 | 0.21 | 0.64 | 0.85 | (0.12) | (0.03) | 10.70 | 8.49 | 16,670 | 45 | 1.06 | 1.06 | 2.28 |

**Curian/UBS Global Long Short Fixed Income Opportunities Fund**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | 9.96 | 0.11 | (0.23) | (0.12) | — | — | 9.84 | (1.20) | 217,376 | 12 | 1.43 | 1.43 | 2.29 |
| 12/31/2013† | 10.00 | 0.12 | (0.16) | (0.04) | — | — | 9.96 | (0.40) | 130,690 | 15 | 1.45 | 1.45 | 1.71 |

**Curian/Van Eck International Gold Fund** *(j)*

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | 4.69 | (0.02) | 1.68 | 1.66 | — | — | 6.35 | 35.39 | 138,999 | 31 | 1.27 | 1.27 | (0.59) |
| 12/31/2013 | 9.02 | (0.02) | (4.30) | (4.32) | (0.01) | — | 4.69 | (47.90) | 116,757 | 33 | 1.29 | 1.29 | (0.31) |
| 12/31/2012† | 10.00 | (0.02) | (0.96) | (0.98) | — | — | 9.02 | (9.80) | 98,607 | 1 | 1.31 | 1.31 | (0.72) |

---

\*   Commenced operations on February 6, 2012.
†   Commenced operations on September 10, 2012.
‡   Commenced operations on April 29, 2013.
^   Commenced operations on September 16, 2013.
♦   Commenced operations on April 28, 2014.
*(a)*   Annualized for periods less than one year.
*(b)*   Per share data calculated using average shares method.
*(c)*   Total return assumes reinvestment of all distributions for the period. Total return is not annualized for periods less than one year and does not reflect payment of the expenses that apply to the variable accounts or any annuity charges.
*(d)*   Portfolio turnover is not annualized for periods of less than one year. Fixed income securities with maturities greater than one year that are purchased for short term investment are excluded from the portfolio turnover calculation.
*(e)*   Ratios of net investment income and expenses to average net assets do not include the impact of the underlying funds' expenses.

See accompanying Notes to Financial Statements.

---

*(f)*   The ratio of net expenses and total expenses to average net assets without dividend on securities sold short and short holdings borrowing fees was as follows for the period indicated:

| | June 30, 2014 | December 31, 2013 | December 31, 2012 |
|---|---|---|---|
| Curian/BlackRock Global Long Short Credit Fund | 1.44% | 1.42% | N/A |
| Curian/Eaton Vance Global Macro Absolute Return Advantage Fund | 1.44 | 1.43 | N/A |
| Curian/Nicholas Convertible Arbitrage Fund | 1.32 | 1.32 | 1.36% |
| Curian/PineBridge Merger Arbitrage Fund | 1.32 | 1.32 | 1.36 |

*(g)*   Amount represents less than $0.005.
*(h)*   Total return for the Curian/Franklin Templeton Frontier Markets Fund includes a reimbursement from the sub-adviser due to certain investment losses. The return without the reimbursement was 18.30%.
*(i)*   Consolidated Financial Statements since commencement of operations.
*(j)*   Consolidated Financial Statements starting year ended December 31, 2013.
*(k)*   Portfolio turnover including dollar roll transactions for Curian/PIMCO Credit Income Fund was 108% in 2013 and 113% in 2014.
*(l)*   Distribution amount for Curian/CenterSquare International REIT Fund includes a return of capital distribution which was $0.02 per share.

See accompanying Notes to Financial Statements.

