# EXHIBIT T(b)

N-CSR 1 d545323dncsr.htm JACKSON VARIABLE SERIES TRUST FORM N-CSR

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, DC 20549

**FORM N-CSR**

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED**
**MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number: 811-22613

Jackson Variable Series Trust
(Exact name of registrant as specified in charter)

1 Corporate Way, Lansing, Michigan, 48951
(Address of principal executive offices) (Zip code)

Mark D. Nerud
Jackson National Asset Management, LLC
225 West Wacker Drive, Suite 1200
Chicago, Illinois 60606
(Name and address of agent for service)

Registrant's telephone number, including area code: (312) 338-5800

Date of fiscal year end: December 31

Date of reporting period: December 31, 2017

Form N-CSR is to be used by management investment companies to file reports with the Commission not later than 10 days after the transmission to stockholders of any report that is required to be transmitted to stockholders under Rule 30e-1 under the Investment Company Act of 1940 (17 CFR 270.30e-1). The Commission may use the information provided on Form N-CSR in its regulatory, disclosure review, inspection, and policymaking roles.

A registrant is required to disclose the information specified by Form N-CSR, and the Commission will make this information public. A registrant is not required to respond to the collection of information contained in Form N-CSR unless the Form displays a currently valid Office of Management and Budget ("OMB") control number. Please direct comments concerning the accuracy of the information collection burden estimate and any suggestions for reducing the burden to Secretary, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC 20549-0609. The OMB has reviewed this collection of information under the clearance requirements of 44 U.S.C. §3507.

# JNL/DFA U.S. Small Cap Fund



### Dimensional Fund Advisors LP *(Unaudited)*

**JNL/DFA U.S. Small Cap Fund**



¹Effective September 25, 2017, the Fund changed its primary benchmark from the Russell Micro Cap Index to the MSCI USA Small Cap Index for consistency with the Fund's principle investment strategies.

**Average Annual Total Returns***

| Class A‡ | | Class I† | |
|---|---|---|---|
| 1 Year | 10.15% | 1 Year | N/A |
| 5 Year | 14.26 | 5 Year | N/A |
| Since Inception | 13.62 | Since Inception | 6.71% |

‡*Inception date September 10, 2012*
†*Inception date September 25, 2017*
*The Fund's investment adviser waived/reimbursed certain expenses of the Fund. Performance results shown reflect the waiver, without which performance results would have been lower.*

*The graph shows the change in value of an assumed $10,000 investment in the Fund's Class A shares over 10 years, or since inception if the inception is less than 10 years, as well as the Fund's benchmark(s) performance for the same period.*

*Past performance is not predictive of future performance. Investment return and principal value will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost. Performance numbers are net of all Fund operating expenses, but do not reflect the deduction of insurance charges.*

**Composition as of December 31, 2017:**

| | |
|---|---|
| Financials | 19.8% |
| Industrials | 18.8 |
| Consumer Discretionary | 15.3 |
| Information Technology | 13.4 |
| Health Care | 8.5 |
| Materials | 5.6 |
| Energy | 5.3 |
| Consumer Staples | 4.1 |
| Utilities | 2.9 |
| Telecommunication Services | 1.2 |
| Real Estate | 0.6 |
| Rights | - |
| Securities Lending Collateral | 4.0 |
| Other Short Term Investments | 0.5 |
| **Total Investments** | **100.0%** |

For the year ended December 31, 2017, JNL/DFA U.S. Small Cap Fund underperformed its primary benchmark by posting a return of 10.15% for Class A shares compared to 17.30% for the MSCI USA Small Cap Index (Gross).

Effective September 25, 2017, the JNL/DFA U.S. Micro Cap Fund's name changed to JNL/DFA U.S. Small Cap Fund and at the that time the investment strategy changed from a micro cap strategy to a small cap strategy.

The U.S. market had positive performance in 2017. The yearly return for the broad U.S. market, as measured by the MSCI USA IMI Index, was 21.28%. Small cap securities underperformed the broad market, as measured by the MSCI USA Small Cap Index (Gross) return.

The MSCI USA Small Cap Index (Gross) includes stocks with greater market capitalizations than those generally invested in by the Fund. Therefore, the Fund had a greater allocation to stocks with smaller market capitalizations, which was the primary driver of underperformance, as stocks with smaller market capitalizations underperformed stocks with greater market capitalizations for the year. The Fund's general exclusion of stocks with the lowest profitability and highest relative price also detracted from relative performance, as those stocks outperformed for the year. At the sector level, the Fund's general exclusion of real estate investment trusts ("REITs") had a positive impact on performance relative to both Russell Microcap Index and MSCI USA Small Cap Index (Gross) as REITs underperformed the MSCI USA Small Cap Index (Gross).

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, and the Investment Company Act of 1940, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Jackson Variable Series Trust

By:    /s/ Mark D. Nerud
       Mark D. Nerud
       Principal Executive Officer

Date:   March 6, 2018

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, and the Investment Company Act of 1940, as amended, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:    /s/ Mark D. Nerud
       Mark D. Nerud
       Principal Executive Officer

Date:   March 6, 2018

By:    /s/ Daniel W. Koors
       Daniel W. Koors
       Principal Financial Officer

Date:   March 6, 2018

## EXHIBIT LIST

Exhibit 12(a)(1)     Registrant's Code of Ethics pursuant to Section 406 of the Sarbanes-Oxley Act of 2002.

Exhibit 12(a)(2)     Certification of the Principal Executive Officer required by Rule 30a-2(a) under the Investment Company Act of 1940, as amended.

Certification of the Principal Financial Officer required by Rule 30a-2(a) under the Investment Company Act of 1940, as amended.

Exhibit 12(b)        Certification required by Rule 30a-2(b) under the Investment Company Act of 1940, as amended.