# EXHIBIT V

Case 1:20-md-02941-JSR   Document 92-26   Filed 06/29/20   Page 2 of 5

N-CSRS 1 v388155_ncsrs.htm N-CSRS

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM N-CSR**

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED
MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number **811-07763**

**Litman Gregory Funds Trust**
(Exact name of registrant as specified in charter)

**4 Orinda Way, Suite 200-D, Orinda, CA 94563**
(Address of principal executive offices) (Zip code)

**Jeremy DeGroot**
**4 Orinda Way, Suite 200-D**
**Orinda, CA 94563**
(Name and address of agent for service)

**(925) 254-8999**
Registrant's telephone number, including area code

Date of fiscal year end: **December 31**

Date of reporting period: **June 30, 2014**

---

Case 1:20-md-02941-JSR   Document 92-26   Filed 06/29/20   Page 3 of 5

# Litman Gregory Funds Trust
## NOTES TO FINANCIAL STATEMENTS (Unaudited)

### Note 1 – Organization

Litman Gregory Funds Trust (the 'Trust') was organized as a Delaware business trust on August 1, 1996, and is registered under the Investment Company Act of 1940 (the '1940 Act') as an open-end management investment company. Effective August 1, 2011, The Masters' Select Funds Trust changed its name to the Litman Gregory Funds Trust. The Trust consists of four separate series: Litman Gregory Masters Equity Fund, Litman Gregory Masters International Fund, Litman Gregory Masters Smaller Companies Fund and Litman Gregory Masters Alternative Strategies Fund (each a 'Fund' and collectively the 'Funds').

Litman Gregory Masters Equity Fund ('Equity Fund') seeks to increase the value of your investment over the long-term by using the combined talents and favorite stock-picking ideas of seven highly regarded portfolio managers. The Equity Fund offers two classes of shares: Institutional Class and Investor Class shares. The Investor Class shares charge a 0.25% 12b-1 distribution fee to the shareholders of this class (see Note 9). The Investor Class commenced operations on April 30, 2009.

Litman Gregory Masters International Fund ('International Fund') seeks to increase the value of your investment over the long-term by using the combined talents and favorite stock-picking ideas of six highly regarded international portfolio managers. The International Fund offers two classes of shares: Institutional Class and Investor Class shares. The Investor Class shares charge a 0.25% 12b-1 distribution fee to the shareholders of this class (see Note 9). The Investor Class commenced operations on April 30, 2009.

Litman Gregory Masters Smaller Companies Fund ('Smaller Companies Fund') seeks to increase the value of your investment over the long-term by using the combined talents and favorite stock-picking ideas of three highly regarded smaller company portfolio managers. The Smaller Companies Fund offers one class of shares: Institutional Class.

Litman Gregory Masters Alternative Strategies Fund ('Alternative Strategies Fund') seeks to achieve long-term returns with lower risk and lower volatility than the stock market, and with relatively low correlation to stock and bond market indexes. The Alternative Strategies Fund offers two classes of shares: Institutional Class and Investor Class shares. The Investor Class shares charge a 0.25% 12b-1 distribution fee to the shareholders of this class (see Note 9). Both classes commenced operations on September 30, 2011.

### Note 2 – Significant Accounting Policies

The following is a summary of the significant accounting policies followed by the Funds. These policies are in conformity with accounting principles generally accepted in the United States of America.

A.   *Security Valuation.* Investments in securities traded on a national securities exchange are valued at the last reported sales price at the close of regular trading on each day that the exchanges are open for trading. Securities listed on the NASDAQ Global Market, the NASDAQ Global Select Market and the NASDAQ Capital Market are valued using the NASDAQ Official Closing Price ('NOCP'). Securities traded on an exchange for which there have been no sales are valued at the mean between the closing bid and asked prices. Debt securities maturing within 60 days or less are valued at amortized cost unless the Valuation Committee determines that amortized cost does not represent fair value. Securities for which market prices are not readily available or if a security's value has materially changed after the close of the security's primary market but before the close of trading on the NYSE, the securities are valued at fair value as determined in good faith by the Investment Managers that selected the security for the Funds' portfolio and the Trust's Valuation Committee in accordance with procedures approved by the Board of Trustees. In determining fair value, the Funds take into account all relevant factors and available information. Consequently, the price of the security used by a Fund to calculate its net asset value may differ from quoted or published prices for the same security. Fair value pricing involves subjective judgments and there is no single standard for determining the fair value of a security. As a result, different mutual funds could reasonably arrive at a different value for the same security. For securities that do not trade during NYSE hours, fair value determinations are based on analyses of market movements after the close of those securities' primary markets, and include reviews of developments in foreign markets, the performance of U.S. securities markets, and the performance of instruments trading in U.S. markets that represent foreign securities and baskets of foreign securities. Pricing services are used to obtain closing market prices and to compute certain fair value adjustments utilizing computerized pricing models. It is possible that the fair value determined for a security is materially different from the value that could be realized upon the sale of that security or from the values that other mutual funds may determine.

Case 1:20-md-02941-JSR Document 92-26 Filed 06/29/20 Page 4 of 5

Investments in other funds are valued at their respective net asset values as determined by those funds in accordance with the Investment Company Act of 1940.

Debt securities generally trade in the over-the-counter market rather than on a securities exchange. The Funds' pricing services use multiple valuation techniques to determine fair value. In instances where sufficient market activity exists, the pricing services may utilize a market-based approach through which quotes from market makers are used to determine fair value. In instances where sufficient market activity may not exist or is limited, the pricing services also utilize proprietary valuation models which may consider market characteristics such as benchmark yield curves, option-adjusted spreads, credit spreads, estimated default rates, coupon rates, anticipated timing of principal repayments, underlying collateral, and other unique security features in order to estimate the relevant cash flows, which are then discounted to calculate the fair value. Securities denominated in a foreign currency are converted into their U.S. dollar equivalent at the foreign exchange rate in effect at the close of the NYSE on the date that the values of the foreign debt securities are determined. Repurchase agreements are valued at cost, which approximates market value.

Notes to Financial Statements | 79

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

(Registrant)    Litman Gregory Funds Trust

By    /s/ Jeremy DeGroot
        Jeremy DeGroot, President and Principal Executive Officer

Date   September 3, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By   /s/ Jeremy DeGroot
        Jeremy DeGroot, President and Principal Executive Officer

Date September 3, 2014

By   /s/ John Coughlan
        John Coughlan, Treasurer and Principal Financial Officer

Date September 3, 2014