# EXHIBIT W

N-CSRS 1 d742555dncsrs.htm QUANTITATIVE MASTER SERIES LLC

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM N-CSR

## CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number: 811-07899 and 811-07855

Name of Fund:  BlackRock Index Funds, Inc.
                  BlackRock International Index Fund
                  BlackRock Small Cap Index Fund

                  Quantitative Master Series LLC
                  Master International Index Series
                  Master Small Cap Index Series

Fund Address:  100 Bellevue Parkway, Wilmington, DE 19809

Name and address of agent for service: John M. Perlowski, Chief Executive Officer, BlackRock Index Funds, Inc. and Quantitative Master Series LLC, 55 East 52nd Street, New York, NY 10055

Registrants' telephone number, including area code: (800) 441-7762

Date of fiscal year end: 12/31/2014

Date of reporting period: 06/30/2014

## Notes to Financial Statements (Unaudited)

**BlackRock Index Funds, Inc.**

### 1. Organization:

BlackRock International Index Fund ("International Index") and BlackRock Small Cap Index Fund ("Small Cap Index") (collectively, the "Funds" or individually, a "Fund"), are each a series of BlackRock Index Funds, Inc. (the "Corporation"), which is registered under the Investment Company Act of 1940, as amended (the "1940 Act"), as an open-end management investment company. The Corporation is organized as a Maryland corporation. Each Fund is classified as diversified. The Funds seek to achieve their investment objectives by investing all of their assets in Master International Index Series ("Master International Index") and Master Small Cap Index Series ("Master Small Cap Index"), respectively (collectively, the "Series" or individually, a "Series"), of Quantitative Master Series LLC (the "Master LLC"), an affiliate of the Funds, each of which has the same investment objective and strategies as the corresponding Fund. The value of the Fund's investment in the applicable Series reflects the Fund's proportionate interest in the net assets of the Series. The performance of the Funds is directly affected by the performance of the Series. The percentages of Master International Index and Master Small Cap Index owned by International Index and Small Cap Index at June 30, 2014 were 37.9% and 19.8%, respectively. As such the financial statements of the Series, including the Schedules of Investments, are included elsewhere in this report and should be read in conjunction with the Funds' financial statements.

The Funds offer multiple classes of shares. Institutional Shares and Class K Shares are sold without a sales charge and only to certain eligible investors. Investor A Shares are generally sold without a front-end sales charge. All classes of shares have identical voting, dividend, liquidation and other rights and are subject to the same terms and conditions, except that Investor A Shares bear certain expenses related to the shareholder servicing of such shares. Each class has exclusive voting rights with respect to matters relating to its shareholder servicing and distribution expenditures.

### 2. Significant Accounting Policies

The Funds' financial statements are prepared in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP"), which may require management to make estimates and assumptions that affect the reported amounts of assets and liabilities in the financial statements and the reported amounts of increases and decreases in net assets from operations during the reporting period. Actual results could differ from those estimates. Each Fund is considered an investment company under U.S. GAAP and follows the accounting and reporting guidance applicable to investment companies. The following is a summary of significant accounting policies followed by the Funds:

Valuation: U.S. GAAP defines fair value as the price the Funds would receive to sell an asset or pay to transfer a liability in an orderly transaction between market participants at the measurement date. The Funds' policy is to fair value their financial instruments at market value. The Fund records its investment in the Series at fair value based on the Fund's proportionate interest in the net assets of the applicable Series. Valuation of securities held by the Series is discussed in Note 2 of the Series' Notes to Financial Statements, which are included elsewhere in this report.

Investment Transactions and Investment Income: For financial reporting purposes, contributions to and withdrawals from the Series are accounted on a trade date basis. The Funds record daily their proportionate share of the Series' income, expenses and realized and unrealized gains and losses. Realized and unrealized gains and losses are adjusted utilizing partnership tax allocation rules. In addition, the Funds accrue their own expenses. Income, expenses and realized and unrealized gains and losses are allocated daily to each class based on its relative net assets.

Dividends and Distributions: Dividends and distributions paid by the Funds are recorded on the ex-dividend date. The character and timing of dividends and distributions are determined in accordance with federal income tax regulations, which may differ from U.S. GAAP.

Recent Accounting Standard: In June 2014, the Financial Accounting Standards Board issued guidance to improve the financial reporting of reverse repurchase agreements and other similar transactions. The guidance includes expanded disclosure requirements for entities that enter into reverse repurchase agreements and similar transactions accounted for as secured borrowings. The guidance is effective for financial statements with fiscal years beginning on or after December 15, 2014 and interim periods within those fiscal years. Management is evaluating the impact, if any, of this guidance on the Funds' financial statement disclosures.

Other: Expenses directly related to a Fund or its classes are charged to that Fund or class. Other operating expenses shared by several funds are pro rated among those funds on the basis of relative net assets or other appropriate methods. Expenses directly related to the Fund and other shared expenses pro rated to the Fund are allocated daily to each class based on its relative net assets or other appropriate methods.

### 3. Administration Agreement and Other Transactions with Affiliates:

The PNC Financial Services Group, Inc. is the largest stockholder and an affiliate, for 1940 Act purposes, of BlackRock, Inc. ("BlackRock").

The Corporation, on behalf of the Funds, entered into an Administration Agreement with BlackRock Advisors, LLC (the "Administrator"), an indirect, wholly owned subsidiary of BlackRock, to provide administrative services (other than investment advice and related portfolio activities). For such services, International Index and Small Cap Index paid the Administrator a monthly fee at an annual rate of 0.24% and 0.29%, respectively, of the average daily value of the Fund's net assets. Effective March 21, 2014, the administration fee was reduced to 0.03% and 0.08%, respectively, of the average daily value of the Fund's net assets. The Funds do not pay an investment advisory fee or investment management fee.

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, each registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

BlackRock Index Funds, Inc. and Quantitative Master Series LLC

By:   /s/ John M. Perlowski
      John M. Perlowski
      Chief Executive Officer (principal executive officer) of
      BlackRock Index Funds, Inc. and Quantitative Master Series LLC

Date: August 25, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of each registrant and in the capacities and on the dates indicated.

By:   /s/ John M. Perlowski
      John M. Perlowski
      Chief Executive Officer (principal executive officer) of
      BlackRock Index Funds, Inc. and Quantitative Master Series LLC

Date: August 25, 2014

By:   /s/ Neal J. Andrews
      Neal J. Andrews
      Chief Financial Officer (principal financial officer) of
      BlackRock Index Funds, Inc. and Quantitative Master Series LLC

Date: August 25, 2014

**3**