# EXHIBIT X

N-CSRS 1 d748585dncsrs.htm NATIONWIDE MUTUAL FUNDS

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

---

## FORM N-CSR

---

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED**
**MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act File Number: 811-08495

---

# NATIONWIDE MUTUAL FUNDS
(Exact name of registrant as specified in charter)

---

**1000 CONTINENTAL DRIVE, SUITE 400, KING OF PRUSSIA, PENNSYLVANIA 19406-2850**
(Address of principal executive offices) (Zip code)

---

Eric E. Miller, Esq.
1000 Continental Drive
Suite 400
King of Prussia, Pennsylvania 19406-2850
(Name and address of agent for service)

---

Registrant's telephone number, including area code: (610) 230-2839

Date of fiscal year end: October 31, 2014

Date of reporting period: November 1, 2013 through April 30, 2014

---

Form N-CSR is to be used by management investment companies to file reports with the Commission not later than ten (10) days after the transmission to stockholders of any report that is required to be transmitted to stockholders under Rule 30e-1 under the Investment Company Act of 1940 (17 CFR § 270.30e-1). The Commission may use the information provided on Form N-CSR in the Commission's regulatory, disclosure review, inspection, and policymaking roles.

A registrant is required to disclose the information specified by Form N-CSR, and the Commission will make this information public. A registrant is not required to respond to the collection of information contained in Form N-CSR unless the Form displays a currently valid Office of Management and Budget ("OMB") control number. Please direct comments concerning the accuracy of the information collection burden estimate and any suggestions for reducing the burden to Secretary, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, D. C. 20549-0609. The OMB has reviewed this collection of information under the clearance requirements of 44 U.S.C. § 3507.

# Notes to Financial Statements

April 30, 2014

**1. Organization**

Nationwide Mutual Funds (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "1940 Act"), as an open-end management investment company, organized as a statutory trust under the laws of the State of Delaware. The Trust has authorized an unlimited number of shares of beneficial interest ("shares"), without par value. As of April 30, 2014, the Trust operates fifty-five (55) separate series, or mutual funds, each with its own investment objective(s) and strategies. This report contains the financial statements and financial highlights of the sixteen (16) series listed below (each, a "Fund"; collectively, the "Funds").

- Nationwide Fund ("Nationwide Fund")
- Nationwide Bailard Emerging Markets Fund ("Emerging Markets")
- Nationwide Diverse Managers Fund ("Diverse Managers")
- Nationwide Global Equity Fund ("Global Equity")
- Nationwide Growth Fund ("Growth")
- Nationwide International Value Fund ("International Value")
- Nationwide Small Company Growth Fund ("Small Company Growth")
- Nationwide U.S. Small Cap Value Fund ("U.S. Small Cap Value")
- Nationwide Bond Fund ("Bond")
- Nationwide Core Plus Bond Fund ("Core Plus Bond")
- Nationwide Enhanced Income Fund ("Enhanced Income")
- Nationwide Government Bond Fund ("Government Bond")
- Nationwide High Yield Bond Fund ("High Yield Bond")
- Nationwide Inflation-Protected Securities Fund ("Inflation-Protected Securities")
- Nationwide Money Market Fund ("Money Market")
- Nationwide Short Duration Bond Fund ("Short Duration Bond")

Each of the Funds is a diversified fund, as defined in the 1940 Act.

Emerging Markets and Diverse Managers commenced operations on April 1, 2014.

**2. Summary of Significant Accounting Policies**

The following is a summary of significant accounting policies followed by the Funds in the preparation of their financial statements. The policies are in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The preparation of financial statements requires Fund management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of income and expenses for the period. The Funds utilize various methods to measure the value of their investments on a recurring basis. Amounts received upon the sale of such investments could differ from those estimated values and those differences could be material.

