# EXHIBIT AA

N-CSR 1 d747633dncsr.htm OPPENHEIMER GLOBAL MULTI STRATEGIES FUND

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM N-CSR

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES

**Investment Company Act file number 811-21918**

# Oppenheimer Global Multi Strategies Fund
**(Exact name of registrant as specified in charter)**

**6803 South Tucson Way, Centennial, Colorado 80112-3924**
**(Address of principal executive offices) (Zip code)**

**Arthur S. Gabinet**
**OFI Global Asset Management, Inc.**
**Two World Financial Center, New York, New York 10281-1008**
**(Name and address of agent for service)**

**Registrant's telephone number, including area code: (303) 768-3200**

**Date of fiscal year end: May 31**

**Date of reporting period: 5/30/2014**

## NOTES TO CONSOLIDATED
## FINANCIAL STATEMENTS    May 30, 2014

### 1. Significant Accounting Policies

Oppenheimer Global Multi Strategies Fund (the "Fund") is a diversified open-end management investment company registered under the Investment Company Act of 1940, as amended. The Fund's investment objective is to seek total return. The Fund's investment adviser is OFI Global Asset Management, Inc. ("OFI Global" or the "Manager"), a wholly-owned subsidiary of OppenheimerFunds, Inc. ("OFI" or the "Sub-Adviser"). The Manager has entered into a sub-advisory agreement with OFI. As of May 30, 2014, approximately 93% of the Fund's total shares outstanding were owned by the Manager and its affiliates.

The Fund offers Class A, Class C, Class I and Class Y shares. Class A shares are sold at their offering price, which is normally net asset value plus a front-end sales charge. Class C shares are sold without a front-end sales charge but may be subject to a contingent deferred sales charge ("CDSC"). Class I and Class Y shares are sold to certain institutional investors or intermediaries without either a front-end sales charge or a CDSC, however, the intermediaries may impose charges on their accountholders who beneficially own Class I and Class Y shares. All classes of shares have identical rights and voting privileges with respect to the Fund in general and exclusive voting rights on matters that affect that class alone. Earnings, net assets and net asset value per share may differ due to each class having its own expenses, such as transfer and shareholder servicing agent fees and shareholder communications, directly attributable to that class. Class A and C shares have separate distribution and/or service plans under which they pay fees. Class I and Class Y shares do not pay such fees.

The following is a summary of significant accounting policies consistently followed by the Fund.

**Fiscal Year End.** The last day of the Fund's fiscal year was the last day the New York Stock Exchange was open for trading. The Fund's financial statements have been presented through that date to maintain consistency with the Fund's net asset value calculations used for shareholder transactions.

**Event-Linked Bonds.** The Fund may invest in "event-linked" bonds. Event-linked bonds, which are sometimes referred to as "catastrophe" bonds, are fixed income securities for which the return of principal and payment of interest is contingent on the non-occurrence of a specific trigger event, such as a hurricane, earthquake, or other occurrence that leads to physical or economic loss. If the trigger event occurs prior to maturity, the Fund may lose all or a portion of its principal in addition to interest otherwise due from the security. Event-linked bonds may expose the Fund to certain other risks, including issuer default, adverse regulatory or jurisdictional interpretations, liquidity risk and adverse tax consequences. The Fund records the net change in market value of event-linked bonds on the Consolidated Statement of Operations as a change in unrealized appreciation or depreciation on investments. The Fund records a realized gain or loss on the Consolidated Statement of Operations upon the sale or maturity of such securities.

**Securities Sold Short.** The Fund may short sell when-issued securities for future settlement. The value of the open short position is recorded as a liability, and the Fund records an

37     OPPENHEIMER GLOBAL MULTI STRATEGIES FUND

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Oppenheimer Global Multi Strategies Fund

By:    /s/ William F. Glavin, Jr.
       William F. Glavin, Jr.
       Principal Executive Officer

Date: 7/9/2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:    /s/ William F. Glavin, Jr.
       William F. Glavin, Jr.
       Principal Executive Officer

Date: 7/9/2014

By:    /s/ Brian W. Wixted
       Brian W. Wixted
       Principal Financial Officer

Date: 7/9/2014