# EXHIBIT BB

N-CSRS 1 d740440dncsrs.htm PACIFIC SELECT FUND

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM N-CSR

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED
### MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number: 811-5141

# Pacific Select Fund
#### (Exact name of registrant as specified in charter)

700 Newport Center Drive, P.O. Box 7500, Newport Beach, CA 92660
(Address of principal executive offices)

Robin S. Yonis
Vice President and General Counsel of Pacific Select Fund
700 Newport Center Drive
Post Office Box 9000
Newport Beach, CA 92660
(Name and address of agent for service)

Copies to:

Anthony H. Zacharski, Esq.
Dechert LLP
90 State House Square
Hartford, CT 06103-3702

Registrant's telephone number, including area code: (949) 219-6767

Date of fiscal year end: December 31

Date of reporting period: **January 1, 2014–June 30, 2014**

Form N-CSR is to be used by management investment companies to file reports with the Commission not later than 10 days after the transmission to stockholders of any report that is required to be transmitted to stockholders under Rule 30e-1 under the Investment Company Act of 1940 (17 CFR 270.30e-1). The Commission may use the information provided on Form N-CSR in its regulatory, disclosure review, inspection, and policymaking roles.

A registrant is required to disclose the information specified by Form N-CSR, and the Commission will make this information public. A registrant is not required to respond to the collection of information contained in Form N-CSR unless the Form displays a currently valid Office of Management and Budget ("OMB") control number. Please direct comments concerning the accuracy of the information collection burden estimate and any suggestions for reducing the burden to Secretary, Securities and Exchange Commission, 450 Fifth Street, NW, Washington, DC 20549-0609. The OMB has reviewed this collection of information under the clearance requirements of 44 U.S.C. § 3507.

**PACIFIC SELECT FUND**
**NOTES TO FINANCIAL STATEMENTS**
**(Unaudited)**

## 1. ORGANIZATION

The Pacific Select Fund (the "Trust") is registered under the Investment Company Act of 1940 ("1940 Act"), as amended, as an open-end, management investment company, organized as a Massachusetts business trust. Pacific Life Fund Advisors LLC ("PLFA" or "Adviser") serves as investment adviser to the Trust. As of June 30, 2014, the Trust was comprised of fifty-eight separate portfolios, forty-nine of which are presented in these financial statements: the Diversified Bond, Floating Rate Income, Floating Rate Loan, High Yield Bond, Inflation Managed, Inflation Strategy (formerly Inflation Protected), Managed Bond, Short Duration Bond, Emerging Markets Debt, American Funds® Growth, American Funds Growth-Income, Comstock, Dividend Growth, Equity Index, Growth, Large-Cap Growth, Large-Cap Value, Long/Short Large-Cap, Main Street® Core, Mid-Cap Equity, Mid-Cap Growth, Mid-Cap Value, Small-Cap Equity, Small-Cap Growth, Small-Cap Index, Small-Cap Value, Tactical Strategy, Value Advantage, Real Estate, Emerging Markets, International Large-Cap, International Small-Cap, International Value, Tactical International, Currency Strategies, Global Absolute Return, and Precious Metals Portfolios (collectively the "Portfolio Optimization Underlying Portfolios"); and the Focused Growth (formerly Focused 30), Health Sciences, Technology, American Funds Asset Allocation, Pacific Dynamix — Conservative Growth, Pacific Dynamix — Moderate Growth, Pacific Dynamix — Growth, Portfolio Optimization Conservative, Portfolio Optimization Moderate-Conservative, Portfolio Optimization Moderate, Portfolio Optimization Growth, and Portfolio Optimization Aggressive-Growth Portfolios. American Funds is a registered trademark of American Funds Distributors, Inc. ("AFD") and Main Street is a registered trademark of OppenheimerFunds, Inc.

The Trust offers two separate share classes, Class I and Class P. Each portfolio presented in these financial statements, except for the Tactical Strategy Portfolio; the Tactical International Portfolio; the American Funds Asset Allocation Portfolio; the Pacific Dynamix — Conservative Growth, Pacific Dynamix — Moderate Growth and Pacific Dynamix — Growth Portfolios (collectively, the "Pacific Dynamix Portfolios"); and the Portfolio Optimization Conservative, Portfolio Optimization Moderate-Conservative, Portfolio Optimization Moderate, Portfolio Optimization Growth and Portfolio Optimization Aggressive-Growth Portfolios (collectively, the "Portfolio Optimization Portfolios"), offers both Class I and Class P shares. The Tactical Strategy and Tactical International Portfolios offer Class P shares only. The American Funds Asset Allocation Portfolio, Pacific Dynamix Portfolios and Portfolio Optimization Portfolios offer Class I shares only.

