# EXHIBIT CC

N-CSRS 1 d727484dncsrs.htm THE TARGET PORTFOLIO TRUST

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### FORM N-CSR

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES**

| | |
|---|---|
| Investment Company Act file number: | 811-07064 |
| Exact name of registrant as specified in charter: | The Target Portfolio Trust |
| Address of principal executive offices: | Gateway Center 3, 100 Mulberry Street, Newark, New Jersey 07102 |
| Name and address of agent for service: | Deborah A. Docs Gateway Center 3, 100 Mulberry Street, Newark, New Jersey 07102 |
| Registrant's telephone number, including area code: | 800-225-1852 |
| Date of fiscal year end: | 10/31/2014 |
| Date of reporting period: | 4/30/2014 |

*Notes to Financial Statements (Unaudited)*

The TARGET Portfolio Trust (the "Trust") is an open-end management investment company. The Trust was established as a Delaware business trust on July 29, 1992 and consists of eight separate portfolios (the "Portfolio" or "Portfolios"). All the Portfolios are diversified, as defined under the Investment Company Act of 1940, as amended, ("1940 Act"). Investment operations commenced on January 5, 1993.

The Portfolios and their investment objectives are as follows:

- ***Large Capitalization Growth Portfolio***—long-term capital appreciation.

- ***Large Capitalization Value Portfolio***—total return consisting of capital appreciation and dividend income.

- ***Small Capitalization Growth Portfolio***—maximum capital appreciation.

- ***Small Capitalization Value Portfolio***—above average capital appreciation.

- ***International Equity Portfolio***—capital appreciation.

- ***Total Return Bond Portfolio***—total return consisting of current income and capital appreciation.

- ***Intermediate-Term Bond Portfolio***—current income and reasonable stability of principal.

- ***Mortgage Backed Securities Portfolio***—high current income primarily and capital appreciation secondarily, each to the extent consistent with the protection of capital.

The ability of issuers of debt securities held by the Portfolios to meet their obligations may be affected by economic or political developments in a specific industry, region or country.

## Note 1. Accounting Policies

The following is a summary of significant accounting policies followed by the Trust and the Portfolios in the preparation of its financial statements.

***Security Valuation:*** The Portfolios hold securities and other assets that are fair valued at the close of each day the New York Stock Exchange ("NYSE") is open for trading. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. The Board of Trustees (the "Board") has adopted Valuation Procedures for security valuation under which fair valuation responsibilities have been delegated to Prudential Investments LLC ("PI" or "Manager"). Under the current Valuation Procedures, the established Valuation Committee is responsible for supervising the valuation of portfolio securities and other assets. The Valuation Procedures permit the Portfolios to utilize independent pricing vendor services, quotations from market makers, and alternative valuation methods when market quotations are either not readily available or not deemed representative of fair value. A record of the Valuation Committee's actions is subject to the Board's review, approval, and ratification at its next regularly-scheduled quarterly meeting.

Various inputs determine how the Portfolios' investments are valued, all of which are categorized according to the three broad levels (Level 1, 2, or 3) detailed in the tables following each Portfolio of Investments.

Common stocks, exchange-traded funds, and derivative instruments that are traded on a national securities exchange are valued at the last sale price as of the close of trading on the applicable exchange. Securities traded via NASDAQ are valued at the NASDAQ official closing price. To the extent these securities

146 **The TARGET Portfolio Trust**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Registrant:          The Target Portfolio Trust

By:                        /s/ Deborah A. Docs
                               Deborah A. Docs
                               Secretary

Date:                    June 19, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:                        /s/ Stuart S. Parker
                               Stuart S. Parker
                               President and Principal Executive Officer

Date:                    June 19, 2014

By:                        /s/ M. Sadiq Peshimam
                               M. Sadiq Peshimam
                               Treasurer and Principal Financial and Accounting Officer

Date:                    June 19, 2014