# EXHIBIT CC(a)

N-CSRS 1 d314557dncsrs.htm THE TARGET PORTFOLIO TRUST

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM N-CSR**

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number:    811-07064

Exact name of registrant as specified in charter:    The Target Portfolio Trust

Address of principal executive offices:    655 Broad Street, 17th Floor
Newark, New Jersey 07102

Name and address of agent for service:    Deborah A. Docs
655 Broad Street, 17th Floor
Newark, New Jersey 07102

Registrant's telephone number, including area code:    800-225-1852

Date of fiscal year end:    07/31/2017

Date of reporting period:    1/31/2017

# Notes to Financial Statements (unaudited)

The Target Portfolio Trust (the "Trust") is an open-end management investment company, registered under the Investment Company Act of 1940, as amended, ("1940 Act"). The Trust currently consists of four series: Prudential Corporate Bond Fund (formerly known as the Target Mortgage Backed Portfolio), Prudential Core Bond Fund (formerly known as Target Intermediate Bond Portfolio), Target International Equity Portfolio (the "Portfolio") and Prudential QMA Small-Cap Value Fund (formerly known as Target Small Capitalization Portfolio). These financial statements relate to Target International Equity Portfolio. The Financial statements of the other series are not presented herein.

The investment objective for the Portfolio is capital appreciation.

## Note 1. Accounting Policies

The Portfolio follows investment company accounting and reporting guidance of the Financial Accounting Standards Board ("FASB") Accounting Standard Codification Topic 946 Financial Services—Investment Companies. The following accounting policies conform to U.S. generally accepted accounting principles. The Portfolio consistently follows such policies in the preparation of its financial statements.

*Securities Valuation:* The Portfolio holds securities and other assets that are fair valued at the close of each day (generally, 4:00 PM Eastern time) the New York Stock Exchange ("NYSE") is open for trading. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. The Board of Trustees (the "Board") has adopted Valuation Procedures for security valuation under which fair valuation responsibilities have been delegated to Prudential Investments LLC ("PI" or "Manager"). Under the current Valuation Procedures, the established Valuation Committee is responsible for supervising the valuation of portfolio securities and other assets. The Valuation Procedures permit the Portfolio to utilize independent pricing vendor services, quotations from market makers, and alternative valuation methods when market quotations are either not readily available or not deemed representative of fair value. A record of the Valuation Committee's actions is subject to the Board's review, approval, and ratification at its next regularly-scheduled quarterly meeting.

Various inputs determine how the Portfolio's investments are valued, all of which are categorized according to the three broad levels (Level 1, 2, or 3) detailed in the tables following the Portfolio of Investments.

Common and preferred stocks, exchange-traded funds, and derivative instruments such as futures or options that are traded on a national securities exchange are valued at the last sale price as of the close of trading on the applicable exchange where the security principally trades. Securities traded via NASDAQ are valued at the NASDAQ official closing

28

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Registrant:      <u>The Target Portfolio Trust</u>

By:      <u>/s/ Deborah A. Docs</u>
         Deborah A. Docs
         Secretary

Date:      March 22, 2017

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:      <u>/s/ Stuart S. Parker</u>
         Stuart S. Parker
         President and Principal Executive Officer

Date:      March 22, 2017

By:      <u>/s/ M. Sadiq Peshimam</u>
         M. Sadiq Peshimam
         Treasurer and Principal Financial and Accounting Officer

Date:      March 22, 2017