# EXHIBIT CC(b)

N-CSR 1 d583782dncsr.htm THE TARGET PORTFOLIO TRUST

## UNITED STATES
### SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM N-CSR

### CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number:     811-07064

Exact name of registrant as specified in charter:     The Target Portfolio Trust

Address of principal executive offices:     655 Broad Street, 17th Floor
Newark, New Jersey 07102

Name and address of agent for service:     Deborah A. Docs
655 Broad Street, 17th Floor
Newark, New Jersey 07102

Registrant's telephone number, including area code:     800-225-1852

Date of fiscal year end:     7/31/2018

Date of reporting period:     7/31/2018

# Notes to Financial Statements

The Target Portfolio Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended ("1940 Act"), as a diversified open-end management investment company. The Trust currently consists of three series: PGIM Corporate Bond Fund, PGIM Core Bond Fund and PGIM QMA Small-Cap Value Fund. These financial statements relate only to the PGIM QMA Small-Cap Value Fund (the "Fund"). Effective June 11, 2018, the Funds' name was changed by replacing "Prudential" with "PGIM" and Class Q shares were renamed Class R6 shares.

The investment objective of the Fund is above average capital appreciation.

## 1. Accounting Policies

The Fund follows investment company accounting and reporting guidance of the Financial Accounting Standards Board ("FASB") Accounting Standard Codification Topic 946 Financial Services—*Investment Companies.* The following accounting policies conform to U.S. generally accepted accounting principles. The Fund consistently follows such policies in the preparation of its financial statements.

*Securities Valuation:* The Fund holds securities and other assets and liabilities that are fair valued at the close of each day (generally, 4:00 PM Eastern time) the New York Stock Exchange ("NYSE") is open for trading. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. The Trust's Board of Trustees (the "Board") has adopted valuation procedures for security valuation under which fair valuation responsibilities have been delegated to PGIM Investments LLC ("PGIM Investments" or "the Manager"). Pursuant to the Board's delegation, a Valuation Committee has been established as two persons, being one or more officers of the Trust, including: the Trust's Treasurer (or the Treasurer's direct reports); and the Trust's Chief or Deputy Chief Compliance Officer (or Vice-President-level direct reports of the Chief or Deputy Chief Compliance Officer). Under the current valuation procedures, the Valuation Committee of the Board is responsible for supervising the valuation of portfolio securities and other assets and liabilities. The valuation procedures permit the Fund to utilize independent pricing vendor services, quotations from market makers, and alternative valuation methods when market quotations are either not readily available or not deemed representative of fair value. A record of the Valuation Committee's actions is subject to the Board's review, approval, and ratification at its next regularly scheduled quarterly meeting.

For the fiscal reporting period-end, securities and other assets and liabilities were fair valued at the close of the last U.S. business day. Trading in certain foreign securities may occur when the NYSE is closed (including weekends and holidays). Because such foreign securities trade in markets that are open on weekends and U.S. holidays, the values of some

36

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Registrant:    The Target Portfolio Trust

By:    /s/ Deborah A. Docs
    Deborah A. Docs
    Secretary

Date:    September 18, 2018

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:    /s/ Stuart S. Parker
    Stuart S. Parker
    President and Principal Executive Officer

Date:    September 18, 2018

By:    /s/ Brian D. Nee
    Brian D. Nee
    Treasurer and Principal Financial and Accounting Officer

Date:    September 18, 2018