# EXHIBIT EE

Case 1:20-md-02941-JSR Document 82-37 Filed 06/29/20 Page 2 of 4

N-CSRS 1 finalncsrs043014part2.htm

Due to size constraints, this filing is being made in two related submissions. This submission is the first of the two related submissions.

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

# FORM N-CSR

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED**

**MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number

811-07572

Principal Funds, Inc.
(Exact name of registrant as specified in charter)

655 9th Street, Des Moines, IA 50309
(Address of principal executive offices) (Zip code)

Principal Management Corporation, 655 9th Street, Des Moines, IA 50309 (Name and address of agent for service)

Registrant's telephone number, including area code:    515-247-6783

Date of fiscal year end:    October 31, 2014

Date of reporting period:    April 30, 2014

finalncsrs043014part2.htm - Generated by SEC Publisher for SEC Filing

**NOTES TO FINANCIAL STATEMENTS**
**PRINCIPAL FUNDS, INC.**
**April 30, 2014 (unaudited)**

**1. Organization**

Principal Funds, Inc. (the "Fund") is registered under the Investment Company Act of 1940, as amended, as an open-end management investment company and operates as a series fund in the mutual fund industry. The financial statements for Bond & Mortgage Securities Fund, Core Plus Bond Fund I, Diversified International Fund, Equity Income Fund, Global Diversified Income Fund, Global Real Estate Securities Fund, Government & High Quality Bond Fund, High Yield Fund, High Yield Fund I, Income Fund, Inflation Protection Fund, International Emerging Markets Fund, International Fund I, LargeCap Blend Fund II, LargeCap Growth Fund, LargeCap Growth Fund I, LargeCap Growth Fund II, LargeCap S&P 500 Index Fund, LargeCap Value Fund, LargeCap Value Fund I, LargeCap Value Fund III, MidCap Fund, MidCap Growth Fund, MidCap Growth Fund III, MidCap S&P 400 Index Fund, MidCap Value Fund I, MidCap Value Fund III, Money Market Fund, Overseas Fund, Principal Capital Appreciation Fund, Principal LifeTime 2010 Fund, Principal LifeTime 2015 Fund, Principal LifeTime 2020 Fund, Principal LifeTime 2025 Fund, Principal LifeTime 2030 Fund, Principal LifeTime 2035 Fund, Principal LifeTime 2040 Fund, Principal LifeTime 2045 Fund, Principal LifeTime 2050 Fund, Principal LifeTime 2055 Fund, Principal LifeTime 2060 Fund, Principal LifeTime Strategic Income Fund, Real Estate Securities Fund, SAM Balanced Portfolio, SAM Conservative Balanced Portfolio, SAM Conservative Growth Portfolio, SAM Flexible Income Portfolio, SAM Strategic Growth Portfolio, Short-Term Income Fund, SmallCap Blend Fund, SmallCap Growth Fund I, SmallCap S&P 600 Index Fund and SmallCap Value Fund II (known as the "Funds") are presented herein. The Funds may offer up to ten classes of shares: Class A, Class C, Class J, Class P, Institutional, R-1, R-2, R-3, R-4, and R-5. Class B shares of the Funds are no longer available for purchase. Information in these financial statements pertains to Class J, Institutional, R-1, R-2, R-3, R-4, and R-5 classes of shares. Certain detailed financial information for Class A, Class B, Class C, and Class P shares is provided separately.

Effective March 1, 2013, the initial purchase of $10,000 of Class A shares of High Yield Fund I was made by Principal Management Corporation (the "Manager")

Effective March 1, 2013, the initial purchases of $10,000 of Class A classes of shares of LargeCap Growth Fund I was made by the Manager.

Effective March 1, 2013, the initial purchase of $10,000 of Class J, Institutional, R-1, R-2, R-3, R-4 and R-5 shares of Principal Lifetime 2060 Fund was made by the Manager.

Effective March 1, 2013, MidCap Blend Fund changed its name to MidCap Fund.

On April 25, 2013, the Manager made a payment to Money Market Fund to cover certain realized losses related to prior year's security dispositions where the market based valuation had fallen below the value of the security under the amortized cost method. The amount of the payment is included in Money Market Fund's statement of operations.

Effective April 25, 2014, SmallCap Growth Fund I acquired all the assets and assumed all the liabilities of SmallCap Growth Fund II pursuant to a plan of acquisition approved by shareholders on April 18, 2014. The purpose of the acquisition was to combine two funds managed by Principal Management Corporation (the "Manager") with similar investment objectives, principal policies, and risks. The acquisitions were accomplished by a tax-free exchange of 19,785,000 shares from SmallCap Growth Fund II for 16,026,000 shares valued at $205,229,000 of SmallCap Growth Fund I at an approximate exchange rate of .80, .81, .81, .80, .81, .81, and .81 for Class J, Institutional, R-1, R-2, R-3, R-4 and R-5 classes of shares, respectively. The investment securities of SmallCap Growth Fund II, with a fair value of approximately $205,017,000 and a cost of $174,133,000, were the primary assets acquired by SmallCap Growth Fund I. For financial reporting purposes, assets received and shares issued by SmallCap Growth Fund I were recorded at fair value; however, the cost basis of the investments received from SmallCap Growth Fund II was carried forward to align ongoing reporting of SmallCap Growth Fund I's realized and unrealized gains and losses with amounts distributable to shareholders for tax purposes. The aggregate net assets of SmallCap Growth Fund II and SmallCap Growth Fund I immediately prior to the acquisition in accordance with U.S. GAAP were approximately $205,511,000 ($589,000 of accumulated realized gains and $30,884,000 of unrealized appreciation), and $1,762,494,000, respectively. The aggregate net assets of SmallCap Growth Fund I immediately following the acquisition were $1,968,005,000. In accordance with Sections 381-384 of the Internal Revenue Code, a portion of accumulated realized losses may be subject to limitations.

Assuming the acquisition had been completed on November 1, 2013, the beginning of the fiscal year for SmallCap Growth Fund I, SmallCap Growth Fund I's pro forma results of operations for the period ended April 30, 2014, would have been $7,083,000 of net investment loss, $8,592,000 of net realized and unrealized gain on investments, and $1,509,000 of net increase in net assets resulting from operations. Because the combined investment portfolios have been managed as a single integrated portfolio since the acquisition was completed, it is not practicable to separate the amounts of revenue and earnings of SmallCap Growth Fund I that have been included in the SmallCap Growth Fund I's statement of operations since April 25, 2014.

90

**Principal Funds Distributor, Inc.**
711 High Street
Des Moines, IA 50392-6370

Do not use this address for business correspondence.



WE'LL GIVE YOU AN EDGE[®]

principalfunds.com

GLOBAL INVESTMENT MANAGEMENT • ASSET ALLOCATION EXPERTISE • RETIREMENT LEADERSHIP

Investing involves risk, including possible loss of principal.

**Not authorized for distribution unless preceded or accompanied by a current prospectus, or a summary prospectus if available, that includes information about the Fund's objectives, risks, charges and expenses.**

**Please read it carefully before investing.**

Principal Funds are distributed by Principal Funds Distributor, Inc.

FV382-08 | 06/2014 | t14042100m4
©2014 Principal Financial Services, Inc.