# EXHIBIT FF

N-CSR 1 finalncsrtwelvefourteen.htm

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, DC 20549

# FORM N-CSR

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED**

**MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number

811-01944

Principal Variable Contracts Funds, Inc.

(Exact name of registrant as specified in charter)

655 9th Street, Des Moines, IA 50392
(Address of principal executive offices) (Zip code)

Principal Management Corporation, 655 9th Street, Des Moines, IA 50392 (Name and address of agent for service)

Registrant's telephone number, including area code:    515-247-6783

Date of fiscal year end:    December 31, 2014

Date of reporting period:    December 31, 2014

**NOTES TO FINANCIAL STATEMENTS**
**PRINCIPAL VARIABLE CONTRACTS FUNDS, INC.**

**December 31, 2014**

## 1. Organization

Principal Variable Contracts Funds, Inc. (the "Fund") is registered under the Investment Company Act of 1940, as amended, as an open-end management investment company and operates as a series fund in the mutual fund industry. The financial statements for Balanced Account, Bond & Mortgage Securities Account, Bond Market Index Account, Diversified Balanced Account, Diversified Balanced Managed Volatility Account, Diversified Growth Account, Diversified Growth Managed Volatility Account, Diversified Income Account, Diversified International Account, Equity Income Account, Government & High Quality Bond Account, Income Account, International Emerging Markets Account, LargeCap Blend Account II, LargeCap Growth Account, LargeCap Growth Account I, LargeCap S&P 500 Index Account, LargeCap S&P 500 Managed Volatility Index Account, LargeCap Value Account, MidCap Account, Money Market Account, Principal Capital Appreciation Account, Principal LifeTime 2010 Account, Principal LifeTime 2020 Account, Principal LifeTime 2030 Account, Principal LifeTime 2040 Account, Principal LifeTime 2050 Account, Principal LifeTime 2060 Account, Principal LifeTime Strategic Income Account, Real Estate Securities Account, SAM Balanced Portfolio, SAM Conservative Balanced Portfolio, SAM Conservative Growth Portfolio, SAM Flexible Income Portfolio, SAM Strategic Growth Portfolio, Short-Term Income Account, SmallCap Blend Account, SmallCap Growth Account II, and SmallCap Value Account I, known as the "Accounts", are presented herein.

Each of the Accounts is an investment company and applies specialized accounting and reporting under Accounting Standards Codification Topic 946, *Financial Services - Investment Companies*. Each of the Accounts was an investment company at all times during the period. The Accounts have not provided financial support, and are not contractually required to provide financial support to any investee.

Effective April 26, 2013, SAM Balanced Portfolio acquired all the assets and assumed all the liabilities of Asset Allocation Account pursuant to a plan of acquisition approved by shareholders on April 2, 2013. The purpose of the acquisition was to combine two accounts managed by Principal Management Corporation (the "Manager") with similar investment objectives, principal policies, and risks. The acquisition was accomplished by a taxable exchange of 5,335,000 shares from Asset Allocation Account for 3,298,000 shares valued at $57,716,000 of SAM Balanced Portfolio at an approximate exchange rate of .6182 for Class 1 shares. Cash was the primary asset acquired by SAM Balanced Portfolio on April 26, 2013. For financial reporting purposes, assets received and shares issued by SAM Balanced Portfolio were recorded at fair value. The aggregate net assets of Asset Allocation Account and SAM Balanced Portfolio immediately prior to the acquisition in accordance with U.S. GAAP were approximately $57,716,000 and $938,724,000, respectively. The aggregate net assets of SAM Balanced Portfolio immediately following the acquisition were $996,440,000. In accordance with Sections 381-384 of the Internal Revenue Code, a portion of accumulated realized losses may be subject to limitation.

Assuming the acquisition had been completed on January 1, 2013, the beginning of the fiscal year for SAM Balanced Portfolio, SAM Balanced Portfolio's pro forma results of operations for the period ended June 30, 2013, would have been $26,211,000 of net investment income, $134,816,000 of net realized and unrealized gain on investments, and $161,027,000 of net increase in net assets resulting from operations. Because the combined investment portfolios have been managed as a single integrated portfolio since the acquisition was completed, it is not practicable to separate the amounts of revenue and earnings of Asset Allocation Account that have been included in SAM Balanced Portfolio's statement of operations since April 26, 2013.

Effective May 1, 2013, the initial purchase of $10,000 of Class 1 shares of Principal LifeTime 2060 Account was made by the Manager.

Effective October 31, 2013, the initial purchase of $10,000 of Class 2 shares of Diversified Balanced Managed Volatility Account was made by the Manager.

Effective October 31, 2013, the initial purchase of $10,000 of Class 2 shares of Diversified Growth Managed Volatility Account was made by the Manager.

Effective October 31, 2013, the initial purchase of $5,000,000 of Class 1 shares of LargeCap S&P 500 Managed Volatility Index Account was made by Principal Financial Services, Inc..

87

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

(Registrant) Principal Variable Contracts Funds, Inc.

By /s/ Nora M. Everett

Nora M. Everett, President and CEO

Date 2/16/2015

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By /s/ Nora M. Everett

Nora M. Everett, President and CEO

Date 2/16/2015

By /s/ Tracy Bollin

Tracy Bollin, Chief Financial Officer

Date 2/16/2015