# EXHIBIT GG

N-CSR 1 a14-16071_1ncsr.htm N-CSR

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM N-CSR**

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED
MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number   811-21114

ProShares Trust
(Exact name of registrant as specified in charter)

7501 Wisconsin Avenue, Suite 1000
Bethesda, MD        20814
(Address of principal executive offices)      (Zip code)

ProShare Advisors LLC
7501 Wisconsin Avenue, Suite 1000
Bethesda, MD 20814
(Name and address of agent for service)

Registrant's telephone number, including area code:    (240) 497-6400

Date of fiscal year end:   May 31

Date of reporting period:   May 31, 2014

**Item 1. Reports To Stockholders.**

The following is a copy of the report transmitted to shareholders pursuant to Rule 30e-1 under the Investment Company Act of 1940 (17 CFR 270.30e-1).



# ANNUAL REPORT

**MAY 31, 2014**

**Specialty Equity**
TOLZ   DJ Brookfield Global Infrastructure ETF
PEX   Global Listed Private Equity ETF
CSM   Large Cap Core Plus

**Short Sector**
SBM   Short Basic Materials
SEF   Short Financials
DDG   Short Oil & Gas
REK   Short Real Estate

**Ultra MarketCap**
UWC   Ultra Russell3000
SSO   Ultra S&P500®
QLD   Ultra QQQ®

(d) Net asset value total return is calculated assuming an initial investment made at the net asset value at the beginning of the period, reinvestment of all dividends and distributions at net asset value during the period, if any, and redemption on the last day of the period at net asset value. This percentage is not an indication of the performance of a shareholder's investment in the Fund based on market value due to differences between the market price of the shares and the net asset value per share of the Fund.

(e) Market value total return is calculated assuming an initial investment made at the market value at the beginning of the period, reinvestment of all dividends and distributions at net asset value during the period, if any, and redemption on the last day of the period at market value. Market value is determined by the composite closing price. Composite closing security price is defined as the last reported sale price from any primary listing market (e.g., NYSE and NASDAQ) or participating regional exchanges or markets. The composite closing price is the last reported sale price from any of the eligible sources, regardless of volume and not an average price and may have occurred on a date prior to the close of the reporting period. Market value may be greater or less than net asset value, depending on the Fund's closing price on the listing market.

(f) Annualized for periods less than one year.

(g) Portfolio turnover rate is calculated without regard to instruments having a maturity of less than one year from acquisition or derivative instruments (including swap agreements and futures contracts). The portfolio turnover rate can be high and volatile due to the sales and purchases of fund shares during the period. In-Kind transactions are not included in the portfolio turnover calculations.

(h) Per share amount is less than $0.005.

(i) The amount shown for a share outstanding throughout the period is not in accordance with the aggregate net realized and unrealized gain (loss) for that period because of the timing of sales and repurchases of the Fund shares in relation to fluctuating market value of the investments in the Fund.

(j) Less than 0.5%.

(k) Per share amounts have been restated on a retroactive basis to reflect a 1:5 reverse stock split effective April 15, 2010.

(l) Per share amounts have been restated on a retroactive basis to reflect a 1:10 reverse stock split effective April 15, 2010.

(m) Less than 0.005%.

(n) Per share amounts have been restated on a retroactive basis to reflect a 1:4 reverse stock split effective February 25, 2011.

(o) Per share amounts have been restated on a retroactive basis to reflect a 1:5 reverse stock split effective February 25, 2011.

(p) Per share amounts have been restated on a retroactive basis to reflect a 2:1 stock split effective February 25, 2011.

(q) Per share amounts have been restated on a retroactive basis to reflect a 3:1 stock split effective February 25, 2011.

(r) Per share amounts have been restated on a retroactive basis to reflect a 1:3 reverse stock split effective October 13, 2011.

(s) Per share amounts have been restated on a retroactive basis to reflect a 2:1 stock split effective May 11, 2012.

(t) Per share amounts have been restated on a retroactive basis to reflect a 3:1 stock split effective May 11, 2012.

(u) Per share amounts have been restated on a retroactive basis to reflect a 1:4 reverse stock split effective May 11, 2012.

(v) Per share amounts have been restated on a retroactive basis to reflect a 1:5 reverse stock split effective May 11, 2012.

(w) Per share amounts have been restated on a retroactive basis to reflect a 2:1 stock split effective October 5, 2012.

(x) Per share amounts have been restated on a retroactive basis to reflect a 1:4 reverse stock split effective October 5, 2012.

