# EXHIBIT HH

bookswrapsmerged.htm Generated by SEC Publisher for SEC Filing

N-CSR 1 bookswrapsmerged.htm

OMB APPROVAL

OMB Number: 3235-0570

Expires: January 31, 2017

Estimated average burden hours per response: 20.6

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM N-CSR**
**CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT**
**INVESTMENT COMPANIES**

Investment Company Act file number: 811-03153

**Russell Investment Company**
(Exact name of registrant as specified in charter)

**1301 2nd Avenue 18th Floor, Seattle Washington 98101**
(Address of principal executive offices) (Zip code)

**Mary Beth R. Albaneze, Secretary and Chief Legal Officer**
**Russell Investment Company**
**1301 2nd Avenue**
**18th Floor**
**Seattle, Washington 98101**
**206-505-4846**

(Name and address of agent for service)

Registrant's telephone number, including area code: 206-505-7877

Date of fiscal year end:    **October 31**
Date of reporting period:   November 1, 2013 – April 30, 2014

bookswrapsmerged.htm Generated by SEC Publisher for SEC Filing

**Item 1. Reports to Stockholders**



2014 SEMI-ANNUAL REPORT

# Russell Funds

April 30, 2014

| FUND | SHARE CLASS |
| --- | --- |
| **U.S. Equity Funds** | |
| Russell U.S. Core Equity Fund | A, C, E, I, S, Y |
| Russell U.S. Defensive Equity Fund | A, C, E, I, S, Y |
| Russell U.S. Dynamic Equity Fund | A, C, E, I, S, Y |
| Russell U.S. Strategic Equity Fund | A, C, E, S |
| Russell U.S. Large Cap Equity Fund | A, C, S |
| Russell U.S. Mid Cap Equity Fund | A, C, S |
| Russell U.S. Small Cap Equity Fund | A, C, E, I, S, Y |
| **International and Global Equity Funds** | |
| Russell International Developed Markets Fund | A, C, E, I, S, Y |
| Russell Global Equity Fund | A, C, E, S, Y |
| Russell Emerging Markets Fund | A, C, E, S, Y |
| **Tax-Managed Equity Funds** | |
| Russell Tax-Managed U.S. Large Cap Fund | A, C, E, S |
| Russell Tax-Managed U.S. Mid & Small Cap Fund | A, C, E, S |
| **Taxable Fixed Income Funds** | |
| Russell Global Opportunistic Credit Fund | A, C, E, S, Y |
| Russell Strategic Bond Fund | A, C, E, I, S, Y |
| Russell Investment Grade Bond Fund | A, C, E, I, S, Y |
| Russell Short Duration Bond Fund | A, C, E, S, Y |
| **Tax Exempt Fixed Income Funds** | |
| Russell Tax Exempt Bond Fund | A, C, E, S |
| **Alternative and Specialty Funds** | |
| Russell Commodity Strategies Fund | A, C, E, S, Y |
| Russell Global Infrastructure Fund | A, C, E, S, Y |
| Russell Global Real Estate Securities Fund | A, C, E, S, Y |
| Russell Multi-Strategy Alternative Fund | A, C, E, S, Y |
| Russell Strategic Call Overwriting Fund | S |

bookswrapsmerged.htm - Generated by SEC Publisher for SEC Filing

# Russell Investment Company

Russell Investment Company is a series investment company with 37 different investment portfolios referred to as Funds. These financial statements report on 22 of these Funds.

bookswrapsmerged.htm Generated by SEC Publisher for SEC Filing

# Russell Investment Company

# Russell Funds

Semi-annual Report

April 30, 2014 (Unaudited)

Table of Contents

|  | Page |
|---|---|
| Russell U.S. Core Equity Fund | 3 |
| Russell U.S. Defensive Equity Fund | 19 |
| Russell U.S. Dynamic Equity Fund | 35 |
| Russell U.S. Strategic Equity Fund | 50 |
| Russell U.S. Large Cap Equity Fund | 67 |
| Russell U.S. Mid Cap Equity Fund | 82 |
| Russell U.S. Small Cap Equity Fund | 97 |
| Russell International Developed Markets Fund | 118 |
| Russell Global Equity Fund | 150 |
| Russell Emerging Markets Fund | 171 |
| Russell Tax-Managed U.S. Large Cap Fund | 198 |
| Russell Tax-Managed U.S. Mid and Small Cap Fund | 213 |
| Russell Global Opportunistic Credit Fund | 230 |
| Russell Strategic Bond Fund | 262 |
| Russell Investment Grade Bond Fund | 317 |
| Russell Short Duration Bond Fund | 359 |
| Russell Tax Exempt Bond Fund | 396 |
| Russell Commodity Strategies Fund | 417 |
| Russell Global Infrastructure Fund | 433 |
| Russell Global Real Estate Securities Fund | 453 |
| Russell Multi-Strategy Alternative Fund | 472 |
| Russell Strategic Call Overwriting Fund | 544 |
| Notes to Schedules of Investments | 560 |
| Notes to Financial Highlights | 563 |
| Notes to Financial Statements | 564 |
| Affiliated Brokerage Transactions | 596 |
| Basis for Approval of Investment Advisory Contracts | 597 |
| Shareholder Requests for Additional Information | 599 |
| Disclosure of Information about Fund Trustees and Officers | 600 |
| Adviser, Money Managers and Service Providers | 606 |

