# EXHIBIT KK

N-CSRS 1 d761131dncsrs.htm STATE FARM MUTUAL FUND TRUST

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM N-CSR

## CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number 811-10027

# STATE FARM MUTUAL FUND TRUST
(Exact name of registrant as specified in charter)

**One State Farm Plaza**
**Bloomington, IL 61710-0001**
(Address of principal executive offices) (Zip code)

| | |
|---|---|
| **Paul J. Smith** | **Alan Goldberg** |
| **One State Farm Plaza** | **K&L Gates LLP** |
| **Bloomington, Illinois 61710-0001** | **Three First National Plaza** |
| | **70 West Madison St., Suite 3100** |
| | **Chicago, Illinois 60602** |

(Names and addresses of agents for service)

Registrant's telephone number, including area code: 1-800-447-4930

Date of fiscal year end: 12/31/2014

Date of reporting period: 06/30/2014

## STATE FARM MUTUAL FUND TRUST
### NOTES TO FINANCIAL STATEMENTS
### (Unaudited)

### 1.   Investment Objective

State Farm Mutual Fund Trust (the "Trust") has 15 separate investment portfolios (the "Funds"). The Trust is registered under the Investment Company Act of 1940 as an open-end, management investment company. Each Fund has its own investment objective, investment policies, restrictions, and attendant risks and is diversified as defined in the Investment Company Act of 1940. State Farm Investment Management Corp. ("SFIMC") is the Trust's investment adviser.

The **State Farm Equity Fund** (the "Equity Fund") seeks long-term growth of capital. The Equity Fund seeks to achieve this objective by investing, under normal circumstances, at least 80% of its net assets (plus any borrowings) in common stocks and other equity securities of large capitalization companies.

The **State Farm Small/Mid Cap Equity Fund** (the "Small/Mid Cap Equity Fund") seeks long-term growth of capital. The Fund primarily invests under normal circumstances at least 80% of its net assets (plus any borrowing) in common stock and other equity securities of small and mid-capitalization stocks issued by U.S. companies.

The **State Farm International Equity Fund** (the "International Equity Fund") seeks long-term growth of capital. The International Equity Fund invests its assets primarily in securities issued by foreign companies. There is no restriction on the size of the companies in which the Fund invests.

The **State Farm S&P 500 Index Fund** (the "S&P 500 Index Fund") seeks to provide investment results that correspond to the total return of publicly traded common stocks in the aggregate, as represented by the S&P 500[1] Index. The S&P 500 Index Fund pursues its investment objective by investing in substantially all of the securities that make up the S&P 500 Index. The S&P 500 Index tracks the common stock performance of 500 large U.S. companies.

The **State Farm Small Cap Index Fund** (the "Small Cap Index Fund") seeks to match as closely as practicable, before fees and expenses, the performance of the Russell 2000® Small Stock Index (the "Russell 2000")[2]. The Small Cap Index Fund pursues its investment objective by investing in a representative sample of the securities contained in the Russell 2000. The Russell 2000 tracks the common stock performance of about 2,000 small U.S. companies.

The **State Farm International Index Fund** (the "International Index Fund") seeks to match as closely as practicable, before fees and expenses, the performance of an international portfolio of common stocks represented by the Morgan Stanley Capital International Europe, Australasia and Far East Free Index (the "EAFE® Free")[3]. The International Index Fund selects a representative sample of the securities contained in the EAFE Free. The EAFE Free is a capitalization-weighted index that currently includes stocks of companies in 15 European countries, Australia, New Zealand, Israel, Hong Kong, Japan and Singapore.

The **State Farm Equity and Bond Fund** (the "Equity and Bond Fund") seeks long-term growth of principal while providing some current income. The Equity and Bond Fund invests in the Institutional shares of the State Farm Equity Fund and State Farm Bond Fund of the Trust.

The **State Farm Bond Fund** (the "Bond Fund") seeks to realize over a period of years the highest yield consistent with investing in investment grade bonds. The Fund typically invests 80% or more of its net assets (plus any borrowings for investment purposes) in investment grade bonds or bonds determined to be of comparable quality.

The **State Farm Tax Advantaged Bond Fund** (the "Tax Advantaged Bond Fund") seeks as high a rate of income exempt from federal income taxes as is consistent with prudent investment management. The Tax Advantaged Bond Fund normally invests so that either (1) at least 80% of the Tax Advantaged Bond Fund's net investment income is exempt from regular federal income tax or (2) at least 80% or more of the Tax Advantaged Bond Fund's net assets are invested in securities that produce income exempt from regular federal income tax.

The **State Farm Money Market Fund** (the "Money Market Fund") seeks to maximize current income to the extent consistent with the preservation of capital and maintenance of liquidity. The Money Market Fund invests exclusively in short-term, U.S. dollar-denominated money market securities, including those issued by U.S. and foreign financial institutions, corporate issuers, the U.S. Government and its agencies and instrumentalities, municipalities, foreign governments, and multi-national organizations, such as The World Bank.

The **State Farm LifePath® Retirement Fund** (the "LifePath Retirement Fund")[4] is managed for investors seeking income and moderate long-term growth of capital. The LifePath Retirement Fund invests all of its assets in a separate series of the Master Investment Portfolio, called the LifePath Retirement Master Portfolio. The LifePath Retirement Master Portfolio and the LifePath Retirement Fund have substantially similar investment objectives.

The **State Farm LifePath 2020® Fund** (the "LifePath 2020 Fund") is managed for investors planning to retire (or begin to withdraw substantial portions of their investment) approximately in the year 2020. The LifePath 2020 Fund invests all of its

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

State Farm Mutual Fund Trust

By        /s/ Michael L. Tipsord
            Michael L. Tipsord
            President

Date    September 2, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By        /s/ Michael L. Tipsord
            Michael L. Tipsord
            President

Date    September 2, 2014

By        /s/ Paul J. Smith
            Paul J. Smith
        Senior Vice President and Treasurer

Date    September 2, 2014