# EXHIBIT LL

N-CSRS 1 d761538dncsrs.htm STATE FARM VARIABLE PRODUCT TRUST

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM N-CSR

## CERTIFIED SHAREHOLDER REPORT OF REGISTERED MANAGEMENT INVESTMENT COMPANIES

Investment Company Act file number 811-08073

# STATE FARM VARIABLE PRODUCT TRUST
(Exact name of registrant as specified in charter)

| | |
|---|---|
| **Three State Farm Plaza** **Bloomington, IL** (Address of principal executive offices) | **61791-0001** (Zip code) |

| | |
|---|---|
| | **Alan Goldberg** **K&L Gates LLP** **Three First National Plaza** |
| **Paul J. Smith** **One State Farm Plaza** **Bloomington, Illinois 61710-0001** | **70 West Madison St., Suite 3100** **Chicago, Illinois 60602** |

(Names and addresses of agents for service)

Registrant's telephone number, including area code: 1-888-702-2307

Date of fiscal year end: 12/31/2014

Date of reporting period: 06/30/2014

**STATE FARM VARIABLE PRODUCT TRUST**

**NOTES TO FINANCIAL STATEMENTS**
**(Unaudited)**

**1. Investment Objective**

State Farm Variable Product Trust (the "Trust") has nine separate investment portfolios (each a "Fund" and together, the "Funds"). The Trust is registered under the Investment Company Act of 1940 as an open-end, management investment company. Each Fund has its own investment objective, investment policies, restrictions, and attendant risks and is diversified as defined in the Investment Company Act of 1940. Shares of each Fund are offered exclusively in connection with variable deferred annuity and variable universal life insurance policies issued by State Farm Life Insurance Company and State Farm Life and Accident Assurance Company. State Farm Investment Management Corp. ("SFIMC") is the Trust's investment adviser.

The **Large Cap Equity Fund** seeks long-term growth of capital. The Fund invests under normal circumstances at least 80% of its net assets (plus any borrowing) in common stocks and other equity securities of large capitalization companies.

The **Small/Mid Cap Equity Fund** seeks long-term growth of capital. The Fund primarily invests under normal circumstances at least 80% of its net assets (plus any borrowing) in common stock and other equity securities of small and mid-capitalization companies.

The **International Equity Fund** seeks long-term growth of capital. The International Equity Fund invests its assets primarily in securities issued by foreign companies. There is no restriction on the size of the companies in which the Fund invests.

The **Large Cap Equity Index Fund** (the "Large Cap Index Fund") seeks to match the performance of the Standard and Poor's Composite Index of 500 Stocks® (the "S&P 500")[1] by investing in the securities that make up the S&P 500. The S&P 500 tracks the common stock performance of 500 large U.S. companies.

The **Small Cap Equity Index Fund** (the "Small Cap Index Fund") seeks to match the performance of the Russell 2000® Small Stock Index (the "Russell 2000")[2] by investing in some of the stocks found in the Russell 2000. The Russell 2000 tracks the common stock performance of about 2,000 small U.S. companies.

The **International Equity Index Fund** (the "International Index Fund") seeks to match the performance of the Morgan Stanley Capital International Europe, Australasia and Far East Free Index® (the "EAFE Free")[3] by investing in some of the stocks found in the EAFE Free. The EAFE Free is a capitalization-weighted index that currently includes stocks of companies in 15 European countries, Australia, New Zealand, Israel, Hong Kong, Japan and Singapore.

The **Stock and Bond Balanced Fund** (the "Balanced Fund") seeks long-term growth of capital, balanced with current income. The Balanced Fund invests in the Large Cap Index and Bond Funds of the Trust.

The **Bond Fund** seeks to realize over a period of years the highest yield consistent with prudent investment management through current income and capital gains. The Fund typically invests 80% or more of its assets in investment grade bonds or bonds determined to be of comparable quality.

The **Money Market Fund** seeks to maximize current income to the extent consistent with the preservation of capital and maintenance of liquidity.

**2. Significant Accounting Policies**

The following is a summary of significant accounting policies followed by the Funds in the preparation of their financial statements in accordance with U.S. generally accepted accounting principles ("GAAP").

*Fund Share Valuation*

Fund shares are sold and redeemed on a continuous basis at net asset value. Net asset value per share is determined daily on each day the New York Stock Exchange is open. The net asset value for each Fund is determined as of the close of regular session trading on the New York Stock Exchange (usually 3:00 p.m., Central Time). The net asset value per share is computed by dividing the total value of a Fund's investments and other assets, less liabilities, by the number of Fund shares outstanding.

*Securities Valuation*

All investments in securities are recorded at their fair value. For more information refer to Note 3 Securities Valuation.

*Securities Transactions and Investment Income*

For financial reporting purposes, security transactions are accounted for on trade date (date the order to buy or sell is executed). Dividend income is recorded on the ex-dividend date, except that certain dividends from foreign securities are

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

State Farm Variable Product Trust

By    /s/ Michael L. Tipsord
                Michael L. Tipsord
                    President

Date    August 26, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By    /s/ Michael L. Tipsord
                Michael L. Tipsord
                    President

Date    August 26, 2014

By    /s/ Paul J. Smith
                Paul J. Smith
        Senior Vice President and Treasurer

Date    August 26, 2014