# EXHIBIT VV

Case 1:20-md-02941-JSR    Document 92-54    Filed 06/29/20    Page 2 of 4

N-CSR 1 d732447dncsr.htm N-CSR

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM N-CSR

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED
MANAGEMENT INVESTMENT COMPANIES**

**Investment Company Act file number 811-03738**

# VALIC Company I
**(Exact name of registrant as specified in charter)**

**2929 Allen Parkway, Houston, TX 77019**
**(Address of principal executive offices) (Zip code)**

**Kurt W. Bernlohr**
**Senior Vice President**
**The Variable Annuity Life Insurance Company**
**2929 Allen Parkway**
**Houston, TX 77019**
**(Name and address of agent for service)**

**Registrant's telephone number, including area code: (713) 831-6133**

**Date of fiscal year end: May 31**

**Date of reporting period: May 31, 2014**

Table of Contents

## VALIC Company I
NOTES TO FINANCIAL STATEMENTS

### Note 1 — Organization

VALIC Company I (the "Series" or "VC I") was incorporated under the laws of Maryland on December 7, 1984, by The Variable Annuity Life Insurance Company ("VALIC"). VALIC, the investment adviser to the Series, is an indirect wholly-owned subsidiary of American International Group, Inc. ("AIG"). The Series is registered under the Investment Company Act of 1940, as amended (the "1940 Act"), as an open-end, management investment company. The Series consists of 34 separate mutual funds (each, a "Fund" and collectively, the "Funds"), each of which issues its own separate class of capital shares:

| | |
|---|---|
| Asset Allocation Fund | International Equities Fund |
| Blue Chip Growth Fund | International Government Bond Fund |
| Broad Cap Value Income Fund | International Growth Fund |
| Capital Conservation Fund | Large Cap Core Fund |
| Core Equity Fund | Large Capital Growth Fund |
| Dividend Value Fund | Mid Cap Index Fund |
| Dynamic Allocation Fund* | Mid Cap Strategic Growth Fund |
| Emerging Economies Fund | Money Market I Fund |
| Foreign Value Fund | Nasdaq-100® Index Fund |
| Global Real Estate Fund | Science & Technology Fund |
| Global Social Awareness Fund | Small Cap Aggressive Growth Fund |
| Global Strategy Fund | Small Cap Fund |
| Government Securities Fund | Small Cap Index Fund |
| Growth Fund | Small Cap Special Values Fund |
| Growth & Income Fund | Small-Mid Growth Fund |
| Health Sciences Fund | Stock Index Fund |
| Inflation Protected Fund | Value Fund |

* The Dynamic Allocation Fund invests under normal conditions approximately 70% to 90% of its assets in shares of the Underlying Funds, which are funds of VC I and VALIC Company II ("VC II"), (collectively, the "Underlying Companies") (the "Fund-of-Funds Component") and 10% to 30% of its assets in a portfolio of derivative instruments, exchange traded funds ("ETFs"), fixed income securities and short-term investments (the "Overlay Component").

Each Fund is diversified with the exception of International Government Bond Fund and Nasdaq-100® Index Fund, which are non-diversified as defined by the 1940 Act.

**Indemnifications.** Under the Funds' organizational documents, its officers and directors are indemnified against certain liability arising out of the performance of their duties to the Funds. In addition, in the normal course of business the Funds enter into contracts that may contain the obligation to indemnify others. The Funds' maximum exposure under these arrangements is unknown. Currently, however, the Funds expect the risk of loss to be remote.

### Note 2 — Significant Accounting Policies

The preparation of financial statements in accordance with U.S. generally accepted accounting principles ("GAAP") requires management to make estimates and assumptions that affect the reported amounts and disclosures in the financial statements. Actual results could differ from those estimates and those differences could be significant. The following is a summary of significant accounting policies consistently followed by the Funds in the preparation of its financial statements:

### Security Valuation

In accordance with the authoritative guidance on fair value measurements and disclosures under GAAP, the Funds disclose the fair value of their investments in a hierarchy that prioritizes the inputs to valuation techniques used to measure the fair value. In accordance with GAAP, fair value is defined as the price that the Funds would receive upon selling an asset or transferring a liability in a timely transaction to an independent third party in the principal or most advantageous market. GAAP established a three-tier hierarchy to provide more transparency around the inputs used to measure fair value and to establish classification of fair value measurements for disclosure purposes. Inputs refer broadly to the assumptions that market participants would use in pricing the asset or liability, including assumptions about risk. Inputs may be observable or unobservable. Observable inputs are inputs that reflect the assumptions market participants would use in pricing the asset or liability developed based on market data obtained from sources independent of the

**Table of Contents**

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

VALIC Company I

By: /s/ Kurt W. Bernlohr
     Kurt W. Bernlohr
     President

Date: August 8, 2014

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By: /s/ Kurt W. Bernlohr
     Kurt W. Bernlohr
     President

Date: August 8, 2014

By: /s/ Gregory R. Kingston
     Gregory R. Kingston
     Treasurer

Date: August 8, 2014