**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to All Associated Actions | Case No. 20-MD-2941 (JSR)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Former Director and Officer Defendants will move the United States District Court for the Southern District of New York, before the Honorable Jed S. Rakoff, United States District Judge, for an Order dismissing Plaintiffs' claims subject to preemption by Section 546(e) of the Bankruptcy Code, and for such other relief that the Court may deem just and proper.

Dated:     June 29, 2020
               New York, New York

Respectfully submitted,

/s/ Andrew G. Gordon
Andrew G. Gordon
Craig A. Benson, *pro hac vice forthcoming*
Crystal Johnson Geise
Paul, Weis, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10036-8704
(212) 373-3543
agordon@paulweiss.com
cbenson@paulweiss.com
cgeise@paulweiss.com

*Counsel for Defendants Wesley R. Card, Dianne Card, Christopher R. Cade, Ira M. Dansky, Ira Martin Dansky Revocable Trust, Joseph T. Donnalley, Richard L. Dickson, Cynthia*

*DiPietrantonio, Tami Fersko, John T. McClain, and Aida Tejero-DeColli*

/s/ Scott D. Musoff (with consent)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001
Tel.: (212) 735-3000
Fax: (212) 735-2000

Robert S. Saunders, *pro hac vice*
(rob.saunders@skadden.com)
Cliff C. Gardner, *pro hac vice* forthcoming
(cliff.gardner@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.: (302) 651-3000
Fax: (302) 651-3000

*Attorneys for Defendants Gerald C. Crotty, Robert L. Mettler, Mary Margaret Hastings Georgiadis, Ann Marie C. Wilkins, Sidney Kimmel, John D. Demsey, Matthew H. Kamens, James A. Mitarotonda, Jeffrey D. Nuechterlein, Lowell W. Robinson, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Telendos, LLC and The Sidney Kimmel Revocable Indenture of Trust*