UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
|---|---|---|
|  | : |  |
| IN RE NINE WEST LBO SECURITIES LITIGATION | : | Case No.: 1:20-md-02941-JSR |
|  | : |  |
| Pertains to: | : |  |
| *Kirschner* v. *McClain, et. al.*, No. 20-cv-01768; | : |  |
| *Kirschner* v. *Cade, et. al.*, No. 20-cv-60343; | : |  |
| *Kirschner* v. *Kimmel, et. al.*, No. 20-cv-4287; | : |  |
| *Kirschner v. Advisors Series Trust (Kellner Merger Fund), et. al.*, No. 20-cv-04433 | : |  |
| *Wilmington Savings Fund Society v. Cade, et. al.*, No. 20-cv-60344 | : |  |
|  | : |  |
|  | x |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this

Court, and I appear in the above-captioned action on behalf of the defendants listed on Exhibit A

attached herein ("Defendants"). The Entry of Appearance is made without prejudice to any

motion, objection, argument or defense, including the defenses of insufficient form of process,

insufficient service of process and lack of personal jurisdiction.

Dated: New York, New York
June 29, 2020

/s/ *Stuart Kagen*
Stuart Kagen, Esq.
KAGEN, CASPERSEN & BOGART PLLC
757 Third Avenue, 20th Floor
New York, New York 10017
212) 880-2045
*Attorneys for Defendants*

## EXHIBIT A

Lynne Bernstock
Jeffery Brisman
Janice Brown
Katherine Butler
James Capiola
Gregory Clark
Eric Dauwalter
Barbara Dorfsman
Mark DeZao
Eileen Dunn
Rosa Genovesi
Laurie Gentile
Bryan Gilligan
Ninive Giordano
Stacey Harmon
Richard Hein
Gerald Hood
Linda Kothe
Arundhati Kulkarni
Suzanne Maloney
Zine Mazouzi
Susan McCoy
Tom Nolan
Pamela Paul
Charles Pickett
Amy Rapawy
Joseph Rosato
Mahmood Hassani-Sadi
Arlene Starr
Larissa Sygida
Kimberly Thomas
Norman Veit

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 29, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Stuart Kagen*
Stuart Kagen