UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION    :

    :

Pertains to: *Kirschner v. Dickson, et al.*, 20-cv-04436 (JSR),    :

*Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-    :

04569 (JSR), *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR),    :    20-MD-2941 (JSR)

*Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv-    :

04286 (JSR), *Kirschner, et al. v. Kimmel, et al.*, 20-cv-04287 (JSR),    :

*Kirschner. McClain, et al.*, 20-cv-04262 (JSR), *Wilmington Savings*    :

*Fund Society, FSB v. Card, et al.*, 20-cv-04335 (JSR) and *Kirschner*    :

*v. Card, et al.*, 20-cv-04346 (JSR)    :

    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Robert S. Saunders for admission to practice Pro Hac Vice in the

above-captioned action is granted.

Robert S. Saunders has declared that he is a member in good standing of the bar

of the State of Delaware; and that his contact information is as follows:

> Robert S. Saunders
> SKADDEN, ARPS, SLATE
>    MEAGHER & FLOM LLP
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801
> Telephone:  (302) 651-3000
> Fax:  (302) 651-3001
> rob.saunders@skadden.com

Robert S. Saunders having requested admission Pro Hac Vice to appear for all

purposes as counsel for Defendants Gerald C. Crotty, Robert L. Mettler, Robert & Susan Mettler

Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Mary Margaret

Hastings Georgiadis, Telendos, LLC, Ann Marie C. Wilkins, Sidney Kimmel, The Sidney

Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A.

Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson in the above-entitled action;

**IT IS HEREBY ORDERED** that Robert S. Saunders is admitted to practice Pro

Hac Vice in the above-captioned case in the United States District Court for the Southern District

of New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.


Dated: _____          _____

                                            United States District Judge