**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | ) ) ) | Case No. 1:20-md-02941-JSR |

---

| | | |
|---|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI Litigation Trust, | ) ) ) | Case No. 2020-cv-04292 |
|     Plaintiff | ) ) | |
| v. | ) ) | |
| MARY MARGARET HASTINGS GEORGIADIS, et al., | ) ) ) | |
|     Defendants. | ) ) | |

---

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture Trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc. | ) ) ) ) ) ) ) | Case No. 2020-cv-04286 |
|     Plaintiff | ) ) | |
| v. | ) ) | |
| MARY MARGARET HASTINGS GEORGIADIS, et al., | ) ) ) | |
|     Defendants. | ) ) | |

**DECLARATION OF CRAIG C. MARTIN IN SUPPORT OF NOTICE OF JOINDER AND STATEMENT OF DEFENDANT NUVEEN SMALL CAP INDEX FUND IN SUPPORT OF PUBLIC SHAREHOLDER DEFENDANTS' MOTION TO DISMISS UNDER THE SAFE HARBOR OF 11 U.S.C. § 546(e)**

CRAIG C. MARTIN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am an attorney at Willkie Farr & Gallagher LLP, which represents defendant Nuveen Small Cap Index Fund.  I submit this declaration on behalf of defendant Nuveen Small Cap Index Fund to place before the Court documents relevant to the Shareholder Defendants' Motion to Dismiss Under the Safe Harbor of 11 U.S.C. § 546(e), ECF No. 88, which the Defendant Nuveen Small Cap Index Fund respectfully joins.

2.      Attached as Exhibit 1 is a true and correct copy of the Certified Shareholder Report (Form N-CSR), Investment Company Act file number 811-05309, filed with the Securities and Exchange Commission by Nuveen Investment Funds, Inc. for the reporting period ending April 30, 2014, which pertains to the Nuveen Small Cap Index Fund for the period of October 31, 2014 through April 30, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2020

Respectfully submitted,

/s/ Craig C. Martin
Craig C. Martin
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654
(312) 728-9050
cmartin@willkie.com

*Attorney for Defendant Nuveen Small Cap Index Fund*

- 3 -

**CERTIFICATE OF SERVICE**

I, Craig C. Martin, an attorney, certify that on June 29, 2020, I caused a true and correct copy of the foregoing **Declaration of Craig C. Martin in Support of Notice of Joinder and Statement of Defendant Nuveen Small Cap Index Fund in Support of Public Shareholder Defendants' Motion to Dismiss Under the Safe Harbor of 11 U.S.C. § 546(e)**, along with exhibit thereto, to be served upon all CM/ECF registrants of record in this action using the CM/ECF system.

/s/ Craig C. Martin