UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION :

 :

Pertains to: *Kirschner v. Dickson, et al.*, 20-cv-04436 (JSR), :
*Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv- :
04569 (JSR), *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR), : 20-MD-2941 (JSR)
*Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv- :
04286 (JSR), *Kirschner, et al. v. Kimmel, et al.*, 20-cv-04287 (JSR), :
*Kirschner. McClain, et al.*, 20-cv-04262 (JSR), *Wilmington Savings* :
*Fund Society, FSB v. Card, et al.*, 20-cv-04335 (JSR) and *Kirschner* :
*v. Card, et al.*, 20-cv-04346 (JSR) :

 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF CLIFF C. GARDNER IN SUPPORT OF
## <u>MOTION TO ADMIT COUNSEL PRO HAC VICE</u>

  I, CLIFF C. GARDNER, declare and state as follows:

  1.  I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and represent defendants Gerald C. Crotty, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Mary Margaret Hastings Georgiadis, Telendos, LLC, Ann Marie C. Wilkins, Sidney Kimmel, The Sidney Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A. Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson in the above-captioned action.  I make this declaration in support of my Motion for Admission Pro Hac Vice.  I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify competently to them.

  2.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Delaware.

3.      There are no pending disciplinary proceedings against me in any state or federal court.

4.      I have not been convicted of a felony.

5.      I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Wilmington, Delaware on June 29, 2020.


/s/ Cliff C. Gardner
Cliff C. Gardner
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Fax:  (302) 651-3001
cliff.gardner@skadden.com

*Counsel for Defendants Gerald C. Crotty, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Mary Margaret Hastings Georgiadis, Telendos, LLC, Ann Marie C. Wilkins, Sidney Kimmel, The Sidney Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A. Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson.*

2