# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Cliff C. Gardner** was admitted to practice as an attorney in the Courts of this State on **June 17, 2009** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 9th day of June, 2020.

Lisa A. Dolph
Clerk of the Supreme Court