UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                                    :
IN RE NINE WEST LBO SECURITIES      :
LITIGATION                          :    Case No.: 1:20-md-02941-JSR
                                    :
Pertains to All Associated Actions  :
                                    :
———————————————————— x

**SUPPLEMENTAL DECLARATION OF ANDREW G. DEVORE IN SUPPORT OF
PUBLIC SHAREHOLDER DEFENDANTS' MOTION TO DISMISS
UNDER THE SAFE HARBOR OF 11 U.S.C. § 546(e)
(TO SUBMIT EXHIBIT K(a) INADVERTENTLY OMITTED FROM
ELECTRONIC FILING OF ORIGINAL DECLARATION)**

I, Andrew G. Devore, the undersigned, declare as follows:

1.      I am a partner at the law firm of Ropes & Gray LLP, and am counsel for certain of the Public Shareholder Defendants in the above-captioned proceeding.  I am a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York.

2.      I respectfully submit this supplemental declaration in support of the Public Shareholder Defendants' Motion To Dismiss Under The Safe Harbor Of 11 U.S.C. § 546(e).[1]

3.      Attached hereto as **Exhibit K(a)** is a true and correct excerpted copy of the Form N-CSR filed by Fidelity Salem Street Trust with the U.S. Securities & Exchange Committee ("SEC") on December 23, 2016, which was inadvertently omitted from the Declaration of Andrew G. Devore In Support of Public Shareholder Defendants' Motion to Dismiss under the Safe Harbor of 11 U.S.C. § 546(e), filed on June 29, 2020.  *See* Dkt. No. 92 at 9.  A complete

---

[1]      Terms used but not otherwise defined in this declaration have the same meaning as in the Public Shareholder Defendants' Memorandum of Law.

copy of the Form N-CSR is available publicly on the SEC's Edgar website at:

https://www.sec.gov/Archives/edgar/data/35315/000137949116008112/filing836.htm.

    4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 29, 2020                */s/ Andrew G. Devore*
Boston, Massachusetts                  Andrew G. Devore

2