# EXHIBIT K(a)

N-CSRS 1 filing836.htm PRIMARY DOCUMENT
UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM N-CSR**
**CERTIFIED SHAREHOLDER REPORT OF REGISTERED**
**MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number   811-2105

Fidelity Salem Street Trust
(Exact name of registrant as specified in charter)

245 Summer St., Boston, MA 02210
(Address of principal executive offices)     (Zip code)

Marc Bryant, Secretary
245 Summer St.
Boston, Massachusetts  02210
(Name and address of agent for service)

Registrant's telephone number, including area code: 617-563-7000

| Date of fiscal year end: | April 30 |
|---|---|
| Date of reporting period: | October 31, 2016 |

Item 1.        Reports to Stockholders

# Fidelity® Large Cap Value Index Fund
# Institutional Class and Institutional Premium Class

## Semi-Annual Report
**October 31, 2016**

| | | | | | | |
|---|---|---|---|---|---|---|
| Expenses before reductions | .07%[H] | .15% | .15% | .15% | .15% | .15%[H] |
| Expenses net of fee waivers, if any | .04%[H] | .05% | .05% | .05% | .06% | .11%[H] |
| Expenses net of all reductions | .04%[H] | .05% | .05% | .05% | .06% | .11%[H] |
| Net investment income (loss) | 1.59%[H] | 1.56% | 1.48% | 1.36% | 1.77% | 1.40%[H] |
| Supplemental Data | | | | | | |
| Net assets, end of period (000 omitted) | $125,284 | $116,939 | $4,389 | $3,654 | $2,082 | $574 |
| Portfolio turnover rate[I] | 23%[H] | 13% | 14% | 9% | 11% | 7%[H] |

[A] For the period September 8, 2011 (commencement of operations) to April 30, 2012.

[B] Calculated based on average shares outstanding during the period.

[C] Amount represents less than $.005 per share.

[D] Total returns for periods of less than one year are not annualized.

[E] Total returns would have been lower if certain expenses had not been reduced during the applicable periods shown.

[F] Fees and expenses of any underlying Fidelity Central Funds are not included in the Fund's expense ratio. The Fund indirectly bears its proportionate share of the expenses of any underlying Fidelity Central Funds.

[G] Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed by the investment adviser or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement by the investment adviser but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.

[H] Annualized

[I] Amount does not include the portfolio activity of any underlying Fidelity Central Funds.

*See accompanying notes which are an integral part of the financial statements.*

# Notes to Financial Statements (Unaudited)
For the period ended October 31, 2016

## 1. Organization.

Fidelity Mid Cap Index (formerly Spartan Mid Cap Index) Fund and Fidelity Small Cap Index (formerly Spartan Small Cap Index) Fund (the Funds) are funds of Fidelity Salem Street Trust (the Trust) and are authorized to issue an unlimited number of shares. The Trust is registered under the Investment Company Act of 1940, as amended (the 1940 Act), as an open-end management investment company organized as a Massachusetts business trust. Each Fund offers Investor Class, Premium Class (formerly Fidelity Advantage Class), Institutional Class and Institutional Premium Class (formerly Fidelity Advantage Institutional Class) shares, each of which has equal rights as to assets and voting privileges. Each class has exclusive voting rights with respect to matters that affect that class. Each Fund offers conversion privileges between share classes within each Fund to eligible shareholders.

## 2. Investments in Fidelity Central Funds.

The Funds invest in Fidelity Central Funds, which are open-end investment companies generally available only to other investment companies and accounts managed by the investment adviser and its affiliates. The Funds' Schedules of Investments list each of the Fidelity Central Funds held as of period end, if any, as an investment of each Fund, but do not include the underlying holdings of each Fidelity Central Fund. As an Investing Fund, each Fund indirectly bears its proportionate share of the expenses of the underlying Fidelity Central Funds.

Case 1:20-md-02941-JSR    Document 99-1    Filed 06/26/20    Page 4 of 4

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Fidelity Salem Street Trust

By:            /s/Stephanie J. Dorsey
                  Stephanie J. Dorsey
                  President and Treasurer

Date:         December 23, 2016

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By:            /s/Stephanie J. Dorsey
                  Stephanie J. Dorsey
                  President and Treasurer

Date:         December 23, 2016

By:            /s/Howard J. Galligan III
                  Howard J. Galligan III
                  Chief Financial Officer

Date:         December 23, 2016