UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION,<br><br>Pertains to:<br><br>*Kirschner v. Dickson, et al.,* 20-cv-04436 (JSR) and *Wilmington Savings Fund Society v. Dickson, et al.*, 20-cv-04569 (JSR) | Case No.:  20-MD-2941 (JSR) |

### DECLARATION OF MICHAEL B. REYNOLDS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, MICHAEL B. REYNOLDS, declare and state as follows:

1. I am a partner with the law firm of Snell & Wilmer L.L.P. and represent defendant California Physicians' Service dba Blue Shield of California in the above-captioned action. I make this declaration in support of my Motion for Admission Pro Hac Vice. I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify competently thereto.

2. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of California.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have not been convicted of a felony.

1

5.    I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of June 2020 at Silverado Canyon, California.

*/s/ Michael B. Reynolds*

Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Snell & Wilmer L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:  714.427.7000
Facsimile:  714.427.7799

*Counsel for Defendant California Physicians'*
*Service dba Blue Shield of California*

-2-



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *MICHAEL BRYAN REYNOLDS*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MICHAEL BRYAN REYNOLDS, #174534, was on the 13th day of December 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 23rd day of June 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
L. Calanoc, Senior Deputy Clerk