UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION,<br><br>Pertains to:<br><br>*Kirschner v. Dickson, et al.,* 20-cv-04436 (JSR) and *Wilmington Savings Fund Society v. Dickson, et al.*, 20-cv-04569 (JSR) | Case No.:  20-MD-2941 (JSR) |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Michael B. Reynolds for admission to practice Pro Hac Vice in the above-captioned action is granted.

Michael B. Reynolds has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Michael B. Reynolds
mreynolds@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:  714.427.7000
Facsimile:  714.427.7799

Michael B. Reynolds having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant California Physicians' Service dba Blue Shield of California in the above-entitled action;

**IT IS HEREBY ORDERED** that Michael B. Reynolds is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                              United States District Judge

1