**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | ) ) ) | Case No. 1:20-md-02941-JSR |

| | | |
|---|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI LITIGATION TRUST, and WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture Trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc. | ) ) ) ) ) ) ) | Case No. 2020-cv-04287 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SIDNEY KIMMEL, et al, | ) ) | |
| Defendants. | ) | |

**DECLARATION OF BRIENNE M. LETOURNEAU IN SUPPORT OF NOTICE OF JOINDER AND STATEMENT OF DEFENDANTS CREF EQUITY INDEX ACCOUNT, TIAA-CREF FUNDS, TIAA-CREF FUNDS (TIAA-CREF EQUITY INDEX FUND), TIAA-CREF FUNDS (TIAA-CREF SMALL-CAP BLEND INDEX FUND) IN SUPPORT OF PUBLIC SHAREHOLDER DEFENDANTS' MOTION TO DISMISS UNDER THE SAFE HARBOR OF 11 U.S.C. § 546(e)**

BRIENNE M. LETOURNEAU, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am an attorney at Willkie Farr & Gallagher LLP, which represents defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund) (together, the "CREF and TIAA-CREF Defendants").  I submit this declaration on behalf of the CREF and TIAA-CREF Defendants to place before the Court documents relevant to the Shareholder

Defendants' Motion to Dismiss Under the Safe Harbor of 11 U.S.C. § 546(e), ECF No. 88, which the CREF and TIAA-CREF Defendants respectfully join.

2.    Attached as Exhibit 1 is a true and correct copy of the Certified Shareholder Report (Form N-CSR), Investment Company Act file number 811-04415, filed with the Securities and Exchange Commission by the College Equities Retirement Fund for the reporting period ending June 30, 2014, which pertains to the CREF accounts, including but not limited to the CREF Equity Index Account, for the period of January 1 through June 30, 2014.

3.    Attached as Exhibit 2 is a true and correct copy of the Certified Shareholder Report (Form N-CSR), Investment Company Act file number 811-09301, filed with the Securities and Exchange Commission by TIAA-CREF Funds for the reporting period ending April 30, 2014, which pertains to the TIAA-CREF Equity Index Funds, including but not limited to the TIAA CREF Small-Cap Blend Index Fund and the TIAA-CREF Equity Index Fund, for the period of October 31, 2013 through April 30, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2020

Respectfully submitted,

/s/ Brienne M. Letourneau
Brienne M. Letourneau (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654
(312) 728-9000
bletourneau@willkie.com

*Attorney for Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund)*

- 1 -

## CERTIFICATE OF SERVICE

I, Brienne M. Letourneau, an attorney, certify that on June 29, 2020, I caused a true and correct copy of the foregoing **Declaration of Brienne M. Letourneau in Support of Notice of Joinder and Statement of Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund) in Support of Public Shareholder Defendants' Motion to Dismiss under the Safe Harbor of 11 U.S.C. § 546(e)**, along with exhibits thereto, to be served upon all CM/ECF registrants of record in this action using the CM/ECF system.

/s/ Brienne M. Letourneau