**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Pertains to All Associated Actions

No. 20-MD-2941 (JSR)

**DECLARATION OF HARLAN M. LAZARUS, ESQ. IN SUPPORT OF**

**DEFENDANTS' JOINDER**

Harlan M. Lazarus, Esq., an attorney admitted to practice law in the State of New York and

before this Court, hereby declares, under the penalties of perjury, as follows:

1.      I am a member of the law firm of Lazarus & Lazarus, P.C., attorneys for

Defendants Irene A. Koumendouros, Ira Margulies, John D'Souza, Jack Gross, Patricia Kenny,

Vincent Morales, Daniel Fishman, Frances Lukas, Mitchel Levine, Nicoletta Palma and Stephen

C. Troy (individually, a "Defendant," and collectively, "Defendants"), current employees of

Premier Brands Group Holdings LLC (formerly known as Nine West Holdings, Inc.).

2.      Defendants were holders of Restricted Shares at the time of the April 2014

leveraged buyout.

3.      As such, each Defendant joins the Motion to Dismiss Under The Section 546(e)

Securities Safe Harbor, filed by counsel for the Former Directors and Officers, Paul, Weiss,

Rifkind, Wharton & Garrison LLP (ECF #93), which addresses payments made for Restricted

Shares and Share Equivalent Units.

4.      One or more of the Defendants were also holders of Common Shares at the time

of the April 2014 leveraged buyout.

5.      To the extent that a Defendant was a holder of Common Shares at the time of the

April 2014 leveraged buyout, that Defendant joins the Motion to Dismiss filed by Ropes &

Gray LLP, Liaison Counsel for the Public Shareholder Defendants (ECF #88), which addresses

payments made to holders of Common Shares.

6.      For the reasons set forth in the aforementioned motions, the action should be

dismissed as to Defendants.

Dated:  June 29, 2020

/s/ Harlan M. Lazarus
Harlan M. Lazarus, Esq.
Jared H. Louzon, Esq.
Lazarus and Lazarus, P.C.
240 Madison Avenue 8th Floor
New York City, NY 10016
Telephone: 212-889-7400
*Attorneys for Irene A. Koumendouros, Ira
Margulies, John D'Souza, Jack Gross,
Patricia Kenny, Vincent Morales, Daniel
Fishman, Frances Lukas, Mitchel Levine,
Nicoletta Palma and Stephen C. Troy*