UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
| --- | --- | --- |
|  | : |  |
| IN RE NINE WEST LBO SECURITIES | : |  |
| LITIGATION | : | Case No.: 1:20-md-02941-JSR |
|  | : |  |
| Pertains to: | : |  |
| *Kirschner* v. *McClain, et. al.*, No. 20-cv-01768; | : |  |
| *Kirschner* v. *Cade, et. al.*, No. 20-cv-60343; | : |  |
| *Kirschner* v. *Kimmel, et. al.*, No. 20-cv-4287; | : |  |
| *Kirschner* v. *Advisors Series Trust (Kellner Merger* | : |  |
| *Fund), et. al.*, No. 20-cv-04433 | : |  |
| *Wilmington Savings Fund Society v. Cade, et. al.*, No. | : |  |
| 20-cv-60344 | : |  |
|  | : |  |
|  | x |  |

**JOINDER OF THE FORMER EMPLOYEE DEFENDANTS
TO THE MOTIONS TO DISMISS OF (A) THE FORMER DIRECTOR AND
OFFICER DEFENDANTS AND (B) THE PUBLIC SHAREHOLDER DEFENDANTS**

Defendants Lynne Bernstock ("Bernstock"), Jeffery Brisman ("Brisman"), Janice Brown

("Brown"), Katherine Butler ("Butler"), James Capiola ("Capiola"), Gregory Clark ("Clark"),

Eric Dauwalter ("Dauwalter"), Mark DeZao ("DeZao"), Beth Dorfsman ("Dorfsman"), Eileen

Dunn ("Dunn"), Rosa Genovesi ("Genovesi"), Laurie Gentile ("Gentile"), Bryan Gilligan

("Gilligan"), Ninive Giordano ("Giordano"), Stacey Harmon ("Harmon"), Richard Hein

("Hein"), Gerald Hood ("Hood"), Linda Kothe ("Kothe"), Arundhati Kulkarni ("Kulkarni"),

Suzanne Maloney ("Maloney"), Zine Mazouzi ("Mazouzi"), Susan McCoy ("McCoy"), Thomas

Nolan ("Nolan"), Pamela Paul ("Paul"), Charles Pickett ("Picket"), Amy Rapawy ("Rapawy"),

Joseph Rosato ("Rosato"), Mahmood Hassani-Sadi ("Sadi"), Arlene Starr ("Starr"), Larissa

Sygida ("Sygida"), Kimberly Thomas ("Thomas"), and Norman Veit ("Veit") (collectively, the

"Former Employee Defendants"), by and through their undersigned counsel, hereby submits this

Joinder to: (a) the Former Director And Officer Defendants' Motion To Dismiss Under The

Section 546(e) Securities Safe Harbor, and (b) the Public Shareholder Defendants' Motion To

Dimsiss Under the Safe Harbor Of 11 U.S.C. § 546(e).  In support of this Joinder, the Former Employee Defendants respectfully submit as follows:

1. Former Employee Defendants Brisman, DeZao, Giordano, Kulkarni, Maloney, McCoy, Paul, Pickett, and Starr are named as "Shareholder Defendants" in the action styled *Kirshner v. McClain, et. al.*, U.S. Dist. Ct. New Jersey (No. 20-cv-01768).

2. Former Employee Defendants Hein, Nolan, and Sadi are named as "Shareholder Defendants" in the actions styled *Kirschner v. Cade, et. al.*, U.S. Dist. Ct. Southern Dist. Of Florida (No. 20-cv- 60343) and *Wilmington Savings Fund Society v. Cade et. al.*, U.S. Dist. Ct. Southern Dist. Of Florida (No. 20-cvi-60344).

3. Former Employee Defendants Dorfsman, Gentile, Gilligan, Harmon and Kothe are named as "Shareholder Defendants" in the action styled *Kirschner v. Advisors Series Trust, et. al.*, U.S. Dist. Ct. Southern Dist. Of New York (No. 20-cv-04433).

4. Former Employee Defendants Bernstock, Brown, Butler, Capiola, Clark, Dauwalter, Dunne, Genovesi, Hood, Mazouzi, Rapawy, Rosato, Sygida, Thomas and Veit are named as "Shareholder Defendants" in the action styled *Kirschner v. Kimmel, et. al.*, U.S. Dist. Ct. Southern Dist. Of New York (No. 20-cv-4287).

5. Each of the Former Employee Defendants is alleged to have received transfers in connection with a cancellation of The Jones Group stock (including Common Shares, Restricted Shares, Share Equivalent Units, and accumulated unpaid dividends on Restricted Shares) as a result of a 2014 leveraged buyout.

6. The Former Employee Defendants agree with, join in and adopt (i) the Memorandum Of Law In Support Of Public Shareholder Defendants' Motion to Dismiss Under The Safe Harbor Of 11 U.S.C. § 546(e), and (ii) the Memorandum Of Law In Support Of Former

Director And Officer Defendants' Motion To Dismiss Under The Section 546(e) Securities Safe

Harbor.

Dated: New York, New York
June 29, 2020

KAGEN, CASPERSEN & BOGART PLLC


/s/ *Stuart Kagen*
Stuart Kagen, Esq.
Joel M. Taylor, Esq.
757 Third Avenue, 20th Floor
New York, New York 10017
212) 880-2045
*Attorneys for the Former Employee*
*Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Stuart Kagen*
Stuart Kagen
