# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Pertains to All Associated Actions

Case No. 20-MD-2941 (JSR)

**MOTION FOR ADMISSION
PRO HAC VICE**

CRAIG A. BENSON declares pursuant to 28 U.S.C. § 1746:

1.    I am a member of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Former Officer Defendants in the above-captioned action. I am familiar with the proceedings in this case. I submit this Declaration in support of Defendants' motion to admit me as counsel pro hac vice to represent Defendant in this matter.

2.    I am a member in good standing of the bars of the District of Columbia, the State of Maryland, and the State of New York. I was admitted to practice law in the District of Columbia on July 9, 2001 admitted to practice law in the State of Maryland on December 12, 2000 and admitted to practice law in the State of New York on May 25, 2012

3.    Exhibit A is my Certificate of Good Standing from the District of Columbia, dated June 16, 2020.

4.    Exhibit B is my Certificate of Good Standing from the State of Maryland, dated June 25, 2020.

5.    Exhibit C is my Certificate of Good Standing from the State of New York, dated June 29, 2020.

6.    There are no disciplinary proceedings pending against me in any state or federal court.

7.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have never been convicted of a felony.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, DC on July 1, 2020.

/s/ *Craig A. Benson*
Craig A. Benson