## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Pertains to All Associated Actions

Case No. 20-MD-2941 (JSR)

**[PROPOSED] ORDER FOR
ADMISSION PRO HAC VICE**

The motion of Craig A. Benson for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Maryland and New York, and of the District of Columbia, and that his contact information is as follows:

Craig A. Benson
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, D.C. 20006-1047
Tel: (202) 223-7343
Fax: (202) 204-7343
cbenson@paulweiss.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Former Officer Defendants in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July  , 2020
New York, New York

**SO ORDERED**:

_____

Honorable Jed S. Rakoff
United States District Judge