UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION

No. 1:20-md-2941-JSR

Pertains to: *Kirschner, et al. v. Kimmel, et al.*

No. 1:20-cv-04287-JSR

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

Defendants Kathleen Nedorostek Kaswell, Joseph Stafiniak, and Mary E. Belle in the above-

captioned action.


Dated:  New York, New York
        June 29, 2020


**MORRISON COHEN LLP**


By: */s/ Ryan M. Wilson*_____
    Ryan M. Wilson
    909 Third Avenue
    New York, New York 10022
    Phone: (212) 735-8600
    Facsimile: (212) 735-8708
    E-mail: rwilson@morrisoncohen.com

*Attorneys for Defendants Kathleen Nedorostek*
*Kaswell, Joseph Stafiniak, and Mary E. Belle*