UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Pertains to: *Kirschner, et al. v. Kimmel, et al.*

No. 1:20-md-2941-JSR

No. 1:20-cv-04287-JSR

## NOTICE OF JOINDER TO MOTIONS TO DISMISS THE COMPLAINT ON THE BASIS OF SECTION 546(e) OF THE BANKRTUPCY CODE

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Notices of Motion and Memoranda of Law filed by defendants AQR Absolute Return Master Account, L.P., Christopher R. Cade and other defendants (Dkt. Nos. 88, 90, 93, 94), and all prior pleadings and proceedings had herein, Defendants Kathleen Nedorostek Kaswell, Joseph Stafiniak, and Mary E. Belle hereby join in the motions before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, pursuant to 11 U.S.C. § 546(e), for an order (a) dismissing with prejudice the claims asserted against them in the Complaint, and (b) granting them such further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's June 12, 2020 Order (Dkt. No. 20):

1.      Opposition papers, if any, shall be filed on or before July 27, 2020.

2.      Reply papers, if any, shall be filed on or before August 3, 2020.

3.      Oral argument on this motion will be heard on August 13, 2020, at 10:00 AM.

1

Dated:  New York, New York,
        June 29, 2020

                              **MORRISON COHEN LLP**

                              By: */s/ Ryan M. Wilson*
                                  Y. David Scharf
                                  Ryan M. Wilson
                                  909 Third Avenue
                                  New York, New York 10022
                                  Phone: (212) 735-8600
                                  Facsimile: (212) 735-8708
                                  E-mail:  dscharf@morrisoncohen.com
                                          rwilson@morrisoncohen.com

                              *Attorneys for Defendants Kathleen Nedorostek*
                              *Kaswell, Joseph Stafiniak, and Mary E. Belle*

2