UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE NINE WEST LBO SECURITIES LITIGATION

Pertains to: *Kirschner v. Dickson, et al.*, 20-cv-04436 (JSR), *Wilmington Savings Fund Society, FSB v. Dickson, et al.*, 20-cv-04569 (JSR), *Kirschner v. Georgiadis, et al.*, 20-cv-04292 (JSR), *Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, 20-cv-04286 (JSR), *Kirschner, et al. v. Kimmel, et al.*, 20-cv-04287 (JSR), *Kirschner. McClain, et al.*, 20-cv-04262 (JSR), *Wilmington Savings Fund Society, FSB v. Card, et al.*, 20-cv-04335 (JSR) and *Kirschner v. Card, et al.*, 20-cv-04346 (JSR)

20-MD-2941 (JSR)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Cliff C. Gardner for admission to practice Pro Hac Vice in the above-captioned action is granted.

Cliff C. Gardner has declared that he is a member in good standing of the bar of the state of Delaware; and that his contact information is as follows:

Cliff C. Gardner
SKADDEN, ARPS, SLATE
    MEAGHER & FLOM LLP
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Fax:  (302) 651-3001
cliff.gardner@skadden.com

Cliff C. Gardner having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Gerald C. Crotty, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Mary Margaret Hastings Georgiadis, Telendos, LLC, Ann Marie C. Wilkins, Sidney Kimmel, The Sidney

Kimmel Revocable Indenture of Trust, John D. Demsey, Matthew H. Kamens, James A. Mitarotonda, Jeffrey Nuechterlein, and Lowell W. Robinson in the above-entitled action;

**IT IS HEREBY ORDERED** that Cliff C. Gardner is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____6/29/20_____

_____
United States District Judge

2