UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION,

Pertains to:

*Kirschner v. Dickson, et al.,* 20-cv-04436
(JSR) and *Wilmington Savings Fund Society
v. Dickson, et al.*, 20-cv-04569 (JSR)

Case No.:  20-MD-2941 (JSR)

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael B. Reynolds, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant California Physicians' Service dba Blue Shield of California in the above-captioned action.

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  A certificate of good standing from the Supreme Court of the State of California issued within thirty (30) days of this filing and a declaration pursuant to Local Rule 1.3 are attached hereto.

1

Dated: June 29, 2020
      Silverado Canyon, California

SNELL & WILMER L.L.P.

By:*/s/ Michael B. Reynolds*

    Michael B. Reynolds, Bar No. 174534
    mreynolds@swlaw.com
    600 Anton Blvd, Suite 1400
    Costa Mesa, California  92626-7689
    Telephone:  714.427.7000
    Facsimile:  714.427.7799

*Counsel for Defendant California Physicians'
Service dba Blue Shield of California*