UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————  X

IN RE:  NINE WEST LBO SECURITIES LITIGATION  :

:    Case No. 1:20-md-02941-JSR

:

Pertains to:                                                            :

:    **NOTICE OF APPEARANCE**

*Kirschner, et al. v. Advisors Series Trust (Kellner*    :
*Merger Fund), et al.*, No. 20-cv-04433                      :

:

—————————————————————————  X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Advisors Series Trust

(Kellner Merger Fund).  I certify that I am admitted to practice before this Court.

Dated: New York, New York
June 30, 2020

/s/Anna Lea Setz
Anna Lea Setz

SULLIVAN & WORCESTER LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 660-3000
Facsimile:   (212) 660-3001
Email: asetz@sullivanlaw.com

*Attorneys for defendant Advisors Series*
*Trust (Kellner Merger Fund)*