UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                                        :
IN RE NINE WEST LBO SECURITIES LITIGATION   :
                                                        :    Case No.: 1:20-md-02941-JSR
                                                        :
Pertains to *Kirschner v. Cade, et al.*, No. 1:20-cv-04265   :
                                                        :
———————————————————————— x

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that Harvey W. Gurland, Jr., James J. Coster, and Andrew L. Fish of the firm Duane Morris LLP hereby respectfully seek to withdraw as counsel of record for Defendant Pentwater Capital Management LP ("Pentwater") in the above-captioned consolidated multidistrict action (the "MDL Action").

Messrs. Gurland, Coster and Fish appeared on behalf of Pentwater in *Kirschner v. Cade, et al.*, No. 1:20-cv-04265-JSR (S.D.N.Y.), one of the cases consolidated into the MDL Action, when that case was pending in the United States District Court for the Southern District of Florida (No. 0:20-cv-60343) (the "Florida Action"). *See Kirschner*, No. 1:20-cv-04265-JSR, at ECF No. 22, 25, 26.

Pentwater consents to this Motion to Withdraw as Counsel of Record and the law firm of Ropes & Gray LLP will continue as counsel for Pentwater in the MDL Action. Gregg L. Weiner of Ropes & Gray LLP is e-filing this notice on behalf of Messrs. Gurland, Coster and Fish, and with their permission.

Neither Messrs. Gurland, Coster nor Fish is retaining or charging a lien.

WHEREFORE, the undersigned respectfully request that this Motion to Withdraw as Counsel of Record be granted and that Harvey W. Gurland, Jr., Andrew L. Fish, and James J. Coster (a) be relieved as counsel of record for of Pentwater in the MDL Action; (b) be relieved of

any further obligation to or representation Pentwater in the MDL Action; and (c) be removed from the electronic service list in the MDL Action.

Dated: July 1, 2020
New York, New York

Respectfully Submitted,

*/s/ Gregg L. Weiner*
Gregg L. Weiner
Andrew G. Devore
Adam M. Harris
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
(212) 596-9000
gregg.weiner@ropesgray.com
andrew.devore@ropesgray.com
adam.harris@ropesgray.com

*Attorneys for Pentwater Capital Management LP*

SO ORDERED.

Dated:  New York, New York

_____ , 2020

_____
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York

2