UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES
LITIGATION

Pertains to Case No.:

20 Civ. 4262

Case No. 1:20-MD-2941 (JSR)

MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that Suzanne M. Cerra, Esq. of the firm Nukk-Freeman & Cerra, P.C., hereby respectfully seeks to withdraw as counsel of record for Defendants Advanced Series Trust Academic Strategies Asset Allocation Portfolio, Advanced Series Trust Small Cap Value Portfolio, Defendant NJ-3, Prudential Financial, Inc. (The Prudential Insurance Company of America), Prudential Retirement Insurance & Annuity Co., Quantitative Management Associates LLC, and PGIM QMA Small-Cap Value Fund (collectively, the "Prudential Defendants") in the above captioned consolidated multidistrict action (the "MDL Action").

Ms. Cerra appeared on behalf of the Prudential Defendants as counsel of record, Admitted to Practice in the District of New Jersey, in *Marc S. Kirschner, as Trustee for the NWHI Litigation Trust, et al. v. John T. Mcclain, et al.*, No. 20 Civ. 4262 (JSR), one of the cases consolidated into the MDL Action, when that case was pending in the United States District Court for the District of New Jersey (No. 2:20-cv-01768-JMV-JBC) (the "New Jersey Action"). *See* 20 Civ. 4262 (JSR), ECF No. 44.

The law firm Binder & Schwartz LLP will continue as counsel for the Prudential Defendants in the MDL Action, with Eric B. Fisher and Gregory C. Pruden, who had previously appeared *pro hac vice* in the New Jersey Action, assuming the role of lead counsel. Mr. Pruden is e-filing this notice on Ms. Cerra's behalf, and with Ms. Cerra's permission.

Ms. Cerra is not retaining or charging a lien.

Accordingly, pursuant to Local Civil Rule 1.4, the Prudential Defendants respectfully request that the Court order the withdrawal of Suzanne M. Cerra.

Dated: June 29, 2020
New York, NY

Respectfully submitted,

By: /s/ Gregory C. Pruden
Eric B. Fisher, Esq.
Gregory C. Pruden, Esq.
BINDER & SCHWARTZ LLP
366 Madison Avenue, Sixth Floor
New York, NY 10017
Tel: 212.510.7239
Fax: 212.510.7299
efisher@binderschwartz.com
gpruden@binderschwartz.com
*Attorneys for Prudential Defendants*

**SO ORDERED:**

_____
**Honorable Jed S. Rakoff**
**United States District Judge**
**Southern District of New York**

6-30-20