UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br><br>Pertains to *Kirschner, et al. v. Advisors Series Trust (Kellner Merger Fund), et. al.* | No. 20-md-2941 (JSR)<br><br>No. 20-cv-4433 (JSR) |

## CORPORATE DISCLOSURE STATEMENT OF DYNAMIC SHAREHOLDER DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1, shareholder defendants Dynamic Capital Management, LLC and Dynamic Offshore Fund, Ltd (the "Dynamic Defendants"), by their undersigned counsel, state as follows:

Dynamic Capital Management, LLC is 100% owned by Dynamic Capital Management, Ltd.  Dynamic Offshore Fund, Ltd. has no parent corporation.  No publicly held corporation owns 10% or more of either Dynamic Defendant's stock.

Dated:  New York, New York
        July 1, 2020

Respectfully submitted,

/s/ Casey E. Donnelly____
Casey E. Donnelly
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8775
cdonnelly@willkie.com

*Attorney for Shareholder Defendants Dynamic Capital Management, LLC and Dynamic Offshore Fund, Ltd.*