UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
IN RE: NINE WEST LBO SECURITIES      :      20-MD-2941 (JSR)
LITIGATION                           :
                                     :         ORDER
Pertains to All Associated Actions   :
                                     :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

       This Order addresses an additional housekeeping matter that
has not been raised before.

       In the Order dated June 12, 2020, the Court, among other
things, stated: "All counsel who had not appeared in an action
prior to its transfer, and all counsel in actions filed
originally in this district, must enter a notice of appearance
in that action and in 20-MD-2941 and, if necessary, apply for
admission pro hac vice." ECF No. 20, at 5. To further clarify,
an attorney applying for admission pro hac vice should file such
a motion in the 20-MD-2941 docket and "spread" the submission to
all cases in which the attorney represents a party. The attorney
shall be required to pay the pro hac vice fee for the equivalent
of only one case.

       SO ORDERED.

Dated:   New York, NY

         July 1, 2020                 JED S. RAKOFF, U.S.D.J.

-1-