# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: NINE WEST LBO SECURITIES LITIGATION

Pertains to All Associated Actions

Case No. 20-MD-2941 (JSR)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and District of New York, I, Craig Benson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Wesley R. Card, Dianne Card, Christopher R. Cade, Ira M. Dansky, Ira Martin Dansky Revocable Trust, Joseph T. Donnalley, Richard L. Dickson, Cynthia DiPietrantonio, Tami Fersko, John T. McClain, and Aida Tejero-DeColli in the above-captioned action.

I am a member in good standing of the bars of the States of Maryland and New York, and of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 1, 2020
Washington, D.C.

By:    /s/ Craig A. Benson
Craig A. Benson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
(202) 223-7343
(cbenson@paulweiss.com)

*Counsel for Defendants Wesley R. Card, Dianne Card, Christopher R. Cade, Ira M. Dansky, Ira*

*Martin Dansky Revocable Trust, Joseph T. Donnalley, Richard L. Dickson, Cynthia DiPietrantonio, Tami Fersko, John T. McClain, and Aida Tejero-DeColli*