## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to All Associated Actions | Case No. 20-MD-2941 (JSR)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Craig A. Benson for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Maryland and New York, and of the District of Columbia, and that his contact information is as follows:

> Craig A. Benson
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 2001 K Street NW
> Washington, D.C. 20006-1047
> Tel: (202) 223-7343
> Fax: (202) 204-7343
> cbenson@paulweiss.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Former Officer Defendants in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Case 1:20-md-02941-JSR    Document 123    Filed 07/02/20    Page 2 of 2
Case 1:20-md-02941-JSR   Document 122-5   Filed 07/01/20   Page 2 of 2

2

Dated: July 2, 2020
New York, New York

SO ORDERED:

_____
Honorable Jed S. Rakoff
United States District Judge