UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARC S. KIRSCHNER, ET AL

CIVIL ACTION NO.: 2:20-CV
-01768-SRC-CLW

*Plaintiff*

vs

JOHN T. MCCLAIN, ET AL

*Defendant*

## AFFIDAVIT OF SERVICE

State of New Jersey }
County of Bergen } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey,

That on 03/01/2020 at 8:47 AM at 63 Holland Rd, Far Hills, NJ 07931

deponent served a(n) Summons in a Civil Action, Redacted Complaint and Demand for Jury Trial, Supplemental Pages (caption and page 12), Civil Cover Sheet, Corporate Disclosure Statement, Plaintiffs' Notice of Motion to Seal with [Proposed] Order, Memorandum of Law, and Affidavit of Priyanka Wityk with Exhibits A-E, Notice of Motion for Admission of Edward A. Friedman Pro Hac Vice, [Proposed] Order Admitting Edward A. Friedman Pro Hac Vice, Declaration of Edward A. Friedman, Declaration of Robert J. Lack In Support of Motion for Admission of Edward A. Friedman Pro Hac Vice, Order Admitting Edward A. Friedman Pro Hac Vice

on Arthur E. Lee

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: Gray
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
// day of March, 2020

_____
NOTARY PUBLIC

Patrick Persicano    3/11/2020

Patrick Persicano



OFFICIAL SEAL
DINA L. PERSICANO
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires Oct. 20, 2022
ID # 50070446

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160