**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | ) ) ) Case No. 1:20-md-02941-JSR |

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI LITIGATION TRUST, and WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture Trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc.<br><br>                         Plaintiffs,<br><br>v.<br><br>SIDNEY KIMMEL, et al.,<br><br>                         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2020-cv-04287 |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Craig C. Martin hereby moves this Court for an order granting admission to practice *pro hac vice* to appear as counsel for Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund) in the above-referenced case.

I am a member in good standing of the bars of the States of Illinois and Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 as Exhibit A.

Dated: July 2, 2020

Respectfully submitted,

/s/ Craig C. Martin
Craig C. Martin
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654
(312) 728-9050
cmartin@willkie.com

*Attorney for Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2020, I caused the foregoing motion and exhibits to be filed electronically with the Clerk of the Court for the Southern District of New York by using the CM/ECF system.  Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Craig C. Martin
Craig C. Martin