UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

IN RE: NINE WEST LBO SECURITIES LITIGATION          No. 20-md-2941 (JSR)


Pertains to *Kirschner, et al. v. Advisors Series Trust (Kellner*          No. 20-cv-4433 (JSR)
*Merger Fund), et al.*

------------------------------------------------------------------------------x

### NOTICE OF APPEARANCE OF EDWARD SHERWIN

**PLEASE TAKE NOTICE** that Edward Sherwin, an attorney admitted to practice in

this Court, appears as counsel for defendant Consolidated Edison Company of New York,

Inc., in the above-captioned actions, and requests that all papers be served on it at the

address below.

Dated:  New York, New York
            July 2, 2020                                     MICHAEL S. DAVI


                                                    By:      /s/Edward Sherwin
                                                             Edward Sherwin
                                                    4 Irving Place, 18th Floor
                                                    New York, NY 10003
                                                    Tel.: 212-460-6300
                                                    Fax: 212-260-8627
                                                    SherwinE@coned.com
                                                    *Attorneys for Defendant Consolidated Edison*
                                                    *Company of New York, Inc.*