UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

IN RE: NINE WEST LBO SECURITIES LITIGATION      No. 20-md-2941 (JSR)


Pertains to *Kirschner, et al. v. Advisors Series Trust (Kellner*      No. 20-cv-4433 (JSR)
*Merger Fund), et al.*

-------------------------------------------------------------------------x

### CORPORTATE DISCLOSURE STATEMENT OF
### CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Consolidated Edison

Company of New York, Inc. ("Con Edison"), by its undersigned counsel, states as

follows:

Con Edison is a wholly owned subsidiary of Consolidated Edison, Inc., a

publicly held corporation.  Consolidated Edison, Inc., has no parent corporation, and no

publicly held corporation owns more than 10 percent of its stock.

Dated:  New York, New York
     July 2, 2020               MICHAEL S. DAVI


                 By:     /s/ Edward Sherwin
                      Edward Sherwin
                      4 Irving Place, 18th Floor
                      New York, NY 10003
                      Tel.: 212-460-6300
                      Fax: 212-260-8627
                      SherwinE@coned.com
                      *Attorneys for Defendant Consolidated Edison*
                      *Company of New York, Inc.*