UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | Case No. 20-md-2941 |
| PERTAINS TO *Kirschner v. Advisor Series Trust, et al.* | Case No. 20-cv-4433 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, **Dennis J. Levasseur,** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for MFO Management Company (Towle Fund) in the matter of *In Re: Nine West LBO Securities Litigation*, Case No,. 20-md-2941.

I am in good standing of the bar of the state of Michigan, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

July 2, 2020
Detroit, Michigan

Respectfully Submitted,

Applicant Signature: */s/ Dennis J. Levasseur*

Applicant's Name: Dennis J. Levasseur

Firm Name: Bodman PLC

Address: 6th Floor at Ford Field, 1901 Saint Antoine St.

City/State/Zip: Detroit, Michigan 48226

Telephone/Fax: (313) 393-7596; Fax: (313) 393-7579

Email: dlevasseur@bodmanlaw.com

Bodman_16824992_1