IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to:<br>(1) *Wilmington Savings Fund Society, FSB v. Card, et al.*, No. 20-cv-04335<br>(2) *Kirschner v. Card, et al*., No. 20-cv-04346<br>(3) *Kirschner v. Card, et al*., No. 20-cv-04360<br>(4) *Wilmington Savings Fund Society, FSB v. Card, et al.,* No. 20-cv-04404 | No. 1:20-md-02941-JSR<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Lincoln Foundation dba

The Lincoln Institute of Land Policy, by and through its undersigned counsel, states as follows:

The Lincoln Foundation dba The Lincoln Institute of Land Policy has no parent corporation

and no publicly held corporation owns 10% or more of the Lincoln Foundation dba The Lincoln

Institute of Land Policy.

Dated:   Phoenix, Arizona
         July 2, 2020

Respectfully Submitted,

*/s/ Steven D. Jerome*
Steven D. Jerome
Emily G. Wagner
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
Tel.:  602-382-6344
sjerome@swlaw.com
ewagner@swlaw.com

4830-2632-6977