UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
IN RE: NINE WEST LBO SECURITIES      :        20-MD-2941 (JSR)
LITIGATION                           :
                                     :              ORDER
Pertains to All Associated Actions   :
                                     :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

As per Paragraph 5 of the Order dated June 12, 2020, see ECF No. 20, the Clerk of the Court is directed to unseal the complaints, to the extent they are still sealed, in the actions 20-cv-4262, 20-cv-4265, 20-cv-4267, 20-cv-4286, 20-cv-4287, 20-cv-4289, 20-cv-4292, 20-cv-4299, 20-cv-4335, 20-cv-4346, 20-cv-4360, 20-cv-4404, 20-cv-4434, 20-cv-4436, 20-cv-4440, 20-cv-4479, 20-cv-4480, and 20-cv-4569 (but not the complaint in the 20-cv-4433 action) and replace any remaining pseudonyms with the corresponding names of the defendants contained in the captions of the complaints. Plaintiffs' counsel shall cooperate with the Clerk's Office in carrying out this process as promptly as possible.

SO ORDERED.

Dated:    New York, NY
          July 2, 2020                        _____
                                              JED S. RAKOFF, U.S.D.J.

-1-