UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE NINE WEST LBO SECURITIES              :         20-MD-2941 (JSR)
LITIGATION                                  :
                                            :
------------------------------------------------------------------------X

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT WHITNEY L. SMITH

SIRS:

PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for Defendant *Whitney L. Smith* ("Defendant") in the above captioned action.

PLEASE TAKE FURTHER NOTICE, that the Defendant hereby appear in the above entitled action, and that the undersigned has been retained as Attorney for said Defendant and demands that copies of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

I certify that I am admitted to practice in this court.

Dated:        New York, New York
              July 6, 2020

                                   Respectfully submitted,

                                   LAZARUS & LAZARUS, P.C.


                                   By:____/s/ Jared H. Louzon_____
                                        Jared H. Louzon, Esq.
                                        240 Madison Avenue, 8th. Flr.
                                        New York, New York, 10016
                                        212-889-7400 [Telephone]
                                        212-684-0314 [Facsimile]
                                        jhlouzon@lazarusandlazarus.com