**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to All Associated Actions | No. 20-MD-2941 (JSR) |

**DEFENDANT WHITNEY L. SMITH'S JOINDER IN FORMER DIRECTORS AND OFFICERS DEFENDANTS' MOTION TO DISMISS UNDER THE SECTION 546(e) SECURITIES SAFE HARBOR AND PUBLIC SHAREHOLDER DEFENDANTS' MOTION TO DISMISS UNDER THE SAFE HARBOR OF 11 U.S.C. § 546(e)**

For the same reasons set forth in the Declaration of Harlan M. Lazarus, Esq. (ECF # 103), Defendant Whitney L. Smith joins the Former Directors and Officers' Motion to Dismiss Under The Section 546(e) Securities Safe Harbor (ECF #93) and the Public Shareholder Defendants' Motion to Dismiss Under The Safe Harbor of 11 U.S.C. § 546(e) (ECF #88).

Dated:  July 6, 2020

/s/ Harlan M. Lazarus
Harlan M. Lazarus, Esq.
Jared H. Louzon, Esq.
Lazarus and Lazarus, P.C.
240 Madison Avenue 8th Floor
New York City, NY 10016
Telephone: 212-889-7400
*Attorneys for Irene A. Koumendouros, Ira Margulies, John D'Souza, Jack Gross, Patricia Kenny, Vincent Morales, Daniel Fishman, Frances Lukas, Mitchel Levine, Nicoletta Palma, Stephen C. Troy and Whitney L. Smith*