UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
                   :

IN RE: NINE WEST LBO SECURITIES     :   Case No.: 1:20-md-02941-JSR
LITIGATION                    :

                   :   **RULE 7.1 CORPORATE**
Pertains to *Kirschner, et al. v. Kimmel, et al.*, No.   :   **DISCLOSURE STATEMENT**
1:20-cv-04287                  :
                   :
——————————————————————— x

Defendants identified in the complaint in the above-captioned action as Principal Funds, Inc. (Global Multi-Strategy Fund); Principal Funds, Inc. (SmallCap Value Fund II); Principal Variable Contracts Funds, Inc. (SmallCap Value Account I); Vanguard Index Funds (Vanguard Extended Market Index Fund); Vanguard Index Funds (Vanguard Small-Cap Index Fund); Vanguard Index Funds (Vanguard Small-Cap Value Index Fund); Vanguard Index Funds (Vanguard Total Stock Market Index Fund); Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund); Vanguard Institutional Total Stock Market Index Trust; Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund); Vanguard Russell 2000 Value Index Trust; Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund); Vanguard Scottsdale Funds (Vanguard Russell 2000 Value Index Fund); Vanguard Valley Forge Funds (Vanguard Balanced Index Fund); and Vanguard World Fund (Vanguard Consumer Discretionary Index Fund), by and through their undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, make the following disclosures:

1. Each of the following defendants as identified in the complaint in the above-captioned action states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock: Vanguard Index Funds (Vanguard Extended Market Index Fund); Vanguard Index Funds (Vanguard Small-Cap Index Fund); Vanguard Index Funds (Vanguard Small-Cap Value Index Fund); Vanguard Index Funds (Vanguard Total Stock Market Index

Fund); Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund); Vanguard Institutional Total Stock Market Index Trust; Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund); Vanguard Russell 2000 Value Index Trust; Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund); Vanguard Scottsdale Funds (Vanguard Russell 2000 Value Index Fund); Vanguard Valley Forge Funds (Vanguard Balanced Index Fund); and Vanguard World Fund (Vanguard Consumer Discretionary Index Fund).

2. Principal Funds, Inc. is a series investment company that has no parent corporation and no publicly held corporation owns 10% or more of its stock.  Global Multi-Strategy Fund and SmallCap Value Fund II are each a series fund of Principal Funds, Inc. with no parent company.

3. Principal Variable Contracts Funds, Inc. is a series investment company that has no parent corporation and no publicly held corporation owns 10% or more of its stock. SmallCap Value Account I merged into SmallCap Blend Account on April 17, 2015, and the name was changed to SmallCap Account on May 1, 2016, and is a series fund of Principal Variable Contracts Funds, Inc. with no parent company.

Dated: July 6, 2020
     New York, New York

               */s/ Gregg L. Weiner*
               Gregg L. Weiner
               Andrew G. Devore
               Adam M. Harris
               **ROPES & GRAY LLP**
               1211 Avenue of the Americas
               New York, New York 10036
               (212) 596-9000
               gregg.weiner@ropesgray.com
               andrew.devore@ropesgray.com
               adam.harris@ropesgray.com

*Counsel for Defendants identified as Principal Funds, Inc. (Global Multi-Strategy Fund); Principal Funds, Inc. (SmallCap Value Fund II); Principal Variable Contracts Funds, Inc. (SmallCap Value Account I); Vanguard Index Funds (Vanguard Extended Market Index Fund); Vanguard Index Funds (Vanguard Small-Cap Index Fund); Vanguard Index Funds (Vanguard Small-Cap Value Index Fund); Vanguard Index Funds (Vanguard Total Stock Market Index Fund); Vanguard Institutional Index Funds (Vanguard Institutional Total Stock Market Index Fund); Vanguard Institutional Total Stock Market Index Trust; Vanguard International Equity Index Funds (Vanguard Total World Stock Index Fund); Vanguard Russell 2000 Value Index Trust; Vanguard Scottsdale Funds (Vanguard Russell 2000 Index Fund); Vanguard Scottsdale Funds (Vanguard Russell 2000 Value Index Fund); Vanguard Valley Forge Funds (Vanguard Balanced Index Fund); and Vanguard World Fund (Vanguard Consumer Discretionary Index Fund)*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all registered participants.

/s/ Gregg L. Weiner
Gregg L. Weiner