**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | No. 20-md-2941 (JSR) |
| | No. 20-cv-04440 (JSR) |
| Pertains to *Kirschner v. Los Angeles Capital Management and Equity Research Inc., et al.* | **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Gregory A. Markel enters an appearance as counsel of record for Wells Fargo Disciplined Small Cap Fund f/k/a Wells Fargo Small Cap Opportunities Fund in the above-captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
        July 6, 2020

SEYFARTH SHAW LLP


By:    */s/ Gregory A. Markel*
        Gregory A. Markel
        gmarkel@seyfarth.com
        620 Eighth Avenue
        New York, New York  10018
        Telephone:  (212) 218-5500
        Facsimile:  (212) 218-5526

Attorneys for Defendant
Wells Fargo Disciplined Small Cap Fund f/k/a
Wells Fargo Small Cap Opportunities Fund

64676718v.1