**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | ) ) ) | Case No. 1:20-MD-2941-JSR |
| Pertains to All Associated Actions | ) ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert Radasevich hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel of record on behalf of Defendants Towle Capital Partners, L.P., Towle Capital Partners II, L.P., Towle Deep Value Fund, WCFS, Inc., and Hallador Balanced Fund, LLC in the above captioned action.

He is a member in good standing of the bar of the State of Illinois. There is no pending disciplinary proceedings against him in any state or federal court and he has never been convicted of a felony or crime.  He has never been censured, suspended, disbarred or denied admission or readmission by any court. He has attached an affidavit pursuant to Local Rule 1.3.

Dated:  July 6, 2020

Respectfully submitted,

By: /s/ Robert Radasevich

Robert Radasevich
rradasevich@nge.com
NEAL GERBER & EISENBERG
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Tel.: (312) 269-8000
Fax: (312) 578-4947

*Counsel for Defendants:*
*Towle Capital Partners, L.P.,*
*Towle Capital Partners II, L.P.,*
*Towle Deep Value Fund, WCFS, Inc., and*
*Hallador Balanced Fund, LLC*

## CERTIFICATE OF SERVICE

I herby certify that on this 6th day of July, 2020, I caused the foregoing document to be filed using

the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Robert Radasevich
Robert Radasevich