**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION<br><br>Pertains to *Kirschner, et al. v. Advisors Series Trust (Kellner Merger Fund), et. al.* | No. 20-md-2941 (JSR)<br><br>No. 20-cv-4433 (JSR)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew J. Entwistle enters an appearance as counsel of record for the defendant nominated as Defendant NY-8 in the above captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: Austin, Texas
        July 7, 2020

Respectfully submitted,

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, Texas 78701
Tel. (512) 710-5960
aentwistle@entwistle-law.com