**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION ) ) )<br><br>Pertains to All Associated Actions ) ) ) | Case No. 1:20-MD-2941-JSR |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Dana V. Engel hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel of record on behalf of Defendants Towle Capital Partners, L.P., Towle Capital Partners II, L.P., Towle Deep Value Fund, WCFS, Inc., and Hallador Balanced Fund, LLC in the above captioned action.

She is a member in good standing of the bar of the State of Illinois. There are no pending disciplinary proceedings against her in any state or federal court and she has never been convicted of a felony or crime. She has never been censured, suspended, disbarred or denied admission or readmission by any court. She has attached an affidavit pursuant to Local Rule 1.3.

Dated:  July 6, 2020

Respectfully submitted,

By: /s/ Dana V. Engel

Dana V. Engel
dengel@nge.com
NEAL GERBER & EISENBERG
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Tel.: (312) 269-8000
Fax: (312) 750-6456

*Attorney for Defendants:*
*Towle Capital Partners, L.P.,*
*Towle Capital Partners II, L.P.,*
*Towle Deep Value Fund, WCFS, Inc., and*
*Hallador Balanced Fund, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2020, I caused the foregoing document to be filed using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Dana V. Engel
Dana V. Engel

30863414.1