UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
                                       )

  IN RE NINE WEST LBO SECURITIES      )
  LITIGATION                            ) No. 1:20-md-02941-JSR (S.D.N.Y.)
                                         )

 Pertains to:                         )
 *Kirschner* v. *McClain, et. al.*, No. 20-cv-   )
 01768; *Kirschner* v. *Cade, et. al.*, No. 20-cv-   )
 60343; *Kirschner v. Kimmel, et. al.*, No. 20-   )
 cv-4287; *Kirschner v. Advisors Series Trust*   )
 *(Kellner Merger Fund), et. al.*, No. 20-cv-   )
 04433
*Wilmington Savings Fund Society v. Cade, et.*
*al.*, No. 20-cv-60344
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this

Court, and I appear in the above-captioned action on behalf of Defendants Heather Harlan and

George Sharp. The Entry of Appearance is made without prejudice to any motion, objection,

argument or defense, including but not limited to statute of limitations, the defenses of insufficient

form of process, insufficient service of process and lack of personal jurisdiction.

Dated: July 7, 2020

/s/ *Kevin J. O'Connor*
Kevin J. O'Connor
PECKAR & ABRAMSON, P.C.
1325 Avenue of the Americas, 10th Floor
New York NY 10019
Telephone 212-382-0909
*Attorneys for Defendants, Heather Harlan and*
*George Sharp*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

Dated:    July 7, 2020

*/s/ Kevin J. O'Connor*
Kevin J. O'Connor