UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | No. 1:20-md-2941-JSR |
| Pertains to: *Kirschner, et al. v. Kimmel, et al.* | No. 1:20-cv-04287-JSR |

## NOTICE OF JOINDER TO MOTIONS TO DISMISS THE COMPLAINT ON THE BASIS OF SECTION 546(e) OF THE BANKRTUPCY CODE

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Notices of

Motion and Memoranda of Law filed by defendants AQR Absolute Return Master Account, L.P.,

Christopher R. Cade and other defendants (Dkt. Nos. 88, 90, 93, 94), and all prior pleadings and

proceedings had herein, Defendants Heather Harlan and George Sharp hereby join in the motions before

the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York

at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York,

New York 10007, pursuant to 11 U.S.C. § 546(e), for an order (a) dismissing with prejudice the claims

asserted against them in the Complaint, and (b) granting them such further relief as the Court deems just

and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's June

12, 2020 Order (Dkt. No. 20):

1. Opposition papers, if any, shall be filed on or before July 27, 2020.

2. Reply papers, if any, shall be filed on or before August 3, 2020.

3. Oral argument on this motion will be heard on August 13, 2020, at 10:00 AM.

1

Dated: July 2, 2020

/s/ Kevin J. O'Connor

Kevin J. O'Connor
PECKAR & ABRAMSON, P.C.
1325 Avenue of the Americas, 10th Floor
New York NY 10019
Telephone 212-382-0909
*Attorneys for Defendants, Heather Harlan and George Sharp*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

Dated:    July 2, 2020                    */s/ Kevin J. O'Connor*
                                          Kevin J. O'Connor