UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: NINE WEST LBO SECURITIES LITIGATION    )    Case No. 20-md-2941

    )

    )

PERTAINS TO *Kirschner v. Advisor Series Trust, et al.*    )    Case No. 20-cv-4433

_____)

## <u>ORDER FOR ADMISSION PRO HAC VICE</u>

The motion of Dennis J. Levasseur, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state of Michigan; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Dennis J. Levasseur |
| Firm Name: | Bodman PLC |
| Address: | 6th Floor at Ford Field, 1901 Saint Antoine Street |
| City/State/Zip: | Detroit, Michigan 48226 |
| Telephone/Fax: | (313) 393-7596; Fax (313) 393-7579 |
| Email: | dlevasseur@bodmanlaw.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for "Defendant NY-23" in the matter of *In Re Nine West LBO Securities Litigation,* Case No. 20-md-2941;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

Bodman_16824999_1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____7/7/20_____                    _____
                                              United States District/Magistrate Judge

2

Bodman_16824999_1