# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | )<br>)<br>) | Case No. 1:20-md-02941-JSR |

| | | |
|---|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI LITIGATION TRUST, and WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture Trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2020-cv-04287 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| SIDNEY KIMMEL, et al., | )<br>) | |
| Defendants. | )<br>) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Craig C. Martin to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Illinois and Colorado and that his contact information is as follows:

Name:       Craig C. Martin

Firm:       Willkie Farr & Gallagher LLP

Address:    300 North LaSalle Chicago, IL 60654

Telephone:  (312) 728-9050

Email:      cmartin@willkie.com

Applicant having requested admission to appear for all purposes as counsel for Defendants CREF Equity Index Account, TIAA-CREF Funds, TIAA-CREF Funds (TIAA-CREF Equity Index Fund), TIAA-CREF Funds (TIAA-CREF Small-Cap Blend Index Fund) in the above-captioned action,

**IT IS HEREBY ORDERED** that Craig C. Martin is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/7/20

HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE