**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE NINE WEST LBO SECURITIES LITIGATION** | § § § § | **Case No. 1:20-md-02941-JSR** |
| **MARC S. KIRSCHNER, as Trustee for the NWHI LITIGATION TRUST, and WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc.,** | § § § § § § § § § § § § | |
| **Plaintiffs,** | § § | **Case No. 3:20-cv-00374-L** |
| **v.** | § § | |
| **DFA INVESTMENT DIMENSIONS GROUP INC. U.S. CORE EQUITY 1 PORTFOLIO,** *et al.*, | § § § | |
| **Defendants.** | | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT KENNY ALLAN TROUTT SEPARATE TRUST ESTATE**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kenny Allan Troutt Separate Trust Estate certifies that there are no publicly-traded corporate parents, affiliates and/or subsidiaries of said party.

Dated: July 7, 2020

Respectfully submitted,

/s/*Bryan J. Wick*
Bryan J. Wick
Texas Bar No. 24003169
Email: bryan.wick@wickphillips.com
Noah H. Nadler
Texas Bar No. 24065806
Email: noah.nadler@wickphillips.com

Wick Phillips Gould & Martin, LLP
3131 McKinney Ave., Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:  (214) 692-6255
*Attorneys for Defendant Kenny Allan Troutt*
*Separate Trust Estate*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing instrument was served on all counsel pursuant to the Federal Rules of Civil Procedure on July 7, 2020.

/s/ *Bryan J. Wick*
Bryan J. Wick