**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | No. 20-md-2941 (JSR) |
| Pertains to *Kirschner, et al. v. Kimmel, et al*. | No. 20-cv-4287 (JSR) |

**CORPORATE DISCLOSURE STATEMENT OF GABELLI INVESTOR FUNDS, INC.**
**(THE GABELLI ABC FUND), GABELLI 787 FUND, INC., AND THE GDL FUND**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Gabelli Investor Funds, Inc. (The Gabelli ABC Fund), Gabelli 787 Fund, Inc., and The GDL Fund state as follows:

1.      Gabelli Investor Funds, Inc. (The Gabelli ABC Fund) has no parent corporation and no publicly held corporation owns 10% or more of its shares.

2.      Gabelli 787 Fund, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its shares.

3.      The GDL Fund has no parent corporation and no publicly held corporation owns 10% or more of its shares.

Dated: New York, New York
      July 7, 2020                                    Respectfully submitted,

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
Joshua K. Porter
299 Park Avenue, 20th Floor
New York, New York 10171
Tel. (212) 894-7200
aentwistle@entwistle-law.com
jporter@entwistle-law.com