**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | No. 20-md-2941 (JSR) |
| Pertains to *Kirschner, et al. v. Advisors Series Trust (Kellner Merger Fund), et. al.* | No. 20-cv-4433 (JSR) |

## CORPORATE DISCLOSURE STATEMENT OF THE ARBITRAGE FUND

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Arbitrage Fund states that it has no parent corporation and no publicly held corporation owns 10% or more of its shares.

Dated: New York, New York
     July 7, 2020

Respectfully submitted,

**ENTWISTLE & CAPPUCCI LLP**

*/s/ Andrew J. Entwistle*

Andrew J. Entwistle
Joshua K. Porter
299 Park Avenue, 20th Floor
New York, New York 10171
Tel. (212) 894-7200
aentwistle@entwistle-law.com
jporter@entwistle-law.com