**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | No. 20-md-2941 (JSR) |
| Pertains to *Kirschner, et al. v. Kimmel, et al.* | No. 20-cv-4287 (JSR) |

**CORPORATE DISCLOSURE STATEMENT OF**
**THE ARBITRAGE EVENT-DRIVEN FUND**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Arbitrage Event-Driven

Fund states that it has no parent corporation and no publicly held corporation owns 10% or more

of its shares.

Dated: New York, New York
        July 7, 2020                                    Respectfully submitted,

                                                **ENTWISTLE & CAPPUCCI LLP**

                                                */s/ Andrew J. Entwistle*
                                                Andrew J. Entwistle
                                                Joshua K. Porter
                                                299 Park Avenue, 20th Floor
                                                New York, New York 10171
                                                Tel. (212) 894-7200
                                                aentwistle@entwistle-law.com
                                                jporter@entwistle-law.com