**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION )<br>)<br>)<br>Pertains to All Associated Actions )<br>) | Case No. 1:20-MD-2941-JSR |

**ORDER ADMITTING DANA V. ENGEL *PRO HAC VICE***

The motion of Dana V. Engel for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois and that her contact information is as follows:

> Dana V. Engel
> NEAL GERBER & EISENBERG
> Two North LaSalle Street
> Suite 1700
> Chicago, IL 60602-3801
> Tel.: (312) 269-8000
> Fax: (312) 750-6456
> dengel@nge.com

Applicant has requested admission *Pro Hac Vice* for all purposes as counsel for Defendants Towle Capital Partners, L.P., Towle Capital Partners II, L.P., Towle Deep Value Fund, WCFS, Inc., and Hallador Balanced Fund, LLC in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July _8_, 2020

Honorable Jed S. Rakoff
United States District Judge