**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION | ) | Case No. 20-md-2941 |
| | ) | |
| | ) | |
| PERTAINS TO *Kirschner v. Advisor Series Trust, et al.* | ) | Case No. 20-cv-4433 |
| | ) | |

### APPEARANCE OF DENNIS J. LEVASSEUR

PLEASE TAKE NOTICE that Dennis J. Levasseur of Bodman PLC, hereby enters his appearance on behalf of Defendant MFO Management Company (Towle Fund) in the matter of *In Re: Nine West LBO Securities Litigation,* Case No. 20-md-2941.

Respectfully Submitted,

BODMAN PLC

By: /s/ Dennis J. Levasseur
Dennis J. Levasseur (P39778)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
dlevasseur@bodmanlaw.com
Attorney for Defendant MFO Management Company (Towle Fund)

July 8, 2020
Detroit, Michigan

Bodman_16825004_1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, the foregoing document was filed with the Clerk of the Court via the Court's e-filing system which will give notice of such filing to all counsel of record.

BODMAN PLC

By:    /s/ Dennis J. Levasseur
        Dennis J. Levasseur (P39778)
        dlevasseur@bodmanlaw.com
Attorney for Defendant MFO Management
Company (Towle Fund)

2

Bodman_16825004_1