UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION <br><br> Pertains to: *Kirschner, et al. v. Kimmel, et al.*, No. 20-cv-4287 | No. 20-MD-2941 (JSR) <br><br> **STIPULATION AND ORDER** |

Pursuant to an agreement, made and entered into as of December 13, 2024, the undersigned counsel for Plaintiffs and for Defendant Mitchel Levine hereby stipulate that the above-captioned action is dismissed as to Mitchel Levine, but not as to any other Defendant, with prejudice, without costs, and without fees. This Court retains jurisdiction over enforcement of the settlement agreement.

Dated: New York, New York
January 7, 2025

| FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP | LAZARUS & LAZARUS, P.C. |
|---|---|
| /s/ Stan Chiueh | /s/ Harlan M. Lazarus |
| Stan Chiueh <br> 7 Times Square <br> New York, NY 10036-6516 <br> (212) 833-1100 <br> schiueh@fklaw.com | Harlan M. Lazarus <br> 240 Madison Avenue, 8th Fl. <br> New York, New York 10016 <br> (212) 889-7400 <br> hlazarus@lazarusandlazarus.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Mitchel Levine* |

SO ORDERED.

Dated: New York, New York
_____, 2025

_____
JED S. RAKOFF, U.S.D.J.

4907-9055-3350.2