UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE: NINE WEST LBO SECURITIES LITIGATION

Pertains to: *Kirschner, et al. v. McClain, et al.*, No. 20-cv-4262; *Kirschner v. Cade, et al.*, No. 20-cv-4265; *Wilmington Savings Fund Society, FSB v. Cade, et al.*, No. 20-cv-4267; *Wilmington Savings Fund Society, FSB v. Georgiadis, et al.*, No. 20-cv-4286; *Kirschner, et al. v. Kimmel, et al.*, No. 20-cv-4287; *Kirschner v. Georgiadis, et al.*, No. 20-cv-4292; *Wilmington Savings Fund Society, FSB v. Card, et al.*, No. 20-cv-4335; *Kirschner v. Card, et al.*, No. 20-cv-4346; *Kirschner, et al. v. Advisors Series Trust (Kellner Merger Fund), et al.*, No. 20-cv-4433; *Kirschner v. Dickson, et al.*, No. 20-cv-4436; *Wilmington Savings Fund Society, FSB v. Dickson, et al.*, No. 20-cv-4569

20-MD-2941 (JSR)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] ORDER
## DISMISSING SETTLING DEFENDANTS WITH PREJUDICE

Marc S. Kirschner, as Litigation Trustee for the NWHI Litigation Trust, and Wilmington Savings Fund Society, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc. (collectively, the "Plaintiffs"), and defendants Wesley R. Card, Gerald C. Crotty, John D. Demsey, Mary Margaret Hastings Georgiadis, Matthew H. Kamens, Sidney Kimmel, Robert L. Mettler, James A. Mitarotonda, Jeffrey D. Nuechterlein, Lowell W. Robinson, Ann Marie C. Wilkins, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Barington Companies Equity Partners, L.P., Barington Companies Investors, LLC, Dianne Card, Ira Martin Dansky Revocable Trust, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, Telendos, LLC, and The Sidney Kimmel Revocable Indenture of Trust, Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B.

Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, Gregory Clark, Janet Carr, Sharon Harger, and Heather Roussel (collectively, the "Settling Defendants" and, together with the Plaintiffs, the "Parties," and each individually a "Party"), through the respective undersigned counsel of the Parties who have appeared in the above-captioned actions, for good and valuable consideration, the receipt of which is hereby acknowledged, enter into this Stipulation of Dismissal with Prejudice.

WHEREAS, each of the Settling Defendants was named as a defendant in at least one of the above-captioned actions consolidated before the Court pursuant to the United States Judicial Panel on Multidistrict Litigation's June 2, 2020 Transfer Order (each action, with this consolidated action, the "Actions"), as listed below:

| *Settling Defendant* | *Case Nos.* |
| --- | --- |
| Gerald C. Crotty | 20-4262 |
| Cynthia DiPietrantonio | 20-4262 |
| Tami Fersko | 20-4262 |
| John T. McClain | 20-4262 |
| Jeffrey Brisman | 20-4262 |
| Arundhati Kulkarni | 20-4262 |
| Christopher R. Cade | 20-4265, 20-4267 |
| Ira M. Dansky | 20-4265, 20-4267 |
| Ira Martin Dansky Revocable Trust | 20-4265, 20-4267 |
| Mary Margaret Hastings Georgiadis | 20-4286, 20-4292 |
| Telendos, LLC | 20-4286, 20-4292 |
| John D. Demsey | 20-4287 |
| Matthew H. Kamens | 20-4287 |
| Sidney Kimmel | 20-4287 |
| James A. Mitarotonda | 20-4287 |
| Jeffrey D. Nuechterlein | 20-4287 |
| Lowell W. Robinson | 20-4287 |

| Settling Defendant | Case Nos. |
|---|---|
| The Sidney Kimmel Revocable Indenture of Trust | 20-4287 |
| Joseph T. Donnalley | 20-4287 |
| Aida Tejero-DeColli | 20-4287 |
| Barington Companies Equity Partners, L.P | 20-4287 |
| Barington Companies Investors, LLC | 20-4287 |
| Scott Bowman | 20-4287 |
| Lynne Bernstock | 20-4287 |
| Norman R. Veit, Jr. | 20-4287 |
| Larissa Sygida | 20-4287 |
| Joseph A. Rosato | 20-4287 |
| Gregory Clark | 20-4287 |
| Janet Carr | 20-4287 |
| Sharon Harger | 20-4287 |
| Heather Roussel | 20-4287 |
| Ann Marie C. Wilkins | 20-4335, 20-4346 |
| Wesley R. Card | 20-4335, 20-4346 |
| Dianne Card | 20-4335, 20-4346 |
| Beth B. Dorfsman | 20-4433 |
| John W. Deem | 20-4433 |
| Robert L. Mettler | 20-4436, 20-4569 |
| Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees | 20-4436, 20-4569 |
| Richard L. Dickson | 20-4436, 20-4569 |

WHEREAS, pursuant to the terms, conditions, and limitations of a Settlement Agreement dated May 10, 2021, Plaintiffs have agreed to dismiss all of their claims in the Actions against each of the Settling Defendants, with prejudice, and without costs or attorneys' fees to any Party; and

3

WHEREAS, defendants Sharon Harger and Heather Roussel have not appeared in the Actions,

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss all of their claims in the Actions, solely against each of the above-listed Settling Defendants, with prejudice, without costs or attorneys' fees to any Party.

