```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                       :
IN RE: NINE WEST LBO SECURITIES        :    20-md-2941
LITIGATION                             :
                                       :         ORDER
                                       :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Upon the representation of plaintiffs' counsel that plaintiffs' claims against each of the defendants in these consolidated cases have been disposed of, either by stipulation or otherwise, the Clerk of Court is hereby respectfully directed to close the case.

SO ORDERED.

Dated:   New York, NY
         November 18, 2025                  _____
                                            JED S. RAKOFF, U.S.D.J.

1