---

**Curian Variable Series Trust Sub-Advised Funds** *(Unaudited)*
**Notes to Financial Statements**
June 30, 2014

**NOTE 1. ORGANIZATION**

The Curian Variable Series Trust (the "Trust") is an open-end investment management company organized under the laws of the Commonwealth of Massachusetts, by a Declaration of Trust, dated September 7, 2011. The Trust is registered with the U.S. Securities and Exchange Commission ("SEC") under the Investment Company Act of 1940, as amended ("1940 Act"), and its shares are registered under the Securities Act of 1933, as amended ("1933 Act"). The Trust operates as a series company, and at June 30, 2014 consisted of 55 separate funds. The information presented in these financial statements pertains to the 33 separate funds (each a "Fund," and collectively, "Funds") listed in the table below. Each Fund represents shares of beneficial interest in a separate portfolio of securities and other assets, each with its own investment objective.

Curian Capital, LLC ("Curian," the "Adviser" or "Administrator"), a wholly-owned subsidiary of Jackson National Life Insurance Company® ("Jackson"), serves as investment adviser and administrator to the Funds. Jackson is an indirect wholly owned subsidiary of Prudential plc, a publicly traded company incorporated in the United Kingdom. Prudential plc is not affiliated in any manner with Prudential Financial Inc., a company whose principal place of business is the United States of America. The Funds offer only one class of shares. Shares of each Fund are sold to life insurance company separate accounts and other affiliated registered investment companies to fund the benefits of variable annuity contracts. Shares may also be sold directly to qualified and non-qualified retirement plans. The Funds and each Fund's Adviser/Sub-Adviser are:

| Fund: | Adviser: | Sub-Adviser: |
|---|---|---|
| Curian Tactical Advantage 35 Fund | Curian Capital, LLC | Mellon Capital Management Corporation |
| Curian Tactical Advantage 60 Fund | | |
| Curian Tactical Advantage 75 Fund | | |
| The funds are collectively known as "Curian Tactical Advantage Funds." | | |
| Curian Dynamic Risk Advantage - Diversified Fund | Curian Capital, LLC | Mellon Capital Management Corporation |
| Curian Dynamic Risk Advantage - Growth Fund | | |
| Curian Dynamic Risk Advantage - Income Fund | | |
| The funds are collectively known as "Curian Dynamic Risk Advantage Funds." | | |
| Curian/Aberdeen Latin America Fund | Curian Capital, LLC | Aberdeen Asset Managers Limited |
| Curian/AQR Risk Parity Fund | Curian Capital, LLC | AQR Capital Management, LLC |
| Curian/Ashmore Emerging Market Small Cap Equity Fund | Curian Capital, LLC | Ashmore Equities Investment Management (US) LLC |
| Curian/Baring International Fixed Income Fund | Curian Capital, LLC | Baring International Investment Limited |
| Curian/BlackRock Global Long Short Credit Fund | Curian Capital, LLC | BlackRock Financial Management, Inc. |
| | | BlackRock International Limited |
| Curian/CenterSquare International REIT Fund | Curian Capital, LLC | CenterSquare Investment Management, Inc. |
| Curian/DFA U.S. Micro Cap Fund | Curian Capital, LLC | Dimensional Fund Advisors LP |
| Curian/DoubleLine Total Return Fund | Curian Capital, LLC | DoubleLine Capital LP |
| Curian/Eaton Vance Global Macro Absolute Return Advantage Fund | Curian Capital, LLC | Eaton Vance Management |
| Curian/Epoch Global Shareholder Yield Fund | Curian Capital, LLC | Epoch Investment Partners, Inc. |
| Curian/FAMCO Flex Core Covered Call Fund | Curian Capital, LLC | Fiduciary Asset Management LLC |
| Curian Focused International Equity Fund | Curian Capital, LLC | WCM Investment Management |
| Curian Focused U.S. Equity Fund | Curian Capital, LLC | The London Company of Virginia, LLC |
| Curian/Franklin Templeton Frontier Markets Fund | Curian Capital, LLC | Templeton Asset Management Ltd. |
| Curian/Franklin Templeton Natural Resources Fund | Curian Capital, LLC | Franklin Advisers, Inc. |
| Curian/Lazard International Strategic Equity Fund | Curian Capital, LLC | Lazard Asset Management LLC |
| Curian Long Short Credit Fund | Curian Capital, LLC | PPM America, Inc.* |
| Curian/Neuberger Berman Currency Fund | Curian Capital, LLC | Neuberger Berman Fixed Income LLC |
| Curian/Neuberger Berman Risk Balanced Commodity Strategy Fund | | |
| Curian/Nicholas Convertible Arbitrage Fund | Curian Capital, LLC | Nicholas Investment Partners, L.P. |
| Curian/PIMCO Credit Income Fund | Curian Capital, LLC | Pacific Investment Management Company LLC |
| Curian/PineBridge Merger Arbitrage Fund | Curian Capital, LLC | PineBridge Investments LLC |
| Curian/Schroder Emerging Europe Fund | Curian Capital, LLC | Schroder Investment Management North America Inc. |
| | | Schroder Investment Management North America Limited (Sub-Sub-Adviser) |
| Curian/T. Rowe Price Capital Appreciation Fund | Curian Capital, LLC | T. Rowe Price Associates, Inc. |
| Curian/The Boston Company Equity Income Fund | Curian Capital, LLC | The Boston Company Asset Management LLC |
| Curian/UBS Global Long Short Fixed Income Opportunities Fund | Curian Capital, LLC | UBS Global Asset Management (Americas) Inc. |
| Curian/Van Eck International Gold Fund | Curian Capital, LLC | Van Eck Associates Corporation |