**(a) Security Valuation**

U.S. GAAP defines fair market value as the price that a Fund would receive to sell an asset or pay to transfer a liability in an orderly transaction between market participants at the measurement date. The Trust's investment adviser to the Funds, Nationwide Fund Advisors ("NFA"), assigns a fair value, as defined by U.S. GAAP, to Fund investments in accordance with a hierarchy that prioritizes the various types of inputs used to measure fair value. The hierarchy gives the highest priority to readily available unadjusted quoted prices in active markets for identical assets (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements) when market prices are not readily available or reliable.

# Notes to Financial Statements

April 30, 2014 (Unaudited)

**1. Organization**

Nationwide Mutual Funds (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "1940 Act"), as an open-end management investment company, organized as a statutory trust under the laws of the State of Delaware. The Trust has authorized an unlimited number of shares of beneficial interest ("shares"), without par value. As of April 30, 2014, the Trust operates fifty-five (55) separate series, or mutual funds, each with its own investment objective(s) and strategies. This report contains the financial statements and financial highlights of the five (5) series listed below (each, a "Fund"; collectively, the "Funds").

- Nationwide Bond Index Fund ("Bond Index")
- Nationwide International Index Fund ("International Index")
- Nationwide Mid Cap Market Index Fund ("Mid Cap Market Index")
- Nationwide S&P 500 Index Fund ("S&P 500 Index")
- Nationwide Small Cap Index Fund ("Small Cap Index")

Each of the Funds is a diversified fund, as defined in the 1940 Act.

**2. Summary of Significant Accounting Policies**

The following is a summary of significant accounting policies followed by the Funds in the preparation of their financial statements. The policies are in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The preparation of financial statements requires Fund management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of income and expenses for the period. The Funds utilize various methods to measure the value of their investments on a recurring basis. Amounts received upon the sale of such investments could differ from those estimated values and those differences could be material.

**(a) Security Valuation**

U.S. GAAP defines fair market value as the price that a Fund would receive to sell an asset or pay to transfer a liability in an orderly transaction between market participants at the measurement date. The Trust's investment adviser to the Funds, Nationwide Fund Advisors ("NFA"), assigns a fair value, as defined by U.S. GAAP, to a Fund's investments in accordance with a hierarchy that prioritizes the various types of inputs used to measure fair value. The hierarchy gives the highest priority to readily available unadjusted quoted prices in active markets for identical assets (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements) when market prices are not readily available or reliable.

The three levels of the hierarchy are summarized below.

—    Level 1 — Quoted prices in active markets for identical assets
—    Level 2 — Other significant observable inputs (including quoted prices of similar securities, interest rates, prepayment speeds, credit risk, etc.)
—    Level 3 — Significant unobservable inputs (including a Fund's own assumptions in determining the fair value of investments)

Changes in valuation techniques may result in transfers into or out of an investment's assigned level within the hierarchy.

An investment's categorization within the hierarchy is based on the lowest level of any input that is significant to the fair valuation in its entirety. The inputs or methodology used to value investments are not intended to indicate the risk associated with investing in those investments.

The value of the Funds' portfolio securities is determined in accordance with the procedures described below. Securities for which market-based quotations are readily available are valued at current market value as of "Valuation Time." Valuation Time is as of the close of regular trading on the New York Stock Exchange (usually

150

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

| | |
|---|---|
| (Registrant) | NATIONWIDE MUTUAL FUNDS |
| By (Signature and Title) | /s/ Joseph A. Finelli |
| | Name: Joseph A. Finelli |
| | Title: Principal Financial Officer |
| | Date: June 26, 2014 |

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| | |
|---|---|
| | NATIONWIDE MUTUAL FUNDS |
| By (Signature and Title) | /s/ Michael S. Spangler |
| | Name: Michael S. Spangler |
| | Title: Principal Executive Officer |
| | Date: June 26, 2014 |
| | NATIONWIDE MUTUAL FUNDS |
| By (Signature and Title) | /s/ Joseph A. Finelli |
| | Name: Joseph A. Finelli |
| | Title: Principal Financial Officer |
| | Date: June 26, 2014 |

\*   Print the name and title of each signing officer under his or her signature.

7