American Funds Growth, American Funds Growth-Income and American Funds Asset Allocation Portfolios (each a "Feeder Portfolio", collectively the "Feeder Portfolios") invest substantially all of their assets in Class 1 shares of the Growth, Growth-Income and Asset Allocation Funds, respectively, each a series of the American Funds Insurance Series® (each a "Master Fund," collectively the "Master Funds"). Each Master Fund is an open-end investment company and organized as a Massachusetts business trust. Each Feeder Portfolio has an investment objective that is consistent with its corresponding Master Fund. Each Master Fund intends to comply with the requirements under Subchapter M of the Internal Revenue Code applicable to mutual funds and intends to distribute substantially all of its taxable income and capital gains to shareholders, which includes the applicable Feeder Portfolio, to qualify as a regulated investment company. The performance of the Feeder Portfolios is directly affected by the performance of the Master Funds. The financial statements of the Master Funds, including the Schedules of Investments, are provided separately and should be read in conjunction with the Feeder Portfolios' financial statements. As of June 30, 2014, the American Funds Growth, American Funds Growth-Income and American Funds Asset Allocation Portfolios owned 1.55%, 1.90% and 11.20% of the Growth, Growth-Income and Asset Allocation Master Funds, respectively. American Funds Insurance Series is a registered trademark of AFD.

The Pacific Dynamix Portfolios invest their assets in Class P shares of the PD 1-3 Year Corporate Bond, PD Aggregate Bond Index, PD High Yield Bond Market, PD Large-Cap Growth Index, PD Large-Cap Value Index, PD Small-Cap Growth Index, PD Small-Cap Value Index, PD Emerging Markets and PD International Large-Cap Portfolios (collectively, the "Pacific Dynamix Underlying Portfolios") (see Note 7C). Presently, only the Pacific Dynamix Portfolios and the Adviser and certain of its affiliates can invest in the Pacific Dynamix Underlying Portfolios.

**There is a separate semi-annual report containing the financial statements for the Pacific Dynamix Underlying Portfolios, which is available without charge.** For information on how to obtain the semi-annual report for the Pacific Dynamix Underlying Portfolios, see the Where to Go for More Information section of this report on page D-9.

The Portfolio Optimization Portfolios invest their assets in Class P shares of the Portfolio Optimization Underlying Portfolios (see Note 7C). Presently, only the Portfolio Optimization Portfolios and the Adviser and certain of its affiliates can invest in Class P shares of the Portfolio Optimization Underlying Portfolios.

On April 30, 2014, the Cash Management Portfolio was liquidated pursuant to a plan of substitution (the "Substitution Plan") approved by the Trust's Board of Trustees and the shareholders of record of the Cash Management Portfolio. In connection with the Substitution Plan, any shares that remained in the Cash Management Portfolio after the close of business on April 30, 2014, were substituted with Service Class shares of the Fidelity® Variable Insurance Product Money Market Portfolio, which is not affiliated with the Trust. See Special Meetings of Shareholders on page D-8 for the results of the shareholder vote approving the Substitution Plan. Because the Cash Management Portfolio was liquidated prior to June 30, 2014, no financial information for that portfolio is presented in this report.

Shares of the portfolios within the Trust are offered only to certain separate accounts of Pacific Life Insurance Company ("Pacific Life") and Pacific Life & Annuity Company ("PL&A"), a wholly-owned subsidiary of Pacific Life. Pacific Life and PL&A determine which portfolios of the Trust to make available.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP") for investment companies. In preparing the financial statements, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the increases and decreases in net assets from operations during the reporting period. Actual results could differ from those estimates. The following is a summary of the significant accounting policies followed by the Trust in the preparation of the financial statements.

C-1

**PACIFIC SELECT FUND**
**NOTES TO FINANCIAL STATEMENTS**
**(Unaudited)**

**1. ORGANIZATION**

The Pacific Select Fund (the "Trust") is registered under the Investment Company Act of 1940 ("1940 Act"), as amended, as an open-end, management investment company, organized as a Massachusetts business trust. Pacific Life Fund Advisors LLC ("PLFA" or "Adviser") serves as investment adviser to the Trust. As of June 30, 2014, the Trust was comprised of fifty-eight separate portfolios, nine of which are presented in these financial statements: PD 1-3 Year Corporate Bond, PD Aggregate Bond Index, PD High Yield Bond Market, PD Large-Cap Growth Index, PD Large-Cap Value Index, PD Small-Cap Growth Index, PD Small-Cap Value Index, PD Emerging Markets, and PD International Large-Cap Portfolios (collectively, the "Pacific Dynamix Underlying Portfolios").