(y) Per share amounts have been restated on a retroactive basis to reflect a 1:4 reverse stock split effective June 10, 2013.

(z) Per share amounts have been restated on a retroactive basis to reflect a 2:1 stock split effective June 10, 2013.

(aa) Per share amounts have been restated on a retroactive basis to reflect a 1:4 reverse stock split effective January 24, 2014.

(bb) Per share amounts have been restated on a retroactive basis to reflect a 2:1 stock split effective January 24, 2014.

See accompanying notes to the financial statements.

PROSHARES TRUST FINANCIAL HIGHLIGHTS :: 409

---

# NOTES TO FINANCIAL STATEMENTS

410 :: MAY 31, 2014 :: NOTES TO FINANCIAL STATEMENTS PROSHARES TRUST

---

## 1. Organization

ProShares Trust (the "Trust") is registered as an open-end management investment company under the Investment Company Act of 1940 ("1940 Act"). The Trust was formed as a Delaware statutory trust on May 29, 2002, has authorized capital of an unlimited number of shares at no par value and is comprised of 124 operational Funds (collectively, the "Funds" and individually, a "Fund"). Each Fund other than ProShares High Yield-Interest Rate Hedged, ProShares Investment Grade-Interest Rate Hedged, ProShares Short Term USD Emerging Markets Bond ETF, ProShares DJ Brookfield Global Infrastructure ETF and ProShares S&P 500 Aristocrats ETF is a "non-diversified" series of the Trust pursuant to the 1940 Act.

The net asset value per share ("NAV") of each Fund, except as detailed below, is generally determined as of the close of the regular trading session of the exchange on which it is listed

pricing service, or market quotations. These valuations are typically categorized as Level 1 in the fair value hierarchy described below. If there have been no sales for that day on the exchange or system where the security is principally traded, then fair value may be determined with reference to the last sale price, or the closing price, if applicable, on any other exchange or system. If there have been no sales of the security for that day on any exchange or system, the security will be valued in accordance with procedures approved by the Trust's Board of Trustees (the "Board").

Securities regularly traded in the over-the-counter ("OTC") markets, including securities listed on an exchange but that are primarily traded OTC, other than those traded on the NASDAQ Stock Market, are valued on the basis of the mean between the bid and asked quotes furnished by primary market makers for those instruments. Fixed-income securities are valued according to prices as furnished by an independent pricing service,

cost approximates the current fair value of a security, but since the valuation is not obtained from a quoted price in an active market, such securities are reflected as Level 2. Fair value measurements may also require additional disclosure when the volume and level of activity for the asset or liability have significantly decreased, as well as when circumstances indicate that a transaction is not orderly. The Funds disclose transfers between levels based on valuations at the end of the reporting period. There were no transfers between Level 1, 2 or 3 as of May 31, 2014, based on levels assigned to securities on May 31, 2013.

The following is a summary of the valuations as of May 31, 2014 for each Fund based upon the three levels defined above:

Please refer to the Schedules of Portfolio Investments to view equity and debt securities segregated by industry type.