Bookswrapsmerged.htm - Generated by SEC Publisher for SEC Filing

# Russell Investment Company Russell U.S. Small Cap Equity Fund

## Shareholder Expense Example — April 30, 2014 (Unaudited)

### Fund Expenses

**The following disclosure provides important information regarding the Fund's Shareholder Expense Example ("Example").**

### Example

As a shareholder of the Fund, you incur two types of costs: (1) transaction costs, and (2) ongoing costs, including advisory and administrative fees; distribution (12b-1) and/or service fees; and other Fund expenses. The Example is intended to help you understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. The Example is based on an investment of $1,000 invested at the beginning of the period and held for the entire period indicated, which for this Fund is from November 1, 2013 to April 30, 2014.

### Actual Expenses

The information in the table under the heading "Actual Performance" provides information about actual account values and actual expenses. You may use the information in this column, together with the amount you invested, to estimate the expenses that you paid over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first column in the row entitled "Expenses Paid During Period" to estimate the expenses you paid on your account during this period.

### Hypothetical Example for Comparison Purposes

The information in the table under the heading "Hypothetical Performance (5% return before expenses)" provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an assumed rate of return of 5% per year before expenses, which is not the Fund's actual return. The hypothetical account values and expenses may not be used to estimate the actual ending account balance or expenses you paid for the period. You may use this information to compare the ongoing costs of investing in the Fund and other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of other funds.

Please note that the expenses shown in the table are meant to highlight your ongoing costs only and do not reflect any transactional costs. Therefore, the information under the heading "Hypothetical Performance (5% return before expenses)" is useful in comparing ongoing costs only, and will not help you determine the relative total costs of owning different funds. In addition, if these transactional costs were included, your costs would have been higher.

| Class A | | Actual Performance | | Hypothetical Performance (5% return before expenses) |
|---|---|---|---|---|
| Beginning Account Value | | | | |
| November 1, 2013 | $ | 1,000.00 | $ | 1,000.00 |
| Ending Account Value | | | | |
| April 30, 2014 | $ | 1,034.90 | $ | 1,018.60 |
| Expenses Paid During Period* | $ | 6.31 | $ | 6.26 |

* Expenses are equal to the Fund's annualized expense ratio of 1.25% (representing the six month period annualized), multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half year period).

| Class C | | Actual Performance | | Hypothetical Performance (5% return before expenses) |
|---|---|---|---|---|
| Beginning Account Value | | | | |
| November 1, 2013 | $ | 1,000.00 | $ | 1,000.00 |
| Ending Account Value | | | | |
| April 30, 2014 | $ | 1,031.10 | $ | 1,014.88 |
| Expenses Paid During Period* | $ | 10.07 | $ | 9.99 |

* Expenses are equal to the Fund's annualized expense ratio of 2.00% (representing the six month period annualized), multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half year period).

| Class E | | Actual Performance | | Hypothetical Performance (5% return before expenses) |
|---|---|---|---|---|
| Beginning Account Value | | | | |
| November 1, 2013 | $ | 1,000.00 | $ | 1,000.00 |
| Ending Account Value | | | | |
| April 30, 2014 | $ | 1,035.10 | $ | 1,018.60 |
| Expenses Paid During Period* | $ | 6.31 | $ | 6.26 |

* Expenses are equal to the Fund's annualized expense ratio of 1.25% (representing the six month period annualized), multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half year period).

Russell U.S. Small Cap Equity Fund 97

bookswrapsmerged.htm Generated by SEC Publisher for SEC Filing

# Russell Investment Company Russell U.S. Small Cap Equity Fund

## Shareholder Expense Example, continued — April 30, 2014 (Unaudited)

| Class I | | Actual Performance | | Hypothetical Performance (5% return before expenses) |
|---|---|---|---|---|
| Beginning Account Value | | | | |
| November 1, 2013 | $ | 1,000.00 | $ | 1,000.00 |
| Ending Account Value | | | | |
| April 30, 2014 | $ | 1,036.70 | $ | 1,020.23 |
| Expenses Paid During Period* | $ | 4.65 | $ | 4.61 |

* Expenses are equal to the Fund's annualized expense ratio of 0.92% (representing the six month period annualized), multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half year period).

| Class S | | Actual Performance | | Hypothetical Performance (5% return before expenses) |
|---|---|---|---|---|
| Beginning Account Value | | | | |
| November 1, 2013 | $ | 1,000.00 | $ | 1,000.00 |
| Ending Account Value | | | | |
| April 30, 2014 | $ | 1,036.50 | $ | 1,019.84 |
| Expenses Paid During Period* | $ | 5.05 | $ | 5.01 |

* Expenses are equal to the Fund's annualized expense ratio of 1.00% (representing the six month period annualized), multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half year period).

| Class Y | | Actual Performance | | Hypothetical Performance (5% return before expenses) |
|---|---|---|---|---|
| Beginning Account Value | | | | |
| November 1, 2013 | $ | 1,000.00 | $ | 1,000.00 |
| Ending Account Value | | | | |
| April 30, 2014 | $ | 1,037.40 | $ | 1,020.83 |
| Expenses Paid During Period* | $ | 4.04 | $ | 4.01 |

* Expenses are equal to the Fund's annualized expense ratio of 0.80% (representing the six month period annualized), multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half year period).