Dated: New York, New York
       June 10, 2021

*[signatures on following pages]*

| | |
|---|---|
| FRIEDMAN KAPLAN SEILER<br>& ADELMAN LLP<br><br>*/s/ Edward A. Friedman*<br>_____<br>Edward A. Friedman<br>Robert J. Lack<br>Stan Chiueh<br>7 Times Square<br>New York, NY 10036-6516<br>(212) 833-1100<br>efriedman@fklaw.com<br>rlack@fklaw.com<br>schiueh@fklaw.com<br><br>*Attorneys for Plaintiffs Marc S. Kirschner,*<br>*as Trustee for the NWHI Litigation Trust,*<br>*and Wilmington Savings Fund Society, FSB,*<br>*as successor indenture trustee for the*<br>*6.875% Senior Notes due 2019, the 8.25%*<br>*Senior Notes due 2019, and the 6.125%*<br>*Senior Notes due 2034 of Nine West*<br>*Holdings, Inc.* | SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br><br>*/s/ Scott D. Musoff*<br>_____<br>Scott D. Musoff<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>scott.musoff@skadden.com<br><br>Robert S. Saunders<br>Cliff C. Gardner<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-3000<br>rob.saunders@skadden.com<br>cliff.gardner@skadden.com<br><br>*Attorneys for Defendants Gerald C. Crotty,*<br>*John D. Demsey, Mary Margaret Hastings*<br>*Georgiadis, Matthew H. Kamens, Sidney*<br>*Kimmel, Robert L. Mettler, James A.*<br>*Mitarotonda, Jeffrey D. Nuechterlein,*<br>*Lowell W. Robinson, Ann Marie C. Wilkins,*<br>*Robert & Susan Mettler Family Trust U/A*<br>*3/27/06, Robert L. Mettler, Susan T.*<br>*Mettler, Trustees, Telendos, LLC, and The*<br>*Sidney Kimmel Revocable Indenture of*<br>*Trust* |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Andrew G. Gordon*

Andrew G. Gordon
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3543
agordon@paulweiss.com

Craig A. Benson
Crystal Johnson Geise
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7343
cbenson@paulweiss.com
cgeise@paulweiss.com

*Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Dianne Card, and Ira Martin Dansky Revocable Trust*

ENTWISTLE & CAPPUCCI LLP

Andrew J. Entwistle
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, TX 78701
(512) 710-5960
aentwistle@entwistle-law.com

*Attorneys for Defendants Barington Companies Equity Partners, L.P. and Barington Companies Investors, LLC*

KAGEN CASPERSEN & BOGART PLLC

Stuart Kagen
Christopher B. Greene
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045
skagen@kcbfirm.com
cgreene@kcbfirm.com

*Attorneys for Defendants Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B. Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, and Gregory Clark*

MORITT HOCK & HAMROFF LLP

James P. Chou
Alex D. Corey
1407 Broadway, 39th Floor
New York, NY 10018
(212) 239-2000
jchou@moritthock.com
acorey@moritthock.com

*Attorneys for Defendant Janet Carr*

## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Andrew G. Gordon
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3543
agordon@paulweiss.com

Craig A. Benson
Crystal Johnson Geise
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7343
cbenson@paulweiss.com
cgeise@paulweiss.com

*Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tom*

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ENTWISTLE & CAPPUCCI LLP |

Andrew G. Gordon
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3543
agordon@paulweiss.com

Craig A. Benson
Crystal Johnson Geise
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7343
cbenson@paulweiss.com
cgeise@paulweiss.com

*Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Dianne Card, and Ira Martin Dansky Revocable Trust*

Andrew J. Entwistle
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, TX 78701
(512) 710-5960
aentwistle@entwistle-law.com

*Attorneys for Defendants Barington Companies Equity Partners, L.P. and Barington Companies Investors, LLC*

| | |
|---|---|
| KAGEN CASPERSEN & BOGART PLLC | MORITT HOCK & HAMROFF LLP |

Stuart Kagen
Christopher B. Greene
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045
skagen@kcbfirm.com
cgreene@kcbfirm.com

*Attorneys for Defendants Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B. Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, and Gregory Clark*

James P. Chou
Alex D. Corey
1407 Broadway, 39th Floor
New York, NY 10018
(212) 239-2000
jchou@moritthock.com
acorey@moritthock.com

*Attorneys for Defendant Janet Carr*

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ENTWISTLE & CAPPUCCI LLP |

_____

Andrew G. Gordon
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3543
agordon@paulweiss.com

Craig A. Benson
Crystal Johnson Geise
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7343
cbenson@paulweiss.com
cgeise@paulweiss.com

*Attorneys for Defendants Wesley R. Card, Christopher R. Cade, Ira M. Dansky, Richard L. Dickson, Cynthia DiPietrantonio, Joseph T. Donnalley, Tami Fersko, John T. McClain, Aida Tejero-DeColli, Dianne Card, and Ira Martin Dansky Revocable Trust*

_____

Andrew J. Entwistle
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, TX 78701
(512) 710-5960
aentwistle@entwistle-law.com

*Attorneys for Defendants Barington Companies Equity Partners, L.P. and Barington Companies Investors, LLC*

KAGEN CASPERSEN & BOGART PLLC

_____

Stuart Kagen
Christopher B. Greene
757 Third Avenue, 20th Floor
New York, NY 10017
(212) 880-2045
skagen@kcbfirm.com
cgreene@kcbfirm.com

*Attorneys for Defendants Jeffrey Brisman, Scott Bowman, John W. Deem, Beth B. Dorfsman, Lynne Bernstock, Norman R. Veit, Jr., Larissa Sygida, Joseph A. Rosato, Arundhati Kulkarni, and Gregory Clark*

MORITT HOCK & HAMROFF LLP

*/s/ signed*

James P. Chou
Alex D. Corey
1407 Broadway, 39th Floor
New York, NY 10018
(212) 239-2000
jchou@moritthock.com
acorey@moritthock.com

*Attorneys for Defendant Janet Carr*

SO ORDERED

_____
       JSDJ

6-12-21

6