* PPM America, Inc. is an affiliate of Curian.

**Curian Variable Series Trust Sub-Advised Funds** *(Unaudited)*
**Notes to Financial Statements**
June 30, 2014

The Funds are diversified Funds for purposes of the 1940 Act, with the exception of the following non-diversified Funds: Curian Tactical Advantage Funds, Curian Dynamic Risk Advantage - Income Fund, Curian/Aberdeen Latin America Fund, Curian/AQR Risk Parity Fund, Curian/Baring International Fixed Income Fund, Curian/Eaton Vance Global Macro Absolute Return Advantage Fund, Curian Focused International Equity Fund, Curian Focused U.S. Equity Fund, Curian/Franklin Templeton Frontier Markets Fund, Curian/Neuberger Berman Currency Fund, Curian/Neuberger Berman Risk Balanced Commodity Strategy Fund, Curian/PineBridge Merger Arbitrage Fund and Curian/Van Eck International Gold Fund.

Curian/Neuberger Berman Risk Balanced Commodity Strategy Fund commenced operations April 28, 2014.

Effective April 28, 2014, the name of Curian/Urdang International REIT Fund was changed to Curian/CenterSquare International REIT Fund.

**NOTE 2. SIGNIFICANT ACCOUNTING POLICIES**

1940, as amended, are attached hereto.
(3) Not applicable.

(b)      The certification required by Rule 30a-2(b) under the Investment Company Act of 1940, as amended, is attached hereto.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, and the Investment Company Act of 1940, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Curian Variable Series Trust

By:      /s/ Mark D. Nerud
_____
Mark D. Nerud
Principal Executive Officer

Date:      September 5, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, and the Investment Company Act of 1940, as amended, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:      /s/ Mark D. Nerud
_____
Mark D. Nerud
Principal Executive Officer

Date:      September 5, 2014

By:      /s/ Daniel W. Koors
_____
Daniel W. Koors
Principal Financial Officer

Date:      September 5, 2014

## EXHIBIT LIST

Exhibit 12(a)(2)      Certification of the Principal Executive Officer required by Rule 30a-2(a) under the Investment Company Act of 1940, as amended.

Certification of the Principal Financial Officer required by Rule 30a-2(a) under the Investment Company Act of 1940, as amended.

Exhibit 12(b)      Certification required by Rule 30a-2(b) under the Investment Company Act of 1940, as amended.