The Pacific Dynamix Underlying Portfolios currently offer Class P shares only.

Presently only the Pacific Dynamix — Conservative Growth, Pacific Dynamix — Moderate Growth and Pacific Dynamix — Growth Portfolios (collectively, the "Pacific Dynamix Portfolios") and the Adviser and certain of its affiliates can invest in the Pacific Dynamix Underlying Portfolios.

**There is a separate semi-annual report containing the financial statements for the Pacific Dynamix Portfolios, which is available without charge.** For information on how to obtain such semi-annual report, see the Where to Go for More Information section of this report on page D-5.

**2. SIGNIFICANT ACCOUNTING POLICIES**

The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP") for investment companies. In preparing the financial statements, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the increases and decreases in net assets from operations during the reporting period. Actual results could differ from those estimates. The following is a summary of the significant accounting policies followed by the Trust in the preparation of the financial statements.

*A. INVESTMENT TRANSACTIONS AND INCOME*

Investment transactions are recorded on a trade date basis. Securities purchased or sold on a when-issued or delayed-delivery basis as well as certain loan transactions and mortgage securities (such as Government National Mortgage Association ("GNMA") securities) may be settled a month or more after the trade date. Dividend income is recorded on the ex-dividend date, except certain dividends from foreign securities, which are recorded as soon as a portfolio is informed of the ex-dividend date or upon receipt of the dividend. A portfolio's estimated components of distributions received from real estate investment trusts may be considered income, return of capital distributions or capital gain distributions. Return of capital distributions are recorded as a reduction of cost of the related investments. Interest income, adjusted for amortization of premium and accretion of discount, is recorded daily on an accrual basis. Investment income is recorded net of foreign taxes withheld, if any. A portfolio may be subject to foreign taxes on income, gains on investments or currency repatriation, a portion of which may be recoverable. A portfolio will accrue such taxes and reclaims as applicable, based upon the current interpretation of tax rules and regulations that exist in the markets in which the portfolio invests. Consent fees, which are compensation for agreeing to changes in the terms of debt instruments, are recorded as interest income when received. Realized gains and losses from investment transactions are recorded on the basis of identified cost, which is also used for Federal income tax purposes. Gains and losses realized on principal paydowns from mortgage-backed and asset-backed securities are recorded as interest income.

*B. DISTRIBUTIONS TO SHAREHOLDERS*

Currently each Pacific Dynamix Underlying Portfolio presented in these financial statements is treated as a partnership for Federal income tax purposes. As partnerships, none of these portfolios are required to distribute taxable income and capital gains (see Note 10). Since January 1, 2013, no dividends and capital gains distributions have been made by the Pacific Dynamix Underlying Portfolios under the current dividend and distributions policy.

*C. FOREIGN CURRENCY TRANSLATION*

The Trust's accounting records are maintained in U.S. dollars. The market value of investments and other assets and liabilities, denominated in non-U.S. currencies, are translated into U.S. dollars based on the applicable exchange rates at the end of each business day. Purchases and sales of investments and income and expenses, denominated in foreign currencies, are translated into U.S. dollars at the exchange rates in effect on the transaction date.

None of the portfolios separately report the effect of changes in foreign exchange rates from changes in market prices of investments held. Such changes are included with the net realized gain or loss and change in net unrealized appreciation or depreciation on investments. Other foreign currency transactions resulting in realized and unrealized gain or loss, if any, are reported separately as net realized gain or loss on foreign currency transactions and change in net unrealized appreciation or depreciation on foreign currencies.

*D. EXPENSE ALLOCATION*

General expenses of the Trust are allocated to each portfolio in proportion to its relative average daily net assets. Expenses directly attributable to a particular portfolio are charged directly to that portfolio.

*E. OFFERING COSTS*

A new portfolio bears all costs (or the applicable pro-rata share if there is more than one new portfolio) associated with the offering expenses of the portfolio including legal, printing and support services (see Notes 6 and 7A). All such costs are amortized as an expense of the new portfolio on a straight-line basis over twelve months from commencement of operations.

C-1

Pacific Select Fund

**Signatures**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Pacific Select Fund

By:    /s/ Mary Ann Brown
_____
Mary Ann Brown
Chief Executive Officer

Date:    September 5, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:    /s/ Mary Ann Brown
_____
Mary Ann Brown
Chief Executive Officer

Date:    September 5, 2014

By:    /s/ Brian D. Klemens
_____
Brian D. Klemens
Treasurer (Principal Financial and Accounting Officer)

Date:    September 5, 2014