| | LEVEL 1 - Quoted Prices | | | LEVEL 2 - Other Significant Observable Inputs | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Common Stocks/ Shares of Beneficial Interest | Warrants | Futures Contracts* | Rights/ Warrants | Long-Term U.S. Treasury Obligations/ Corporate Bonds | U.S./ Sovereign Government & Agency Securities | Repurchase Agreements | Swap Agreements* | Forward Currency Contracts* | Investment Securities, including Repurchase Agreements | Other Financial Instruments, including Futures Contracts, Swap Agreements, and Forward Currency Contracts* |
| DJ Brookfield Global Infrastructure ETF | $ 4,215,718 | — | — | — | — | $ 17,264 | $ 59,717 | — | — | $ 4,292,699 | — |
| Global Listed Private Equity ETF | 6,554,558 | $1,100 | — | — | — | 22,563 | 78,047 | — | — | 6,656,268 | — |
| Large Cap Core Plus | 291,032,468 | — | — | — | — | 856,602 | 2,991,461 | $ 4,593,388 | — | 294,880,531 | $ 4,593,388 |
| S&P 500 Aristocrats ETF | 184,217,860 | — | — | — | — | 26,922 | 93,125 | — | — | 184,337,907 | — |
| High Yield-Interest Rate Hedged | — | — | $ 76,788 | — | $ 140,534,842 | 650,563 | 2,250,350 | — | — | 143,435,755 | 76,788 |
| Investment Grade-Interest Rate Hedged | — | — | 77,617 | — | 77,102,735 | 320,978 | 1,110,291 | — | — | 78,534,004 | 77,617 |
| USD Covered Bond | — | — | — | — | 6,489,910 | 25,885 | 89,540 | — | — | 6,605,335 | — |
| German Sovereign/Sub-Sovereign ETF | — | — | — | — | 439,304 | 3,761,688 | 10,146 | — | — | 4,211,138 | — |
| Short Term USD Emerging Markets Bond ETF | — | — | — | — | 4,653,763 | 7,273,506 | 151,774 | — | — | 12,079,043 | — |
| Hedge Replication ETF | 4,868,089 | — | 9,031 | — | — | 21,568,777 | 4,232,783 | 239,790 | — | 30,669,649 | 248,821 |
| Merger ETF | 2,982,416 | — | — | — | — | 383,228 | 619,268 | (186,446) | $ 7,094 | 3,984,912 | (179,352) |
| RAFI® Long/Short | 56,611,387 | — | — | — | — | 1,550,899 | 5,385,693 | (4,382,296) | — | 63,547,979 | (4,382,296) |
| 30 Year TIPS/TSY Spread | — | — | — | — | 3,240,253 | 126,201 | 541,553 | (320,620) | — | 3,908,007 | (320,620) |
| Short 30 Year TIPS/TSY Spread | — | — | — | — | 2,920,546 | 242,451 | 932,158 | (254,808) | — | 4,095,155 | (254,808) |
| UltraPro 10 Year TIPS/TSY Spread | — | — | — | — | 1,344,888 | 58,209 | 387,944 | (25,826) | — | 1,791,041 | (25,826) |
| UltraPro Short 10 Year TIPS/TSY Spread | — | — | — | — | 1,613,887 | 70,691 | 434,666 | (89,345) | — | 2,119,244 | (89,345) |
| Short S&P500® | — | — | (3,002,241) | — | — | 1,047,757,008 | 751,647,796 | (128,735,656) | — | 1,799,404,804 | (131,737,897) |
| Short QQQ® | — | — | (656,898) | — | — | 160,319,932 | 80,785,322 | (19,687,116) | — | 241,105,254 | (20,344,014) |
| Short Dow30SM | — | — | (186,634) | — | — | 177,438,298 | 125,635,329 | (17,435,678) | — | 303,073,627 | (17,622,312) |
| Short MidCap400 | — | — | (204,851) | — | — | 61,581,697 | 48,627,565 | (3,526,719) | — | 110,209,262 | (3,731,570) |
| Short Russell2000 | — | — | 527,231 | — | — | 454,210,774 | 278,015,422 | (21,927,137) | — | 732,226,196 | (21,399,906) |
| Short SmallCap600 | — | — | — | — | — | 2,474,345 | 7,575,331 | (317,221) | — | 10,049,676 | (317,221) |
| UltraShort Russell3000 | — | — | — | — | — | 144,321 | 653,126 | (128,628) | — | 797,447 | (128,628) |

Case 1:20-md-02941-JSR  Document 92-39  Filed 06/29/20  Page 5 of 5

Not Applicable.

**Item 10. Submission Of Matters To A Vote Of Security Holders.**

The Registrant did not have in place procedures by which shareholders may recommend nominees to the registrant's board of trustees.

**Item 11. Controls And Procedures.**

    (a)   The registrant's principal executive officer and principal financial officer have concluded, based on their evaluation of the registrant's disclosure controls and procedures as conducted within 90 days of the filing date of this report, that those disclosure controls and procedures provide reasonable assurance that the material information required to be disclosed by the registrant on this report is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms.

    (b)   There were no changes in the registrant's internal control over financial reporting that occurred during the registrant's second fiscal half year covered by this report that have materially affected, or are reasonably likely to materially affect, the registrant's internal control over financial reporting.

**Item 12. Exhibits.**

    (a)(1)   The code of ethics that is the subject of the disclosure required by Item 2 is attached hereto.

    (b)(1)   Certifications pursuant to Rule 30a-2(a) under the 1940 Act and Section 302 of the Sarbanes-Oxley Act of 2002 are attached hereto.

    (b)(2)   Certification required by Rule 30a-2(b) under the 1940 Act and Section 906 of the Sarbanes-Oxley Act of 2002 is attached hereto.

---

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ProShares Trust

By:   /s/ Todd B. Johnson
      Todd B. Johnson
      President
      July 24, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:   /s/ Todd B. Johnson
      Todd B. Johnson
      President
      July 24, 2014

By:   /s/ Charles S. Todd
      Charles S. Todd
      Treasurer
      July 24, 2014

---