98 Russell U.S. Small Cap Equity Fund

bookswrapsmerged.htm tGenerated by SEC Publisher for SEC Filing

# Russell Investment Company Russell Funds

## Notes to Financial Statements — April 30, 2014 (Unaudited)

### 1. Organization

Russell Investment Company (the "Investment Company" or "RIC") is a series investment company with 37 different investment portfolios referred to as Funds. These financial statements report on 22 of these Funds (each a "Fund" and collectively the "Funds"). The Investment Company is registered under the Investment Company Act of 1940, as amended ("Investment Company Act"), as an open-end management investment company. It is organized and operated as a Massachusetts business trust under a Second Amended and Restated Master Trust Agreement dated October 1, 2008 as amended ("Master Trust Agreement"). The Investment Company's Master Trust Agreement permits the Board of Trustees (the "Board") to issue an unlimited number of shares of beneficial interest.

### 2. Significant Accounting Policies

The Funds' financial statements are prepared in accordance with U.S. generally accepted accounting principles ("U.S. GAAP") which require the use of management estimates and assumptions at the date of the financial statements. Actual results could differ from those estimates. The following is a summary of the significant accounting policies consistently followed by each Fund in the preparation of its financial statements.

Security Valuation

The Funds value portfolio securities according to Board-approved securities valuation procedures which include market and fair value procedures. Debt obligation securities maturing within 60 days at the time of purchase are priced using the amortized cost method of valuation, unless the Board determines that amortized cost does not represent the fair value of such short-term debt obligation securities. The Board has delegated the responsibility for administration of the securities valuation procedures to Russell Fund Services Company ("RFSC").

U.S. GAAP defines fair value as the price that a Fund would receive to sell an asset or pay to transfer a liability in an orderly transaction between market participants at the measurement date. It establishes a fair value hierarchy that prioritizes inputs to valuation methods and requires a separate disclosure of the fair value hierarchy for each major category of assets and liabilities, that segregates fair value measurements into levels (Level 1, 2, and 3). The inputs or methodology used for valuing securities are not necessarily an indication of the risk associated with investing in those securities. Levels 1, 2 and 3 of the fair value hierarchy are defined as follows:

- Level 1 — Quoted prices (unadjusted) in active markets or exchanges for identical assets and liabilities.

- Level 2 — Inputs other than quoted prices included within Level 1 that are observable, which may include, but are not limited to, quoted prices for similar assets or liabilities in markets that are active, quoted prices for identical or similar assets or liabilities in markets that are not active, inputs such as interest rates, yield curves, implied volatilities, credit spreads or other market corroborated inputs.

- Level 3 — Significant unobservable inputs based on the best information available in the circumstances, to the extent observable inputs are not available, which may include assumptions made by RFSC, acting at the discretion of the Board, that are used in determining the fair value of investments.

The availability of observable inputs can vary from security to security and is affected by a wide variety of factors, including, for example, the type of security, whether the security is new and not yet established in the marketplace, the liquidity of markets, and other characteristics particular to the security. To the extent that valuation is based on models or inputs that are less observable or unobservable in the market, the determination of fair value requires more judgment. Accordingly, the degree of judgment exercised in determining fair value is greatest for instruments categorized in Level 3.

The inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, for disclosure purposes, the level in the fair value hierarchy within which the fair value measurement falls in its entirety is determined based on the lowest level input that is significant to the fair value measurement in its entirety.

The valuation techniques and significant inputs used in determining the fair market values of financial instruments categorized as Level 1 and Level 2 of the fair value hierarchy are as follows: Equity securities, including common and preferred stock, that are traded on a national securities exchange (or reported on the NASDAQ national market) are stated at the last reported sales price on the day of valuation. To the extent these securities are actively traded, and valuation adjustments are not applied, they are categorized as Level 1 of the fair value hierarchy. Certain foreign equity securities may be fair valued using a pricing service that considers the correlation of the trading patterns of the

564 Notes to Financial Statements

Books wraps merged.htm Generated by SEC Publisher for SEC Filing

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Russell Investment Company**

By:  /s/ Sandra Cavanaugh                              Sandra Cavanaugh President, Principal Executive Officer and Chief Executive Officer

Date: July 1, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

By:   /s/ Sandra Cavanaugh                              Sandra Cavanaugh President, Principal Executive Officer and Chief Executive Officer

Date: July 1, 2014

By:  /s/ Mark E. Swanson                              Mark E. Swanson Principal Financial Officer, Principal Accounting Officer and Treasurer

Date: July 1, 2014